# LOCAL 430 GRIEVANCE FORM

№ 58622

Date Filed 11/09/01 Name (Print) Teamsters Local 430 filing on behalf of all affected employees Phone

Address York, PA
(Street) (City) (State) (Zip)

Employed by North Atlantic Transport Supervisor Michael Miranda

Have you talked to your supervisor about this complaint? yes If so, what date?

Are you on a bid job? Job Classification and rate

**GRIEVANCE: Give particulars in detail (Answer these questions: Who? What? When? Where? Why?)**

Violation of Article No. 15 Section No. All that may apply

The Company closed the York, PA terminal on or about October 26, 2001 without official notification of the XMX closure to the union or employees. The Company did not make employees whole for wages earned. They also did not pay vacation time, sick time and unused personal days within 72 hours of the closure of the facility. Under the terms of Article 15 of the National Master Automobile Tranporters Agreement, thE Local Union on behalf of all affected employees is filing for liquidated damages as outlined. Each employee should be paid 8 ~~hofurs~~ HOURS per day for each day XXXXX beyond the 72 hours allowed when a ~~torinal~~ TERMINAL is permanently closed.

**UNION EXHIBIT 2**

Remedy requested:

Pay all employees as per the terms of the XXXXXX NMATA.

Do you wish to be present at any hearing that may be scheduled?

Grievant's Signature

Steward's Signature T. Allen Koz[illegible]

Status of this claim:

Business Agent Date

EXHIBI "A"

Case 1:02-cv-0... YK Document 1 Filed 08/31/... Page 7 of 21

# LOCAL 430 GRIEVANCE FORM

№ 5646

Date Filed 10/29/01 Name (Print) Paul Hurd JR Phone (717) 627-1464

Address 134. South Broad St. Lititz PA 17543
(Street) (City) (State) (Zip

Employed by NATCO Supervisor Bill Houser.

Have you talked to your supervisor about this complaint? Yes If so, what date? 10/28/01

Are you on a bid job? no Job Classification and rate Driver

**GRIEVANCE: Give particulars in detail (Answer these questions: Who? What? When? Where? Why?)**

Violation of Article No. ____ Section No. ____

I was not paid my last vacation for this year
I have one remaining. And would like paid for any
accumulated vacations & sick days for 2001-2002.
Also all health & welfare, and pension payments
to be paid up till yard closure.

UNION EXHIBIT 2

**Remedy requested:**

Paid vacations and sick days, pension & health & welfare payments

Do you wish to be present at any hearing that may be scheduled? Yes

Grievant's Signature ____ Steward's Signature ____

Status of this claim:

Business Agent ____ Date ____

# LOCAL 430 GRIEVANCE FORM

№ 5639

Date Filed 10-26-01 Name (Print) Robert Schwind Phone 410-549-7674

Address 10 Roosevelt Rd. (Street) Eldersburg (City) maryland (State) 21207 (Zip)

Employed by North Atlantic Transportation Supervisor Bill Houser.

Have you talked to your supervisor about this complaint? yes. If so, what date? 10-17-01

Are you on a bid job? No Job Classification and rate Driver. Contract Rate.

**GRIEVANCE: Give particulars in detail (Answer these questions: Who? What? When? Where? Why?)**

Violation of Article No. ______ Section No. ______

I am Fileing this grievance for my 4 sick days and one weeks vacation from last year earnd and 2 week's vacation earnd from this year. and up to date on all Health and welfare and retirment.

UNION EXHIBIT 2

**Remedy requested:**

Do you wish to be present at any hearing that may be scheduled? yes.

Grievant's Signature Robert Schwind Steward's Signature [signature]

Status of this claim:

Business Agent ______ Date ______

Case 1:03-cv-0 -YK Document 1 Filed 08/21/ Page 9 of 21

# LOCAL 430 GRIEVANCE FORM

№ 58502

Date Filed 10-26-01 Name (Print) Ivan L. Handy Phone 845-8068

Address 928 N. Duke St (Street) York (City) Pa. (State) (Zip)

Employed by North Alantic Tran. Supervisor Bill Houser.

Have you talked to your supervisor about this complaint? ________ If so, what date? ________

Are you on a bid job? no Job Classification and rate ________

**GRIEVANCE: Give particulars in detail (Answer these questions: Who? What? When? Where? Why?)**

Violation of Article No. 15 + 50 Section No. ________

I want Paid For all Vacation Earned unpaid Vacation Day Plus Sick Days. personian days and 8 hr. a day After 10-31-01

Pay All unpaid Penson + H+W. Paymants,

The Co Closeed The Termial + op. in York, on or about 10-26-01, with out any Advance notice.

UNION EXHIBIT 2

**Remedy requested:**

Pay all of That Listed above

Do you wish to be present at any hearing that may be scheduled? ________

Grievant's Signature Ivan L Handy Steward's Signature Paul E. Hud

Status of this claim:

Business Agent ________ Date ________

# LOCAL 430 GRIEVANCE FORM

№ 58501

Date Filed 10-26-01 Name (Print) Harold R. Steiffer Phone 717 848-1368

Address 1200 Lancaster Ave. York Pa. 17403
(Street) (City) (State) (Zip)

Employed by Natco Supervisor Bill

Have you talked to your supervisor about this complaint? Yes If so, what date?

Are you on a bid job? No Job Classification and rate Truck Driver

**GRIEVANCE: Give particulars in detail (Answer these questions: Who? What? When? Where? Why?)**

Violation of Article No. 15 and 50 Section No.

I want paid for All earned unpaid Vacation and sick days, and personal days as per Article 15 I want paid 8 hrs a day past 72 hrs. and pay All unpaid Pension and H+W payments.

The company Closed The Terminal Operations in York on or about Oct-26-01 without any advance Notice

UNION EXHIBIT 2

**Remedy requested:**

Pay all that is listed above.

Do you wish to be present at any hearing that may be scheduled?

Grievant's Signature [signature] Steward's Signature [signature]

Status of this claim:

Business Agent ______ Date ______

# LOCAL 430 GRIEVANCE FORM

№ 5639

Date Filed ________ Name (Print) Charles H. Knight Phone 717 792-03

Address 225 N. Forrest St. (Street) York (City) Pa (State) 1740 (Zip)

Employed by North Atlantic Transport Supervisor Bill Houser

Have you talked to your supervisor about this complaint? Yes If so, what date? 10-12-01

Are you on a bid job? NO Job Classification and rate ________

**GRIEVANCE: Give particulars in detail (Answer these questions: Who? What? When? Where? Why?)**

Violation of Article No. 15 + 50 Section No. Para. 15A

Request pay For All earned unpaid Vacation Days Sick days + Personel days. Request 8 Hrs pay For each day after 10-31-01 As per Article 15. Pay all unpaid Health + Welfare + Pension payments.
Company Closed Terminal operations in York Pa on or about 10-26-01 without Any Advance Notice.

Exhibit #2

**Remedy requested:**

Request payment For All listed Above.

Do you wish to be present at any hearing that may be scheduled? ________

Grievant's Signature Charles H. Knight Steward's Signature Paul E. [illegible]

Status of this claim:

Business Agent ________ Date ________

Case 1:02-cv-... MK Document 1-2 Filed 08/31/... Page 12 of 21

# LOCAL 430 GRIEVANCE FORM

№ 5850:

Date Filed 10-26-01 Name (Print) James Goddard Phone 717-993-318:

Address 13412 Lebanon Church Rd. (Street) Felton (City) PA (State) 1732 (Zip

Employed by North Atlantic Transport Supervisor Bill Houser

Have you talked to your supervisor about this complaint? Yes If so, what date? 10-24-01

Are you on a bid job? No Job Classification and rate

**GRIEVANCE: Give particulars in detail (Answer these questions: Who? What? When? Where? Why?)**

Violation of Article No. 15 + 50 Section No. PARA. (15A)

Request pay for All Earned unpaid Vacation Days + Sick days + Pesonal Days. Also Request 8hrs pay for each day After 10-31-01 As per Article 15.
Pay all unpaid Health & Welfare & Pension payment
The Company Closed Terminal & operations in York PA on or About 10-26-01 without Any Advance Notice.

Exhibit #2

**Remedy requested:**

Request payment for All Listed Above

Do you wish to be present at any hearing that may be scheduled?

Grievant's Signature [signature] Steward's Signature [signature]

**Status of this claim:**

Business Agent Date

# LOCAL 430 GRIEVANCE FORM

№ 56388

Date Filed 10-29-01 Name (Print) RAYDEAN G. LAMPARTER Phone 717-292-218

Address 1021 BUTTER RD (Street) DOVER (City) PA. (State) 17315 (Zip)

Employed by NORTH ATLANTIC TRANS. Supervisor Bill Houser

Have you talked to your supervisor about this complaint? yes If so, what date? 10-29-01

Are you on a bid job? NO Job Classification and rate DRIVER

**GRIEVANCE: Give particulars in detail (Answer these questions: Who? What? When? Where? Why?)**

Violation of Article No. ______ Section No. ______

I WAS NOT PAID FOR MY LAST 2 WEEKS VACATIONS FOR THIS YEAR. I WOULD LIKE PAID FOR MY SICK DAYS + VACATIONS FOR YEAR 2001 + 2002 I WOULD LIKE TO HAVE MY HEALTH + WELFARE + PENSION PAID UP TILL YEAR ENDING.

Exhibit #2

**Remedy requested:**

PAID VACATIONS & SICK DAYS PENSION + HEALTH + WELFARE [illegible]

Do you wish to be present at any hearing that may be scheduled? ______

Grievant's Signature Raydean G. Lamparter Steward's Signature [signature]

Status of this claim:

Business Agent ______ Date ______

Case 1:03-cv-01 YK Document 1-2 Filed 08/21/03 Page 14 of 21

# LOCAL 430 GRIEVANCE FORM

№ 5639

Date Filed 10/29/01 Name (Print) PAUL E HURD SR Phone 717-292-5103

Address 4280 NURSERY RD (Street) DOVER (City) PA (State) 17315 (Zip)

Employed by UATCO Supervisor Bill Houser

Have you talked to your supervisor about this complaint? YES If so, what date? 10/20 21/01

Are you on a bid job? NO Job Classification and rate DRIVER

GRIEVANCE: Give particulars in detail (Answer these questions: Who? What? When? Where? Why?)

Violation of Article No. ______ Section No. ______

DUE TWO WEEKS VACATION ALSO (3) SICK DAYS. TO be PAYED FOR ALL ACCUMLATED VACATION FOR 2001 · 2002.
ALSO ALL health & WELFARE & PENSION PAYMENT UNTIL YARD CLOSED.

Exhibit #2

Remedy requested:

PAID FOR ALL ABOVE

Do you wish to be present at any hearing that may be scheduled? ______

Grievant's Signature [signature] Steward's Signature [signature]

Status of this claim:

Business Agent ______ Date ______

Case 1:03-cv-01 YK Document 1 Filed 08/21/ Page 13 of 21

# LOCAL 430 GRIEVANCE FORM

№ 58625

Teamsters Local 430 filing on behalf

Date Filed 11/09/01 Name (Print) of all affected employees Phone ______

Address York, PA
(Street) (City) (State) (Zip)

Employed by Norht Atlantic ~~NT~~ Transport Supervisor Michael Miranda

Have you talked to your supervisor about this complaint? yes If so, what date? ______

Are you on a bid job? ______ Job Classification and rate ______

**GRIEVANCE: Give particulars in detail (Answer these questions: Who? What? When? Where? Why?)**

Violation of Article No. ______ Section No. All that may apply

On or about October 26, 2001, North Atlantic Tranport closed the York terinal without official notification to the union. Employees worked from June 1, 2001 until October 26, 2001 and would qualify for vacation to be taken after June 1, 2002.

**Remedy requested:**

Pay all earned vacation time

Do you wish to be present at any hearing that may be scheduled? ______

Grievant's Signature ______ Steward's Signature T. Allen Koch

Status of this claim:

Business Agent ______ Date ______

# LOCAL 430 GRIEVANCE FORM

№ 56401

Date Filed 9-10-1 Name (Print) Harold Stettler Phone 848-1368

Address 1200 Lancaster Ave (Street) York (City) Pa. (State) 17403 (Zip)

Employed by Natco Supervisor Bill

Have you talked to your supervisor about this complaint? Yes If so, what date? 9-8-1

Are you on a bid job? No Job Classification and rate Truck Driver

**GRIEVANCE:** Give particulars in detail (Answer these questions: Who? What? When? Where? Why?)

Violation of Article No. ________ Section No. ________

asked for Vacation for Week of 9-10-1 to 9-15-1 This Was 9-7-1 I asked Bill my supervisor and my union steward was right there when bill said no problem and approved my Vacation he signed my requ… on sat 9-8-1 Bill called me at home and said R/I said I couldn't have my Vacation I missed my pick because of this

UNION EXHIBIT 1

**Remedy requested:**

I want my Vacation

Do you wish to be present at any hearing that may be scheduled? ________

Grievant's Signature [signature] Steward's Signature T. Allen Koch

Status of this claim:

Business Agent ________ Date ________

# LOCAL 430 GRIEVANCE FORM

№ 5646...

Date Filed 7/12/01 Name (Print) Charles H. Knight Phone (717) 792-035...

Address 225 N. Forrest St. (Street) York (City) Pa. (State) 17404 (Zip)

Employed by North Atlantic Transport Supervisor Bill

Have you talked to your supervisor about this complaint? Yes If so, what date? 7/6/01

Are you on a bid job? ________ Job Classification and rate Driver

**GRIEVANCE: Give particulars in detail (Answer these questions: Who? What? When? Where? Why?)**

Violation of Article No. 46 Section No. ________

I was Not paid Down Time, 8 Hrs. 6/29/01 waiting To get A/C Fixed, lights Repaired and Wheel stud and Drum replaced on Trk#82

RECEIVED
JUL 12 2001
LOCAL 430

**Remedy requested:**

Pay Me 8 Hrs Down Time

UNION EXHIBIT 2

Do you wish to be present at any hearing that may be scheduled? ________

Grievant's Signature Charles H. Knight Steward's Signature T. Allen Koch

Status of this claim: Friday/Henry's Call Mike Pay 8 hours

Business Agent ________ Date ________