RECEIVED
MAR 3 2003

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

TEAMSTERS LOCAL UNION NO. 430,

Plaintiff,

vs.

NORTH ATLANTIC TRANSPORT,

Defendant.

CASE NO. 1:02-CV-1461

(Judge Kane)

FILED
HARRISBURG
2 8 2003
MARY E. D'ANDREA, CLERK
Per ______
DEPUTY CLERK

## JUDGMENT

AND NOW, this 28th day of February, 2003 it is ORDERED that in accordance with the Request for Default Judgment, Affidavit of Ira H. Weinstock, Affidavit of T. Allen Koch, and Defendant having defaulted for failure to appear, plead or otherwise defend, Judgment is entered in favor of Plaintiff and against Defendant in the amount of $516,815.59 as of February 14, 2003 plus the amount of $1,529.28 per day ($19.16 per hour for each of the ten employees that accrue at the rate of eight (8) hours per day) for liquidated damages until the claim is paid pursuant to Article 15 of the National Master Automobile Transporters Agreement.

BY THE COURT:

Yvette Kane
______________________ J.

Certified from the record
Date 12/21/04
Mary E. D'Andrea, Clerk
Per ______
Deputy Clerk