**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| NORTH ATLANTIC DISTRIBUTION, INC. AND MICHAEL MIRANDA<br>Plaintiffs | : | |
| v. | : | C.A. NO. 05-0348L |
| TEAMSTERS LOCAL UNION NO. 430, TEAMSTERS LOCAL UNION NO. 776, DANIEL A. VIRTUE in his capacity as President of Teamster Local Union No. 776 AND JOHN L. FOGLE in his capacity as Secretary of Teamsters Local Union 776,<br>Defendants | : | |

**STIPULATION**

1. Christopher H. Little enters his appearance for and on behalf of the defendants.

2. Defendants accept service of process of the complaint.

3. Defendants' answer or other responsive pleading shall be due on or before September 30, 2005.

Attorney for Plaintiff

Wistow & Barylick

Max Wistow (# 0330)
61 Weybosset Street
Providence, RI 02903
Phone: 831-2700
Fax: 272-9752

Attorney for Defendants

Little Medeiros Kinder Bulman & Whitney, PC

Christopher H. Little (#1789)
72 Pine Street
Providence, RI 02903
Phone: (401) 272-8080
Fax: (401) 521-3555

F:\MED\Teamsters\stipulation.doc