UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| NORTH ATLANTIC DISTRIBUTION, INC. AND MICHAEL MIRANDA, Plaintiffs, | : | |
| V. | : | C.A. NO: 05-348L |
| TEAMSTERS LOCAL UNION NO. 430, TEAMSTERS LOCAL UNION NO. 776, DANIEL A. VIRTUE *in his capacity as President of Teamsters Local Union No. 776* AND JOHN L. FOGLE *in his capacity as Secretary of Teamsters Local Union No. 776,* Defendants. | : | |

**PLAINTIFFS' REPLY TO DEFENDANTS' COUNTERCLAIMS**

1. Plaintiffs admit the allegations of the first sentence and deny the allegations of the second sentence and deny that Miranda was the sole management of the entities.

2. Admitted.

3. Admitted.

4. Denied.

5. Admitted.

6. Admitted.

7. Admitted.

8. Admitted.

9. Admitted, except that it is denied that the judgment against NATCO remains unsatisfied in its entirety.

10. Admitted.

**COUNT I**

11. Denied that the claim is properly brought pursuant to the Labor-Management Relations Act.

12. Plaintiffs neither admit nor deny the allegations of paragraph 12 the same being a generalized statement as to what defendants characterize the law to be. In any event, the defendants deny that such characterization has any application to this case.

13. Denied.

14. Denied.

15. Admitted.

16. Plaintiffs deny that Miranda's control was "centralized" as alleged.

WHEREFORE, Plaintiffs/counterclaim defendants North Atlantic Distribution, Inc. and Michael Miranda demand judgment in their favor and against the defendants/counterclaim plaintiffs for costs, attorney's fees and such other and further relief as may be appropriate.

**COUNT II**

17. Plaintiffs neither admit nor deny the allegations of paragraph 17 the same being a generalized statement as to what defendants characterize the law to be. In any event, the defendants deny that such characterization has any application to this case.

18. Denied.

19. Admitted that Miranda was at all relevant times President and sole shareholder of both NATCO and NORAD. Otherwise, denied.

20. Denied.

21. Plaintiffs admit that both entities had the same corporate address. Otherwise, the allegations are denied.

22. Plaintiffs admit that NATCO and NORAD from time to time guaranteed some obligations of the other. Otherwise, the allegations are denied.

23. Denied.

24. Denied that the sole supervision of NATCO and NORAD was by Miranda.

WHEREFORE, Plaintiffs/counterclaim defendants North Atlantic Distribution, Inc. and Michael Miranda demand judgment in their favor and against the defendants/counterclaim plaintiffs for costs, attorney's fees and such other and further relief as may be appropriate.

**COUNT III**

25. Denied.

26. Admitted that Miranda was at all relevant times the President and sole shareholder of NATCO. Otherwise, denied.

27. Denied.

28. Denied.

WHEREFORE, Plaintiffs/counterclaim defendants North Atlantic Distribution, Inc. and Michael Miranda demand judgment in their favor and

against the defendants/counterclaim plaintiffs for costs, attorney's fees and such other and further relief as may be appropriate.

Plaintiffs,

North Atlantic Distribution, Inc. and
Michael Miranda
By their Attorneys

Max Wistow (#0330)

Jeffrey A. Mega (#6441)
Wistow & Barylick Incorporated
61 Weybosset St.
Providence, RI 02903
(401) 831-2700 (Telephone)
(401) 272-9752 (Facsimile)

Thomas J. McAndrew, Esq. (#1001)
One Turks Head Place, Ste. 205
Providence, RI 02903
(401) 455-0350 (Telephone)
(401) 455-0882 (Facsimile)

**CERTIFICATION**

I hereby certify that I hand-delivered a true copy of the within, on the 18TH day of October, 2005, to the following:

Christopher H. Little, Esq.
Little Medeiros Kinder Bulman & Whitney, PC
72 Pine Street
Providence, RI 02903

F:\Miranda, Mike (NORAD) #6523\PLEADINGS\US DISTRICT CT\Plaintiffs Reply to Defendants' Counterclams.doc