UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

NORTH ATLANTIC DISTRIBUTION, INC.
AND MICHAEL MIRANDA,
Plaintiffs,

v.

C.A. No. 05-348L

TEAMSTERS LOCAL UNION NO. 430,
TEAMSTERS LOCAL UNION NO. 776,
DANIEL A. VIRTUE *in his capacity as President of Teamsters Local Union No. 776*
AND JOHN L. FOGLE *in his capacity as Secretary of Teamsters Local Union No. 776,*
Defendants.

**STIPULATION**

The parties, by their undersigned attorneys, hereby agree that Defendants shall have up to and including November 15, 2005 within which to answer or otherwise respond to Plaintiffs' Motion to Strike Defendants' Jury Demand.

Assented to:

TEAMSTERS LOCAL UNION NO. 430,
TEAMSTERS LOCAL UNION NO. 776,
DANIEL A. VIRTUE *in his capacity as President of Teamsters Local Union No. 776* AND JOHN L. FOGLE *in his capacity as Secretary of Teamsters Local Union No. 776,*

By their attorneys,

Christopher H. Little, Esq. (#1789)
Matthew M. Riordan (#7205)
Little Medeiros Kinder
Bulman & Whitney, PC
72 Pine Street
Providence, RI 02903
(401) 272-8080/ Fax (401) 521-3555

North Atlantic Distribution, Inc.
and Michael Miranda,

By their attorneys,

Max Wistow, Esq. (#0330)
Jeffrey A. Mega, Esq. (#6441)
Wistow & Barylick Incorporated
61 Weybosset Street
Providence, RI 02903
Tel. (401) 831- 2700
Fax (401) 272-9752

Enter:

Per Order:

8