LITTLE MEDEIROS KINDER
BULMAN & WHITNEY PC

RECEIVED

JAN 26 2006

Property of U.S. District Court
District of Rhode Island

*Attorneys*

Christopher H. Little *
Matthew F. Medeiros *
Daniel K. Kinder *
John E. Bulman *
Christopher C. Whitney *
Henry R. Kates *
George H. Rinaldi *
Scott K. Pomeroy
Matthew M. Riordan *+
Andrew S. Ullucci *

John D. Deacon, Jr. *
*Of Counsel*

William R. Powers III
(1931-1998)

Thomas C. Keeney
(1946-1999)

* Also admitted in Massachusetts

+ Also admitted in New York and Connecticut

January 26, 2006

The Honorable Ronald R. Lagueux
United States District Judge
United States District Court
Two Exchange Terrace
Providence, RI 02903

**RE: Teamsters Local Union No. 430 v. North Atlantic Transport Co.**
**No. MC 05-006L**
**RE: North Atlantic Distribution Inc., et al. v. Teamsters Local Union No. 430**
**No. C.A. 05-348L**

Dear Judge Lagueux:

Magistrate Judge Lovegreen has notified counsel in the NORAD action (C.A. 05-348L) that we are to appear on February 14, 2006 for a settlement conference. The NORAD action is directly related to the case involving North Atlantic Transport (MC 05-006L). As the Court may recall, the Teamsters Local obtained a judgment against NATCO and is now seeking to enforce that judgment against NORAD and the principal to both companies, Michael Miranda. I suggested to Judge Lovegreen by letter that it may be appropriate to include North Atlantic Transport's attorneys, Bernard Jackvony and Richard Welch, in the settlement conference. Presumably, Mr. Miranda or his representatives will already be present on behalf of NORAD.

Judge Lovegreen called and suggested that I ask you to include Messrs. Jackvony and Welch in the settlement conference. Because the cases and parties are so interrelated, I think it would be more efficient if all counsel were present. For that reason, we respectfully request that the Court advise Judge Lovegreen that Attorneys Jackvony and Welch should be requested to attend the February 14th settlement conference.

Thank you for your courtesy.

Very truly yours,,

Christopher H. Little
CHL:mib
cc: Max Wistow, Esquire
Thomas J. McAndrew, Esquire
Bernard A. Jackvony, Esquire

Granted:
Ronald R. Lagueux
Sr. USDJ 1/31/06
Copy to Judge Lovegreen

F:\MIB\Teamsters\ltr lagueux 012606.doc

72 Pine Street Providence, RI 02903 (401) 272-8080 fax (401) 521-3555
43 Thorndike Street Cambridge, MA 02141 (617) 494-8070

www.lmkbw.com