UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF RHODE ISLAND

FILED
FEB 10 2006
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| NORTH ATLANTIC DISTRIBUTION, INC. AND MICHAEL MIRANDA, Plaintiffs, | : |
| V. | : C.A. NO: 05-348L |
| TEAMSTERS LOCAL UNION NO. 430, TEAMSTERS LOCAL UNION NO. 776, DANIEL A. VIRTUE *in his capacity as President of Teamsters Local Union No. 776* AND JOHN L. FOGLE *in his capacity as Secretary of Teamsters Local Union No. 776,* Defendants. | : |

**PLAINTIFFS NORTH ATLANTIC DISTRIBUTION, INC. AND MICHAEL MIRANDA'S MOTION FOR SUMMARY JUDGMENT**

Now come the plaintiffs North Atlantic Distribution, Inc. and Michael Miranda pursuant to Rule 56 of the Federal Rules of Civil Procedure hereby seeking an order dismissing defendants Teamsters Local Union No. 430, Teamsters Local Union No. 776, Daniel A. Virtue, in his capacity as President of Teamsters Local Union No. 776 and John L. Fogle in his capacity as Secretary of Teamsters Local Union No. 776's counterclaims in the case at bar because plaintiffs are entitled to a judgment as a matter of law. Plaintiffs submit a Memorandum of Law in Support of Plaintiffs' North Atlantic Distribution, Inc.'s and Michael Miranda's Motion for Summary Judgment contemporaneously herewith.

North Atlantic Distribution, Inc. and
Michael Miranda
By their Attorneys

Max Wistow (#0330)

Jeffrey A. Mega (#6441)
Wistow & Barylick Incorporated
61 Weybosset St.
Providence, RI 02903
(401) 831-2700 (Telephone)
(401) 272-9752 (Facsimile)

Thomas J. McAndrew, Esq. (#1001)
One Turks Head Place, Ste. 205
Providence, RI 02903
(401) 455-0350 (Telephone)
(401) 455-0882 (Facsimile)

**CERTIFICATION**

I hereby certify that I hand-delivered a true copy of the within, on the 10TH day of February, 2006, to the following:

Christopher H. Little, Esq.
Little Medeiros Kinder Bulman & Whitney, PC
72 Pine Street
Providence, RI 02903

F:\Miranda, Mike (NORAD) #6523\PLEADINGS\US DISTRICT CT\Plaintiffs Motion for Summary Judgment.doc