# LOCAL 430 GRIEVANCE FORM

**N⁰ 5862**

Teamsters Local 430 filing on behalf

Date Filed __11/09/01__ Name (Print) __of all affected employees__ Phone _____

Address _____ York, PA _____
                (Street)            (City)                    (State)       (Zip)

Employed by __North Atlantic Transport__ Supervisor __Michael Miranda__

Have you talked to your supervisor about this complaint? __yes__ If so, what date? _____

Are you on a bid job? _____ Job Classification and rate _____

**GRIEVANCE:** Give particulars in detail (Answer these questions: Who? What? When? Where? Why?)

Violation of Article No. __15__ Section No. __All that may apply__

The Company closed the York, PA terminal on or about October 26, 2001 without official notification of the XXX closure to the union or employees. The Company did not make employees whole for wages earned. They also did not pay vacation time, sick time and unused personal days within 72 hours of the closure of the facility. Under the terms of Article 15 of the National Master Automobile Tranporters Agreement, the Local Union on behalf of all affected employees is filing for liquidated damages as outlined. Each employee should be paid 8 ~~hours~~ HOURS per day for each day XXXXX beyond the 72 hours allowed when a TERMINAL ~~torinal~~ is permanently closed.

**UNION EXHIBIT 2**

**Remedy requested:**
Pay all employees as per the terms of the XXXXXX NMATA.

Do you wish to be present at any hearing that may be scheduled? _____

Grievant's Signature _____ Steward's Signature _[signature]_

Status of this claim:

Business Agent _____ Date __

EXHIBIT "A"