Case 1:02-cv-0 .-YK Document 1 Filed 08/21/ Page 6 of 21

# LOCAL 430 GRIEVANCE FORM

№ 5862

Date Filed 11/09/01 Name (Print) Teamsters Local 430 filing on behalf of all affected employees Phone

Address York, PA
(Street) (City) (State) (Zip

Employed by North Atlantic Transport Supervisor Michael Miranda

Have you talked to your supervisor about this complaint? yes If so, what date?

Are you on a bid job? Job Classification and rate

**GRIEVANCE: Give particulars in detail (Answer these questions: Who? What? When? Where? Why?)**

Violation of Article No. 15 Section No. All that may apply

The Company closed the York, PA terminal on or about October 26, 2001 without official notification of the XXX closure to the union or employees. The Company did not make employees whole for wages earned. They also did not pay vacation time, sick time and unused personal days within 72 hours of the closure of the facility. Under the terms of Article 15 of the National Master Automobile Tranporters Agreement, thE Local Union on behalf of all affected employees is filing for liquidated damages as outlined. Each employee should be paid 8 ~~hofurs~~ HOURS per day for each day XXXXX beyond the 72 hours allowed when a ~~torinal~~ TERMINAL is permanently closed.

**UNION EXHIBIT 2**

**Remedy requested:**

Pay all employees as per the terms of the XXXXXX NMATA.

Do you wish to be present at any hearing that may be scheduled?

Grievant's Signature ____________ Steward's Signature T. Allen Kost

Status of this claim:

EXHIBIT "A"

Business Agent ____________ Date ____