# EASTERN AREA AUTOMOBILE TRANSPORTERS JOINT COMMITTEE

Established in accordance with the terms and conditions of the Eastern Area Truckaway and Driveaway Agreement entered into by and between the several Local Unions and the carrier engaged in Automobile Transport and Support Services.

*In the Matter of the Dispute Between*

Teamsters Local # 430 York, PA (City)

and

North Atlantic Transport
Name of Employer

***Submission***

Docket No. 0251

RECEIVED JUN 5 2002 LOCAL 430

We the undersigned, parties to the Eastern Area Truckaway and Driveaway Agreements, hereby agree to submit the dispute to arbitration under the rules of procedure prescribed by the Eastern Area Automobile Transporters Joint Committee, by virtue of its authority as set forth in Article 40. of the Eastern Area Truckaway and Driveaway Agreements, the following:

**On behalf of all affected employees, Union alleges that the Company closed operations without official notification and has not made the employees whole for unused/earned vacations time, sick time, personal days, etc.**

The Undersigned further agrees that a majority decision of the Joint Committee in the above dispute will be final, conclusive and binding with no appeal and, further, that neither party will attempt through any overt acts to void the decision rendered.

The Undersigned also agree that failure to comply with the decision of a majority of the committee within 10 days of the date of the decision will result in the loss of all contract rights, privileges and benefits due them under the Eastern Area Truckaway and Driveaway agreement.

Date May 22, 2002

Employer North Atlantic Transport

Signed by

Title

Local Union 430

Signed by T. Allen Koch

Title Secretary-Treasurer

## DECISION

**The Committee finds that the Company was properly notified by the secretary of the Committee as well as the Local Union that these cases were to be heard at the May 2002 hearings of this Committee, that the Union would not agree to a postponement, that the Union was prepared to proceed with the hearing and submitted its evidence. The Committee finds that the Union's claims are upheld by default pursuant to Article 7, Section 6 of the National Agreement and Article IV, Section 4 of the Committee's rules of procedure. Cost Company.**

Robert L. Mercado
Employer Co-Secretary

Timothy R. Lehman
Union Co-Secretary