**ORIGINAL**

# 1:CV 02-1461

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

TEAMSTERS LOCAL UNION NO. 430,   :
                               :

            Plaintiff,   :
                               :

      vs.                :       CIVIL ACTION NO.

NORTH ATLANTIC TRANSPORT,    :
                               :

          Defendant.  :

## COMPLAINT

**FILED**
HARRISBURG, PA

AUG 2 1 2002

MARY E. D'ANDREA, CLERK
Per _____
             Deputy Clerk

AND NOW, the Plaintiff, Teamsters Local Union No. 430 (hereinafter Local 430), by and through its attorneys, IRA H. WEINSTOCK, P.C., submits this action to enforce an Award of the Eastern Area Automobile Transporters Joint Committee under Section 301 of the Labor-Management Relations Act of 1947, as amended, 29 U.S.C. § 185 *et seq.*, and under 28 U.S.C. §§ 1331 and 1337 and, in support thereof, avers the following:

1.    Plaintiff, Local 430, is a labor organization and unincorporated association with an office located at 1780 6th Avenue, York, Pennsylvania, 17403-2673.

2.    Plaintiff, Local 430, is now, and has at all times relevant to this proceeding, been a "labor organization" within the meaning of § 2(5) of the National Labor Relations Act, as amended, 29 U.S.C. §§ 152(5) and 301 of the Labor-Management Relations Act.

3.    Plaintiff, by and through its officers, agents, and employees, have represented for purposes of collective bargaining, certain employees at North Atlantic Transport which employees are engaged in an "industry affecting commerce" within the meaning of the Labor-Management Relations Act of 1947, as amended, 29 U.S.C. § 185, *et seq.*

4.    Defendant, North Atlantic Transport, is a corporation with its headquarters located at 100 Tidal Drive, North Kingstown, Rhode Island, 02852.

5.    A dispute arose under the terms of the collective bargaining agreement grievances were filed, which grievances are attached hereto as Exhibit "A."

6.    The grievances were filed between July 12, 2001 and November 9, 2001.

7.    Local 430 and North Atlantic Transport were unable to reach a settlement of the grievances in question, and the matter was duly submitted to the Eastern Area Automobile Transporters Joint Committee pursuant to the collective bargaining agreement.

8.    The matter was heard before the Eastern Area Automobile Transporters Joint Committee on May 22, 2002 in Myrtle Beach, South Carolina.

9.    The Eastern Area Automobile Transporters Joint Committee heard the grievances and rendered decisions.  A true and accurate copy of the decisions are attached hereto as Exhibit "B."

10.    At all times thereafter, the Company has failed to abide by the terms of the Eastern Area Automobile Transporters Joint Committee's decisions.

11.    Pursuant to the collective bargaining agreement, the Eastern Area Automobile Transporters Joint Committee's decisions are final and binding on all parties.

12.    North Atlantic Transport's refusal to abide by the decisions is without justification, in violation of the terms of the collective bargaining agreement, and is done in bad faith.

13.    As a result of North Atlantic Transport's violation of the terms of the collective bargaining agreement and refusal to abide by the decisions, the grievants

have not received unused/earned vacation pay, sick time, personal days, down time, etc.

WHEREFORE, Plaintiff respectfully requests that this Honorable Court:

(a)    Enter a decree ordering and directing Defendant to specifically perform and comply with the decisions of the Eastern Area Automobile Transporters Joint Committee.

(b)    Enter an Order directing Defendant to pay grievants' unused/earned vacation pay, sick time, personal days, down time, etc.

(c)    Enter an Order directing Defendant to pay Plaintiff's counsel fees incurred in forcing Defendant to comply with the decisions of the Eastern Area Automobile Transporters Joint Committee and to comply with the terms of the collective bargaining agreement;

(d)    Enter an Order directing Defendant to pay the costs, disbursements, and expenses of this action; and

(e)    Award to Plaintiff such additional relief as this Honorable Court deems appropriate.

Case 1:05-cv-00348-L-DLM     Document 13-6     Filed 02/10/06     Page 5 of 21 PageID #:
126
Case 1:02-cv-01461-YK     Document 1     Filed 08/21/2002     Page 5 of 21

Respectfully Submitted,

**IRA H. WEINSTOCK, P.C.**
800 North Second Street
Harrisburg, PA  17102
Phone:  717-238-1657


By: _Ira H. Weinstock_____
        IRA H. WEINSTOCK
        Attorney I.D. No. 01602

# LOCAL 430 GRIEVANCE FORM

№ 58622

Teamsters Local 430 filing on behalf
of all affected employees

Date Filed __11/09/01__ Name (Print) _____ Phone _____

Address _____York, PA_____ (State) _____ (Zip) _____
                (Street)                      (City)

Employed by _____North Atlantic Transport_____ Supervisor ____Michael Miranda_____

Have you talked to your supervisor about this complaint? _____yes_____ If so, what date? _____

Are you on a bid job? _____ Job Classification and rate _____

GRIEVANCE: Give particulars in detail (Answer these questions: Who? What? When? Where? Why?)

Violation of Article No. ____15_____ Section No. _____ All that may apply

The Company closed the York, PA terminal on or about October 26, 2001

without official notification of the KXX closure to the union or

employees.  The Company did not make employees whole for wages earned.

They also did not pay vacation time, sick time and unused personal days

within 72 hours of the closure of the facility.    Under the terms of

Article 15 of the National Master Automobile Tranporters Agreement, the

Local Union on behalf of all affected employees is filing for liquidated
                                                                    HOURS
damages as outlined.  Each employee should be paid 8 ~~hours~~ per day for
                                                    TERMINAL
each day KXXXX beyond the 72 hours allowed when a ~~torinal~~ is permanently

closed.

**UNION
EXHIBIT 2**

Remedy requested:
   Pay all employees as per the terms of the XXXXXX  NMATA.

Do you wish to be present at any hearing that may be scheduled? _____

Grievant's Signature _____    Steward's Signature _____

Status of this claim:

Business Agent _____ Date ____

EXHI
"A

# LOCAL 430 GRIEVANCE FORM

Nᵒ 5646*

Date Filed 10/29/01     Name (Print) Paul Hurn Jr.     Phone (717) 627-1464

Address 134 South Broad St. Lititz     PA   17543
                     (Street)                (City)        (State)   (Zip.)

Employed by NARO                     Supervisor Bill Houser.

Have you talked to your supervisor about this complaint? Yes     If so, what date? 10/28/01

Are you on a bid job? No     Job Classification and rate Driver

GRIEVANCE: Give particulars in detail (Answer these questions: Who? What? When? Where? Why?)

Violation of Article No. _____     Section No. _____

I was not paid my last vacation for this year
I have one remaining. And would like paid for any
accumulated vacations & sick days for 2001-2002.
Also all health & welfare, and pension payments
to be paid up till yard closure.

UNION
EXHIBIT 2

Remedy requested:

Paid vacations and sick days, pension & health & welfare payments

Do you wish to be present at any hearing that may be scheduled? Yes

Grievant's Signature _____     Steward's Signature _____

Status of this claim:

Business Agent _____     Date _____

# LOCAL 430 GRIEVANCE FORM

№ 5639?

Date Filed _10 - 26 - 01_ Name (Print) _Robert Schwind_ Phone _410-549-7674_

Address _10 Roosevelt Rd._ _Eldersborg_ _maryland_ _21207_
(Street)          (City)          (State)     (Zip)

Employed by _North Atlantic Transportation_ Supervisor _Bill Houser._

Have you talked to your supervisor about this complaint? _yes_ If so, what date? _10-17-01_

Are you on a bid job? _No_ Job Classification and rate _Driver Contract Rate._

**GRIEVANCE:** Give particulars in detail (Answer these questions: Who? What? When? Where? Why?)

Violation of Article No. _____    Section No. _____

_I am Fileing this grievance for my 4 sick day's and
one weeks vacation from last year earnd. and
2 week's Vacation earnd from this year.
and up to date on all Health and welfare
and retirment._

UNION
EXHIBIT 2

Remedy requested:

Do you wish to be present at any hearing that may be scheduled? _yes_

Grievant's Signature _Robert Schwind_     Steward's Signature _Paul E. H__

Status of this claim:

Business Agent _____     Date _____

# LOCAL 430 GRIEVANCE FORM

Nº 58502

Date Filed _10-26-01_  Name (Print) _Ivan L. Handy_  Phone _845-8068_

Address _928 N. Duke St_  _York_  _Pa._  _(Street)_  _(City)_  _(State)_  _(Zip)_

Employed by _North Alantic Tran._  Supervisor _Bill Houser._

Have you talked to your supervisor about this complaint? _____ If so, what date? _____

Are you on a bid job? _no_  Job Classification and rate _____

**GRIEVANCE:** Give particulars in detail (Answer these questions: Who? What? When? Where? Why?)

Violation of Article No. _15 + 50_  Section No. ___

I want Paid For all Vacation Earned unpaid vacation Day Plus sick Days. personian days and 8 hr, a day After 10-31-01

Pay All unpaid penson + H+W. paymants, The Co Closeed The Termiak + op, in york, on or about 10-26-01, with out any Advance notice.

UNION EXHIBIT 2

Remedy requested:

_pay all of that Listed above_

Do you wish to be present at any hearing that may be scheduled? _____

Grievant's Signature _Ivan L Handy_  Steward's Signature _Paul E Herd_

Status of this claim:

Business Agent _____  Date _____

# LOCAL 430 GRIEVANCE FORM

№ 58501

Date Filed **10-26-01**  Name (Print) **Harold R. Steidler**  Phone **717 848-1368**

Address **1200 Lancaster Ave.** **York** **Pa.** **17403**
            (Street)                               (City)              (State)      (Zip)

Employed by **Nafco**                        Supervisor **Bill**

Have you talked to your supervisor about this complaint? **Yes**    If so, what date? _____

Are you on a bid job? **No**    Job Classification and rate **Truck Driver**

**GRIEVANCE:  Give particulars in detail (Answer these questions: Who?  What?  When?  Where?  Why?)**

Violation of Article No. **15 and 50**    Section No. _____

I want paid for All or earned unpaid Vacation and sick
days, and personal days  as per Article 15 I want
paid 8 hrs a day past 72 hrs and pay All unpaid Pension
and H+W Payments.
The company Closed The Terminal Operations in York
on or about Oct-26-01 without any advance Notice

UNION
EXHIBIT 2

**Remedy requested:**
Pay all that's listed above

Do you wish to be present at any hearing that may be scheduled? _____

Grievant's Signature _____    Steward's Signature **Paul E. Keen**

**Status of this claim:**

Business Agent _____    Date _____

# LOCAL 430 GRIEVANCE FORM

Nº 5639

Date Filed _____  Name (Print) *Charles H. Knight*  Phone *717 792-03*

Address *225 N. Forrest St.*  *York*  *Pa*  *1740*
         (Street)              (City)        (State)   (Zip)

Employed by *North Atlantic Transport*  Supervisor *Bill Houser*

Have you talked to your supervisor about this complaint? *Yes*  If so, what date? *10-12-01*

Are you on a bid job? *NO*  Job Classification and rate _____

**GRIEVANCE:** Give particulars in detail (Answer these questions: Who? What? When? Where? Why?)

Violation of Article No. *15 & 50*  Section No. *Para. 15A*

*Request pay For All earned unpaid Vacation Days,*
*Sick days & Personal days.  Request 8 Hrs pay For*
*each day after 10-31-01 As per Article 15.  Pay all*
*unpaid Health & Welfare & Pension payments.*
*Company Closed Terminal operations in York, Pa*
*on or about 10-26-01 without Any Advance Notice.*

*EXHIBIT #2*

Remedy requested:

*Request payment For All Listed Above.*

Do you wish to be present at any hearing that may be scheduled? _____

Grievant's Signature *Charles H. Knight*  Steward's Signature *Paul E. Hurl*

Status of this claim: _____

Business Agent _____  Date _____

# LOCAL 430 GRIEVANCE FORM

№ 58503

Date Filed _10-16-01_  Name (Print) _James Goddard_  Phone _717-993-318__

Address _13412 Lebanon Church Rd. Felton_  _PA_  _173__
        (Street)                        (City)              (State)    (Zip)

Employed by _North Atlantic Transport_  Supervisor _Bill Houser_

Have you talked to your supervisor about this complaint? _Yes_  If so, what date? _10-24-01_

Are you on a bid job? _No_  Job Classification and rate _____

**GRIEVANCE:  Give particulars in detail (Answer these questions: Who?  What?  When?  Where?  Why?)**

Violation of Article No. _15 + 50_  Section No. _(PARA. 15A)_

_Request pay for All Earned unpaid Vacation Days_
_+ Sick days + Pesonal Days - Also Request 8hrs pay_
_For each day After 10-31-01 As per Article 15_
_Pay All unpaid Health & welfare + Pension payment_
_The Company Closed Terminal & Operations in York Pa_
_On or About 10-26-01 without Any Advance Notice._

_Exhibit #2_

**Remedy requested:**

_Request payment For All Listed Above_

Do you wish to be present at any hearing that may be scheduled? _____

Grievant's Signature _James A. Goddard_  Steward's Signature _Paul E. Hurd_

**Status** of this claim:

Business Agent _____  Date _____

# LOCAL 430 GRIEVANCE FORM

№ 56388

Date Filed _10-29-01_ Name (Print) _RAYDEAN G. LAMPARTER_ Phone _717-292-218__

Address _1021 ButTer Rd_ _Dover_ _PA._ _17315_
 (Street)                (City)          (State)    (Zip)

Employed by _NorTh ATLANTIC TRANS._ Supervisor _Bill Houser_

Have you talked to your supervisor about this complaint? _Yes_ If so, what date? _10-29-01_

Are you on a bid job? _NO_ Job Classification and rate _Driver_

**GRIEVANCE: Give particulars in detail (Answer these questions: Who? What? When? Where? Why?)**

Violation of Article No. _____ Section No. _____

I WAS NOT PAID for my LAST 2 weeks VACATIONS
for This yEAR, I WOULD Like PAID for my Sick
DAys & VACATIONS for yEAR 2001 + 2002
I WOULD Like To HAve my HEAlTh + welfAre +
pension PAiD up Till yEAR Ending.

Exhibit #2

**Remedy requested:**

PAiD VACATions & Sick DAys pension + HEAlTh + welfAre PAy

Do you wish to be present at any hearing that may be scheduled? _____

Grievant's Signature _Raydean G. Lamparter_    Steward's Signature _Paul E. Hu__

Status of this claim:

Business Agent _____ Date _____

# LOCAL 430 GRIEVANCE FORM

Nº 5639

Date Filed 10/29/01    Name (Print) PAUL E HURD SR    Phone 717-292-5103

Address 4280 NURSERY RD    DOVER    PA    17315
        (Street)              (City)           (State)   (Zip

Employed by NATCO    Supervisor BILL HOUSER

Have you talked to your supervisor about this complaint? YES    If so, what date? 10/20 21/01

Are you on a bid job? NO    Job Classification and rate DRIVER

**GRIEVANCE: Give particulars in detail (Answer these questions: Who? What? When? Where? Why?)**

Violation of Article No. _____    Section No. _____

DUE TWO WEEKS VACATION ALSO (3) SICK DAYS. TO BE
PAYED FOR ALL ACCUMLATED VACATION FOR 2001·2002.
ALSO ALL HEALTH & WELFARE & PENSION PAYMENT UNTIL YARD
CLOSED.

EXHIBIT #2

**Remedy requested:**

PAID FOR ALL ABOVE

Do you wish to be present at any hearing that may be scheduled? _____

Grievant's Signature _____    Steward's Signature _____

**Status of this claim:**

Business Agent _____    Date _____

Case 1:02-cv-01461-YK     Document 1     Filed 08/21/2002     Page 15 of 21

## LOCAL 430 GRIEVANCE FORM

Nº 58625

Teamsters Local 430 filing on behalf
of all affected employees

Date Filed __11/09/01__ Name (Print) _____ Phone _____

Address _____ York, PA _____ _____ _____
                        (Street)                    (City)              (State)    (Zip)

Employed by ___Norht Atlantic TT Transport___ Supervisor __Michael Miranda__

Have you talked to your supervisor about this complaint? _____yes_____ If so, what date? _____

Are you on a bid job? _____ Job Classification and rate _____

**GRIEVANCE: Give particulars in detail (Answer these questions: Who? What? When? Where? Why?)**

Violation of Article No. _____ Section No. _____ All that may apply

On or about October 26, 2001, North Atlantic Tranport closed the

York terinal without official notification to the union.

Employees worked from June 1, 2001 until October 26, 2001 and

would qualify for vacation to be taken after June 1, 2002.

**Remedy requested:**

Pay all earned vacation time

Do you wish to be present at any hearing that may be scheduled? _____

Grievant's Signature _____ Steward's Signature __T. Allen Koch__

Status of this claim:

Business Agent _____ Date _____

# LOCAL 430 GRIEVANCE FORM

№ 56401

Date Filed _9-10-1_   Name (Print) _Harold Stettler_   Phone _848-1368_

Address _1200 Lancaster Ave._ _York_ _Pa._ _17403_
           (Street)          (City)     (State)  (Zip)

Employed by _Natco_   Supervisor _Bill_

Have you talked to your supervisor about this complaint? _Yes_   If so, what date? _9-8-1_

Are you on a bid job? _No_   Job Classification and rate _Truck Driver_

**GRIEVANCE:** Give particulars in detail (Answer these questions: Who? What? When? Where? Why?)

Violation of Article No. _____   Section No. _____

asked for Vacation for Week of 9-10-1 to 9-15-1
This Was 9-7-1 I asked Bill my supervisor and
my union steward was right there when bill said no
problem and approved my Vacation he signed my req.
on sat 9-8-1 Bill called me at home and said RJ
said I couldn't have my Vacation I missed my pick
because of this

UNION
EXHIBIT 1

Remedy requested:
I want my Vacation

Do you wish to be present at any hearing that may be scheduled? _____

Grievant's Signature _[signature]_   Steward's Signature _T. Allen Koch_

Status of this claim:

Business Agent _____   Date _____

# LOCAL 430 GRIEVANCE FORM

№ 56468

Date Filed _7/12/01_ Name (Print) _Charles H. Knight_ Phone _(717) 792-035c_

Address _225 N. Forrest St._ _York_ _Pa._ _17404_
      (Street)              (City)      (State)  (Zip)

Employed by _North Atlantic Transport_ Supervisor _Bill_

Have you talked to your supervisor about this complaint? _Yes_ If so, what date? _7/6/01_

Are you on a bid job? _____ Job Classification and rate _Driver_

**GRIEVANCE: Give particulars in detail (Answer these questions: Who? What? When? Where? Why?)**

Violation of Article No. _46_        Section No. _____

_I was Not paid Down Time 8 Hrs. 6/29/01_
_waiting To get A/c Fixed, Lights Repaired_
_and Wheel stud and Drum replaced on Trk#82_

**RECEIVED**

~~JUL 1 2 2001~~

~~LOCAL 430~~

Remedy requested:

_Pay Me 8 Hrs Down Time_

**UNION
EXHIBIT 2**

Do you wish to be present at any hearing that may be scheduled? _____

Grievant's Signature _Charles H. Knight_     Steward's Signature _T. Allen Koch_

Status of this claim: _FRIDAY/HOLIDAYS  CALL MIKE  PAY 8 HOURS_

Business Agent _____    Date _____

JUN-19' 02 (WED) 16:33                                                                          P. 002

# EASTERN AREA AUTOMOBILE TRANSPORTERS
## JOINT COMMITTEE

Established in accordance with the terms and conditions of the Eastern Area Truckaway and Driveaway Agreement entered into by and between the several Local Unions and the carrier engaged in Automobile Transport and Support Services.

|  |  |
|---|---|
| *In the Matter of the Dispute Between* | Docket No. ____0252____ |
| Teamsters Local #____430____     York, PA     (City) | *Submission* |
| and | RECEIVED<br>JUN 5  2002<br>LOCAL 430 |
| North Atlantic Transport<br>Name of Employer |  |

We the undersigned, parties to the Eastern Area Truckaway and Driveaway Agreements, hereby agree to submit the dispute to arbitration under the rules of procedure prescribed by the Eastern Area Automobile Transporters Joint Committee, by virtue of its authority as set forth in Article 40, of the Eastern Area Truckaway and Driveaway Agreements, the following:

**On behalf of all affected employees, Union alleges that the Company closed without official notification to the Union. Requesting all earned vacation time.**

The Undersigned further agrees that a majority decision of the Joint Committee in the above dispute will be final, conclusive and binding with no appeal and, further, that neither party will attempt through any overt acts to void the decision rendered.

The Undersigned also agree that failure to comply with the decision of a majority of the committee within 10 days of the date of the decision will result in the loss of all contract rights, privileges and benefits due them under the Eastern Area Truckaway and Driveaway agreement.

Date____May 22, 2002____

Employer____North Atlantic Transport____          Local Union _____430_____

Signed by_____          Signed by ____T. Allen Koch____

Title _____          Title _____Secretary-Treasurer_____

## DECISION

The Committee finds that the Company was properly notified by the secretary of the Committee as well as the Local Union that these cases were to be heard at the May 2002 hearings of this Committee, that the Union would not agree to a postponement, that the Union was prepared to proceed with the hearing and submitted its evidence. The Committee finds that the Union's claims are upheld by default pursuant to Article 7, Section 6 of the National Agreement and Article IV, Section 4 of the Committee's rules of procedure. Cost Company.

____Robert L. Mercado____                              ____Timothy R. Lehman____
Employer Co-Secretary                                        Union Co-Secretary

EXHIBIT
"B"

Case 1:05-cv-00348-L-DLM    Document 13-6    Filed 02/10/06    Page 19 of 21 PageID #:
140
Case 1:02-cv-01461-YK    Document 40    Filed 08/21/2002    Page 19 of 21

JUN-19'02(WED) 16:35                                                                P. 003

# EASTERN AREA AUTOMOBILE TRANSPORTERS
## JOINT COMMITTEE

Established in accordance with the terms and conditions of the Eastern Area Truckaway and Driveaway
Agreement entered into by and between the several Local Unions and the carrier engaged in Automobile
Transport and Support Services.

*In the Matter of the Dispute Between*                          Docket No. ___0251___

Teamsters Local #___430___      ___York, PA___      *Submission*
                                    (City)

                                                                RECEIVED
                                                                JUN 3 '' 2002
and                                                             LOCAL 430

___North Atlantic Transport___
Name of Employer

We the undersigned, parties to the Eastern Area Truckaway and Driveaway Agreements, hereby
agree to submit the dispute to arbitration under the rules of procedure prescribed by the Eastern Area
Automobile Transporters Joint Committee, by virtue of its authority as set forth in Article 40. of the Eastern
Area Truckaway and Driveaway Agreements, the following:

On behalf of all affected employees, Union alleges that the Company closed operations without
official notification and has not made the employees whole for unused/earned vacations time, sick
time, personal days, etc.

The Undersigned further agrees that a majority decision of the Joint Committee in the above dispute
will be final, conclusive and binding with no appeal and, further, that neither party will attempt through any
overt acts to void the decision rendered.

The Undersigned also agrees that failure to comply with the decision of a majority of the committee
within 10 days of the date of the decision will result in the loss of all contract rights, privileges and benefits
due them under the Eastern Area Truckaway and Driveaway agreement.

Date___May 22, 2002___

Employer___North Atlantic Transport___          Local Union ___430___

Signed by_____          Signed by ___T. Allen Koch___

Title_____          Title _____Secretary-Treasurer___

# DECISION

The Committee finds that the Company was properly notified by the secretary of the Committee as
well as the Local Union that these cases were to be heard at the May 2002 hearings of this Committee,
that the Union would not agree to a postponement, that the Union was prepared to proceed with the
hearing and submitted its evidence. The Committee finds that the Union's claims are upheld by
default pursuant to Article 7, Section 6 of the National Agreement and Article IV, Section 4 of the
Committee's rules of procedure. Cost Company.

___Robert L. Mercado___                          ___Timothy E. Lehman___
Employer Co-Secretary                            Union Co-Secretary

JUN-19'02(WED) 16:54                                                                    P. 005

# EASTERN AREA AUTOMOBILE TRANSPORTERS
# JOINT COMMITTEE

Established in accordance with the terms and conditions of the Eastern Area Truckaway and Driveaway Agreement entered into by and between the several Local Unions and the carrier engaged in Automobile Transport and Support Services.

*In the Matter of the Dispute Between*                                    Docket No. 0268

Teamsters Local #    430          York, PA
                                        (city)                           *Submission*

              and                                                        RECEIVED

                                                                         JUN 3 2002

North Atlantic Transport                                                 LOCAL 430
Name of Employer)

We the undersigned, parties to the Eastern Area Truckaway and Driveaway Agreements, hereby agree to submit the dispute to arbitration under the rules of procedure prescribed by the Eastern Area Automobile Transporters Joint Committee, by virtue of its authority as set forth in Article 40. of the Eastern Area Truckaway and Driveaway Agreements, the following:

**On behalf of Harold Steidler, Union alleges that the Company is in violation of Articles 15 and 50. Grievant was not paid vacation pay.**

The Undersigned further agrees that a majority decision of the Joint Committee in the above dispute will be final, conclusive and binding with no appeal and, further, that neither party will attempt through any overt acts to void the decision rendered.

The Undersigned also agree that failure to comply with the decision of a majority of the committee within 10 days of the date of the decision will result in the loss of all contract rights, privileges and benefits due them under the Eastern Area Truckaway and Driveaway agreement.

Date_____ May 22, 2002_____

Employer____ North Atlantic Transport____          Local Union _____ 430_____

Signed by _____                   Signed by ____ T. Allen Koch____

Title _____                       Title ____ Secretary-Treasurer____

### DECISION

The Committee finds that the Company was properly notified by the secretary of the Committee as well as the Local Union that these cases were to be heard at the May 2002 hearings of this Committee, that the Union would not agree to a postponement, that the Union was prepared to proceed with the hearing and submitted its evidence. The Committee finds that the Union's claims are upheld by default pursuant to Article 7, Section 6 of the National Agreement and Article IV, Section 4 of the Committee's rules of procedure. Cost Company.

_____Robert L. Merrado_____              _____Timothy R. Lehman_____
Employer Co-Secretary                    Union Co-Secretary

JUN-19'02(WED) 16:35                                                          P. 006

## EASTERN AREA AUTOMOBILE TRANSPORTERS
## JOINT COMMITTEE

Established in accordance with the terms and conditions of the Eastern Area Truckaway and Driveaway Agreement entered into by and between the several Local Unions and the carrier engaged in Automobile Transport and Support Services.

|  |  |
|---|---|
| *In the Matter of the Dispute Between* | Docket No. <u>0224</u> |
| Teamsters Local # <u>430</u>    <u>York, PA</u><br>(city) | *Submission* |
| and | ~~RECEIVED~~ |
| <u>North Atlantic Transport</u><br>Name of Employer | JUN 5 '' 2002 |
|  | ~~LOCAL 430~~ |

    We the undersigned, parties to the Eastern Area Truckaway and Driveaway Agreements, hereby agree to submit the dispute to arbitration under the rules of procedure prescribed by the Eastern Area Automobile Transporters Joint Committee, by virtue of its authority as set forth in Article 40, of the Eastern Area Truckaway and Driveaway Agreements, the following:

**On behalf of Charles Knight, Union alleges that the Company is in violation of Article 48 and all others that may apply. Grievant waiting for repairs and should be paid down time.**

    The Undersigned further agrees that a majority decision of the Joint Committee in the above dispute will be final, conclusive and binding with no appeal and, further, that neither party will attempt through any overt acts to void the decision rendered.

    The Undersigned also agrees that failure to comply with the decision of a majority of the committee within 10 days of the date of the decision will result in the loss of all contract rights, privileges and benefits due them under the Eastern Area Truckaway and Driveaway agreement.

Date <u>May 22, 2002</u>

Employer <u>North Atlantic Transport</u>    Local Union <u>430</u>

Signed by _____    Signed by <u>T. Allen Koch</u>

Title _____    Title <u>Secretary-Treasurer</u>

### DECISION

The Committee finds that the Company was properly notified by the secretary of the Committee as well as the Local Union that these cases were to be heard at the May 2002 hearings of this Committee, that the Union would not agree to a postponement, that the Union was prepared to proceed with the hearing and submitted its evidence. The Committee finds that the Union's claims are upheld by default pursuant to Article 7, Section 6 of the National Agreement and Article IV, Section 4 of the Committee's rules of procedure. Cost Company.

<u>Robert L. Mercado</u>                     <u>Timothy R. Lehman</u>
Employer Co-Secretary                  Union Co-Secretary