Case 1:02-cv-01461-YK Document 1 Filed 08/21/2002 Page 1 of 21

Summons issued WHC att

Rec. 137061 Yorkco

n/c to atty ORIGINAL

J. K Cane 7.1.13 G

1 RB 8/22

1 : CV 02-1461

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TEAMSTERS LOCAL UNION NO. 430, Plaintiff, | : | |
| vs. | : | CIVIL ACTION NO. |
| NORTH ATLANTIC TRANSPORT, Defendant. | : | FILED HARRISBURG, PA AUG 21 2002 |

MARY E. D'ANDREA, CLERK
Per ________ Deputy Clerk

**COMPLAINT**

AND NOW, the Plaintiff, Teamsters Local Union No. 430 (hereinafter Local 430), by and through its attorneys, IRA H. WEINSTOCK, P.C., submits this action to enforce an Award of the Eastern Area Automobile Transporters Joint Committee under Section 301 of the Labor-Management Relations Act of 1947, as amended, 29 U.S.C. § 185 *et seq.*, and under 28 U.S.C. §§ 1331 and 1337 and, in support thereof, avers the following:

1. Plaintiff, Local 430, is a labor organization and unincorporated association with an office located at 1780 6th Avenue, York, Pennsylvania, 17403-2673.

2. Plaintiff, Local 430, is now, and has at all times relevant to this proceeding, been a "labor organization" within the meaning of § 2(5) of the National Labor Relations Act, as amended, 29 U.S.C. §§ 152(5) and 301 of the Labor-Management Relations Act.

3. Plaintiff, by and through its officers, agents, and employees, have represented for purposes of collective bargaining, certain employees at North Atlantic Transport which employees are engaged in an "industry affecting commerce" within the meaning of the Labor-Management Relations Act of 1947, as amended, 29 U.S.C. § 185, *et seq.*

4. Defendant, North Atlantic Transport, is a corporation with its headquarters located at 100 Tidal Drive, North Kingstown, Rhode Island, 02852.

5. A dispute arose under the terms of the collective bargaining agreement grievances were filed, which grievances are attached hereto as Exhibit "A."

6. The grievances were filed between July 12, 2001 and November 9, 2001.

7. Local 430 and North Atlantic Transport were unable to reach a settlement of the grievances in question, and the matter was duly submitted to the Eastern Area Automobile Transporters Joint Committee pursuant to the collective bargaining agreement.

8. The matter was heard before the Eastern Area Automobile Transporters Joint Committee on May 22, 2002 in Myrtle Beach, South Carolina.

9. The Eastern Area Automobile Transporters Joint Committee heard the grievances and rendered decisions. A true and accurate copy of the decisions are attached hereto as Exhibit "B."

10. At all times thereafter, the Company has failed to abide by the terms of the Eastern Area Automobile Transporters Joint Committee's decisions.

11. Pursuant to the collective bargaining agreement, the Eastern Area Automobile Transporters Joint Committee's decisions are final and binding on all parties.

12. North Atlantic Transport's refusal to abide by the decisions is without justification, in violation of the terms of the collective bargaining agreement, and is done in bad faith.

13. As a result of North Atlantic Transport's violation of the terms of the collective bargaining agreement and refusal to abide by the decisions, the grievants

have not received unused/earned vacation pay, sick time, personal days, down time, etc.

WHEREFORE, Plaintiff respectfully requests that this Honorable Court:

(a) Enter a decree ordering and directing Defendant to specifically perform and comply with the decisions of the Eastern Area Automobile Transporters Joint Committee.

(b) Enter an Order directing Defendant to pay grievants' unused/earned vacation pay, sick time, personal days, down time, etc.

(c) Enter an Order directing Defendant to pay Plaintiff's counsel fees incurred in forcing Defendant to comply with the decisions of the Eastern Area Automobile Transporters Joint Committee and to comply with the terms of the collective bargaining agreement;

(d) Enter an Order directing Defendant to pay the costs, disbursements, and expenses of this action; and

(e) Award to Plaintiff such additional relief as this Honorable Court deems appropriate.

Respectfully Submitted,

**IRA H. WEINSTOCK, P.C.**
800 North Second Street
Harrisburg, PA 17102
Phone: 717-238-1657

By: Ira H. Weinstock
IRA H. WEINSTOCK
Attorney I.D. No. 01602

# LOCAL 430 GRIEVANCE FORM

№ 58622

Date Filed 11/09/01 Name (Print) Teamsters Local 430 filing on behalf of all affected employees Phone

Address York, PA (Street) (City) (State) (Zip)

Employed by North Atlantic Transport Supervisor Michael Miranda

Have you talked to your supervisor about this complaint? yes If so, what date?

Are you on a bid job? Job Classification and rate

GRIEVANCE: Give particulars in detail (Answer these questions: Who? What? When? Where? Why?)

Violation of Article No. 15 Section No. All that may apply

The Company closed the York, PA terminal on or about October 26, 2001 without official notification of the XXX closure to the union or employees. The Company did not make employees whole for wages earned. They also did not pay vacation time, sick time and unused personal days within 72 hours of the closure of the facility. Under the terms of Article 15 of the National Master Automobile Tranporters Agreement, thE Local Union on behalf of all affected employees is filing for liquidated damages as outlined. Each employee should be paid 8 ~~hofurs~~ HOURS per day for each day XXXXX beyond the 72 hours allowed when a ~~torinal~~ TERMINAL is permanently closed.

UNION EXHIBIT 2

Remedy requested:

Pay all employees as per the terms of the XXXXXX NMATA.

Do you wish to be present at any hearing that may be scheduled?

Grievant's Signature

Steward's Signature T. Allen Kee

Status of this claim:

Business Agent Date

EXHIBIT "A"

# LOCAL 430 GRIEVANCE FORM

№ 5646

Date Filed 10/29/01 Name (Print) Paul Hurd JR Phone (717) 627-1464

Address 134 South Broad St. (Street) Lititz (City) PA (State) 17543 (Zip)

Employed by NATCO Supervisor Bill Hauser.

Have you talked to your supervisor about this complaint? Yes If so, what date? 10/28/01

Are you on a bid job? NO Job Classification and rate Driver

GRIEVANCE: Give particulars in detail (Answer these questions: Who? What? When? Where? Why?)

Violation of Article No. ______ Section No. ______

I was not paid my last vacation for this year I have one remaining. And would like paid for any accumulated vacations & sick days for 2001-2002. Also all health & welfare, and pension payments to be paid up till yard closure.

UNION EXHIBIT 2

Remedy requested:

Paid vacations and sick days, pension & health & welfare payments

Do you wish to be present at any hearing that may be scheduled? Yes.

Grievant's Signature [signature]

Steward's Signature [signature]

Status of this claim:

Business Agent ______ Date ______

# LOCAL 430 GRIEVANCE FORM

№ 5639

Date Filed 10-26-01 Name (Print) Robert Schwind Phone 410-549-7674

Address 10 Roosevelt Rd. (Street) Eldersburg (City) maryland (State) 21207 (Zip)

Employed by North Atlantic Transportation Supervisor Bill Houser.

Have you talked to your supervisor about this complaint? yes. If so, what date? 10-17-01

Are you on a bid job? No Job Classification and rate Driver. Contract Rate.

**GRIEVANCE:** Give particulars in detail (Answer these questions: Who? What? When? Where? Why?)

Violation of Article No. ______ Section No. ______

I am Fileing this grievance for my 4 sick day's and one weeks vacation from last year earnd. and 2 week's Vacation earnd from this year. and up to date on all Health and welfare and retirment.

UNION EXHIBIT 2

Remedy requested:

Do you wish to be present at any hearing that may be scheduled? yes.

Grievant's Signature Robert Schwind Steward's Signature Paul E. [illegible]

Status of this claim:

Business Agent ______ Date ______

# LOCAL 430 GRIEVANCE FORM

№ 58502

Date Filed 10-26-01 Name (Print) Ivan L. Handy Phone 845-8068

Address 928 N. Duke St (Street) York (City) Pa. (State) (Zip)

Employed by North Alantic Tran. Supervisor Bill Houser.

Have you talked to your supervisor about this complaint? ______ If so, what date? ______

Are you on a bid job? no Job Classification and rate ______

**GRIEVANCE:** Give particulars in detail (Answer these questions: Who? What? When? Where? Why?)

Violation of Article No. 15 + 50 Section No. ______

I want Paid For all Vacation Earned unpaid Vacation Day plus Sick Days. personian days and 8 hr. a day After 10-31-01 Pay All unpaid penson + H+W. paymants, The Co Closeed The Termial + op. in York. on or about 10-26-01, with out any Advance notice.

UNION EXHIBIT 2

**Remedy requested:**

pay all of that listed above

Do you wish to be present at any hearing that may be scheduled? ______

Grievant's Signature Ivan L Handy Steward's Signature [signature]

Status of this claim:

Business Agent ______ Date ______

Case 1:02-cv-01461-YK Document 1 Filed 08/21/2002 Page 10 of 21

# LOCAL 430 GRIEVANCE FORM

№ 58501

Date Filed 10-26-01 Name (Print) Harold R. Steidler Phone 717 848-1368

Address 1200 Lancaster Ave. (Street) York (City) Pa. (State) 17403 (Zip)

Employed by Natco Supervisor Bill

Have you talked to your supervisor about this complaint? Yes If so, what date?

Are you on a bid job? No Job Classification and rate Truck Driver

GRIEVANCE: Give particulars in detail (Answer these questions: Who? What? When? Where? Why?)

Violation of Article No. 15 and 50 Section No.

I want paid for All earned unpaid Vacation and sick days, and personal days as per Article 15 I want paid 8 hrs a day past 72 hrs. and pay All unpaid Pension and H+W payments.
The company Closed The Terminal Operations in York on or about Oct-26-01 without any advance Notice

UNION EXHIBIT 2

Remedy requested:
Pay all that is listed above

Do you wish to be present at any hearing that may be scheduled?

Grievant's Signature [signature] Steward's Signature [signature]

Status of this claim:

Business Agent Date

# LOCAL 430 GRIEVANCE FORM

№ 5639

Date Filed ____________ Name (Print) Charles H. Knight Phone 717 792-03

Address 225 N. Forrest St. (Street) York (City) Pa (State) 1740 (Zip)

Employed by North Atlantic Transport Supervisor Bill Houser

Have you talked to your supervisor about this complaint? Yes If so, what date? 10-12-01

Are you on a bid job? NO Job Classification and rate ____________

**GRIEVANCE: Give particulars in detail (Answer these questions: Who? What? When? Where? Why?)**

Violation of Article No. 15 + 50 Section No. Para. 15A

Request pay For All earned unpaid Vacation Days Sick days + Personel days. Request 8 Hrs pay For each day after 10-31-01 As per Article 15. Pay all unpaid Health + Welfare + Pension payments.
Company Closed Terminal + operations in York Pa on or about 10-26-01 without Any Advance Notice.

Exhibit #2

**Remedy requested:**

Request payment For All listed Above.

Do you wish to be present at any hearing that may be scheduled? ______

Grievant's Signature Charles H. Knight Steward's Signature Paul E. [illegible]

Status of this claim:

Business Agent ____________ Date ____________

Case 1:02-cv-01461-YK Document 1 Filed 08/21/2002 Page 12 of 21

# LOCAL 430 GRIEVANCE FORM

№ 5850:

Date Filed 10-26-01 Name (Print) James Goddard Phone 717-993-318:

Address 13412 Lebanon Church Rd. (Street) Felton (City) PA (State) 1732 (Zip

Employed by North Atlantic Transport Supervisor Bill Houser

Have you talked to your supervisor about this complaint? Yes If so, what date? 10-24-01

Are you on a bid job? No Job Classification and rate

GRIEVANCE: Give particulars in detail (Answer these questions: Who? What? When? Where? Why?)

Violation of Article No. 15 + 50 Section No. Para. (15A)

Request pay for All Earned unpaid Vacation Days + Sick days + Pesonal Days. Also Request 8hrs pay for each day After 10-31-01 As per Article 15. Pay all unpaid Health & Welfare & Pension payment. The Company Closed Terminal & operations in York Pa On or About 10-26-01 without Any Advance Notice.

Exhibit #2

Remedy requested:

Request payment for All Listed Above

Do you wish to be present at any hearing that may be scheduled?

Grievant's Signature [signature] Steward's Signature [signature]

Status of this claim:

Business Agent Date

# LOCAL 430 GRIEVANCE FORM

№ 56388

Date Filed 10-29-01 Name (Print) RAYDEAN G. LAMPARTER Phone 717-292-218

Address 1021 BUTTER RD (Street) DOVER (City) PA (State) 17315 (Zip)

Employed by NORTH ATLANTIC TRANS. Supervisor Bill Houser

Have you talked to your supervisor about this complaint? yes If so, what date? 10-29-01

Are you on a bid job? NO Job Classification and rate DRIVER

**GRIEVANCE: Give particulars in detail (Answer these questions: Who? What? When? Where? Why?)**

Violation of Article No. _____ Section No. _____

I WAS NOT PAID FOR MY LAST 2 WEEKS VACATIONS FOR THIS YEAR. I WOULD LIKE PAID FOR MY SICK DAYS + VACATIONS FOR YEAR 2001 + 2002 I WOULD LIKE TO HAVE MY HEALTH + WELFARE + PENSION PAID UP TILL YEAR ENDING.

Exhibit #2

Remedy requested:

PAID VACATIONS & SICK DAYS PENSION + HEALTH + WELFARE PAY

Do you wish to be present at any hearing that may be scheduled? _____

Grievant's Signature Raydean G. Lamparter Steward's Signature Paul E. [illegible]

Status of this claim:

Business Agent _____ Date _____

# LOCAL 430 GRIEVANCE FORM

№ 5639

Date Filed 10/29/01 Name (Print) PAUL E HURD SR Phone 717-292-5103

Address 4280 NURSERY RD (Street) DOVER (City) PA (State) 17315 (Zip)

Employed by UATCO Supervisor BILL HOOSER

Have you talked to your supervisor about this complaint? YES If so, what date? 10/20 21/01

Are you on a bid job? NO Job Classification and rate DRIVER

**GRIEVANCE: Give particulars in detail (Answer these questions: Who? What? When? Where? Why?)**

Violation of Article No. ______ Section No. ______

DUE TWO WEEKS VACATION ALSO (3) SICK DAYS. TO BE PAYED FOR ALL ACCUMLATED VACATION FOR 2001 - 2002.
ALSO ALL HEALTH & WELFARE & PENSION PAYMENT UNTIL YARD CLOSED.

Exhibit #2

**Remedy requested:**

PAID FOR ALL ABOVE

Do you wish to be present at any hearing that may be scheduled? ______

Grievant's Signature [signature] Steward's Signature [signature]

Status of this claim:

Business Agent ______ Date ______

# LOCAL 430 GRIEVANCE FORM

№ 58625

Date Filed 11/09/01 Name (Print) Teamsters Local 430 filing on behalf of all affected employees Phone

Address York, PA (Street) (City) (State) (Zip)

Employed by Norht Atlantic Transport Supervisor Michael Miranda

Have you talked to your supervisor about this complaint? yes If so, what date?

Are you on a bid job? Job Classification and rate

**GRIEVANCE: Give particulars in detail (Answer these questions: Who? What? When? Where? Why?)**

Violation of Article No. Section No. All that may apply

On or about October 26, 2001, North Atlantic Tranport closed the York terinal without official notification to the union. Employees worked from June 1, 2001 until October 26, 2001 and would qualify for vacation to be taken after June 1, 2002.

**Remedy requested:**

Pay all earned vacation time

Do you wish to be present at any hearing that may be scheduled?

Grievant's Signature

Steward's Signature T. Allen Koch

Status of this claim:

Business Agent Date

# LOCAL 430 GRIEVANCE FORM

№ 56401

Date Filed 9-10-1 Name (Print) Harold Stettler Phone 848-1368

Address 1200 Lancaster Ave (Street) York (City) Pa. (State) 17403 (Zip)

Employed by Natco Supervisor Bill

Have you talked to your supervisor about this complaint? Yes If so, what date? 9-8-1

Are you on a bid job? No Job Classification and rate Truck Driver

**GRIEVANCE: Give particulars in detail (Answer these questions: Who? What? When? Where? Why?)**

Violation of Article No. ____________ Section No. ____________

asked for Vacation for Week of 9-10-1 to 9-15-1
This Was 9-7-1 I asked Bill my supervisor and
my union steward was right there when bill said no
problem and approved my Vacation he signed my req
on sat 9-8-1 Bill called me at home and said R/I
said I couldn't have my Vacation I missed my pick
because of this

UNION EXHIBIT 1

Remedy requested:

I want my Vacation

Do you wish to be present at any hearing that may be scheduled? ________

Grievant's Signature [signature] Steward's Signature T. Allen Koch

Status of this claim:

Business Agent ____________________ Date ____________

Case 1:02-cv-01461-YK Document 1 Filed 08/21/2002 Page 17 of 21

# LOCAL 430 GRIEVANCE FORM

№ 56468

Date Filed 7/12/01 Name (Print) Charles H. Knight Phone (717) 792-0356

Address 225 N. Forrest St. York Pa. 17404
(Street) (City) (State) (Zip)

Employed by North Atlantic Transport Supervisor Bill

Have you talked to your supervisor about this complaint? Yes If so, what date? 7/6/01

Are you on a bid job? ______ Job Classification and rate Driver

**GRIEVANCE: Give particulars in detail (Answer these questions: Who? What? When? Where? Why?)**

Violation of Article No. 46 Section No. ______

I was Not paid Down Time, 8 Hrs. 6/29/01 waiting To get A/c Fixed, Lights Repaired and Wheel stud and Drum replaced on Trk#82

RECEIVED
JUL 1 2 2001
LOCAL 430

**Remedy requested:**

Pay Me 8 Hrs Down Time

UNION EXHIBIT 2

Do you wish to be present at any hearing that may be scheduled? ______

Grievant's Signature Charles H. Knight Steward's Signature T. Allen Koch

Status of this claim: Friday/[illegible] call Mike Pay 8 hours

Business Agent ______ Date ______

# EASTERN AREA AUTOMOBILE TRANSPORTERS JOINT COMMITTEE

Established in accordance with the terms and conditions of the Eastern Area Truckaway and Driveaway Agreement entered into by and between the several Local Unions and the carrier engaged in Automobile Transport and Support Services.

*In the Matter of the Dispute Between*

Teamsters Local # 430 York, PA (City)

and

North Atlantic Transport
Name of Employer

Docket No. 0252

***Submission***

RECEIVED
JUN 5 2002
LOCAL 429

We the undersigned, parties to the Eastern Area Truckaway and Driveaway Agreements, hereby agree to submit the dispute to arbitration under the rules of procedure prescribed by the Eastern Area Automobile Transporters Joint Committee, by virtue of its authority as set forth in Article 40, of the Eastern Area Truckaway and Driveaway Agreements, the following:

**On behalf of all affected employees, Union alleges that the Company closed without official notification to the Union. Requesting all earned vacation time.**

The Undersigned further agrees that a majority decision of the Joint Committee in the above dispute will be final, conclusive and binding with no appeal and, further, that neither party will attempt through any overt acts to void the decision rendered.

The Undersigned also agree that failure to comply with the decision of a majority of the committee within 10 days of the date of the decision will result in the loss of all contract rights, privileges and benefits due them under the Eastern Area Truckaway and Driveaway agreement.

Date May 22, 2002

Employer North Atlantic Transport
Signed by
Title

Local Union 430
Signed by T. Allen Koch
Title Secretary-Treasurer

DECISION

**The Committee finds that the Company was properly notified by the secretary of the Committee as well as the Local Union that these cases were to be heard at the May 2002 hearings of this Committee, that the Union would not agree to a postponement, that the Union was prepared to proceed with the hearing and submitted its evidence. The Committee finds that the Union's claims are upheld by default pursuant to Article 7, Section 6 of the National Agreement and Article IV, Section 4 of the Committee's rules of procedure.** Cost Company.

Robert L. Mercado
Employer Co-Secretary

Timothy R. Lehman
Union Co-Secretary

EXHIBIT "B"

Case 1:02-cv-01461-YK Document 1 Filed 08/21/2002 Page 19 of 21


# EASTERN AREA AUTOMOBILE TRANSPORTERS JOINT COMMITTEE

Established in accordance with the terms and conditions of the Eastern Area Truckaway and Driveaway Agreement entered into by and between the several Local Unions and the carrier engaged in Automobile Transport and Support Services.

*In the Matter of the Dispute Between*

Teamsters Local # 430 , York, PA
(City)

and

North Atlantic Transport
Name of Employer

***Submission***

Docket No. 0251

RECEIVED
JUN 5 2002
LOCAL 430

We the undersigned, parties to the Eastern Area Truckaway and Driveaway Agreements, hereby agree to submit the dispute to arbitration under the rules of procedure prescribed by the Eastern Area Automobile Transporters Joint Committee, by virtue of its authority as set forth in Article 40. of the Eastern Area Truckaway and Driveaway Agreements, the following:

**On behalf of all affected employees, Union alleges that the Company closed operations without official notification and has not made the employees whole for unused/earned vacations time, sick time, personal days, etc.**

The Undersigned further agrees that a majority decision of the Joint Committee in the above dispute will be final, conclusive and binding with no appeal and, further, that neither party will attempt through any overt acts to void the decision rendered.

The Undersigned also agree that failure to comply with the decision of a majority of the committee within 10 days of the date of the decision will result in the loss of all contract rights, privileges and benefits due them under the Eastern Area Truckaway and Driveaway agreement.

Date May 22, 2002
Employer North Atlantic Transport
Signed by
Title

Local Union 430
Signed by T. Allen Koch
Title Secretary-Treasurer

## DECISION

**The Committee finds that the Company was properly notified by the secretary of the Committee as well as the Local Union that these cases were to be heard at the May 2002 hearings of this Committee, that the Union would not agree to a postponement, that the Union was prepared to proceed with the hearing and submitted its evidence. The Committee finds that the Union's claims are upheld by default pursuant to Article 7, Section 6 of the National Agreement and Article IV, Section 4 of the Committee's rules of procedure. Cost Company.**

Robert L. Mercado
Employer Co-Secretary

Timothy R. Lehman
Union Co-Secretary

Case 1:02-cv-01461-YK Document 1 Filed 08/21/2002 Page 20 of 21



# EASTERN AREA AUTOMOBILE TRANSPORTERS JOINT COMMITTEE

Established in accordance with the terms and conditions of the Eastern Area Truckaway and Driveaway Agreement entered into by and between the several Local Unions and the carrier engaged in Automobile Transport and Support Services.

*In the Matter of the Dispute Between*

Teamsters Local # 430 York, PA (city)

and

North Atlantic Transport
Name of Employer

Docket No. 0268

***Submission***

RECEIVED
JUN 3 2002
LOCAL 430

We the undersigned, parties to the Eastern Area Truckaway and Driveaway Agreements, hereby agree to submit the dispute to arbitration under the rules of procedure prescribed by the Eastern Area Automobile Transporters Joint Committee, by virtue of its authority as set forth in Article 40. of the Eastern Area Truckaway and Driveaway Agreements, the following:

**On behalf of Harold Steidler, Union alleges that the Company is in violation of Articles 15 and 50. Grievant was not paid vacation pay.**

The Undersigned further agrees that a majority decision of the Joint Committee in the above dispute will be final, conclusive and binding with no appeal and, further, that neither party will attempt through any overt acts to void the decision rendered.

The Undersigned also agree that failure to comply with the decision of a majority of the committee within 10 days of the date of the decision will result in the loss of all contract rights, privileges and benefits due them under the Eastern Area Truckaway and Driveaway agreement.

Date May 22, 2002

Employer North Atlantic Transport

Signed by

Title

Local Union 430

Signed by T. Allen Koch

Title Secretary-Treasurer

## DECISION

**The Committee finds that the Company was properly notified by the secretary of the Committee as well as the Local Union that these cases were to be heard at the May 2002 hearings of this Committee, that the Union would not agree to a postponement, that the Union was prepared to proceed with the hearing and submitted its evidence. The Committee finds that the Union's claims are upheld by default pursuant to Article 7, Section 6 of the National Agreement and Article IV, Section 4 of the Committee's rules of procedure. Cost Company.**

Robert L. Mercado
Employer Co-Secretary

Timothy R. Lehman
Union Co-Secretary

# EASTERN AREA AUTOMOBILE TRANSPORTERS JOINT COMMITTEE

Established in accordance with the terms and conditions of the Eastern Area Truckaway and Driveaway Agreement entered into by and between the several Local Unions and the carrier engaged in Automobile Transport and Support Services.

*In the Matter of the Dispute Between*

Teamsters Local # 430 York, PA (city)

and

North Atlantic Transport
Name of Employer

Docket No. 0224

***Submission***

RECEIVED
JUN 5 2002
LOCAL 430

We the undersigned, parties to the Eastern Area Truckaway and Driveaway Agreements, hereby agree to submit the dispute to arbitration under the rules of procedure prescribed by the Eastern Area Automobile Transporters Joint Committee, by virtue of its authority as set forth in Article 40, of the Eastern Area Truckaway and Driveaway Agreements, the following:

**On behalf of Charles Knight, Union alleges that the Company is in violation of Article 48 and all others that may apply. Grievant waiting for repairs and should be paid down time.**

The Undersigned further agrees that a majority decision of the Joint Committee in the above dispute will be final, conclusive and binding with no appeal and, further, that neither party will attempt through any overt acts to void the decision rendered.

The Undersigned also agree that failure to comply with the decision of a majority of the committee within 10 days of the date of the decision will result in the loss of all contract rights, privileges and benefits due them under the Eastern Area Truckaway and Driveaway agreement.

Date May 22, 2002

Employer North Atlantic Transport
Signed by
Title

Local Union 430
Signed by T. Allen Koch
Title Secretary-Treasurer

## DECISION

**The Committee finds that the Company was properly notified by the secretary of the Committee as well as the Local Union that these cases were to be heard at the May 2002 hearings of this Committee, that the Union would not agree to a postponement, that the Union was prepared to proceed with the hearing and submitted its evidence. The Committee finds that the Union's claims are upheld by default pursuant to Article 7, Section 6 of the National Agreement and Article IV, Section 4 of the Committee's rules of procedure. Cost Company.**

Robert L. Mercado
Employer Co-Secretary

Timothy R. Lehman
Union Co-Secretary