



*Attorneys*

Christopher H. Little *
Matthew F. Medeiros *
Daniel K. Kinder *
John E. Bulman *
Christopher C. Whitney *
Henry R. Kates *
George H. Rinaldi *
Scott K. Pomeroy
Matthew M. Riordan *+
Andrew S. Ullucci *

John D. Deacon, Jr. *
*Of Counsel*

William R. Powers III
(1931-1998)

Thomas C. Keeney
(1946-1999)

* Also admitted in Massachusetts

+ Also admitted in New York and Connecticut

January 9, 2006

Max Wistow, Esq.
Wistow & Barylick
61 Weybosset Street
Providence, RI 02903

**RE:** North Atlantic Distribution Inc. and Michael Miranda v. Teamsters Local Union No 430
C.A. No. 05-348L

Dear Mr. Wistow:

I write with respect to the health and welfare and pension fund contributions ("Fund Contributions") portion of the judgment entered against North Atlantic Transport ("NATCO") in <u>Teamsters Local Union No. 430 v. North Atlantic Transport</u>, Misc. 05-006L. After conferring with our client and reviewing further documentation, we are advising you that our client will not be pursuing recovery of $46,606.96, which represents the portion of the judgment for Fund Contributions.

Please contact me should you have any questions regarding this matter.

Very truly yours,

Matthew M. Riordan

cc: Christopher H. Little
    Thomas J. McAndrew

72 Pine Street    Providence, RI 02903    (401) 272-8080    fax (401) 521-3555
43 Thorndike Street    Cambridge, MA 02141    (617) 494-8070

www.lmkbw.com