—TTLE MEDEIROS KINDE—
BULMAN & WHITNEY PC

Attorneys

Christopher H. Little *
Matthew F. Medeiros *
Daniel K. Kinder *
John E. Bulman *
Christopher C. Whitney *
Henry R. Kates *
George H. Rinaldi *
Scott K. Pomeroy
Matthew M. Riordan *+
Andrew S. Ullucci *

John D. Deacon, Jr. *
*Of Counsel*

William R. Powers III
(1931-1998)

Thomas C. Keeney
(1946-1999)

* Also admitted in Massachusetts

+ Also admitted in New York and Connecticut

JAN 1 0 2005 2006

January 9, 2006

Max Wistow, Esq.
Wistow & Barylick
61 Weybosset Street
Providence, RI 02903

**RE: North Atlantic Distribution Inc. and Michael Miranda v. Teamsters Local Union No 430**
**C.A. No. 05-348L**

Dear Mr. Wistow:

I write with respect to the health and welfare and pension fund contributions ("Fund Contributions") portion of the judgment entered against North Atlantic Transport ("NATCO") in <u>Teamsters Local Union No. 430 v. North Atlantic Transport</u>, Misc. 05-006L. After conferring with our client and reviewing further documentation, we are advising you that our client will not be pursuing recovery of $46,606.96, which represents the portion of the judgment for Fund Contributions.

Please contact me should you have any questions regarding this matter.

Very truly yours,

[signature]

Matthew M. Riordan

cc: Christopher H. Little
Thomas J. McAndrew