10

2-24-03

FILED
HARRISBURG, PA

MARY E. D'ANDREA, CLERK
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

TEAMSTERS LOCAL UNION NO. 430, :
Plaintiff, :
vs. : CASE NO. 1:02-CV-1461
: (Judge Kane)
NORTH ATLANTIC TRANSPORT, :
Defendant. :

**REQUEST FOR DEFAULT JUDGMENT**

TO: MARY E. D'ANDREA, CLERK OF THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

Upon the Affidavit of Ira H. Weinstock and T. Allen Koch, attached hereto, you will please enter judgment by default against North Atlantic Transport, in the above-captioned matter for $516,815.59 as of February 14, 2003 plus the amount of $1,529.28 per day ($19.16 per hour for each of the ten employees that accrue at the rate of eight (8) hours per day) for liquidated damages until the claim is paid pursuant to Article 15 of the National Master Automobile Transporters Agreement.

Respectfully Submitted,

**IRA H. WEINSTOCK, P.C.**
800 North Second Street
Harrisburg, PA 17102
Phone: 717-238-1657

By:_______________________________
IRA H. WEINSTOCK

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TEAMSTERS LOCAL UNION NO. 430, Plaintiff, vs. NORTH ATLANTIC TRANSPORT, Defendant. | CASE NO. 1:02-CV-1461 (Judge Kane) |

**AFFIDAVIT OF IRA H. WEINSTOCK**

Ira H. Weinstock, Esquire, being duly sworn, says that he is the attorney for the Plaintiff in the above action; that the amount due the Plaintiff from the Defendant is $516,815.59 as of February 14, 2003 plus the amount of $1,529.28 per day ($19.16 per hour for each of the ten employees that accrue at the rate of eight (8) hours per day) for liquidated damages until the claim is paid pursuant to Article 15 of the National Master Automobile Transporters Agreement, as appears from the statement attached hereto; that the Defendant is not an incompetent organization; that the default of the Defendant has been entered for failure to appear in this action; that the amount shown by the Statement is justly due and owing and that no part thereof has been paid; that the disbursements sought to be taxed have been made in this action or

will necessary be incurred herein; and that all credits to which the Defendant is entitled have been made in this action or necessarily will be made.

[signature]
IRA H. WEINSTOCK

SWORN and Subscribed to and

before me this 19th day of

February, 2003.

Linda Witmer
Notary Public

NOTARIAL SEAL
LINDA WITMER, Notary Public
Harrisburg, Dauphin County, PA
My Commission Expires 03-20-2004

# STATEMENT

Grievance No. 56468 – Charles Knight:

| | | |
|---|---|---|
| Eight (8) hours delay time | $ | 153.28 |

Grievance No. 58622 – All Affected Employees:

| | | |
|---|---|---|
| Vacation Time | $ | 15,200.00 |
| Unused Sick Days Due | $ | 7,600.00 |
| Personal Days Due | $ | 4,560.00 |
| Liquidated Damages | $ | 441,446.40 |

Grievance No. 58621

| | | |
|---|---|---|
| Pension Payments Due | $ | 30,505.40 |
| Health and Welfare Due | $ | 16,101.56 |

| | | |
|---|---|---|
| Court Costs (filing fee for complaint) | $ | 150.00 |
| Process Server | $ | 99.95 |
| Ira H. Weinstock, P.C. (attorney fee) | $ | 1,000.00 |

**TOTAL AMOUNT DUE .................. $ 516,815.59***

*Plus the amount of $1,529.28 per day ($19.16 per hour for each of the ten employees that accrue at the rate of eight (8) hours per day) for liquidated damages until the claim is paid pursuant to Article 15 of the National Master Automobile Transporters Agreement.

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TEAMSTERS LOCAL UNION NO. 430, : | |
| Plaintiff, : | CASE NO. 1:02-CV-1461 |
| vs. : | (Judge Kane) |
| NORTH ATLANTIC TRANSPORT, : | |
| Defendant. : | |

**AFFIDAVIT OF T. ALLEN KOCH**

T. Allen Koch being duly sworn, says that he is Business Agent of the Plaintiff, Teamsters Local Union No. 430.

Your deponent further affirms that the Defendant owes the amount of $516,815.59 as of February 14, 2003 plus the amount of $1,529.28 per day ($19.16 per hour for each of the ten employees that accrue at the rate of eight (8) hours per day) for liquidated damages until the claim is paid pursuant to Article 15 of the National Master Automobile Transporters Agreement.

T. Allen Koch
T. ALLEN KOCH

SWORN and Subscribed to and before me this 19th day of February, 2003.

Linda Witmer
Notary Public

NOTARIAL SEAL
LINDA WITMER, Notary Public
Harrisburg, Dauphin County, PA
My Commission Expires 03-20-2004