TTLE MEDEIROS KINDE
BULMAN & WHITNEY PC

*Attorneys*

Christopher H. Little *
Matthew F. Medeiros *
Daniel K. Kinder *
John E. Bulman *
Christopher C. Whitney *
Henry R. Kates *
George H. Rinaldi *
Scott K. Pomeroy
Matthew M. Riordan +
Joseph P. Quinn *
Adam J. Chandler *

John D. Deacon, Jr. *
*Of Counsel*

William R. Powers III
(1931-1998)

Thomas C. Keeney
(1946-1999)

* Also admitted in Massachusetts

+ Admitted in New York and Connecticut only

June 9, 2005

**VIA FACSIMILE AND REGULAR MAIL**

William O'Gara, Esq.
Holland & Knight LLP
One Financial Plaza, Suite 1800
Providence, RI 02903

**RE: Teamsters Local Union No. 430 v. North Atlantic Transport**
**Case No. 1:02-CV-1461**

Dear Bill:

I am responding to your inquiry for a response from the Teamsters Union as to its position relative to settlement. As you know, the judgment was entered in the original amount of $516,815.59 plus liquidated damages of $1,529.28 per day. The judgment also accrues interest. As of June 10, 2005, the judgment is in the gross amount of $1,810,586.30, not including interest. At this stage based upon our current assessment that it is highly probable that we will be able to establish that NORAD/NATCO fall within the single employer doctrine, we are prepared to discount the claim for purposes of prompt settlement to fifty percent, i.e. $905,293.15. Please keep in mind the continued accrual of liquidated damages and the high probability that the Union's willingness to discount the claim is likely to lessen as we go further in developing our single employer claim case. From what we have seen to date, it would appear that Mr. Miranda, himself, may well be named in this action.

We will be proceeding with further discovery until and unless we are satisfied that the case is genuinely on the track to an appropriate resolution.

Very truly yours,

Christopher H. Little

cc: Ira H. Weinstock, Esq.

F:\MED\Teamsters\ltr O'Gara 060905.doc

72 Pine Street Providence, RI 02903 (401) 272-8080 fax (401) 521-3555
43 Thorndike Street Cambridge, MA 02141 (617) 494-8070

www.lmkbw.com