**NORTH ATLANTIC DISTRIBUTION, INC.**
100 TIDAL DRIVE
QPD INDUSTRIAL PARK
NORTH KINGSTOWN, RI 02852

CITIZENS TRUST COMPANY
PROVIDENCE, RHODE ISLAND
57-12/115-0

CHECK DATE: 8/22/05
CONTROL NUMBER: 027482
AMOUNT: $12,931.25

027482

PAY TWELVE THOUSAND NINE HUNDRED THIRTY ONE 25/100 DOLLARS

TO THE ORDER OF
TEAMSTERS LOCAL UNION NO. 430

NORTH ATLANTIC DISTRIBUTION, INC.
AUTHORIZED SIGNATURE

⑆027482⑆ ⑈011500120⑈ 206 479 0⑈ ⑆000129312500⑆

ENDORSE HERE:
X
PAY TO THE ORDER OF
CITIZENS BANK OF RHODE ISLAND
PROVIDENCE, RI 02903
0115 00 20
FOR DEPOSIT ONLY
LITTLE, BULMAN & WHITNEY, P.C. 1153
CLIENTS FUNDS
1102 7010

The security features on this document include:
Three indelible stains to protect against chemical alterations; Fluorescent fibers visible only under ultraviolet light; Padlock icon in body of check to deter tampering; MicroPrint Signature Line reads "ORIGINAL DOCUMENT" when magnified; and "ORIGINAL DOCUMENT" Security Screen must appear on the back to verify authenticity.

FEDERAL RESERVE BOARD OF GOVERNORS

**NORTH ATLANTIC DISTRIBUTION, INC.**
100 TIDAL DRIVE
QPD INDUSTRIAL PARK
NORTH KINGSTOWN, RI 02852

CITIZENS TRUST COMPANY
PROVIDENCE, RHODE ISLAND
57-12/115 - 0

21

CHECK DATE: 8/12/05

CONTROL NUMBER: 027441

AMOUNT: $30,000.00

PAY Thirty thousand dollars and no cents************************************

TO THE ORDER OF  Teamsters Local Union No. 430

NORTH ATLANTIC DISTRIBUTION, INC.
AUTHORIZED SIGNATURE

⑆027441⑆ ⑈011500120⑈ 906 479 0⑈

Security Features Included — Details on Back.