ENDORSE HERE:

X

PAY TO THE ORDER OF
CITIZENS BANK OF RHODE ISLAND
PROVIDENCE, RI 02903
011500120
FOR DEPOSIT ONLY
LITTLE, BULMAN & WHITNEY, INC. 11453
CLIENTS ACCOUNT
1102 7010

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

The security features on this document include: Three indelible stains to protect against chemical alterations; Fluorescent fibers visible only under ultraviolet light; Padlock Icon in body of check to deter tampering; MicroPrint Signature Line reads "ORIGINAL DOCUMENT" when magnified; and "ORIGINAL DOCUMENT" Security Screen must appear on the back to verify authenticity.

**NORTH ATLANTIC DISTRIBUTION, INC.**
100 TIDAL DRIVE
QPD INDUSTRIAL PARK
NORTH KINGSTOWN, RI 02852

CITIZENS TRUST COMPANY 21
PROVIDENCE, RHODE ISLAND
57-12/115 - 0

027482

| CHECK DATE | CONTROL NUMBER | AMOUNT |
|---|---|---|
| 8/22/05 | 027482 | $12,931.25 |

PAY ~~TWELVE~~ THOUSAND NINE HUNDRED THIRTY ONE 25/100 DOLLARS

TO THE ORDER OF TEAMSTERS LOCAL UNION NO. 430

NORTH ATLANTIC DISTRIBUTION, INC.

AUTHORIZED SIGNATURE

⑈027482⑈ ⑆011500120⑆ 206 479 0⑈ ⑈0001293125⑈

Security Features Included. Details on Back.

**NORTH ATLANTIC DISTRIBUTION, INC.**
100 TIDAL DRIVE
QPD INDUSTRIAL PARK
NORTH KINGSTOWN, RI 02852

CITIZENS TRUST COMPANY 21
PROVIDENCE, RHODE ISLAND
57-12/115 - 0

027441

| CHECK DATE | CONTROL NUMBER | AMOUNT |
| --- | --- | --- |
| 8/12/05 | | $30,000.00 |

PAY Thirty thousand dollars and no cents********************

TO THE ORDER OF Teamsters Local Union No. 430

NORTH ATLANTIC DISTRIBUTION, INC.

AUTHORIZED SIGNATURE

⑈027441⑈ ⑆011500120⑆ 206 479 0⑈ ⑈0003000000⑈

Security Features Included. Details on Back.

PAY TO THE ORDER OF
CITIZENS BANK OF RHODE ISLAND
PROVIDENCE, RI 02903
011500120
FOR DEPOSIT ONLY
... & WHITNEY, INC. 1193
CLIENTS ACCOUNT
1102 707 0