UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

NORTH ATLANTIC DISTRIBUTION, INC.
AND MICHAEL MIRANDA,
Plaintiffs,

v. C.A. No. 05-348L

TEAMSTERS LOCAL UNION NO. 430,
TEAMSTERS LOCAL UNION NO. 776,
DANIEL A. VIRTUE *in his capacity as President of Teamsters Local Union No. 776*
AND JOHN L. FOGLE *in his capacity as Secretary of Teamsters Local Union No. 776,*
Defendants.

WITHDRAWAL OF APPEARANCE

The undersigned, Matthew M. Riordan, hereby withdraws his appearance on behalf of Teamsters Local Union No. 430, Teamsters Local Union No. 776, Daniel A. Virtue *in his capacity as President of Teamsters Local Union No. 776* and John L. Fogle *in his capacity as Secretary of Teamsters Local Union No. 776,* Teamster Local Union No. 430 ("Teamsters") in this matter. The law firm of Little Medeiros Kinder Bulman & Whitney, PC shall continue to represent Teamsters and Christopher H. Little will continue to serve as lead counsel for Teamsters.

Defendants,

TEAMSTERS LOCAL UNION NO. 430,
TEAMSTERS LOCAL UNION NO. 776,
DANIEL A. VIRTUE *in his capacity as President of Teamsters Local Union No. 776 and* JOHN L. FOGLE

*in his capacity as Secretary of Teamsters Local Union No. 776,*

By their attorneys

Christopher H. Little (#1789)
Matthew M. Riordan (#7205)
Little Medeiros Kinder
Bulman & Whitney, PC
72 Pine Street
Providence, RI 02903
(401) 272-8080
(401) 521-3555 (Facsimile)

## Certification

I certify that a true copy of the within Withdrawal of Appearance was sent postage-prepaid on the 22nd day of February, 2006 to:

Max Wistow, Esq.
Jeffrey A. Mega, Esq.
Wistow & Barylick, Inc.
61 Weybosset Street
Providence, RI 02903

Thomas J. McAndrew, Esq.
One Turks Head Place
Suite. 205
Providence, RI 02903

Wendy R Nadak