**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| NORTH ATLANTIC DISTRIBUTION, INC.; and MICHAEL MIRANDA,<br><br>Plaintiffs,<br><br>v.<br><br>TEAMSTERS LOCAL UNION NO. 430; TEAMSTERS LOCAL UNION NO. 776; DANIEL A. VIRTUE, in his Capacity as President of Teamsters Local Union No. 776; and JOHN L. FOGLE, in his Capacity as Secretary of Teamsters Local Union No. 776,<br><br>Defendants. | C.A. No. 05-348 L |

**DEFENDANTS' RESPONSE TO**
**PLAINTIFFS' STATEMENT OF UNDISPUTED FACTS**

Pursuant to L. R. Cv. 56, Defendants and Counterclaim Plaintiffs Teamsters Local Union No. 430, Teamsters Local Union No. 776, Daniel A. Virtue, and John L. Fogle (collectively "Teamsters 430") file this response to the Statement of Undisputed Facts ("Statement") filed by Plaintiffs and Counterclaim Defendants North Atlantic Distribution, Inc. and Michael Miranda (collectively "Plaintiffs").

While the various undisputed facts set forth in Plaintiffs' Statement are largely undisputed, some of them—such as those set forth in Paragraphs 11 and 12—are completely immaterial to the issues raised in Plaintiffs' motion. Nevertheless, all of the undisputed facts set forth in Plaintiffs' Statement combined do not establish any basis for summary judgment. As explained in Teamsters 430's opposition memorandum, filed herewith, the issues raised in Plaintiffs' motion are abstract and hypothetical legal issues that may not even arise depending

upon how the Court resolves the truly disputed questions of Plaintiffs' single employer and alter ego status—questions upon which Plaintiffs do not seek summary judgment. Plaintiffs' motion should be denied on the basis of the legal issues presented notwithstanding the undisputed nature of the facts set forth in the Plaintiffs' Statement.

Christopher H. Little (#1789)
Scott K. Pomeroy (#6044)
Little Medeiros Kinder Bulman & Whitney, P.C.
72 Pine Street
Providence, RI 02903
Tel: (401) 272-8080
Fax: (401) 521-3555

**Counsel for Defendants Teamsters Local Union No. 430; Teamsters Local Union No. 776; Daniel A. Virtue, in his capacity as President of Teamsters Local Union No. 776; and John L. Fogle, in his capacity as Secretary of Teamsters Local Union No. 776.**

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of March , 2006, I caused to be served by first class mail, postage prepaid a copy of the within Response to Plaintiffs' Statement of Undisputed Facts to each of the following:

Max Wistow, Esq.
Jeffrey A. Mega, Esq.
Wistow & Barylick, Inc.
61 Weybosset Street
Providence, RI 02903

Thomas J. McAndrew, Esq.
One Turks Head Place, Suite 205
Providence, RI 02903

Wendy R Novak

scott/A114/1327