UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| NORTH ATLANTIC DISTRIBUTION, INC. AND MICHAEL MIRANDA,<br>Plaintiffs, | : | |
| V. | : | C.A. NO: 05-348L |
| TEAMSTERS LOCAL UNION NO. 430, TEAMSTERS LOCAL UNION NO. 776, DANIEL A. VIRTUE *in his capacity as President of Teamsters Local Union No. 776* AND JOHN L. FOGLE *in his capacity as Secretary of Teamsters Local Union No. 776,*<br>Defendants. | : | |

**PLAINTIFFS' FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO TEAMSTERS LOCAL UNION NO. 430, TEAMSTERS LOCAL UNION NO. 776, DANIEL A. VIRTUE IN HIS CAPACITY AS PRESIDENT OF TEAMSTERS LOCAL UNION NO. 776 AND JOHN L. FOGLE IN HIS CAPACITY AS SECRETARY OF TEAMSTERS LOCAL UNION NO. 776**

Plaintiffs, North Atlantic Distribution, Inc. and Michael Miranda make the following Request for Production pursuant to Rule 34 of the Federal Rules of Civil Procedure and request that defendants Teamsters Local Union No. 430, Teamsters Local Union No. 776, Daniel A. Virtue in his capacity as President of Teamsters Local Union No. 776 and John L. Fogle in his capacity as Secretary of Teamsters Local Union No. 776 (collectively "Local 430") produce or make the following documents available to Plaintiffs' attorneys within thirty (30) days.

**Instructions**

The term "document" shall include any notes, memoranda, correspondence, electronic communication of any kind, writings, drawings, graphs, charts, photographs, phone records, and other data compilations from which information can be obtained, translated, and, if necessary, by the respondent through detection devices into reasonably usable form.

If any document is withheld due to privilege, Local 430 shall, in lieu of production, produce a privilege log stating the author of the withheld documents, to whom it was published, its date and its general subject matter.

**Requests**

**Request No. 1**

All documents which support your contention, in whole or in part, that "NATCO, NORAD, and Miranda constitute a single employer for purposes of the CBA here at issue."

**Request No. 2**

All documents which support your contention, in whole or in part, that "under the Federal Labor Law, Miranda, NATCO and NORAD are all alter egos of one another for purposes of the CBA and arbitration award here at issue."

**Request No. 3**

All documents which support your contention, in whole or in part, that "Miranda is an alter ego of NATCO as that doctrine has developed under corporate law."

**Request No. 4**

All documents, executed or unexecuted, between NATCO and Local 430 which constituted the collective bargaining agreement between those parties for the period beginning January 1, 1999 through December 31, 2004.

**Request No. 5**

All documents, executed or unexecuted, between NORAD and Local 430 which constituted the collective bargaining agreement between those parties for the period beginning January 1, 1999 through December 31, 2004.

**Request No. 6**

All documents, executed or unexecuted, between Michael Miranda personally and Local 430 which constituted the collective bargaining agreement between those parties for the period beginning January 1, 1999 through December 31, 2004.

**Request No. 7**

All documents that support Local 430's Answers to Interrogatories propounded by Plaintiffs.

North Atlantic Distribution, Inc. and
Michael Miranda
By their Attorneys

Max Wistow, Esq. (#0330)

Jeffrey A. Mega, Esq. (#6441)
Wistow & Barylick Incorporated
61 Weybosset St.
Providence, RI 02903
(401) 831-2700 (Telephone)
(401) 272-9752 (Facsimile)

Thomas J. McAndrew, Esq. (#1001)
One Turks Head Place, Ste. 205
Providence, RI 02903
(401) 455-0350 (Telephone)
(401) 455-0882 (Facsimile)

**CERTIFICATION**

I hereby certify that I hand-delivered a true copy of the within, on the 2nd day of March, 2006, to the following:

Christopher H. Little, Esq.
Little Medeiros Kinder Bulman & Whitney, PC
72 Pine Street
Providence, RI 02903

Daria L Sgy

F:\Miranda, Mike (NORAD) #6523\Discovery\1st set of RFP to Local 430.doc