UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

NORTH ATLANTIC DISTRIBUTION, INC.
AND MICHAEL MIRANDA,
Plaintiffs

v. C.A. No. 05-348L

TEAMSTERS LOCAL UNION NO. 430,
TEAMSTERS LOCAL UNION NO. 776,
DANIEL A. VIRTUE *in his capacity as President of Teamsters Local Union No. 776*
AND JOHN L. FOGLE *in his capacity as Secretary of Teamsters Local Union No. 776,*
Defendants

**NOTICE OF DEPOSITION**

To: Aldo Caputo
c/o Max Wistow, Esquire
Wistow & Barylick
61 Weybosset Street
Providence, RI 02903

Allied Court Reporters, Inc.
115 Phenix Avenue
Cranston, RI 02920

PLEASE TAKE NOTICE that the testimony of **ALDO CAPUTO** will be taken by deposition before a notary public or some other officer authorized by law to take depositions, at the offices of Little Medeiros Kinder Bulman & Whitney, P.C., 72 Pine Street, Providence, RI 02903 on **Wednesday, May 10, 2006 at 1:00 p.m.** or on a lawfully adjourned date, and from day to day thereafter until the examination is concluded.

You are invited to attend and take such part as is appropriate under law.

TEAMSTERS LOCAL UNION NO. 430, et al.
By their attorneys,

Christopher H. Little (#1789)
Little Medeiros Kinder Bulman & Whitney, P.C.
72 Pine Street
Providence, RI 02903
(401) 272-8080
Fax: (401) 521-3555

Dated: April 4, 2006

CERTIFICATION

I hereby certify that on this 4th day of April, 2006, I caused a true and accurate copy of the within Notice of Deposition to be mailed, by first class mail, postage prepaid, to:

Max Wistow, Esquire
Jeffrey A. Mega, Esquire
Wistow & Barylick
63 Weybosset Street
Providence, RI 02903

Thomas J. McAndrew, Esquire
One Turks Head Place, Suite 205
Providence, RI 02903

[signature]

F:\MIB\Teamsters\No Atlantic v Teamsters 430\Notice of Depo Aldo Caputo.doc