**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| NORTH ATLANTIC DISTRIBUTION, INC. AND MICHAEL MIRANDA<br>Plaintiffs | : | |
| v. | : | C.A. NO. 05-0348L |
| TEAMSTERS LOCAL UNION NO. 430, TEAMSTERS LOCAL UNION NO. 776, DANIEL A. VIRTUE in his capacity as President of Teamster Local Union No. 776 AND JOHN L. FOGLE in his capacity as Secretary of Teamsters Local Union 776,<br>Defendants | : | FILED APR 17 '06 U.S. DISTRICT COURT DISTRICT OF RHODE ISLAND |

**DEFENDANTS' OBJECTION TO PLAINTIFFS' MOTION TO COMPEL ANSWERS TO INTERROGATORIES**

Now come the Defendants, Teamsters Local Union No. 430, Teamsters Local Union No. 766, Daniel A. Virtue and John L. Fogle ("Defendants") and hereby object to the motion of the plaintiffs to compel the Defendants to Answer Interrogatories. In support thereof, the Defendants state that due to a change in co-counsel for the Defendants, additional time was needed to respond to the plaintiffs' discovery requests and that the plaintiffs had previously agreed to extending the time for the Defendants to answer the interrogatories, provided the Court extend the discovery deadline set forth in the pre-trial order by sixty days, which was done on April 5, 2006.

The Defendants further rely on the memorandum of law, and exhibits therein, which is filed contemporaneously with this objection and is incorporated herein.

WHEREFORE, the Defendants respectfully request that this Honorable Court deny the plaintiffs' motion to compel.

TEAMSTERS LOCAL UNION NO. 430
By its attorneys,

Christopher H. Little (#1789)
Little Medeiros Kinder Bulman & Whitney, P.C.
72 Pine Street
Providence, RI 02903
(401) 272-8080
Fax: (401) 521-3555
clittle@lmkbw.com

Dated: April 17, 2006

CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of April, 2006, I caused a true and accurate copy of the within Defendants' Objection to Plaintiffs' Motion to Compel Answers to Interrogatories to be hand-delivered, to:

Max Wistow, Esquire
Jeffrey A. Mega, Esquire
Wistow & Barylick
63 Weybosset Street
Providence, RI 02903

Thomas J. McAndrew, Esquire
One Turks Head Place, Suite 205
Providence, RI 02903

**UNITED STATES DISTRICT COURT FOR THE**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| NORTH ATLANTIC DISTRIBUTION, INC. AND MICHAEL MIRANDA<br>Plaintiffs | : | |
| v. | : | C.A. NO. 05-0348L |
| TEAMSTERS LOCAL UNION NO. 430, TEAMSTERS LOCAL UNION NO. 776, DANIEL A. VIRTUE in his capacity as President of Teamster Local Union No. 776 AND JOHN L. FOGLE in his capacity as Secretary of Teamsters Local Union 776,<br>Defendants | : | |

**DEFENDANTS'MEMORANDUM OF LAW IN SUPPORT OF THEIR OBJECTION TO PLAINTIFFS' MOTION TO COMPEL ANSWERS TO INTERROGATORIES**

On or about March 30, 2006 co-counsel for the Defendants, Teamsters Local Union No. 430, Teamsters Local Union No. 766, Daniel A. Virtue and John L. Fogle ("Defendants"), requested an extension of time in which to answer the interrogatories propounded to the Defendants by the plaintiffs. The answers were due on April 3, 2006 and the request was necessitated by a change in co-counsel for the Defendants, the nature of the interrogatories and the need to respond to the plaintiffs' motion for summary judgment. The objection to the motion for summary judgment and related documents were filed on March 28, 2006 and a hearing was scheduled for April 13, 2006. In response to the request for an extension of time to respond to the discovery requests, counsel for the plaintiffs stated that he could not agree to the request because of the approaching discovery deadline, but suggested that Defendants file a motion to extend the discovery deadline. Counsel for the plaintiffs

more than willing to delay the time in which Local 430 can respond to the outstanding discovery." (Exhibit 1)

Defendants then filed a Consented to Motion to Extend Pretrial Order Deadlines by 60 Days. (Exhibit 2). The Court granted this Motion on April 5, 2006. In the interim, the plaintiffs filed motions to compel the Defendants to answers interrogatories and respond to a request for the production of documents. After the Court granted the motion to extend the discovery deadline, the Defendants requested that the plaintiffs execute a stipulation which passed their discovery motions pass and extended the time for the Defendants to respond to the discovery requests. (Exhibit 3) Despite their earlier representation, the plaintiffs refused to execute the stipulation.

Given the nature of the discovery requests, the change in co-counsel for the Defendants, and the plaintiffs' earlier representation that they would agree to the extension, the Defendants respectfully request that this Court deny the plaintiffs' motion to compel.

TEAMSTERS LOCAL UNION NO. 430
By its attorneys,

Christopher Little

Christopher H. Little (#1789)
Little Medeiros Kinder Bulman & Whitney, P.C.
72 Pine Street
Providence, RI 02903
(401) 272-8080
Fax: (401) 521-3555
clittle@lmkbw.com

Dated: April 17, 2006

CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of April, 2006, I caused a true and accurate copy of the within Defendants' Memorandum in Support of Their Objection to Plaintiffs' Motion to Compel Answers to Interrogatories, to be hand-delivered, to:

Max Wistow, Esquire
Jeffrey A. Mega, Esquire
Wistow & Barylick
63 Weybosset Street
Providence, RI 02903

Thomas J. McAndrew, Esquire
One Turks Head Place, Suite 205
Providence, RI 02903

F:\MIB\Teamsters\No Atlantic v Teamsters 430\Defts Memo in Support of Obj to Mot to Compel Ans.doc

WISTOW & BARYLICK
INCORPORATED
ATTORNEYS AT LAW
61 WEYBOSSET STREET
PROVIDENCE, RHODE ISLAND 02903

MAX WISTOW
JOHN P. BARYLICK
STEPHEN P. SHEEHAN
A. PETER LOVELEY
JEFFREY A. MEGA
MICHAEL J. STEVENSON

TELEPHONE
AREA CODE 401
831-2700

FAX
272-9752

E-MAIL
mail@wistbar.com

March 31, 2006

VIA FACSIMILE AND REGULAR MAIL
521-3555

Scott K. Pomeroy, Esq.
Little, Medeiros, Kinder, Bulman & Whitney, PC
72 Pine Street
Providence, RI 02903

Re: North Atlantic Distribution, Inc. and Michael Miranda v. Teamsters Local Union No. 430, et al.
C.A. NO: 05-348L

Dear Mr. Pomeroy:

I am writing in response to the fax which you sent to me yesterday afternoon seeking additional time (until the end of April) to respond to plaintiffs' outstanding document requests and interrogatories. Upon reviewing the pretrial order that Judge Lagueux entered in this matter on October 27, 2005, I cannot agree to enter into a stipulation providing defendants with additional time to respond to plaintiffs' outstanding discovery. The pre-trial order provides that all pre-trial discovery is to be completed by April 28, 2006. Your request will place me in the position of receiving documents and interrogatory answers at the very end of Judge Lagueux's pre-trial discovery period. As you might understand, we will probably need to take additional discovery upon our receipt of Local 430's documents and interrogatory answers.

Please be advised that I intend to file Motions to Compel the outstanding discovery if the answers and responses are not received on Monday, April 3, 2006. If you feel that Local 430 needs additional time, I am requesting that you file a motion with Judge Lagueux seeking to delay the closure of pre-trial discovery beyond April 28, 2006. If your motion is successful, I am more than willing to delay the time in which

APR - _ 2006
By CC:CHC

Scott K. Pomeroy, Esq.
March 31, 2006

Local 430 can respond to the outstanding discovery. Feel free to contact me if you should have any questions.

Very truly yours,

Jeffrey A. Mega

JAM/dls

cc: Christopher Little, Esq. (via facsimile)
Thomas McAndrew, Esq. (via facsimile)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

NORTH ATLANTIC DISTRIBUTION, INC.; and MICHAEL MIRANDA,

Plaintiffs,

v.

TEAMSTERS LOCAL UNION NO. 430; TEAMSTERS LOCAL UNION NO. 776; DANIEL A. VIRTUE, in his Capacity as President of Teamsters Local Union No. 776; and JOHN L. FOGLE, in his Capacity as Secretary of Teamsters Local Union No. 776,

Defendants.

C.A. No. 05-348 L

**CONSENTED TO MOTION TO**
**EXTEND PRETRIAL ORDER DEADLINES BY 60 DAYS**

Defendants Teamsters Local Union No. 430, Teamsters Local Union No. 776, Daniel A. Virtue, and John L. Fogle ("Defendants") hereby move to enlarge the time for discovery set forth in this Court's October 27, 2005 Pretrial Order by 60 days, allowing all parties until June 27, 2006, to complete pretrial discovery and until July 25, 2006, to file pretrial memoranda.

This is Defendants' first request for an enlargement of time for discovery, and Defendants believe that there is good cause for this enlargement of time because there has been a change in the co-counsel representing Defendants and Defendants were required to spend time responding to Plaintiffs' pending motion for summary judgment. Defendants anticipate that the discovery remaining to be completed consists of some additional written discovery and a few depositions of key witnesses. The requested enlargement of time will allow the parties to

complete their respective discovery efforts in an efficient and organized manner. In addition, Defendants believe that this enlargement of time will not prejudice any party or inconvenience the Court.

Through counsel, Defendants have conferred with Plaintiffs regarding this motion, and Plaintiffs have indicated that they do not object to the requested 60 day enlargement of time.

For the foregoing reasons, Defendants request that the Court enlarge the time periods set in its Pretrial Order by 60 days and thereby allow all parties until June 27, 2006, to complete pretrial discovery and until July 25, 2006, to file pretrial memoranda.

Christopher H. Little (#1789)
Scott K. Pomeroy (#6044)
Little Medeiros Kinder Bulman & Whitney, P.C.
72 Pine Street
Providence, RI 02903
Tel: (401) 272-8080
Fax: (401) 521-3555

**Counsel for Defendants Teamsters Local Union No. 430; Teamsters Local Union No. 776; Daniel A. Virtue, in his capacity as President of Teamsters Local Union No. 776; and John L. Fogle, in his capacity as Secretary of Teamsters Local Union No. 776.**

**CERTIFICATE OF SERVICE**

I hereby certify that on this 4th day of April , 2006, I caused to be served by first class mail, postage prepaid a copy of the within Consented to Motion to Extend Pretrial Order Deadlines by 60 Days to each of the following:

Max Wistow, Esq.
Jeffrey A. Mega, Esq.
Wistow & Barylick, Inc.
61 Weybosset Street
Providence, RI 02903

Thomas J. McAndrew, Esq.
One Turks Head Place, Suite 205
Providence, RI 02903

Mary d. DeFonta

scott/A114/1331

LITTLE MEDEIROS KINDER
BULMAN & WHITNEY PC

*Attorneys*

Christopher H. Little **
Matthew F. Medeiros **
Daniel K. Kinder *
John E. Bulman *
Christopher C. Whitney *
Henry R. Kates **
George H. Rinaldi **
Scott K. Pomeroy *
Andrew S. Ullucci *
Laura J. Bottaro +

John D. Deacon, Jr. **
*Of Counsel*

William R. Powers III
(1931-1998)

Thomas C. Keeney
(1946-1999)

**Also admitted in Massachusetts

+ Admitted in Colorado only

April 10, 2006

**Via Facsimile and U.S. Mail**

Jeffrey A. Mega, Esq.
Wistow & Barylick, Inc.
61 Weybossett Street
Providence, RI 02903

**Re: North Atlantic Distribution, Inc. v. Teamsters Local Union No. 430**
**Stipulation re Discovery Responses and Motions to Compel**

Dear Jeff:

As we discussed, I have enclosed a stipulation extending Defendants' time to respond to the outstanding discovery to April 28th and allowing Plaintiffs' pending discovery motions to pass.

After you and Mr. McAndrew have signed, please return the original to this office so Defendants can file it with the Court. Thank you.

Sincerely,

Scott K. Pomeroy

Enclosure

cc: Christopher H. Little, Esq.
Max Wistow, Esq.
Thomas J. McAndrew, Esq.

scott/A114/1345