UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF RHODE ISLAND

FILED
APR 4 2006

NORTH ATLANTIC DISTRIBUTION, INC. AND MICHAEL MIRANDA,
Plaintiffs,

V.

C.A. NO: 05-348L

TEAMSTERS LOCAL UNION NO. 430, TEAMSTERS LOCAL UNION NO. 776, DANIEL A. VIRTUE *in his capacity as President of Teamsters Local Union No. 776* AND JOHN L. FOGLE *in his capacity as Secretary of Teamsters Local Union No. 776,*
Defendants.

RECEIVED

APR 24 2006

DAVID L. MARTIN, U.S. MAGISTRATE JUDGE
U.S. DISTRICT COURT, DISTRICT OF RHODE ISLAND

**PLAINTIFFS' MOTION TO COMPEL DEFENDANTS' ANSWERS TO PLAINTIFFS' INTERROGATORIES**

Now come the Plaintiffs requesting an Order from this Honorable Court compelling Defendants to answer Plaintiffs' First Set of Interrogatories Propounded to Defendant Teamsters Local Union No. 430, Teamsters Local Union No. 776, Daniel A. Virtue in his capacity as President of Teamsters Local Union No. 776 and John L. Fogle in his capacity as Secretary of Teamsters Local Union No. 776 which were propounded by the Plaintiffs on March 2, 2006. (See attached "Exhibit A"). Defendants' answers were due on April 3, 2006 pursuant to Rule 33 of the Federal Rules of Civil Procedure. To date, no response has been received.

Passed per letter from Plaintiffs' counsel of May 9, 2006.

David L. Martin

DAVID L. MARTIN
United States Magistrate Judge
May 10, 2006

☐ Referred to U.S.M.J. Martin
☐ for findings & accommendations
☒ ~~for~~ determination
☐ ______

Ronald R. Lagueux, Senior U.S. District Judge
Date: 4-20-06