UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF RHODE ISLAND

FILED
APR 4 2006

NORTH ATLANTIC DISTRIBUTION, INC. AND MICHAEL MIRANDA,
Plaintiffs,

V.

C.A. NO: 05-348L

RECEIVED
APR 24 2006
DAVID L. MARTIN, U.S. MAGISTRATE JUDGE
U.S. DISTRICT COURT, DISTRICT OF RHODE ISLAND

TEAMSTERS LOCAL UNION NO. 430, TEAMSTERS LOCAL UNION NO. 776, DANIEL A. VIRTUE *in his capacity as President of Teamsters Local Union No. 776* AND JOHN L. FOGLE *in his capacity as Secretary of Teamsters Local Union No. 776,*
Defendants.

**PLAINTIFFS' MOTION TO COMPEL DEFENDANTS' RESPONSES TO PLAINTIFFS' REQUEST FOR PRODUCTION OF DOCUMENTS**

Now come the Plaintiffs requesting an Order from this Honorable Court compelling Defendants to respond to Plaintiffs' First Request for Production of Documents to Teamsters Local Union No. 430, Teamsters Local Union No. 776, Daniel A. Virtue in his capacity as President of Teamsters Local Union No. 776 and John L. Fogle in his capacity as Secretary of Teamsters Local Union No. 776 which were served by the Plaintiffs on March 2, 2006. (See attached "Exhibit A"). Defendants' responses were due on April 3, 2006 pursuant to Rule 34 of the Federal Rules of Civil Procedure. To date, no response has been received.

☐ Referred to U.S.M.J. Martin
☐ for findings & accommendations
☑ for determination
☐ ______

Ronald R. Lagueux, Senior U.S. District Judge
Date: 4-20-06

Passed per letter from Plaintiffs' counsel of May 9, 2006.

David L. Martin
DAVID L. MARTIN
United States Magistrate Judge
May 10, 2006