LITTLE MEDEIROS KINDER
BULMAN & WHITNEY PC

*Attorneys*

Christopher H. Little *
Matthew F. Medeiros *
Daniel K. Kinder *
John E. Bulman *
Christopher C. Whitney
Henry R. Kates *
George H. Rinaldi *
Scott K. Pomeroy *
Andrew S. Ullucci *
Laura J. Bottaro +

John D. Deacon, Jr. *
*Of Counsel*

William R. Powers III
(1931-1998)

Thomas C. Keeney
(1946-1999)

* Also admitted in Massachusetts

+ Admitted in Colorado only

April 24, 2006

**Via Facsimile and U.S. Mail**

Max Wistow, Esq.
Wistow & Barylick, Inc.
61 Weybossett Street
Providence, RI 02903

**Re: North Atlantic Distribution, Inc. v. Teamsters Local Union No. 430**

Dear Max:

I am writing to follow-up on Chris Little's correspondence to you of April 14, 2006. As outlined in that letter, Plaintiffs' document production is incomplete in a number of respects, and Defendants are clearly entitled to the responsive materials.

Please advise us as to your response to the prior correspondence. Thank you.

Sincerely,

Scott K. Pomeroy

cc: Christopher H. Little, Esq.
Thomas J. McAndrew, Esq.

scott/A114/1351

72 Pine Street Providence, RI 02903 (401) 272-8080 fax (401) 521-3555
43 Thorndike Street Cambridge, MA 02141 (617) 494-8070

www.lmkbw.com