WISTOW & BARYLICK
INCORPORATED
ATTORNEYS AT LAW
61 WEYBOSSET STREET
PROVIDENCE, RHODE ISLAND 02903

MAX WISTOW
JOHN P. BARYLICK
STEPHEN P. SHEEHAN
A. PETER LOVELEY
JEFFREY A. MEGA
MICHAEL J. STEVENSON

TELEPHONE
AREA CODE 401
831-2700

FAX
272-0752

E-MAIL
mail@wistbar.com

April 26, 2006

VIA FACSIMILE
<u>521-3555</u>

Scott K. Pomeroy, Esq.
Little, Medeiros, Kinder, Bulman & Whitney, PC
72 Pine Street
Providence, RI 02903

Re: North Atlantic Distribution, Inc. and Michael Miranda v.
Teamsters Local Union No. 430, et al.
C.A. NO: 05-348L

Dear Scott:

I am writing as a follow-up to the correspondence which you sent to me dated April 14 and April 24, 2006. Please be advised that the employee that I have been dealing with recently underwent emergency surgery and, as I understand, was back to work today for the first time. I have left him a message and intend to respond in the near future.

I am also writing as a follow-up to our conversation this past Thursday, April 20, 2006, regarding Plaintiffs' Motion to Compel Answers to Interrogatories and Responses to Plaintiffs' Requests for Production of Documents. I received notice from the United States District Court yesterday indicating that the hearing has been set down for Wednesday, May 10, 2006. You indicated on Thursday, April 20, 2006, that you might be agreeable to entering into a Consent Order whereby Local 430 reserves its right to object to plaintiffs' interrogatories and requests. To date, I have not heard back from you. In addition, the extension that you were seeking ends this coming Friday, April 28, 2006. If I we are unable to finalize a Consent Order by this afternoon, I intend to file a reply to your objection.

cv

Scott K. Pomeroy, Esq.
April 26, 2006

Hopefully, that will not be necessary. I look forward to hearing from you.

Very truly yours,

Jeffrey A. Mega

JAM/dls