LITTLE MEDEIROS KINDER
BULMAN & WHITNEY P

*Attorneys*

Christopher H. Little •
Matthew F. Medeiros •
Daniel K. Kinder •
John E. Bulman •
Christopher C. Whitney
Henry R. Kates •
George H. Rinaldi •
Scott K. Pomeroy •
Andrew S. Ullucci •
Laura J. Bottaro +

John D. Deacon, Jr. •
*Of Counsel*

William R. Powers III
(1931-1998)

Thomas C. Keeney
(1946-1999)

• Also admitted in Massachusetts

+ Admitted in Colorado only

April 26, 2006

**Via Facsimile and U.S. Mail**

Jeffrey A. Mega, Esq.
Wistow & Barylick, Inc.
61 Weybossett Street
Providence, RI 02903

**Re: North Atlantic Distribution, Inc. v. Teamsters Local Union No. 430**

Dear Jeff:

I am writing in response to your letter of earlier today. While we appreciate the situation regarding one of your clients' employees, we are entitled to the additional responsive materials that Plaintiffs have not yet produced, and you have not acknowledged that Plaintiffs will produce them. Can you kindly advise us whether you intend to supplement Plaintiffs' production as requested in Mr. Little's letter of April 14, 2006, and, assuming you do, when we can expect to receive the supplemental production.

Thank you.

Sincerely,

Scott K. Pomeroy

cc: Christopher H. Little, Esq.
Thomas J. McAndrew, Esq.

scott/A114/1354

72 Pine Street Providence, RI 02903 (401) 272-8080 fax (401) 521-3555
43 Thorndike Street Cambridge, MA 02141 (617) 494-8070

www.lmkbw.com