LITTLE MEDEIROS KINDER
BULMAN & WHITNEY PC

*Attorneys*

Christopher H. Little •
Matthew F. Medeiros •
Daniel K. Kinder •
John E. Bulman •
Christopher C. Whitney •
Henry R. Kates •
George H. Rinaldi •
Scott K. Pomeroy •
Andrew S. Ullucci •
Laura J. Bottaro +

John D. Deacon, Jr. •
*Of Counsel*

William R. Powers III
(1931-1998)

Thomas C. Keeney
(1946-1999)

• Also admitted in Massachusetts

+ Admitted in Colorado only

May 1, 2006

**Via Facsimile and U.S. Mail**

Jeffrey A. Mega, Esq.
Wistow & Barylick, Inc.
61 Weybossett Street
Providence, RI 02903

**RE: North Atlantic Distribution Inc. v. Teamsters Local Union No 430**
**C.A. No. 05-348L**

Dear Jeff:

I am writing to follow-up on my prior correspondence regarding Plaintiffs' incomplete production of documents. The documents that Plaintiffs have not produced are necessary for us to conduct the upcoming deposition of Mr. Caputo. In light of this need and the looming discovery cut-off, if counsel cannot work out a solution to this issue by close of business this Wednesday, Defendants will need to postpone the deposition and will move to compel.

Sincerely,

Scott K. Pomeroy

cc: Christopher H. Little, Esq. ✓
Thomas J. McAndrew, Esq.

scott/A114/1357

72 Pine Street Providence, RI 02903 (401) 272-8080 fax (401) 521-3555
43 Thorndike Street Cambridge, MA 02141 (617) 494-8070

www.lmkbw.com