30
Pfr 5/1/03

Mercedes-Benz Credit

# The First Class Lease™

*Opuanoquae

**Motor Vehicle Lease Agreement**

## Parties

*Lease Date* 06/15/02 *No. of Months in Lease* 39 *(Lease Term)*

Lessor (Dealer) [illegible] AUTOCENTER

Address 1515 BALD HILL ROAD
WARWICK RI 02886

*Lessee* NORTH ATLANTIC DISTRIBUTION

Billing Address 100 TIDAL DR
NORTH KINGSTOWN RI 02852
*(Include County)*

*Address of principal garage location, if different from above (no P.O. Box):*

*(Include County)*

## Vehicle Information

☒ New ☐ Used VIN WDBPJ75J92A029482

2002 MERCEDES BENZ CL500 2DR 8 CY 132
*Year Make Model Body Style Odometer reading*

*Optional Factory Equipment*

☐ CD Player S/N ________ ☐ Telephone S/N ________

☐ Other *(please specify)* ________

*Primary Intended Use*

________ Personal, Family, or Household Purposes *Please initial* — [initials] Business, Commercial, or Agricultural Purposes *Please initial*

*Unless otherwise specified, "I," "me" and "my" refer to the Lessee, and "you" and "your" refer to the Lessor, Lessor's assignee, or Lessor's servicing agent. The disclosures in this Lease are made on behalf of the Lessor and its assignee(s). I agree to lease the vehicle described above on the terms and conditions in this Lease.*

## Consumer Leasing Act Disclosures

**1. Amount Due at Lease Signing or Delivery** *(Itemized below)**

4764.30

**2. Monthly Payments**

a. My First Total Monthly Payment of $ 1979.02 is due on 06/15/02, followed by 38 payments of $ 1979.02 due on the 15th of each month. b. The total of my Total Monthly Payments is $ 77181.78. (This is a *Single Payment Lease* if this amount equals the amount on line 5a.)

**3. Other Charges** *(not part of my Total Monthly Payments)*

| | | |
|---|---|---|
| a. Disposition Fee *(if I do not purchase the vehicle)* | $ | 350.00 |
| b. N/A | $ | N/A |
| c. Total | $ | 350.00 |

**4. Total of Payments** *(The amount I will have paid by the end of the Lease)* (1 + 2b + 3c − 5a − 5f)

$ 80317.06

***Itemization of Amount Due at Lease Signing or Delivery**

**5. Amount Due at Lease Signing or Delivery:**

| | | |
|---|---|---|
| a. First Total Monthly Payment (or Single Payment) (includes sales/use taxes) | $ | 1979.02 |
| b. Capitalized Cost Reduction | | |
| Cash | +$ | N/A |
| Net Trade-in Allowance | +$ | N/A |
| N/A | +$ | N/A |
| c. Pro Rata Base Monthly Payment (N/A days) | +$ | N/A |
| d. Acquisition Fee (if not capitalized) | +$ | 595.00 |
| e. Sales/use taxes on: b, c, d, h and i, as applicable | +$ | 41.65 |
| f. Security Deposit (refundable) | +$ | N/A |
| g. First year's title, license and registration fees | +$ | 100.00 |
| h. N/A | +$ | N/A |
| i. TAX ON ACQ FEE | +$ | 2048.63 |
| j. Total | =$ | 4764.30 |

**6. How the Amount Due at Lease Signing or Delivery will be paid:**

| | | |
|---|---|---|
| a. Net Trade-in Allowance | $ | N/A |
| b. Rebates and noncash credits | +$ | N/A |
| c. Amount to be paid in cash | +$ | 4764.30 |
| d. | +$ | N/A |
| e. Total | =$ | 4764.30 |

**7. My monthly payment is determined as shown below:**

| | | |
|---|---|---|
| a. **Gross Capitalized Cost:** The agreed upon value of the vehicle ($ 108287.79) and any items I pay over the Lease term (such as service contracts, insurance, and any outstanding prior credit or lease balance) | $ | 108287.79 |
| b. **Capitalized Cost Reduction:** The amount of any net trade-in allowance, rebate, noncash credit, or cash I pay that reduces the Gross Capitalized Cost | −$ | N/A |
| c. **Adjusted Capitalized Cost:** The amount used in calculating my Base Monthly Payment (or Base Single Payment) | =$ | 108287.79 |
| d. **Residual Value:** The value of the vehicle at the end of the Lease used in calculating my Base Monthly Payment (or Base Single Payment) | −$ | 65666.70 |
| e. **Depreciation and any amortized amounts:** The amount charged for the vehicle's decline in value through normal use and for other items paid over the Lease term | =$ | 42621.09 |
| f. **Rent Charge:** The amount charged in addition to the Depreciation and any amortized amounts | +$ | 29511.30 |
| g. **Total of Base Monthly Payments (or Base Single Payment):** The Depreciation and any amortized amounts plus the Rent Charge | =$ | 72132.39 |
| h. **Lease Payments:** The number of payments in my Lease | ÷ | 39 |
| i. **Base Monthly Payment (or Base Single Payment)** | =$ | 1849.55 |
| j. **Monthly (or Base Single Payment) Sales/Use Taxes** | +$ | 129.47 |
| k. N/A | +$ | N/A |
| l. **Total Monthly Payment (or Total Single Payment)** | =$ | 1979.02 |

**Early Termination. I may have to pay a substantial charge if I end this Lease early. The charge may be up to several thousand dollars. The actual charge will depend on when the Lease is terminated. The earlier I end the Lease, the greater this charge is likely to be.** 4398

***Excessive Wear and Use.*** I may be charged for excessive wear based on your standards for normal use and for mileage in excess of 39000 miles (Mileage Allowance) for the term of this Lease, at the rate of 20¢ per mile for each of the first 5,000 excess miles and 25¢ per mile for each additional mile thereafter.

d/b/a INSKIP AUTOCENTER
1557 Bald Hill Road
WARWICK, R.I. 02886
Tel. (401) 821-1985

PURCHASE AGREEMENT

DATE 6·15·02 NEW ☒ USED ☐ STOCK No. 70833 WDBPJ75J92A029482

PURCHASER'S NAME(S) North Atlantic Distribution Inc

ADDRESS 100 Tidal Dr

CITY North Kingstown STATE RI ZIP CODE 02852

TELEPHONE NUMBERS HOME BUSINESS 885 6663

| Year | Make | Model | Body Type | Model No. | Odometer | Cyl. | Pass. | Doors |
|---|---|---|---|---|---|---|---|---|
| 2002 | Mercedes | CL·500 | 2Dr | | 132 (SEE ATTACHED ODOMETER STATEMENT) | 8 | 5 | 2 |

SALES REPRESENTATIVE Gerry K.

FORMER USE (if applicable) DEMONSTRATOR ☐ FORMER LEASED CAR ☐ POLICE CAR ☐ TAXICAB ☐ ☐ FORMER DAILY RENTAL ☐

TRADE-IN: Year Make Model Type Color
V.I.N.
Odometer (mi. ☐ Km. ☐)
I CERTIFY THIS ODOMETER READING TO BE CORRECT.
X
SIGNATURE
Transmission ☐ Standard (Speeds) ☐ Auto
No. of Cyl. Pass. Doors
Title No. State
LIENHOLDER
Address
City/State/Zip
Acct. No. Check No.
Balance Due $
Additional Information-Vehicle Purchased
LIENHOLDER
Address
City/State/Zip
INSURANCE

39 month lease | $1979.02 w/ Lux Tax / Sales Tax
12000 miles per year

Due at delivery 7804.30

Buying 2003 SL500 for $97455.00
Payoff of 109,387.79
(11932.79)
Cash from Customer 3040.00
Negative equity $8892.79
Balance of negative equity to be capitalized in new lease.

CompassBank

Chart your course with us.
Dealer Finance Division
1-800-485-4530
FAX 1-800-485-4531

3040. Difference
1979.02 1st Payment
100.05 Reg
636 Bk fee Tax
2048.63 Lux
$2685.18

Ck# 20576 6/18/02

RESPONSIBLE ... SURANCE TO ... ARY PLATES, ... RARY PLATES ... Y DEALER'S
REG. NO.
HASER: ... QUIRES THAT ... SOLD AT RE- ... CONDITION AS ... ETY INSPEC- ... LE SO AS TO

| | | |
|---|---|---|
| 1. TOTAL PRICE | $ | |
| 2. DOCUMENTARY FEE | $ | 20 00 |
| 3. OTHER | $ | |
| 4. OTHER | $ | |
| 5. TOTAL (Lines 1, 2, 3 & 4) | $ | |
| 6. CASH DEPOSIT | $ | |
| 7. A. TRADE-IN ALLOWANCE | $ | |
| B. LESS BALANCE OWED TO: | $ | |
| C. NET TRADE-IN ALLOWANCE | | |
| 8. CASH DUE ON DELIVERY | | $7804.30 |
| 9. BALANCE TO BE FINANCED | $ | |
| 10. TOTAL DUE ON DELIVERY | | $7804.30 |

PURCHASER'S SIGNATURE

(T) 14399

NORAD
Lease Report
12/31/2002

| | Initials | Date |
|---|---|---|
| Prepared By | | |
| Approved By | | |

This is an operating lease

Lease Number: 10

Description: 2002 MERCEDES BENZ

| | | | | | |
|---|---|---|---|---|---|
| Lease Date: | | 6/15/02 | Remaining useful life: | | 7 |
| First Payment Date: | | 6/15/02 | Was the lease executed during the first 75% of assets life: | | No |
| Payment in advance or arrears: | | Arrears | Fair Market Value: | $ | 108,287.79 |
| Lease Term: | | 39 | Present Value Mininum Lease Payments | $ | 142,848.48 |
| Monthly Payment: | $ | 1,979.02 | Bargain purchase option date: | | 6/15/02 |
| Periodic Interest Rate: | | 0.0000 | Bargain purchase option amount: | $ | 0.00 |
| Monthly executory costs: | $ | 0.00 | Guaranteed residual value: | $ | 65,666.70 |
| Does title transfer? | | No | Is the lease expected to be renewed? | | No |
| | | | Failure to renew penalty amount: | $ | 0.00 |

(T) 14400

29
Pgs 5/1/05

00-5000 (7/00) MU

Audi Financial Services

# Audi Financial Services
## Motor Vehicle Lease Agreement

Approval No.:
Lease Date: 09/20/02

| Lessor Name and Business Address | Lessee(s) Name(s) and Address(es) |
|---|---|
| MATTIE IMPORTS, INC.<br>80 WM. S. CANNING BLVD.<br>FALL RIVER, MA 02721 | NORTH ATLANTIC DISTRIBU<br>100 TIDAL DRIVE<br>NORTH KINGSTOWN RI 028 |
| Dealer Number: 401059 | County: |

Lessee Billing Address (if different from above) ______ Street Address, City, State, Zip Code and County

Garaging Address (if different from above) ______ Street Address

______ City, State, Zip Code and County

per file

"You", (the "Lessee" and "Co-Lessee", if applicable) agree to lease from Lessor the following Vehicle. If more than one Lessee executes this Lease, each Lessee will be individually liable for the entire amount owing under this Lease. Lessor will assign this Lease and leased Vehicle to VW Credit Leasing, Ltd., or its assignee (the "Holder").

### Description of Leased Vehicle

| YEAR | MAKE | MODEL | BODY STYLE |
|---|---|---|---|
| 2003 | AUDI | A6 Q | SDN |

| VEHICLE IDENTIFICATION NUMBER | ODOMETER READING |
|---|---|
| WAULT64B73N013447 | 78 |

[X] NEW [ ] USED [ ] DEMO — Primary use of Vehicle is for Personal, Family or Household purposes unless the following box is checked: [X] Primary use of Vehicle is for Business, Commercial or Agricultural purpose

### YOUR PAYMENT CALCULATIONS

**1 Amount Due at Lease Signing or Delivery** (Itemized below)* $ 1219.85

**2 Monthly Payments**
A. Your first Monthly Payment of $ 534.85 is due 09/20/02 followed by 38 payments of $ 534.85 due on the 20 of each month, beginning on 10/20/02.
B. The total of Your Monthly Payments is $ 20859.15

**3 Other Charges** (Not part of Your Monthly Payment)
A. Turn-in Fee (If You do not purchase the Vehicle) $ 350.00
B. ______ $ N/A
C. Total $ 350.00

**4 Total of Payments** (The amount You will have paid by the end of the Lease)
$ 21894.15
(Section 1 plus Section 2(B) plus Section 3(C) minus Section 5(A)(3) minus Section 5(A)(4)).

### 5 *Itemization of Amount Due at Lease Signing or Delivery

**A. Amount Due at Lease Signing or Delivery:**

| | |
|---|---|
| 1. Capitalized Cost Reduction | $ |
| 2. Taxes on Capitalized Cost Reduction | |
| 3. First Monthly Payment | 534.85 |
| 4. Refundable Security Deposit | N/A |
| 5. Title Fees | N/A |
| 6. Registration Fees | N/A |
| 7. License Fees | 110.00 |
| 8. LUXURY TAX | N/A |
| 10. | 575.00 |
| 11. | N/A |
| 12. Total | $ 1219.85 |

**B. How the Amount Due at Lease Signing or Delivery will be Paid:**

| | |
|---|---|
| 1. Net Trade-in Allowance | $ N/A |
| 2. Rebates and Noncash Credits | N/A |
| 3. Amount to be Paid in Cash | 1219.85 |
| 4. Amount to be Paid by Credit Card | N/A |
| 5. Total | $ 1219.85 |

### 6 Your Monthly Payment is Determined as Shown Below:

| | |
|---|---|
| **A. Gross Capitalized Cost.** The agreed upon value of the Vehicle ($ 38458.00) and any items You pay over the Lease Term (such as taxes, fees, service contracts, insurance, and any outstanding prior credit or lease balance) | $ 38458.00 |
| **B. Capitalized Cost Reduction.** The amount of any Net Trade-in Allowance, Rebate, Noncash Credit, or Cash You pay that reduces the Gross Capitalized Cost | - |
| **C. Adjusted Capitalized Cost.** The amount used in calculating Your Base Monthly Payment | = 38458.00 |
| **D. Residual Value.** The value of the Vehicle at the end of the Lease used in calculating Your Base Monthly Payment | - 22279.40 |
| **E. Depreciation and any Amortized Amounts.** The amount charged for the Vehicle's decline in value through normal use and for other items paid over the Lease Term | = 16178.60 |
| **F. Rent Charge.** The amount charged in addition to the Depreciation and any Amortized Amounts | + 3316.17 |
| **G. Total of Base Monthly Payments.** The Depreciation and any Amortized Amounts plus the Rent Charge | = 19494.34 |
| **H. Lease Payments.** The number of payments in Your Lease [the number of months in Your Lease ("Lease Term")] | ÷ 39 |
| **I. Base Monthly Payment** | = 499.86 |
| **J. Monthly Sales/Use Tax** | + 34.99 |
| **K.** | + N/A |
| **L. Total Monthly Payment** ("Monthly Payment") | = 534.85 |

Early Termination ...

Operating lease

(T) 14401

NORAD
Lease Report
12/31/2002

| | Initials | Date |
|---|---|---|
| Prepared By | | |
| Approved By | | |

This is an operating lease

Lease Number: 11

Description: 2003 AUDI

| | | |
|---|---|---|
| Lease Date: | | 9/20/02 |
| First Payment Date: | | 10/ 7/02 |
| Payment in advance or arrears: | | Arrears |
| Lease Term: | | 39 |
| Monthly Payment: | $ | 534.85 |
| Periodic Interest Rate: | | 0.0000 |
| Monthly executory costs: | $ | 0.00 |
| Does title transfer? | | No |

| | | |
|---|---|---|
| Remaining useful life: | | 7 |
| Was the lease executed during the first 75% of assets life: | | No |
| Fair Market Value: | $ | 38,458.00 |
| Present Value Mininum Lease Payments | $ | 43,138.55 |
| Bargain purchase option date: | | 9/20/02 |
| Bargain purchase option amount: | $ | 0.00 |
| Guaranteed residual value: | $ | 22,279.40 |
| Is the lease expected to be renewed? | | No |
| Failure to renew penalty amount: | $ | 0.00 |

(T) 14402

28

Pg [illegible] 03

# RETAIL INSTALMENT SALE CONTRACT

GM

Dealer Number

[...]-Buyer)—Name and Address (Include County and Zip Code)

[...]H ATLANTIC DISTRIBUTION
[...]0 TIDAL DR
[...]ORTH KINGSTON RI 02852

Contract Number

Creditor (Seller Name and Address)
LONG BUICK PONTIAC GMC
350 WORCESTER RD.
FRAMINGHAM MA 01702-0552

[...], the Buyer (and Co-Buyer, if any), may buy the vehicle described below for cash or on credit. The cash price is shown below as "Cash Price." The credit price is shown [...]low as "Total Sale Price." By signing this contract, you choose to buy the vehicle on credit under the agreements on the front and back of this contract.

**Description of Vehicle.** You agree to buy and the Creditor agrees to sell the following vehicle:

| New or Used | Year | Make and Model | Body Type | Vehicle Identification No. | Use for Which Purchased |
|---|---|---|---|---|---|
| NEW | 2002 | PONTIAC FIREBIRD | TRANS AM CONVER | 2G2FV32GX22154082 | ☐ personal ☐ agricultural ☐ business ☐ |

If truck—Describe body and major items of equipment sold:

08R1
05M1

## FEDERAL TRUTH-IN-LENDING DISCLOSURES

| ANNUAL PERCENTAGE RATE | FINANCE CHARGE | Amount Financed | Total of Payments | Total Sale Price |
|---|---|---|---|---|
| The cost of your credit as a yearly rate. | The dollar amount the credit will cost you. | The amount of credit provided to you or on your behalf. | The amount you will have paid after you have made all payments as scheduled. | The total cost of your purchase on credit, including your downpayment of $ 0.30 |
| 0.00 % | $ 0.00 | $ 40012.80 | $ 40012.80 | $ 40013.10 |

**Your Payment Schedule Will Be:**

| Number of Payments | Amount of Payments | When Payments Are Due | Or as Follows: |
|---|---|---|---|
| 60 | 666.88 | Monthly beginning 09/29/02 | |

**Late Charge.** If a payment is not paid in full within 15 days after it is due, you will pay a late charge of 5% of the amount of the payment that is late. The charge will not exceed $5 if vehicle is obtained primarily for personal use.

**Prepayment.** If you pay off all your debt early you may be entitled to a refund of part of the finance charge.

**Security Interest.** You are giving a security interest in the vehicle being purchased.

**Additional Information:** See the other side of this contract for more information including information about nonpayment, default, any required repayment in full before the scheduled date, prepayment refunds and security interest.

**ITEMIZATION OF AMOUNT FINANCED**

1 Cash Price (including any accessories, services, and taxes) $ 37330.00 (1)

2 Total Downpayment = Net Trade-in $ N/A + Other (Describe) + Cash Downpayment $ 0.30
Your Trade-in is a Year Make Model $ N/A $ 0.30 (2)

3 Unpaid Balance of Cash Price (1 minus 2) $ 37329.70 (3)

4 Other Charges Including Amounts Paid to Others on Your Behalf: (Seller may be keeping part of these amounts.)

A Cost of Required Physical Damage Insurance Paid to the Insurance Company Named Below—Covering Damage to the Vehicle $ N/A

B Cost of Optional Credit Insurance for the Term of this Contract Paid to the Insurance Company or Companies Named Below. Life $ N/A Disability, Accident and Health $ N/A $ N/A

C Official Fees Paid to Government Agencies $ N/A

D Taxes Not Included in Cash Price $ N/A

E Government License and/or Registration Fees (itemize) $ 2513.10

F Government Certificate of Title Fees $ N/A

G Other Charges (Seller must identify who will receive payment and describe purpose)
to ___ for ___ $ N/A
to LONG BUICK PONTIAC GMC for DOC FEE $ N/A
$ 70.00

Total Other Charges and Amounts Paid to Others on Your Behalf $ 2583.10 (4)

[A]mount Financed—Unpaid Balance (3 + 4) $ 40012.80 (5)

[In]surance. If any insurance is checked below, the policies or certificates issued by the Companies named will describe the terms and conditions.

[R]equired Physical Damage Insurance. Physical damage insurance is required, but you may obtain it from anyone you want who is acceptable to the Creditor. The [c]ost of this insurance is shown in 4A of the itemization above.
[In]surance Company N/A Term: N/A months

[...] $ N/A Deductible Comprehensive Coverage
$ N/A Deductible Fire-Theft and Additional Coverage
$ N/A Deductible Broad Form Collision Coverage

OPTIONAL COVERAGES: ☐ Towing and Labor Costs ☐ Broad Form Rental Reimbursement ☐ Limited Waiver of Collision Deductible

[Opti]onal Credit Insurance. **YOU CANNOT BE DENIED CREDIT SIMPLY BECAUSE YOU CHOOSE NOT TO BUY CREDIT [IN]SURANCE. CREDIT LIFE INSURANCE AND CREDIT ACCIDENT AND HEALTH INSURANCE ARE NOT [R]EQUIRED TO OBTAIN CREDIT. INSURANCE WILL NOT BE PROVIDED UNLESS YOU SIGN AND AGREE TO PAY [TH]E ADDITIONAL CHARGE.** If you want this insurance, check the insurance desired and sign below. If you have chosen this insurance, the cost is shown [4]B of the itemization above.

**Check the insurance desired:** ☐ Life (Buyer ☐ Co-Buyer ☐ Both ☐) ☐ Disability, Accident and Health (Buyer Only)

N/A
(Name of Insurer) (Home Office Address)

[Und]er policy of designated insurer, maximum amount of insurance under this contract is $ N/A and the total amount of insurance under this and any [othe]r instalment contract of the Buyer is limited to $ N/A

[APP]ROVAL: I DESIRE TO OBTAIN THE CREDIT INSURANCE CHECKED ABOVE FOR THE PERSON PROPOSED FOR INSURANCE.

[Buy]er Signature Date Co-Buyer Signature

INSURANCE, IF ANY, REFERRED TO IN [...]

Pur

(T) 14403

Rx 27
5/1/03

# RETAIL INSTALMENT SALE CONTRACT

GM

Dealer Number | Contract Number

—Name and Address (Include County and Zip Code)
ATLANTIC DISTRIBUTION
360 TIDAL DR
NORTH KINGSTON RI 02852

Creditor (Seller Name and Address)
LONG BUICK PONTIAC GMC
350 WORCESTER RD.
FRAMINGHAM MA 01702-0552

You, the Buyer (and Co-Buyer, if any), may buy the vehicle described below for cash or on credit. The cash price is shown below as "Cash Price." The credit price is shown below as "Total Sale Price." By signing this contract, you choose to buy the vehicle on credit under the agreements on the front and back of this contract.

**Description of Vehicle.** You agree to buy and the Creditor agrees to sell the following vehicle:

| New or Used | Year | Make and Model | Body Type | Vehicle Identification No. | Use for Which Purchased |
|---|---|---|---|---|---|
| NEW | 2003 | GMC SIERRA K2500 | 4WD CREW CAB | 1GTHK23UX3F187257 | ☐ personal ☐ business ☐ agricultural ☐ |

If truck—Describe body and major items of equipment sold:
S058F
S058F

## FEDERAL TRUTH-IN-LENDING DISCLOSURES

| ANNUAL PERCENTAGE RATE | FINANCE CHARGE | Amount Financed | Total of Payments | Total Sale Price |
|---|---|---|---|---|
| The cost of your credit as a yearly rate. | The dollar amount the credit will cost you. | The amount of credit provided to you or on your behalf. | The amount you will have paid after you have made all payments as scheduled. | The total cost of your purchase on credit, including your downpayment of $ N/A |
| 4.90 % | $ 4786.20 | $ 36315.00 | $ 41101.20 | $ 41101.20 |

**Your Payment Schedule Will Be:**

| Number of Payments | Amount of Payments | When Payments Are Due | Or as Follows: |
|---|---|---|---|
| 60 | 685.02 | Monthly beginning 10/05/02 | |

**Late Charge.** If a payment is not paid in full within 15 days after it is due, you will pay a late charge of 5% of the amount of the payment that is late. The charge will not exceed $5 if vehicle is obtained primarily for personal use.

**Prepayment.** If you pay off all your debt early you may be entitled to a refund of part of the finance charge.

**Security Interest.** You are giving a security interest in the vehicle being purchased.

**Additional Information:** See the other side of this contract for more information including information about nonpayment, default, any required repayment in full before the scheduled date, prepayment refunds and security interest.

## ITEMIZATION OF AMOUNT FINANCED

1 Cash Price (including any accessories, services, and taxes) $ 36245.00 (1)

2 ...wnpayment = Net Trade-in $ N/A + Cash Downpayment $ N/A
+ Other (Describe) $ N/A
Your Trade-in is a ______ Year ______ Make ______ Model $ N/A (2)

3 Unpaid Balance of Cash Price (1 minus 2) $ 36245.00 (3)

4 Other Charges Including Amounts Paid to Others on Your Behalf: (Seller may be keeping part of these amounts.)

A Cost of Required Physical Damage Insurance Paid to the Insurance Company Named Below—Covering Damage to the Vehicle $ N/A

B Cost of Optional Credit Insurance for the Term of this Contract Paid to the Insurance Company or Companies Named Below. Life $ N/A Disability, Accident and Health $ N/A $ N/A

C Official Fees Paid to Government Agencies $ N/A

D Taxes Not Included in Cash Price $ N/A

E Government License and/or Registration Fees (itemize) $ N/A

F Government Certificate of Title Fees $ N/A

G Other Charges (Seller must identify who will receive payment and describe purpose) $ N/A

to ______ for ______ $ N/A
to LONG BUICK PONTIAC GMC for DOC FEE $ 70.00

Total Other Charges and Amounts Paid to Others on Your Behalf $ 70.00 (4)

5 Amount Financed—Unpaid Balance (3 + 4) $ 36315.00 (5)

**Insurance.** If any insurance is checked below, the policies or certificates issued by the Companies named will describe the terms and conditions.

**Required Physical Damage Insurance.** Physical damage insurance is required, but you may obtain it from anyone you want who is acceptable to the Creditor. The cost of this insurance is shown in 4A of the Itemization above.
Insurance Company N/A Term: N/A months

☐ $ N/A Deductible Comprehensive Coverage
☐ $ N/A Deductible Fire-Theft and Additional Coverage
☐ $ N/A Deductible Broad Form Collision Coverage

OPTIONAL COVERAGES: ☐ Towing and Labor Costs ☐ Broad Form Rental Reimbursement ☐ Limited Waiver of Collision Deductible

**Optional Credit Insurance. YOU CANNOT BE DENIED CREDIT SIMPLY BECAUSE YOU CHOOSE NOT TO BUY CREDIT INSURANCE. CREDIT LIFE INSURANCE AND CREDIT ACCIDENT AND HEALTH INSURANCE ARE NOT REQUIRED TO OBTAIN CREDIT. INSURANCE WILL NOT BE PROVIDED UNLESS YOU SIGN AND AGREE TO PAY THE ADDITIONAL CHARGE.** If you want this insurance, check the insurance desired and sign below. If you have chosen this insurance, the cost is shown in 4B of the Itemization above.

**Check the insurance desired:** ☐ Life (Buyer ☐ Co-Buyer ☐ Both ☐)
☐ Disability, Accident and Health (Buyer Only)

N/A
(Name of Insurer) (Home Office Address)

Under policy of designated insurer, maximum amount of insurance under this contract is $ N/A and the total amount of insurance under this and any other instalment contract of the Buyer is limited to $ N/A

**APPROVAL: I DESIRE TO OBTAIN THE CREDIT INSURANCE CHECKED ABOVE FOR THE PERSON PROPOSED FOR INSURANCE.**

Buyer Signature ______ Date ______ Co-Buyer Signature ______ Date

people

(T) 14404

.85 TIDGAL DR
N. KINGSTON RI 02852

205 CHILD ST.
WARREN RI 02885

Creditor ("us" and "we") agrees to sell, and buyer and co-buyer, if any, (collectively "Buyer", "You" and "Your") after being quoted both a cash and credit price, agrees to buy from Creditor on a credit price basis ("Total Sale Price"), subject to the terms and conditions set forth on both the front and back of this contract, the vehicle ("Vehicle") described below. You acknowledge delivery and acceptance of the Vehicle.

| DESCRIPTION OF VEHICLE ☐ NEW ☐ USED | YEAR | MAKE | MODEL | VEHICLE IDENTIFICATION NUMBER | Description of Trade-in | YEAR & MAKE | MODEL |
|---|---|---|---|---|---|---|---|
| | 2003 | DODGE TRUCK | RAM 2500 | 3D7MU48563G724545 | | 2002 DODGE TRUCK | RAM 1500 |

**FEDERAL TRUTH-IN-LENDING DISCLOSURES**

| ANNUAL PERCENTAGE RATE | FINANCE CHARGE | Amount Financed | Total of Payments | Total Sale Price |
|---|---|---|---|---|
| The cost of Your credit as a yearly rate. | E* The dollar amount the credit will cost You. | The amount of credit provided to You or on Your behalf. | E* The amount You will have paid after You have made all payments as scheduled. | E* The total price of Your purchase on credit, including Your downpayment of $ 511.00 |
| 5.25 % | $ [illegible] | $ [illegible] | $ 45158.69 | $ 45761.69 |

**Payment Schedule** - Your payment schedule will be:

| NO. OF PAYMENTS | AMOUNT OF EACH PAYMENT | WHEN PAYMENTS ARE DUE ☐ MONTHLY ☐ (BEGINNING DATE OF PAYMENT) | NO. OF PAYMENTS | AMOUNT OF EACH PAYMENT | WHEN PAYMENTS ARE DUE ☐ MONTHLY ☐ (BEGINNING DATE OF PAYMENT) |
|---|---|---|---|---|---|
| 60 | $ 752.51 | 07/15/2003 | | $ N/A | |

**Prepayment.** If You pay off early, You will not have to pay a penalty.

**Late Charge.** If a payment or part thereof is more than 10 days late You will be charged $5.00 or 5% of such unpaid amount, whichever is less.

**Security Interest.** You are giving us a security interest in the Vehicle being purchased.

**Filing Fees** $ 25.00

**Contract Provisions.** See the back of this contract for any additional information about security interests, nonpayment, default, any required repayment in full before the scheduled date, and prepayment refunds and penalties.

*E means Estimate

1. Cash Price
   - a. Vehicle (including accessories, delivery, installation charges, if any) ...... 29158.00
   - b. Sales Tax ...... N/A
   - c. Documentary Fee ...... 20.00
   - d. Service Contract (optional) ...... N/A
   - e. Cash Price (1a + 1b + 1c + 1d) ...... $ 29178.00
2. Downpayment
   - a. Downpayment ...... N/A
   - b. Manufacturer's Rebate ...... 1300.00
   - c. Gross Allowance on Trade-in $ 23500.00
   - d. Pay-off on Trade-in $ 24189.00
   - e. Net Allowance on Trade-in (2c – 2d) ...... -689.00
   - f. Downpayment (2a + 2b + 2e) ...... $ 611.00 If less than $0, disclose on Line 3a and enter $0 for the Downpayment.
3. Unpaid Balance of Cash Price (1e – 2f) ...... $ 28567.00
   - a. Unpaid Trade-in Lien Amount to be Financed ** $ N/A
   ** Paid to:
4. Other Charges Including Amounts Paid to Others on Your Behalf*
   - a. Paid to Public Officials for:*
     - (i) Other Taxes ...... N/A
     - (ii) Filing Fees ...... 25.00
     - (iii) License Fees ...... N/A
     - (iv) Certificate of Title Fees ...... N/A
     - (v) Registration Fees ...... N/A
   - b. Paid to: * For: N/A
   - c. Paid to: * For: N/A
   - d. Paid to: * For: N/A
   - e. Paid to: * For: N/A
   - f. Paid to Insurance Companies for Insurance for:*
     - (i) Optional Mechanical Breakdown ...... N/A
     - (ii) Optional Credit Life ...... N/A
     - (iii) Optional Credit Accident & Health ...... N/A
   - g. Subtotal (4a + 4b + 4c + 4d + 4e + 4f) ...... $ 25.00
5. Amount Financed (3 + 3a + 4g) ...... $ [illegible]

*Seller may receive and retain a portion of certain of these amounts.

**YOU ARE REQUIRED TO HAVE PHYSICAL DAMAGE INSURANCE. LIABILITY INSURANCE COVERAGE FOR BODILY INJURY AND PROPERTY DAMAGE CAUSED TO OTHERS IS NOT INCLUDED IN THIS CONTRACT. YOU MAY OBTAIN VEHICLE INSURANCE FROM AN INSURANCE COMPANY OF YOUR CHOICE.**

**CREDIT LIFE, CREDIT DISABILITY, GUARANTEED AUTOMOTIVE PROTECTION COVERAGE AND OTHER OPTIONAL INSURANCE ARE NOT REQUIRED TO OBTAIN CREDIT AND WILL NOT BE PROVIDED UNLESS YOU SIGN AND AGREE TO PAY THE PREMIUM.**

☐ CREDIT LIFE PREMIUM $ N/A
INSURER
INSURED(S) N/A N/A
BUYER'S SIGNATURE
CO-BUYER'S SIGNATURE

☐ MECHANICAL BREAKDOWN
TERM N/A PREMIUM $ N/A
INSURER N/A
BUYER'S SIGNATURE
CO-BUYER'S SIGNATURE

☐ CREDIT DISABILITY PREMIUM $ N/A
INSURER N/A
INSURED(S) N/A
BUYER'S SIGNATURE
CO-BUYER'S SIGNATURE

☐ TYPE TERM N/A
PREMIUM $ N/A N/A
INSURER N/A
BUYER'S SIGNATURE
CO-BUYER'S SIGNATURE

**Primary Use of Vehicle** - You agree to use the Vehicle primarily for personal, family or household purposes. However, if the following box is checked, You will use the Vehicle primarily for business or commercial purposes. ☐

**SEE BACK OF THIS CONTRACT FOR ADDITIONAL TERMS AND CONDITIONS, INCLUDING IMPORTANT ARBITRATION DISCLOSURES AND PRIVACY POLICY.**

**It is understood that insurance coverage which would protect the purchaser under the Rhode Island motor vehicle safety responsibility act is not included in the purchase of the herein described motor vehicle. The purchaser has received a copy of this statement.**

**NOTICE: IF THE PROPERTY IS PURCHASED PRIMARILY FOR PERSONAL, FAMILY, OR HOUSEHOLD USE, THIS CONTRACT IS A NONNEGOTIABLE CONSUMER NOTE.**

**NOTICE TO THE BUYER: 1. Do not sign this contract before You read it or if it contains any blank spaces. 2. You are entitled to an exact copy of the contract You sign. Keep it to protect Your legal rights.**

**BUYER ACKNOWLEDGES RECEIPT OF A COMPLETELY FILLED-IN COPY OF THIS CONTRACT.**

| SIGNATURE OF BUYER | SIGNATURE OF CO-BUYER | SIGNATURE OF CO-BUYER |
|---|---|---|
| NORTH ATLANTIC DISTRIBUTION INC [signature] Pres. | | |

**THIS CONTRACT IS ACCEPTED BY THE CREDITOR (SELLER) AND ASSIGNED TO** DAIMLERCHRYSLER LLC **("ASSIGNEE") IN ACCORDANCE WITH THE TERMS OF THE ASSIGNMENT SET FORTH ON THE REVERSE HEREOF.**

(T) 14405

| CREDITOR (SELLER) | BY | TITLE |
|---|---|---|
| | | |

(25)

Pg 5/1/0

# RETAIL INSTALMENT SALE CONTRACT

GM

Dealer Number

Contract Number

Buyer—Name and Address (Include County and Zip Code)
...RTH ATLANTIC DISTRIBUTION
100 TIDAL DRIVE
N KINGSTOWN RI 02852

Creditor (Seller Name and Address)
LONG BUICK PONTIAC GMC
350 WORCESTER RD.
FRAMINGHAM MA 01702-2552

You, the Buyer (and Co-Buyer, if any), may buy the vehicle described below for cash or on credit. The cash price is shown below as "Cash Price." The credit price is shown below as "Total Sale Price." By signing this contract, you choose to buy the vehicle on credit under the agreements on the front and back of this contract.

**Description of Vehicle.** You agree to buy and the Creditor agrees to sell the following vehicle:

| New or Used | Year | Make and Model | Body Type | Vehicle Identification No. | Use for Which Purchased |
|---|---|---|---|---|---|
| NEW | 2003 | HUMMER H2 | H2 | 5GRGN23U83H102287 | ☒ personal ☐ agricultural ☐ business ☐ |

If truck—Describe body and major items of equipment sold:

Per ph

## FEDERAL TRUTH-IN-LENDING DISCLOSURES

| ANNUAL PERCENTAGE RATE The cost of your credit as a yearly rate. | FINANCE CHARGE The dollar amount the credit will cost you. | Amount Financed The amount of credit provided to you or on your behalf. | Total of Payments The amount you will have paid after you have made all payments as scheduled. | Total Sale Price The total cost of your purchase on credit, including your down payment of $ 5000.00 is |
|---|---|---|---|---|
| 8.49 % | $ 15316.48 | $ 53902.88 | $ 69219.36 | $ 74219.36 |

**Your Payment Schedule Will Be:**

| Number of Payments | Amount of Payments | When Payments Are Due | Or as Follows: |
|---|---|---|---|
| 72 | 961.38 | Monthly beginning 09/29/02 | |

**Late Charge.** If a payment is not paid in full within 15 days after it is due, you will pay a late charge of 5% of the amount of the payment that is late. The charge will not exceed $5 if vehicle is obtained primarily for personal use.
**Prepayment.** If you pay off all your debt early you may be entitled to a refund of part of the finance charge.
**Security Interest.** You are giving a security interest in the vehicle being purchased.
**Additional Information:** See the other side of this contract for more information including information about nonpayment, default, any required repayment in full before the scheduled date, prepayment refunds and security interest.

**...MIZATION OF AMOUNT FINANCED**

...Cash Price (including any accessories, services, and taxes) $ 54904.00 (1)
...otal Downpayment = Net Trade-in $ N/A
+ Other (Describe) + Cash Downpayment $ 5000.00
Your Trade-in is a Year Make Model $ N/A
...npaid Balance of Cash Price (1 minus 2) $ 5000.00 (2)
...ther Charges Including Amounts Paid to Others on Your Behalf (Seller may be keeping part of these amounts.) $ 49904.00 (3)
Cost of Required Physical Damage Insurance Paid to the Insurance Company Named Below—Covering Damage to the Vehicle
Cost of Optional Credit Insurance for the Term of this Contract Paid to the Insurance Company or Companies Named Below. Life $ N/A Disability, Accident and Health $ N/A $ N/A
...Official Fees Paid to Government Agencies $ N/A
...axes Not Included in Cash Price $ N/A
...overnment License and/or Registration Fees (itemize) $ 3840.00
...overnment Certificate of Title Fees $ N/A
...ther Charges (Seller must identify who will receive payment and describe purpose) $ N/A
to ____ for ____
to LONG BUICK PONTIAC GMC for DOC FEE $ N/A
$ 78.00
...tal Other Charges and Amounts Paid to Others on Your Behalf $ 3918.00 (4)
...nt Financed—Unpaid Balance (3 + 4) $ 53902.88 (5)

...nce. If any insurance is checked below, the policies or certificates issued by the Companies named will describe the terms and conditions.
...red Physical Damage Insurance. Physical damage insurance is required, but you may obtain it from anyone you want who is acceptable to the Creditor. The ...this insurance is shown in 4A of the Itemization above.
...ce Company N/A

N/A Deductible Comprehensive Coverage
N/A Deductible Fire-Theft and Additional Coverage
N/A Deductible Broad Form Collision Coverage

OPTIONAL COVERAGES: ☐ Towing and Labor Costs ☐ Broad Form Rental Reimbursement ☐ Limited Waiver of Collision Deductible — Term: N/A months

...l Credit Insurance. **YOU CANNOT BE DENIED CREDIT SIMPLY BECAUSE YOU CHOOSE NOT TO BUY CREDIT ...RANCE. CREDIT LIFE INSURANCE AND CREDIT ACCIDENT AND HEALTH INSURANCE ARE NOT ...IRED TO OBTAIN CREDIT. INSURANCE WILL NOT BE PROVIDED UNLESS YOU SIGN AND AGREE TO PAY ...DDITIONAL CHARGE.** If you want this insurance, check the insurance desired and sign below. If you have chosen this insurance, the cost is shown ...he Itemization above.

**Check the insurance desired:** ☐ Life (Buyer ☐ Co-Buyer ☐ Both ☐) ☐ Disability, Accident and Health (Buyer Only)

N/A
(Name of Insurer) (Home Office Address)

...cy of designated insurer, maximum amount of insurance under this contract is $ N/A and the total amount of insurance under this and any ...lment contract of the Buyer is limited to $ N/A

...L: I DESIRE TO OBTAIN THE CREDIT INSURANCE CHECKED ABOVE FOR THE PERSON PROPOSED FOR INSURANCE.

...nature Date Co-Buyer Signature

...ANCE, IF ANY ...

(T) 14406

Rjc 5/1/03

GMAC
FINANCIAL SERVICES

# RETAIL INSTALMENT SALE CONTRACT

(24) GM

Dealer Number 0311 Contract Number

| Buyer (and Co-Buyer)—Name and Address (Include County and Zip Code) | Creditor (Seller Name and Address) |
|---|---|
| NORTH ATLANTIC DISTRIBUTION INC.<br>100 TIDAL DRIVE<br>NORTH KINGSTOWN RI 02852 | AL CERRONE'S HARRIS AUTO SALES INC.<br>68 SOUTH WASHINGTON ST<br>S. ATTLEBORO, MA 02073 |

You, the Buyer (and Co-Buyer, if any), may buy the vehicle described below for cash or on credit. The cash price is shown below as "Cash Price." The credit price is shown below as "Total Sale Price." By signing this contract, you choose to buy the vehicle on credit under the agreements on the front and back of this contract.

**Description of Vehicle.** You agree to buy and the Creditor agrees to sell the following vehicle:

| New or Used | Year | Make and Model | Body Type | Vehicle Identification No. | Use for Which Purchased |
|---|---|---|---|---|---|
| NEW | 02 | CADILLAC ESCALADE | UT | 3GYEK63N72G209600 | ☐ personal ☐ agricultural<br>☐ business X ☐ ______ |

If truck—Describe body and major items of equipment sold:

## FEDERAL TRUTH-IN-LENDING DISCLOSURES

| ANNUAL PERCENTAGE RATE | FINANCE CHARGE | Amount Financed | Total of Payments | Total Sale Price |
|---|---|---|---|---|
| The cost of your credit as a yearly rate. | The dollar amount the credit will cost you. | The amount of credit provided to you or on your behalf. | The amount you will have paid after you have made all payments as scheduled. | The total cost of your purchase on credit, including your downpayment of $ 2565.88 is |
| 5.9% | $ 7459.48 | $ 47459.12 | $ 54918.60 | $ 57484.48 |

**Your Payment Schedule Will Be:**

| Number of Payments | Amount of Payments | When Payments Are Due | Or as Follows: |
|---|---|---|---|
| 60 | 915.31 | Monthly beginning 03/13/02 | |

**Late Charge.** If a payment is not paid in full within 15 days after it is due, you will pay a late charge of 5% of the amount of the payment that is late. The charge will not exceed $5 if vehicle is obtained primarily for personal use.

**Prepayment.** If you pay off all your debt early you may be entitled to a refund of part of the finance charge.

**Security Interest.** You are giving a security interest in the vehicle being purchased.

**Additional Information:** See the other side of this contract for more information including information about nonpayment, default, any required repayment in full before the scheduled date, prepayment refunds and security interest.

**ITEMIZATION OF AMOUNT FINANCED**

1 Cash Price (including any accessories, services, and taxes) $ 50000.00 (1)

2 Total Downpayment = Net Trade-In $ 63.88 + Cash Downpayment $ N/A
+ Other (Describe) REBATE $ 2502.00
Your Trade-in is a 01 (Year) CHEVROL (Make) SUBUR (Model) $ 2565.88 (2)

3 Unpaid Balance of Cash Price (1 minus 2) $ 47434.12 (3)

4 Other Charges Including Amounts Paid to Others on Your Behalf: (Seller may be keeping part of these amounts.)

A Cost of Required Physical Damage Insurance Paid to the Insurance Company Named Below—Covering Damage to the Vehicle $ N/A

B Cost of Optional Credit Insurance for the Term of this Contract Paid to the Insurance Company or Companies Named Below. Life $ N/A Disability, Accident and Health $ N/A $ N/A

C Official Fees Paid to Government Agencies $ 25.00

D Taxes Not Included in Cash Price $ N/A

E Government License and/or Registration Fees (Itemize) $ N/A

F Government Certificate of Title Fees $ N/A

G Other Charges (Seller must identify who will receive payment and describe purpose)

to ______ for ______ $ N/A

to ______ for ______ $ N/A

Total Other Charges and Amounts Paid to Others on Your Behalf $ 25.00 (4)

5 Amount Financed—Unpaid Balance (3 + 4) $ 47459.12 (5)

**Insurance.** If any insurance is checked below, the policies or certificates issued by the Companies named will describe the terms and conditions. (7) 14407

**Required Physical Damage Insurance.** Physical damage insurance is required, but you may obtain it from anyone you want who is acceptable to the Creditor. The cost of this insurance is shown in 4A of the Itemization above.
Insurance Company ______ Term: ______ months