WM
WASTE MANAGEMENT OF
RHODE ISLAND
1610 PONTIAC AVENUE
CRANSTON, RI 02920
(401) 463-6215
(800) 972-4545
(401) 463-5087 FAX

# INVOICE

Acct No: 607-0005597-0460-6
Invoice No: 0497755-0460-5
01/01/2002
Page: 0001-0001

607-0005597-0460-6
NORAD INC
100 TIDAL DR
NORTH KINGSTON RI 02852-8000

Service Period Description: JANUARY

0460-0497755 01/01/2002

Service Location
607-5597 NORAD INC
100 TIDAL DR
NORTH KINGSTON RI 02852

7200

Service For:

| | |
|---|---|
| 1.00 MONTHLY RECURRING COM'L F+ | 18.75 |
| 3.00 MONTHLY RECURRING COM'L F+ | 45.27 |
| LATE CHG COMMERICAL | .98 |

FOR YOUR CONVENIENCE WE HAVE ESTABLISHED A CUSTOMER SERVICE CENTER TO MEET YOUR NEEDS. WE ARE AVAILABLE MONDAY-FRIDAY 8:00AM-5:00PM AT 401-463-6215 OR 800-972-4545

| | |
|---|---|
| Total This Invoice | 65.00 |
| Balance From Previous Billing | 129.88 |
| Total Account Balance | $194.88 |

| Current | Over 30 | Over 60 | Over 90 | Over 120 |
|---|---|---|---|---|
| 65.00 | 64.39 | 65.49 | | |

DUE UPON RECEIPT

TO ENSURE PROPER CREDIT, PLEASE INCLUDE YOUR ACCOUNT NUMBER ON YOUR CHECK AND RETURN THE BOTTOM PORTION WITH YOUR PAYMENT IN THE ENCLOSED ENVELOPE

WM
(401) 463-6215
(800) 972-4545
(401) 463-5087 FAX

WASTE MANAGEMENT OF
RHODE ISLAND
1610 PONTIAC AVENUE
CRANSTON, RI 02920
Return Service Requested

IF PAYING BY CREDIT CARD, FILL OUT BELOW — CHECK CARD USING FOR PAYMENT

| CARD NUMBER | AMOUNT PAID |
|---|---|
| SIGNATURE | EXP. DATE |

VISA ☐ MasterCard ☐ ☐

| ACCOUNT# | INVOICE DATE | INVOICE NUMBER | CHECK NO. |
|---|---|---|---|
| 607-0005597-0460-6 | 01/01/2002 | 0497755-0460-5 | |
| CURRENT | TOTAL DUE | AMOUNT ENCLOSED | |
| 65.00 | 194.88 | 65. | |

04606070005597004977550000000650000000019488 0

607-0005597-0460-6
NORAD INC
100 TIDAL DR
NORTH KINGSTON RI 02852-8000

WASTE MANAGEMENT OF
RHODE ISLAND
PO BOX 830003
BALTIMORE, MD 21283-0003

(T) 10708

0001 (0460 CO) 04501C07.534 DD&C

WASTE MANAGEMENT OF
RHODE ISLAND
1610 PONTIAC AVENUE
CRANSTON, RI 02920
(401) 463-6215
(800) 972-4545
(401) 463-5087 FAX

# INVOICE

Acct No: 607-0005012-0460-6
Invoice No: 0504149-0460-2
01/01/2002
Page: 0001-0001

607-0005012-0460-6
NORAD INC
100 TIDAL DR
NORTH KINGSTON RI 99999

7280

607-5012 NORAD INC

Service Period Description: DECEMBER

0460-0504149 01/01/2002

Service Location
607-5012 NORAD INC (42C) TRASH
TIDAL DR
NORTH KINGSTON RI 02852

| | | | | |
|---|---|---|---|---|
| 12/18/2001 | DISPOSAL TRASH | 198032 | 6.40 | 409.60 |
| 12/18/2001 | 42YD COMPACTOR HAUL | 198032 | 1.00 | 112.00 |
| 01/01/2002 | 1.00 MONTHLY RECURRING R/O 1 | | | 135.00 |

FOR YOUR CONVENIENCE WE HAVE
ESTABLISHED A CUSTOMER SERVICE
CENTER TO MEET YOUR NEEDS. WE
ARE AVAILABLE MONDAY-FRIDAY
8:00AM-5:00PM AT 401-463-6215
OR 800-972-4545

| | |
|---|---|
| Total This Invoice | 656.60 |
| Balance From Previous Billing | 2,214.22 |
| Payment - Thank You | $944.65- |
| Total Account Balance | $1,926.17 |

| Current | Over 30 | Over 60 | Over 90 | Over 120 |
|---|---|---|---|---|
| 656.60 | 676.94 | 592.63 | | |

DUE UPON RECEIPT

> TO ENSURE PROPER CREDIT, PLEASE INCLUDE YOUR ACCOUNT NUMBER ON YOUR CHECK AND RETURN THE BOTTOM PORTION WITH YOUR PAYMENT IN THE ENCLOSED ENVELOPE

(401) 463-6215
(800) 972-4545
(401) 463-5087 FAX

WASTE MANAGEMENT OF
RHODE ISLAND
1610 PONTIAC AVENUE
CRANSTON, RI 02920
Return Service Requested

IF PAYING BY CREDIT CARD, FILL OUT BELOW. CHECK CARD USING FOR PAYMENT

| CARD NUMBER | AMOUNT PAID |
|---|---|
| SIGNATURE | EXP. DATE |

| ACCOUNT # | INVOICE DATE | INVOICE NUMBER | CHECK NO. |
|---|---|---|---|
| 607-0005012-0460-6 | 01/01/2002 | 0504149-0460-2 | |
| CURRENT | TOTAL DUE | AMOUNT ENCLOSED | |
| 656.60 | 1,926.17 | 656.60 | |

04606070005012005041490000006566000000192617 2

607-0005012-0460-6
NORAD INC
100 TIDAL DR
NORTH KINGSTON RI 99999

WASTE MANAGEMENT OF
RHODE ISLAND
PO BOX 830003
BALTIMORE, MD 21283-0003

(T) 10710

000672 98-02003-0001-0001 *P0460LLD (0460 RO) 0460PO02.344 DD&C
2002003077

WASTE MANAGEMENT OF
RHODE ISLAND
1610 PONTIAC AVENUE
CRANSTON, RI 02920
(401) 463-6215
(800) 972-4545
(401) 463-5087 FAX

# INVOICE

LD
Acct No: 607-0005014-0460-2
Invoice No: 0504150-0460-0
01/01/2002
Page: 0001-0001

607-0005014-0460-2
NORAD INC
100 TIDAL DR
NORTH KINGSTON RI 99999

7280

607-5014 NORAD INC

Service Period Description: DECEMBER

0460-0504150 01/01/2002

**Service Location**
607-5014 NORAD INC (50C) CDBD
100 TIDAL DR
NORTH KINGSTON RI 02852

| | | | | |
|---|---|---|---|---|
| 12/11/2001 | DISPOSAL CARDBOARD | 197011 | 2.36 | 33.04 |
| 12/11/2001 | 50YD COMPACTOR HAUL MIXED LOAD | 197011 | 1.00 | 97.00 |
| 01/01/2002 | 1.00 MONTHLY RECURRING R/O 1 | | | 135.00 |

FOR YOUR CONVENIENCE WE HAVE ESTABLISHED A CUSTOMER SERVICE CENTER TO MEET YOUR NEEDS. WE ARE AVAILABLE MONDAY-FRIDAY 8:00AM-5:00PM AT 401-463-6215 OR 800-972-4545

| | |
|---|---|
| Total This Invoice | 265.04 |
| Balance From Previous Billing | 398.97 |
| Total Account Balance | $664.01 |

| Current | Over 30 | Over 60 | Over 90 | Over 120 |
|---|---|---|---|---|
| 265.04 | 135.00 | 263.97 | | |

**DUE UPON RECEIPT**

TO ENSURE PROPER CREDIT, PLEASE INCLUDE YOUR ACCOUNT NUMBER ON YOUR CHECK AND RETURN THE BOTTOM PORTION WITH YOUR PAYMENT IN THE ENCLOSED ENVELOPE

(401) 463-6215
(800) 972-4545
(401) 463-5087 FAX

WASTE MANAGEMENT OF
RHODE ISLAND
1610 PONTIAC AVENUE
CRANSTON, RI 02920
Return Service Requested

IF PAYING BY CREDIT CARD, FILL OUT BELOW. CHECK CARD USING FOR PAYMENT

| CARD NUMBER | AMOUNT PAID | VISA ☐ ☐ |
|---|---|---|
| SIGNATURE | EXP. DATE | ☐ |

| ACCOUNT # | INVOICE DATE | INVOICE NUMBER | CHECK NO. |
|---|---|---|---|
| 607-0005014-0460-2 | 01/01/2002 | 0504150-0460-0 | |
| CURRENT | TOTAL DUE | AMOUNT ENCLOSED 26504 | |
| 265.04 | 664.01 | | |

04606070005014005041500000002650400000066401 0

607-0005014-0460-2
NORAD INC
100 TIDAL DR
NORTH KINGSTON RI 99999

WASTE MANAGEMENT OF
RHODE ISLAND
PO BOX 830003
BALTIMORE, MD 21283-0003

(T) 10711

P 000873 98-02003-0001-0001 *P0460LLD (0450 RO) 0460P002.344 DD&C
2002003077

WM

# INVOICE

WASTE MANAGEMENT OF
RHODE ISLAND
1610 PONTIAC AVENUE
CRANSTON, RI 02920
(401) 463-6215
(800) 972-4545
(401) 463-5087 FAX

LD
Acct No: 607-0010433-0460-7
Invoice No: 0504275-0460-5
01/01/2002
Page: 0001-0001

607-0010433-0460-7
NORAD INC
TIDAL DR
NORTH KINGSTON RI 99999

7200

607-10433 NORAD INC

Service Period Description: DECEMBER

0460-0504275 01/01/2002

**Service Location**
607-10433 NORAD INC
TIDAL DR
NORTH KINGSTON RI 99999

01/01/2002 1.00 MONTHLY RECURRING R/O 1 85.00

FOR YOUR CONVENIENCE WE HAVE ESTABLISHED A CUSTOMER SERVICE CENTER TO MEET YOUR NEEDS. WE ARE AVAILABLE MONDAY-FRIDAY 8:00AM-5:00PM AT 401-463-6215 OR 800-972-4545

| | |
|---|---|
| LATE CHARGE ROLLOFF | 10.56 |
| Total This Invoice | 95.56 |
| Balance From Previous Billing | 789.00 |
| Total Account Balance | $884.56 |

| Current | Over 30 | Over 60 | Over 90 | Over 120 |
|---|---|---|---|---|
| 95.56 | 85.00 | 704.00 | | |

**DUE UPON RECEIPT**

TO ENSURE PROPER CREDIT, PLEASE INCLUDE YOUR ACCOUNT NUMBER ON YOUR CHECK AND RETURN THE BOTTOM PORTION WITH YOUR PAYMENT IN THE ENCLOSED ENVELOPE

WM
(401) 463-6215
(800) 972-4545
(401) 463-5087 FAX

WASTE MANAGEMENT OF
RHODE ISLAND
1610 PONTIAC AVENUE
CRANSTON, RI 02920
Return Service Requested

IF PAYING BY CREDIT CARD, FILL OUT BELOW — CARD NUMBER / AMOUNT PAID / SIGNATURE / EXP. DATE

CHECK CARD USING FOR PAYMENT: VISA ☐ ☐ ☐

| ACCOUNT# | INVOICE DATE | INVOICE NUMBER | CHECK NO. |
|---|---|---|---|
| 607-0010433-0460-7 | 01/01/2002 | 0504275-0460-5 | |
| CURRENT | TOTAL DUE | AMOUNT ENCLOSED | |
| 95.56 | 884.56 | 95.56 | |

0460607001043300504275000000009556000000088456 1

607-0010433-0460-7
NORAD INC
TIDAL DR
NORTH KINGSTON RI 99999

WASTE MANAGEMENT OF
RHODE ISLAND
PO BOX 830003
BALTIMORE, MD 21283-0003

(T) 10712

P 000874 98-02003-0001-0001 *P0460LLD (0460 RO) 0460PO02.344 DD&C
2002003077