McGovern Noel & Benik, Inc.
One BankBoston Plaza
Providence, RI 02903

December 7, 2000
Invoice# 35094 GRP
Our file# 000493 00139
Billing through 11/30/2000

North Atlantic Distribution
Attn: Michael Miranda
100 Tidal Drive
North Kingstown, RI 02852

v. Commercial Union Insurance Company

| | |
|---|---|
| Balance forward as of invoice dated October 13, 2000 | $3,465.00 |
| Payments received since last invoice | 3,465.00 |
| Net balance forward | $0.00 |

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 11/06/2000 | WEO | Telephone conference with Michael Miranda regarding release. | 0.20 hrs. | 47.00 |
| | | | | $47.00 |

DISBURSEMENTS

| | | |
|---|---|---|
| 11/30/2000 | Copying Charges | 8.60 |
| 11/30/2000 | Postage/Courier Expense | 2.86 |
| 11/30/2000 | Fax Charge | 3.75 |
| | | $15.21 |

BILLING SUMMARY

| | |
|---|---|
| Total fees for this matter | $47.00 |
| Total disbursements for this matter | $15.21 |
| Total of new charges for this invoice | $62.21 |
| **Total balance now due** | $62.21 |

(T) 12462

**McGOVERN NOEL & BENIK, INCORPORATED**

Coffey

One BankBoston Plaza
Providence, RI 02903

January 11, 2000
Client # 000493
Invoice# 29970 PWN
Billing through 12/31/1999

North Atlantic Distribution
Quonset Point Industrial Park
North Kingstown, RI 02852

| | |
|---|---|
| Balance forward as of invoice dated December 13, 1999 | $33,996.92 |
| Payments received since last invoice | 10,390.38 |
| Accounts receivable balance carried forward | $23,606.54 |

**Storm Damage Claim**
**# 70149**

PROFESSIONAL SERVICES:

| | | | | | |
|---|---|---|---|---|---|
| 12/13/1999 | WEO | Telephone conference with Mike Miranda regarding storm claim. | 0.10 | hrs. | 22.00 |
| | | | | | $22.00 |

DISBURSEMENTS:

| | | |
|---|---|---|
| 12/31/1999 | Copying Charges | 2.20 |
| 12/31/1999 | Postage/Courier Expense | 0.66 |
| 12/31/1999 | Fax Charge | 2.50 |
| | | $5.36 |

**SAAB Contract**
**#70193**

6030
$1603.74
#3320

PROFESSIONAL SERVICES:

| | | | | | |
|---|---|---|---|---|---|
| 12/16/1999 | WEO | Telephone conference with Norman Peloquin; review pleadings in Federal Court; review possible defenses to same. | 1.75 | hrs. | 385.00 |
| 12/20/1999 | WEO | Telephone conference with Richard Webber regarding settlement; review complaint; review possible defenses. | 1.50 | hrs. | 330.00 |
| 12/28/1999 | RDP | Review file and letter with exhibits from counsel for Saab; conference with Atty. William E. O'Gara regarding litigation strategy. | 1.00 | hrs. | 295.00 |
| 12/28/1999 | WEO | Telephone conference with Richard Webber regarding possible settlement; meeting with | 1.25 | hrs. | 275.00 |

Phil Noel, Esq.; meeting with Charles McGovern, Esq.; prepare correspondence.

$1,283.00

SBURSEMENTS:

| | | |
|---|---|---|
| 12/31/1999 | Copying Charges | 0.40 |
| | | $0.40 |

**v. Hanover Insurance Company**
**# 80107**

PROFESSIONAL SERVICES:

| | | | | | |
|---|---|---|---|---|---|
| 12/21/1999 | WEO | Telephone conference with Michael Miranda; conference with Charles McGovern, Esq. | 0.50 | hrs. | 110.00 |
| 12/22/1999 | WEO | Telephone conference with Michael Miranda; meeting with Philip Noel, Esq. and Charles McGovern, Esq. | 0.60 | hrs. | 132.00 |
| | | | | | $242.00 |

DISBURSEMENTS:

| | | |
|---|---|---|
| 12/31/1999 | Copying Charges | 44.40 |
| | | $44.40 |

**Coletta's Downtown Auto**
**# 80614**

DISBURSEMENTS:

| | | |
|---|---|---|
| 12/31/1999 | Copying Charges | 1.60 |
| 12/31/1999 | Postage/Courier Expense | 2.98 |
| | | $4.58 |

INVOICE SUMMARY:

| | |
|---|---|
| Total professional services | $1,549.00 |
| Total expenses incurred | $54.74 |
| Total of new charges for this invoice | $1,603.74 |
| Plus net balance forward | $23,606.54 |
| **Total balance now due** | **$25,210.28** |

(T) 12425

Coffey

McGovern Noel & Benik, Inc.
One BankBoston Plaza
Providence, RI 02903

January 11, 2000
Invoice# 29824 GRP
Our file# 000493 20075
Billing through 12/31/1999

North Atlantic Distribution
100 Tidal Drive
Quonset Point Industrial Park
North Kingstown, RI 02852

Corporate
# 20075

| | |
|---|---|
| Balance forward as of invoice dated December 13, 1999 | $1,136.60 |
| Payments received since last invoice | 1,136.60 |
| Net balance forward | $0.00 |

PROFESSIONAL SERVICES

| | | | | | |
|---|---|---|---|---|---|
| 12/06/1999 | WEO | Telephone conference with M. Miranda re: labor matters; Telephone conference with counsel for union. | 0.25 | hrs. | 55.00 |
| 12/10/1999 | WEO | Telephone conference with Keith Miranda regarding possible termination; telephone conference with Mike Miranda regarding same. | 0.25 | hrs. | 55.00 |
| 12/13/1999 | GRP | Review draft loan documents; miscellaneous telephone conferences concerning borrower compliance. | 1.40 | hrs. | 343.00 |
| | | | | | $453.00 |

6030

DISBURSEMENTS

| | | |
|---|---|---|
| 12/31/1999 | Fax Charge | 13.75 |
| | | $13.75 |

# 3320

BILLING SUMMARY

| | |
|---|---|
| Total fees for this matter | $453.00 |
| Total disbursements for this matter | $13.75 |
| Total of new charges for this invoice | $466.75 |

(T) 12426

McGovern Noel & Benik, Inc.
One BankBoston Plaza
Providence, RI 02903

February 14, 2000
Invoice# 30639 GRP
Our file# 000493 90209
Billing through 01/31/2000

North Atlantic Distribution
Attn: Michael Miranda
100 Tidal Drive
North Kingstown, RI 02852

Citizens Bank Loan

PROFESSIONAL SERVICES

| | | | | | |
|---|---|---|---|---|---|
| 01/06/2000 | MKR | Compiled closing package. Correspondence to Albert Antonio. * | 0.50 | hrs. | 105.00 |
| 01/07/2000 | MKR | Attention to correspondence from Albert Antonio. Correspondence to Aldo Caputo. | 0.40 | hrs. | 84.00 |
| 01/12/2000 | MKR | Attention to correspondence from Albert Antonio. Correspondence to Jim Litsey. Correspondence to Aldo Caputo. Attention to title insurance policies. | 0.80 | hrs. | 168.00 |
| 01/14/2000 | MKR | Attention to post-closing issues. | 0.20 | hrs. | 42.00 |
| | | | | | $399.00 |

DISBURSEMENTS

| | | |
|---|---|---|
| 01/31/2000 | Copying Charges | 18.80 |
| 01/31/2000 | Messenger Service | 29.40 |
| 01/31/2000 | Postage/Courier Expense | 2.42 |
| | | $50.62 |

BILLING SUMMARY

| | |
|---|---|
| Total fees for this matter | $399.00 |
| Total disbursements for this matter | $50.62 |
| Total of new charges for this invoice | $449.62 |
| **Total balance now due** | **$449.62** |

#3382
6030

* Title Company

(T) 12427

McGovern Noel & Benik, Inc.
One BankBoston Plaza
Providence, RI 02903

February 14, 2000
Invoice# 30638 GRP
Our file# 000493 20075
Billing through 01/31/2000

North Atlantic Distribution
100 Tidal Drive
Quonset Point Industrial Park
North Kingstown, RI 02852

Corporate
# 20075

| | |
|---|---|
| Balance forward as of invoice dated January 11, 2000 | $466.75 |
| Payments received since last invoice | 0.00 |
| Net balance forward | $466.75 |

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 01/10/2000 | GRP | Attention to post closing matters. | 0.90 hrs. | 238.50 |
| | | | | $238.50 |

BILLING SUMMARY

| | |
|---|---|
| Total fees for this matter | $238.50 |
| Total of new charges for this invoice | $238.50 |
| Plus net balance forward | $466.75 |
| **Total balance now due** | **$705.25** |

6030
#3382

(T) 12428

**McGOVERN NOEL & BENIK, INCORPORATED**
One BankBoston Plaza
Providence, RI 02903

February 14, 2000
Client # 000493
Invoice# 30608 PWN
Billing through 01/31/2000

North Atlantic Distribution
Quonset Point Industrial Park
North Kingstown, RI 02852

| | |
|---|---|
| Balance forward as of invoice dated January 11, 2000 | $25,210.28 |
| Payments received since last invoice | 0.00 |
| Accounts receivable balance carried forward | $25,210.28 |

**Storm Damage Claim**
**# 70149**

PROFESSIONAL SERVICES:

| | | | | | |
|---|---|---|---|---|---|
| 01/19/2000 | WEO | Telephone conference with Michael Miranda and Richard Webber regarding settlement; conference with Charles McGovern, Esq. regarding same. | 0.70 | hrs. | 164.50 |
| 01/31/2000 | WEO | Telephone conference with Michael Miranda regarding case. | 0.20 | hrs. | 47.00 |
| | | | | | $211.50 |

DISBURSEMENTS:

| | | |
|---|---|---|
| 01/31/2000 | Copying Charges | 0.80 |
| 01/31/2000 | Postage/Courier Expense | 0.33 |
| 01/31/2000 | Fax Charge | 3.75 |
| | | $4.88 |

#3382
6030

**SAAB Contract**
**#70193**

PROFESSIONAL SERVICES:

| | | | | | |
|---|---|---|---|---|---|
| 01/24/2000 | WEO | Telephone conference with Norm Peloquin; telephone conference with Mike Miranda. | 0.25 | hrs. | 58.75 |
| | | | | | $58.75 |

DISBURSEMENTS:

| | | |
|---|---|---|
| 01/31/2000 | Copying Charges | 1.20 |
| | | $1.20 |

**v. Hanover Insurance Company**
**# 80107**

PROFESSIONAL SERVICES:

| | | | | | |
|---|---|---|---|---|---|
| 01/03/2000 | WEO | Telephone conference with Mike Miranda; telephone conference with Aldo Caputo. | 0.25 | hrs. | 58.75 |
| 01/05/2000 | WEO | Meeting with Mike Miranda and Aldo Caputo at NORAD regarding status of case; telephone conference with counsel for Hanover; telephone conference with Mike Miranda. | 3.90 | hrs. | 916.50 |
| 01/06/2000 | WEO | Telephone conference with attorney regarding Hanover; multiple telephone conferences with Mike Miranda; review materials related to appeal to First Circuit as well as valu eof 1996 claim. | 1.75 | hrs. | 411.25 |
| 01/07/2000 | WEO | Telephone conference with counsel for Hanover; conference with Charles McGovern, Esq.; review materials related to possible settlement; telephone conference with Mike Miranda. | 1.50 | hrs. | 352.50 |
| | | | | | $1,739.00 |

INVOICE SUMMARY:

| | |
|---|---|
| Total professional services | $2,009.25 |
| Total expenses incurred | $6.08 |
| Total of new charges for this invoice | $2,015.33 |
| Plus net balance forward | $25,210.28 |
| **Total balance now due** | **$27,225.61** |

McGovern Noel & Benik, Inc.
One BankBoston Plaza
Providence, RI 02903

March 9, 2000
Invoice# 31142 GRP
Our file# 000493 20075
Billing through 02/29/2000

North Atlantic Distribution
100 Tidal Drive
Quonset Point Industrial Park
North Kingstown, RI 02852

Corporate
#20075

| | | |
|---|---|---|
| Balance forward as of invoice dated | February 14, 2000 | $705.25 |
| Payments received since last invoice | | 0.00 |
| Net balance forward | | $705.25 |

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 02/22/2000 | BAF | Attention to receipt and review year 2000 Annual Report; review 1999 annual report; preparation of year 2000 annual report; Consent of Sole Director and Sole Shareholder; transmittal to client. | 2.50 hrs. | 275.00 |
| | | | | $275.00 |

BILLING SUMMARY

| | |
|---|---|
| Total fees for this matter | $275.00 |
| Total of new charges for this invoice | $275.00 |
| Plus net balance forward | $705.25 |
| **Total balance now due** | **$980.25** |

6030
#3412

(T) 12431

**McGOVERN NOEL & BENIK, INCORPORATED**
One BankBoston Plaza
Providence, RI 02903

March 9, 2000
Client # 000493
Invoice# 31195 PWN
Billing through 02/29/2000

North Atlantic Distribution
Quonset Point Industrial Park
North Kingstown, RI 02852

| | |
|---|---|
| Balance forward as of invoice dated February 14, 2000 | $27,225.61 |
| Payments received since last invoice | 0.00 |
| Accounts receivable balance carried forward | $27,225.61 |

**Storm Damage Claim**
**# 70149**

DISBURSEMENTS:

| | | |
|---|---|---|
| 02/29/2000 | Copying Charges | 1.00 |
| 02/29/2000 | Postage/Courier Expense | 0.55 |
| | | $1.55 |

**SAAB Contract**
**#70193**

DISBURSEMENTS:

| | | |
|---|---|---|
| 02/29/2000 | Copying Charges | 2.80 |
| 02/29/2000 | Postage/Courier Expense | 2.64 |
| | | $5.44 |

**v. Hanover Insurance Company**
**# 80107**

PROFESSIONAL SERVICES:

| | | | | | |
|---|---|---|---|---|---|
| 02/07/2000 | WEO | Multiple telephone conferences with Mike Miranda; telephone conference with representative for Hanover; telephone conference with Richard Webber, Esq. attention to answering complaint. | 2.00 | hrs. | 470.00 |
| 02/08/2000 | WEO | Prepare correspondence related to insurance claim; telephone conference with Mike Miranda; telephone conference with insurance | 2.00 | hrs. | 470.00 |

(T) 12432

| | | | | | |
|---|---|---|---|---|---|
| | | adjuster; conference with Charles McGovern, Esq.; review insurance policies. | | | |
| 02/09/2000 | WEO | Conference with Philip Noel, Esq.; conference with Charles McGovern, Esq.; attend to discovery response in Martha's Vineyard matter. | 1.50 | hrs. | 352.50 |
| 02/10/2000 | WEO | Telephone conference with Mike Miranda; telephone conference with Richard Webber, Esq.; telephone conference with counsel for Hanover Insurance. | 0.50 | hrs. | 117.50 |
| 02/11/2000 | WEO | Multiple telephone conferences with Mike Miranda, Richard Webber, Esq. and counsel for Hanover; prepare draft settlement agreement and mutual releases; conference with Philip Noel, Esq. | 2.50 | hrs. | 587.50 |
| 02/14/2000 | WEO | Multiple telephone conferences with Mike Miranda; telephone conferences with SAAB's attorney; telephone conference with Hanover's attorney; prepare settlement documents. | 2.25 | hrs. | 528.75 |
| 02/15/2000 | WEO | Telephone conference with Mike Miranda; finalize settlement agreement; prepare documents related to dismissal; telephone conference with Richard Webber, Esq.; telephone conference with Norm Peloquin, Esq. | 2.50 | hrs. | 587.50 |
| 02/17/2000 | WEO | Telephone conference with counsel for SAAB regarding settlement agreement; make changes to same. | 0.50 | hrs. | 117.50 |
| 02/23/2000 | WEO | Telephone conference with Michael Miranda; telephone conference with Richard Webber; prepare correspondence. | 0.30 | hrs. | 70.50 |
| 02/25/2000 | WEO | Telephone conference with Michael Miranda and counsel for SAAB. | 0.25 | hrs. | 58.75 |
| 02/26/2000 | WEO | Multiple telephone conference with Richard Webber; telephone conference with J. Bruno, Esq.; telephone conference with Mike Miranda; prepare correspondence. | 1.50 | hrs. | 352.50 |
| | | | | | $3,713.00 |

<u>DISBURSEMENTS:</u>

| | | |
|---|---|---|
| 02/29/2000 | Copying Charges | 1.60 |
| 02/29/2000 | Fax Charge | 30.00 |
| 02/29/2000 | Telephone Expense | 6.39 |
| | | $37.99 |

<u>INVOICE SUMMARY:</u>

(T) 12433

North Atlantic Distribution Invoice# 31195 Page 3

| | |
|---|---|
| Total professional services | $3,713.00 |
| Total expenses incurred | $44.98 |
| Total of new charges for this invoice | $3,757.98 |
| Plus net balance forward | $27,225.61 |
| **Total balance now due** | **$30,983.59** |

6030
#3412

(T) 12434

**McGOVERN NOEL & BENIK, INCORPORATED**
One BankBoston Plaza
Providence, RI 02903

April 12, 2000
Client # 000493
Invoice# 31354 PWN
Billing through 03/31/2000

North Atlantic Distribution
Quonset Point Industrial Park
North Kingstown, RI 02852

| | |
|---|---|
| Balance forward as of invoice dated March 9, 2000 | $30,983.59 |
| Payments received since last invoice | 0.00 |
| Accounts receivable balance carried forward | $30,983.59 |

**General Matters**

DISBURSEMENTS:

| | | |
|---|---|---|
| 03/31/2000 | Filing Fees | 135.00 |
| | | $135.00 |

**ads Estate of Jake Kaplan**
**Stockholders Buy-Out Arbitration**
**# 20483**

DISBURSEMENTS:

| | | |
|---|---|---|
| 03/31/2000 | Copying Charges | 9.40 |
| | | $9.40 |

**Storm Damage Claim**
**# 70149**

DISBURSEMENTS:

| | | |
|---|---|---|
| 03/31/2000 | Fax Charge | 5.00 |
| | | $5.00 |

**SAAB Contract**
**#70193**

PROFESSIONAL SERVICES:

| | | | | |
|---|---|---|---|---|
| 03/01/2000 | WEO | Telephone conference with Richard Webber, | 0.20 hrs. | 47.00 |

*(T) 12435*

4/12/00



| | | | | |
|---|---|---|---|---|
| | | Esq.; telephone conference with Michael Miranda. | | |
| 03/09/2000 | WEO | Telephone conference with counsel for SAAB. | 0.10 hrs. | 23.50 |
| | | | | $70.50 |

v. Hanover Insurance Company
# 80107

DISBURSEMENTS:

| | | |
|---|---|---|
| 03/31/2000 | Copying Charges | 0.40 |
| 03/31/2000 | Messenger Service | 9.90 |
| 03/31/2000 | Postage/Courier Expense | 0.33 |
| | | $10.63 |

INVOICE SUMMARY:

| | |
|---|---|
| Total professional services | $70.50 |
| Total expenses incurred | $160.03 |
| Total of new charges for this invoice | $230.53 → # 3558 |
| Plus net balance forward | $30,983.59 |
| **Total balance now due** | **$31,214.12** |

McGovern Noel & Benik, Inc.
One BankBoston Plaza
Providence, RI 02903

April 12, 2000
Invoice# 31386 GRP
Our file# 000493 90348
Billing through 03/31/2000

North Atlantic Distribution
Quonset Point Industrial Park
North Kingstown, RI 02852

Sale of Plainshead Lane, Edgartown

| | | |
|---|---|---|
| Balance forward as of invoice dated | December 13, 1999 | $1,094.97 |
| Payments received since last invoice | | 1,094.97 |
| Net balance forward | | $0.00 |

PROFESSIONAL SERVICES

| | | | | | |
|---|---|---|---|---|---|
| 02/07/2000 | WEO | Prepare response to request for production; telephone conference with Michael Miranda. | 1.25 | hrs. | 293.75 |
| 03/02/2000 | WEO | Telephone conference with counsel for defendant; prepare correspondence. | 0.20 | hrs. | 47.00 |
| 03/09/2000 | WEO | Telephone conference with Aldo Caputo; telephone conference with Mike Miranda; attention to answers to interrogatories. | 1.75 | hrs. | 411.25 |
| 03/10/2000 | PKG | Attention to revising plaintiffs' response to defendant's request for production; Attention to reviewing documents in response to request | 0.50 | hrs. | 60.00 |
| 03/10/2000 | WEO | Prepare answers to interrogatories. | 0.75 | hrs. | 176.25 |
| 03/13/2000 | PKG | Attention to updating pleading index | 0.30 | hrs. | 36.00 |
| 03/14/2000 | WEO | Prepare request for production related to real estate dispute. | 1.00 | hrs. | 235.00 |
| | | | | | $1,259.25 |

DISBURSEMENTS

| | | |
|---|---|---|
| 03/31/2000 | Copying Charges | 238.00 |
| 03/31/2000 | Postage/Courier Expense | 9.26 |
| 03/31/2000 | Telephone Expense | 0.39 |
| | | $247.65 |

BILLING SUMMARY

| | |
|---|---|
| Total fees for this matter | $1,259.25 |
| Total disbursements for this matter | $247.65 |

(T) 12437

493 North Atlantic Distribution Invoice# 31386 Page 2

| | |
|---|---|
| Total of new charges for this invoice | $1,506.90 |
| **Total balance now due** | **$1,506.90** |

#3558

McGovern Noel & Benik, Inc.
One BankBoston Plaza
Providence, RI 02903

May 10, 2000
Invoice# 31876 GRP
Our file# 000493 90348
Billing through 04/30/2000

North Atlantic Distribution
Quonset Point Industrial Park
North Kingstown, RI 02852

Sale of Plainshead Lane, Edgartown

| | | |
|---|---|---|
| Balance forward as of invoice dated April 12, 2000 | $1,506.90 | |
| Payments received since last invoice | 0.00 | |
| Net balance forward | $1,506.90 | |

DISBURSEMENTS

| | | |
|---|---|---|
| 04/30/2000 | Copying Charges | 53.60 |
| 04/30/2000 | Postage/Courier Expense | 5.07 |
| | | $58.67 |

BILLING SUMMARY

| | |
|---|---|
| Total disbursements for this matter | $58.67 |
| Total of new charges for this invoice | $58.67 #3558 |
| Plus net balance forward | $1,506.90 |
| **Total balance now due** | **$1,565.57** |

McGovern Noel & Benik, Inc.
One BankBoston Plaza
Providence, RI 02903

May 10, 2000
Invoice# 31875 GRP
Our file# 000493 20075
Billing through 04/30/2000

North Atlantic Distribution
100 Tidal Drive
Quonset Point Industrial Park
North Kingstown, RI 02852

Corporate
# 20075

| | |
|---|---|
| Balance forward as of invoice dated April 12, 2000 | $1,403.25 |
| Payments received since last invoice | 0.00 |
| Net balance forward | $1,403.25 |

PROFESSIONAL SERVICES

| | | | | | |
|---|---|---|---|---|---|
| 04/03/2000 | BAF | Attention to receipt and review 2000 Annual Report; preparation of same for filing with Secretary of State; transmittal to client. | 0.20 | hrs. | 22.00 |
| 04/27/2000 | BAF | Attention to review closing documents re: Citizens Loan; transmittal to Aldo Caputo re: same. | 0.40 | hrs. | 44.00 |
| | | | | | $66.00 |

DISBURSEMENTS

| | | |
|---|---|---|
| 04/18/2000 | Vendor RI0075, West Publishing Co.; Invoice # 88230; Westlaw Research Fees | 321.76 |
| 04/30/2000 | Copying Charges | 34.20 |
| 04/30/2000 | Messenger Service | 9.90 |
| 04/30/2000 | Postage/Courier Expense | 0.77 |
| | | $366.63 |

BILLING SUMMARY

| | |
|---|---|
| Total fees for this matter | $66.00 |
| Total disbursements for this matter | $366.63 |
| Total of new charges for this invoice | $432.63 #3558 |
| Plus net balance forward | $1,403.25 |

(T) 12440

McGovern Noel & Benik, Inc.
One BankBoston Plaza
Providence, RI 02903

May 10, 2000
Invoice# 31874 GRP
Our file# 000493 00139
Billing through 04/30/2000

North Atlantic Distribution
Attn: Michael Miranda
100 Tidal Drive
North Kingstown, RI 02852

v. Commercial Union Insurance Company

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 04/03/2000 | WEO | Telephone conference with Michael Miranda. | 0.10 hrs. | 23.50 |
| 04/14/2000 | WEO | Telephone conference with Michael Miranda; telephone conferences with Stu Tully; telephone conference with owner of East Coast Transport; telephone conference with insurance adjuster; draft demand. | 1.20 hrs. | 282.00 |
| 04/16/2000 | WEO | Telephone conference with Michael Miranda regarding property damage. | 0.10 hrs. | 23.50 |
| 04/19/2000 | WEO | Telephone conference with Michael Miranda; telephone conference with counsel for Ansara; multiple telephone conferences with insurance adjusters regarding York; telephone conference with Michael Miranda regarding same. | 1.00 hrs. | 235.00 |
| 04/24/2000 | WEO | Telephone conference with Michael Miranda regarding property damage matter; telephone conference with adjuster regarding same. | 0.40 hrs. | 94.00 |
| 04/26/2000 | WEO | Telephone conference with Mike Miranda; telephone conference with insurance carrier regarding property damage claim. | 0.50 hrs. | 117.50 |
| 04/27/2000 | WEO | Review answer filed by CGU; telephone conference with counsel for carrier; telephone conference with Michael Miranda. | 0.50 hrs. | 117.50 |
| | | | | $893.00 |

DISBURSEMENTS

| | | |
|---|---|---|
| 04/30/2000 | Copying Charges | 0.60 |
| 04/30/2000 | Constable Fee | 50.00 |
| | | $50.60 |

BILLING SUMMARY

(T) 12441

5/10/00

3 North Atlantic Distribution | Invoice# 31874 | Page 2

| | |
|---|---|
| Total fees for this matter | $893.00 |
| Total disbursements for this matter | $50.60 |
| Total of new charges for this invoice | $943.60 #3338 |
| **Total balance now due** | **$943.60** |

**McGOVERN NOEL & BENIK, INCORPORATED**
One BankBoston Plaza
Providence, RI 02903

May 11, 2000
Client # 000493
Invoice# 32026, PWN
Billing through 04/30/2000

North Atlantic Distribution
Quonset Point Industrial Park
North Kingstown, RI 02852

| | | |
|---|---|---|
| Balance forward as of invoice dated April 12, 2000 | $31,214.12 | |
| Payments received since last invoice | 0.00 | |
| Accounts receivable balance carried forward | $31,214.12 | |

**Storm Damage Claim**
**# 70149**

DISBURSEMENTS:

| | | |
|---|---|---|
| 04/30/2000 | Fax Charge | 3.75 |
| | | $3.75 |

INVOICE SUMMARY:

| | |
|---|---|
| Total expenses incurred | $3.75 |
| Total of new charges for this invoice | $3.75 |
| Plus net balance forward | $31,214.12 |
| **Total balance now due** | **$31,217.87** |

(T) 12443

McGovern Noel & Benik, Inc.
One BankBoston Plaza
Providence, RI 02903

April 12, 2000
Invoice# 31385 GRP
Our file# 000493 20075
Billing through 03/31/2000

North Atlantic Distribution
100 Tidal Drive
Quonset Point Industrial Park
North Kingstown, RI 02852

Corporate
# 20075

| | | |
|---|---|---|
| Balance forward as of invoice dated | March 9, 2000 | $980.25 |
| Payments received since last invoice | | 0.00 |
| Net balance forward | | $980.25 |

PROFESSIONAL SERVICES

| | | | | | |
|---|---|---|---|---|---|
| 03/20/2000 | JNL | Research via Westlaw recent Boston Globe articles re: Port of Boston for Atty. William E. O'Gara. | 0.30 | hrs. | 36.00 |
| 03/21/2000 | JNL | Research via Internet and Westlaw for articles re: Port of Boston for Atty. William E. O'Gara. | 0.20 | hrs. | 24.00 |
| 03/23/2000 | JNL | Additional attempt to find article re: shipping at Port of Boston via Westlaw. | 0.10 | hrs. | 12.00 |
| 03/29/2000 | JR | Research Pennsylvania Unfair Practices and Consumer Protection Law and bad faith statute to determine appropriate causes of action for complaint | 1.80 | hrs. | 351.00 |
| | | | | | $423.00 |

BILLING SUMMARY

| | |
|---|---|
| Total fees for this matter | $423.00 |
| Total of new charges for this invoice | $423.00 |
| Plus net balance forward | $980.25 |
| Total balance now due | $1,403.25 |

(T) 12444

**McGOVERN NOEL & BENIK, INCORPORATED**
One BankBoston Plaza
Providence, RI 02903

June 12, 2000
Client # 000493
Invoice# 32097 PWN
Billing through 05/31/2000

North Atlantic Distribution
Quonset Point Industrial Park
North Kingstown, RI 02852

| | |
|---|---|
| Balance forward as of invoice dated May 11, 2000 | $31,217.87 |
| Payments received since last invoice | 0.00 |
| Accounts receivable balance carried forward | $31,217.87 |

**General Matters**

PROFESSIONAL SERVICES:

| | | | | | |
|---|---|---|---|---|---|
| 03/27/2000 | WEO | Telephone conference with Michael Miranda; draft complaint related to CGU's refusal to pay claims; review insurance policy related to same. | 2.50 | hrs. | 587.50 |
| 03/30/2000 | WEO | Finalize complaint against CGU; telephone conference with Michael Miranda. | 1.00 | hrs. | 235.00 |
| 03/31/2000 | WEO | Telephone conference with Michael Miranda; file and serve complaint. | 0.40 | hrs. | 94.00 |
| 03/31/2000 | WEO | Telephone conference with insured regarding claim; review personnel file and related documents. | 0.50 | hrs. | 117.50 |
| | | | | | $1,034.00 |

**v. Hanover Insurance Company**
**# 80107**

DISBURSEMENTS:

| | | |
|---|---|---|
| 05/31/2000 | Fax Charge | 1.25 |
| | | $1.25 |

INVOICE SUMMARY:

| | |
|---|---|
| Total professional services | $1,034.00 |
| Total expenses incurred | $1.25 |
| Total of new charges for this invoice | $1,035.25 |
| Plus net balance forward | $31,217.87 |

6030
#3612

(T) 12445

McGovern Noel & Benik, Inc.
One BankBoston Plaza
Providence, RI 02903

June 15, 2000
Invoice# 32405 GRP
Our file# 000493 90348
Billing through 05/31/2000

North Atlantic Distribution
Quonset Point Industrial Park
North Kingstown, RI 02852

Sale of Plainshead Lane, Edgartown

| | |
|---|---|
| Balance forward as of invoice dated May 10, 2000 | $1,565.57 |
| Payments received since last invoice | 0.00 |
| Net balance forward | $1,565.57 |

PROFESSIONAL SERVICES

| | | | | | |
|---|---|---|---|---|---|
| 05/19/2000 | WEO | Telephone conference with Aldo Caputo; prepare correspondence regarding Ansara; finalize demand package regarding CGU case. | 2.75 | hrs. | 646.25 |
| | | | | | $646.25 |

DISBURSEMENTS

| | | |
|---|---|---|
| 05/31/2000 | Copying Charges | 0.20 |
| 05/31/2000 | Postage/Courier Expense | 0.99 |
| 05/31/2000 | Fax Charge | 8.75 |
| | | $9.94 |

BILLING SUMMARY

| | |
|---|---|
| Total fees for this matter | $646.25 |
| Total disbursements for this matter | $9.94 |
| Total of new charges for this invoice | $656.19 |
| Plus net balance forward | $1,565.57 |
| **Total balance now due** | **$2,221.76** |

McGovern Noel & Benik, Inc.
One BankBoston Plaza
Providence, RI 02903

June 15, 2000
Invoice# 32404 GRP
Our file# 000493 00139
Billing through 05/31/2000

North Atlantic Distribution
Attn: Michael Miranda
100 Tidal Drive
North Kingstown, RI 02852

v. Commercial Union Insurance Company

| | |
|---|---|
| Balance forward as of invoice dated May 10, 2000 | $943.60 |
| Payments received since last invoice | 0.00 |
| Net balance forward | $943.60 |

PROFESSIONAL SERVICES

| | | | | | |
|---|---|---|---|---|---|
| 05/01/2000 | WEO | Telephone conference with Mike Miranda; telephone conference with insurance adjuster. | 0.20 | hrs. | 47.00 |
| 05/03/2000 | WEO | Telephone conference with insurance carrier; telephone conference with Mike Miranda. | 0.25 | hrs. | 58.75 |
| 05/12/2000 | WEO | Telephone conference with two insurance adjusters; attention to demand related to CGU litigation; telephone conference with Stu Tully. | 1.75 | hrs. | 411.25 |
| 05/15/2000 | WEO | Telephone conference with adjuster for insurance company; telephone conference with Mike Miranda. | 0.25 | hrs. | 58.75 |
| 05/18/2000 | WEO | Telephone conference with counsel for CGU; attention to demand package; telephone conference with Mike Miranda; telephone conference with counsel for CGU; telephone conference with Mike Miranda. | 3.25 | hrs. | 763.75 |
| 05/23/2000 | WEO | Telephone conference with Aldo Caputo; telephone conference with insurance adjusters. | 0.30 | hrs. | 70.50 |
| 05/30/2000 | WEO | Meeting with Aldo Caputo regarding outstanding CGU vehicle damage claims; telephone conference with Mike Miranda regarding same; attention to demand for settlement package. | 2.50 | hrs. | 587.50 |

$1,997.50

(T) 12447

DISBURSEMENTS

| | | |
|---|---|---|
| 05/31/2000 | Copying Charges | 1.00 |
| 05/31/2000 | Postage/Courier Expense | 0.66 |
| 05/31/2000 | Fax Charge | 10.00 |
| 05/31/2000 | Telephone Expense | 2.10 |
| | | $13.76 |

BILLING SUMMARY

| | |
|---|---|
| Total fees for this matter | $1,997.50 |
| Total disbursements for this matter | $13.76 |
| Total of new charges for this invoice | $2,011.26 |
| Plus net balance forward | $943.60 |
| **Total balance now due** | **$2,954.86** |

McGovern Noel & Benik, Inc.
One BankBoston Plaza
Providence, RI 02903

July 14, 2000
Invoice# 32997 GRP
Our file# 000493 90348
Billing through 06/30/2000

North Atlantic Distribution
Quonset Point Industrial Park
North Kingstown, RI 02852

Sale of Plainshead Lane, Edgartown

| | |
|---|---|
| Balance forward as of invoice dated June 15, 2000 | $2,221.76 |
| Payments received since last invoice | 0.00 |
| Net balance forward | $2,221.76 |

PROFESSIONAL SERVICES

| | | | | | |
|---|---|---|---|---|---|
| 06/01/2000 | WEO | Telephone conversation with Mike Miranda; prepare mutual general release in Ansara matter; telephone conversation with defense counsel regarding same. | 1.30 | hrs. | 305.50 |
| 06/01/2000 | WEO | Telephone conversation with Michael Miranda; attention to settlement package. | 0.75 | hrs. | 176.25 |
| 06/05/2000 | WEO | Finalize settlement demand; telephone conference with counsel in Ansara matter; prepare correspondence. | 0.75 | hrs. | 176.25 |
| 06/05/2000 | WEO | Finalize settlement demand; telephone conference with counsel in Ansara matter; prepare correspondence. | 0.75 | hrs. | 176.25 |
| | | | | | $834.25 |

DISBURSEMENTS

| | | |
|---|---|---|
| 06/30/2000 | Copying Charges | 2.20 |
| 06/30/2000 | Postage/Courier Expense | 0.99 |
| 06/30/2000 | Fax Charge | 16.25 |
| | | $19.44 |

BILLING SUMMARY

| | |
|---|---|
| Total fees for this matter | $834.25 |
| Total disbursements for this matter | $19.44 |
| Total of new charges for this invoice | $853.69 |

(T) 12449

| | |
|---|---|
| Plus net balance forward | $2,221.76 |
| **Total balance now due** | **$3,075.45** |

McGovern Noel & Benik, Inc.
One BankBoston Plaza
Providence, RI 02903

July 14, 2000
Invoice# 32996 GRP
Our file# 000493 20075
Billing through 06/30/2000

North Atlantic Distribution
100 Tidal Drive
Quonset Point Industrial Park
North Kingstown, RI 02852

Corporate
# 20075

| | |
|---|---|
| Balance forward as of invoice dated May 10, 2000 | $1,835.88 |
| Payments received since last invoice | 0.00 |
| Net balance forward | $1,835.88 |

PROFESSIONAL SERVICES

| | | | | | |
|---|---|---|---|---|---|
| 06/15/2000 | WEO | Telephone conference with DEM regarding car wash; telephone conference with Michael Miranda regarding same; conference with Philip Noel, Esq. regarding matter; prepare correspondence. | 0.80 | hrs. | 188.00 |
| 06/22/2000 | WEO | Telephone conference with officials at Rhode Island DEM; prepare correspondence; telephone conference with Rob Stolzman; telephone conference with Michael Miranda. | 0.30 | hrs. | 70.50 |
| | | | | | $258.50 |

DISBURSEMENTS

| | | |
|---|---|---|
| 06/30/2000 | Copying Charges | 1.60 |
| 06/30/2000 | Postage/Courier Expense | 1.32 |
| 06/30/2000 | Fax Charge | 7.50 |
| | | $10.42 |

BILLING SUMMARY

| | |
|---|---|
| Total fees for this matter | $258.50 |
| Total disbursements for this matter | $10.42 |
| Total of new charges for this invoice | $268.92 |
| Plus net balance forward | $1,835.88 |

(T) 12451

McGovern Noel & Benik, Inc.
One BankBoston Plaza
Providence, RI 02903

July 14, 2000
Invoice# 32995 GRP
Our file# 000493 00139
Billing through 06/30/2000

North Atlantic Distribution
Attn: Michael Miranda
100 Tidal Drive
North Kingstown, RI 02852

v. Commercial Union Insurance Company

| | | |
|---|---|---|
| Balance forward as of invoice dated | June 15, 2000 | $2,954.86 |
| Payments received since last invoice | | 0.00 |
| Net balance forward | | $2,954.86 |

PROFESSIONAL SERVICES

| | | | | | |
|---|---|---|---|---|---|
| 06/06/2000 | WEO | Telephone conference with Aldo Caputo, Michael Miranda regarding litigation. | 0.25 | hrs. | 58.75 |
| 06/07/2000 | WEO | Telephone conference with Aldo Caputo. | 0.20 | hrs. | 47.00 |
| 06/09/2000 | WEO | Telephone conference with attorney for union trust fund regarding resolution of case; telephone conference with Aldo Caputo. | 0.25 | hrs. | 58.75 |
| 06/12/2000 | WEO | Telephone conference with Michael Miranda. | 0.10 | hrs. | 23.50 |
| 06/15/2000 | WEO | Telephone conference with Aldo Caputo. | 0.20 | hrs. | 47.00 |
| | | | | | $235.00 |

DISBURSEMENTS

| | | |
|---|---|---|
| 06/30/2000 | Copying Charges | 1.00 |
| 06/30/2000 | Postage/Courier Expense | 0.55 |
| 06/30/2000 | Telephone Expense | 4.32 |
| | | $5.87 |

BILLING SUMMARY

| | |
|---|---|
| Total fees for this matter | $235.00 |
| Total disbursements for this matter | $5.87 |
| Total of new charges for this invoice | $240.87 |
| Plus net balance forward | $2,954.86 |

*(T) 12452*

McGovern Noel & Benik, Inc.
One BankBoston Plaza
Providence, RI 02903

August 15, 2000
Invoice# 33466 GRP
Our file# 000493 00139
Billing through 07/31/2000

North Atlantic Distribution
Attn: Michael Miranda
100 Tidal Drive
North Kingstown, RI 02852

v. Commercial Union Insurance Company

| | |
|---|---|
| Balance forward as of invoice dated July 14, 2000 | $3,195.73 |
| Payments received since last invoice | 0.00 |
| Net balance forward | $3,195.73 |

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 07/26/2000 | WEO | Telephone conference with Mr. Creamer from CGU related to case; telephone conference with Aldo Caputo regarding documents; telephone conference with CGU. | 0.30 hrs. | 70.50 |
| | | | | $70.50 |

DISBURSEMENTS

| | | |
|---|---|---|
| 07/31/2000 | Copying Charges | 11.40 |
| 07/31/2000 | Postage/Courier Expense | 1.21 |
| 07/31/2000 | Telephone Expense | 0.44 |
| | | $13.05 |

BILLING SUMMARY

| | |
|---|---|
| Total fees for this matter | $70.50 |
| Total disbursements for this matter | $13.05 |
| Total of new charges for this invoice | $83.55 |
| Plus net balance forward | $3,195.73 |
| **Total balance now due** | **$3,279.28** |

(T) 12453

McGovern Noel & Benik, Inc.
One BankBoston Plaza
Providence, RI 02903

August 15, 2000
Invoice# 33467 GRP
Our file# 000493 20075
Billing through 07/31/2000

North Atlantic Distribution
100 Tidal Drive
Quonset Point Industrial Park
North Kingstown, RI 02852

Corporate
# 20075

| | |
|---|---|
| Balance forward as of invoice dated July 14, 2000 | $2,104.80 |
| Payments received since last invoice | 0.00 |
| Net balance forward | $2,104.80 |

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 07/14/2000 | BAF | Attention to determine corporate status re: Northern Bulk Transportation Services. | 0.20 hrs. | 22.00 |
| | | | | $22.00 |

BILLING SUMMARY

| | |
|---|---|
| Total fees for this matter | $22.00 |
| Total of new charges for this invoice | $22.00 |
| Plus net balance forward | $2,104.80 |
| **Total balance now due** | $2,126.80 |

(T) 12454

McGovern Noel & Benik, Inc.
One BankBoston Plaza
Providence, RI 02903

August 15, 2000
Invoice# 33468 GRP
Our file# 000493 90348
Billing through 07/31/2000

North Atlantic Distribution
Quonset Point Industrial Park
North Kingstown, RI 02852

Sale of Plainshead Lane, Edgartown

| | | |
|---|---|---|
| Balance forward as of invoice dated July 14, 2000 | $3,075.45 | |
| Payments received since last invoice | 0.00 | |
| Net balance forward | $3,075.45 | |

DISBURSEMENTS

| | | |
|---|---|---|
| 07/31/2000 | Copying Charges | 0.80 |
| 07/31/2000 | Postage/Courier Expense | 0.66 |
| 07/31/2000 | Fax Charge | 10.00 |
| 07/31/2000 | Telephone Expense | 0.13 |
| | | $11.59 |

BILLING SUMMARY

| | |
|---|---|
| Total disbursements for this matter | $11.59 |
| Total of new charges for this invoice | $11.59 |
| Plus net balance forward | $3,075.45 |
| **Total balance now due** | **$3,087.04** |

McGovern Noel & Benik, Inc.
One BankBoston Plaza
Providence, RI 02903

September 14, 2000
Invoice# 33832 GRP
Our file# 000493 00139
Billing through 08/31/2000

North Atlantic Distribution
Attn: Michael Miranda
100 Tidal Drive
North Kingstown, RI 02852

v. Commercial Union Insurance Company

| | | |
|---|---|---|
| Balance forward as of invoice dated August 15, 2000 | $3,279.28 | |
| Payments received since last invoice | 0.00 | |
| Net balance forward | $3,279.28 | |

DISBURSEMENTS

| | | |
|---|---|---|
| 08/31/2000 | Copying Charges | 7.60 |
| 08/31/2000 | Postage/Courier Expense | 1.87 |
| | | $9.47 |

BILLING SUMMARY

| | |
|---|---|
| Total disbursements for this matter | $9.47 |
| Total of new charges for this invoice | $9.47 |
| Plus net balance forward | $3,279.28 |
| **Total balance now due** | **$3,288.75** |

(T) 12456

McGovern Noel & Benik, Inc.
One BankBoston Plaza
Providence, RI 02903

September 14, 2000
Invoice# 33833 GRP
Our file# 000493 20075
Billing through 08/31/2000

North Atlantic Distribution
100 Tidal Drive
Quonset Point Industrial Park
North Kingstown, RI 02852

Corporate
# 20075

| | |
|---|---|
| Balance forward as of invoice dated August 15, 2000 | $2,126.80 |
| Payments received since last invoice | 0.00 |
| Net balance forward | $2,126.80 |

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 08/31/2000 | WEO | Finalize policy relating to harassment. | 0.30 hrs. | 70.50 |
| | | | | $70.50 |

DISBURSEMENTS

| | | |
|---|---|---|
| 08/31/2000 | Fax Charge | 2.50 |
| | | $2.50 |

BILLING SUMMARY

| | |
|---|---|
| Total fees for this matter | $70.50 |
| Total disbursements for this matter | $2.50 |
| Total of new charges for this invoice | $73.00 |
| Plus net balance forward | $2,126.80 |
| **Total balance now due** | **$2,199.80** |

McGovern Noel & Benik, Inc.
One BankBoston Plaza
Providence, RI 02903

October 13, 2000
Invoice# 34078 GRP
Our file# 000493 20075
Billing through 09/30/2000

North Atlantic Distribution
100 Tidal Drive
Quonset Point Industrial Park
North Kingstown, RI 02852

Corporate
# 20075

| | | |
|---|---|---|
| Balance forward as of invoice dated | September 14, 2000 | $2,199.80 |
| Payments received since last invoice | | 0.00 |
| Net balance forward | | $2,199.80 |

PROFESSIONAL SERVICES

| | | | | | |
|---|---|---|---|---|---|
| 09/01/2000 | WEO | Telephone conference with Michael Miranda regarding policy on discrimination. | 0.10 | hrs. | 23.50 |
| 09/11/2000 | WEO | Telephone conference with Michael Miranda; telephone conference with attorney for Mr. Gordon. | 0.30 | hrs. | 70.50 |
| 09/12/2000 | WEO | Meeting at NORAD with Michael Miranda, Keith Miranda and employee; obtain statement. | 2.00 | hrs. | 470.00 |
| 09/13/2000 | WEO | Prepare position statement to be filed with Rhode Island Human Rights Commission; telephone conference with Lance Miranda regarding same; telephone conference with Aldo Caputo regarding vehicle damage. | 2.40 | hrs. | 564.00 |
| | | | | | $1,128.00 |

DISBURSEMENTS

| | | |
|---|---|---|
| 09/30/2000 | Copying Charges | 1.20 |
| 09/30/2000 | Postage/Courier Expense | 0.99 |
| 09/30/2000 | Fax Charge | 5.00 |
| | | $7.19 |

BILLING SUMMARY

Total fees for this matter $1,128.00

(T) 12458

| | |
|---|---|
| Total disbursements for this matter | $7.19 |
| Total of new charges for this invoice | $1,135.19 |
| Plus net balance forward | $2,199.80 |
| **Total balance now due** | **$3,334.99** |

McGovern Noel & Benik, Inc.
One BankBoston Plaza
Providence, RI 02903

October 13, 2000
Invoice# 34077 GRP
Our file# 000493 00139
Billing through 09/30/2000

North Atlantic Distribution
Attn: Michael Miranda
100 Tidal Drive
North Kingstown, RI 02852

v. Commercial Union Insurance Company

| | |
|---|---|
| Balance forward as of invoice dated September 14, 2000 | $3,288.75 |
| Payments received since last invoice | 0.00 |
| Net balance forward | $3,288.75 |

PROFESSIONAL SERVICES

| | | | | | |
|---|---|---|---|---|---|
| 09/08/2000 | WEO | Telephone conference with Michael Miranda; telephone conference with adjuster for insurance carrier; telephone conference with Aldo Caputo; review policy language. | 0.75 | hrs. | 176.25 |
| | | | | | $176.25 |

BILLING SUMMARY

| | |
|---|---|
| Total fees for this matter | $176.25 |
| Total of new charges for this invoice | $176.25 |
| Plus net balance forward | $3,288.75 |
| **Total balance now due** | **$3,465.00** |

(T) 12460

McGovern Noel & Benik, Inc.
One BankBoston Plaza
Providence, RI 02903

November 14, 2000
Invoice# 34637 GRP
Our file# 000493 20075
Billing through 10/31/2000

North Atlantic Distribution
100 Tidal Drive
Quonset Point Industrial Park
North Kingstown, RI 02852

Corporate
# 20075

| | |
|---|---|
| Balance forward as of invoice dated October 13, 2000 | $3,334.99 |
| Payments received since last invoice | 3,334.99 |
| Net balance forward | $0.00 |

PROFESSIONAL SERVICES

| | | | | | |
|---|---|---|---|---|---|
| 10/10/2000 | JC | Research RI, MA, and NJ law re whether insurer may repair damaged property instead of paying the property's full value under insurance policy election provision. | 2.30 | hrs. | 448.50 |
| 10/12/2000 | JC | Continue to research insurer's obligation to pay rather than repair damaged property in multistate insurance treatises, including Couch on Insurance. | 1.50 | hrs. | 292.50 |
| | | | | | $741.00 |

BILLING SUMMARY

| | |
|---|---|
| Total fees for this matter | $741.00 |
| Total of new charges for this invoice | $741.00 |
| **Total balance now due** | **$741.00** |