UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| NORTH ATLANTIC DISTRIBUTION, INC.; and MICHAEL MIRANDA,<br><br>Plaintiffs,<br><br>v.<br><br>TEAMSTERS LOCAL UNION NO. 430; TEAMSTERS LOCAL UNION NO. 776; DANIEL A. VIRTUE, in his Capacity as President of Teamsters Local Union No. 776; and JOHN L. FOGLE, in his Capacity as Secretary of Teamsters Local Union No. 776,<br><br>Defendants. | C.A. No. 05-348 L |

**<u>THIRD AMENDED NOTICE OF DEPOSITION</u>**

TO: Aldo Caputo
c/o Max Wistow, Esq.
Wistow & Barylick, Inc.
61 Weybosset Street
Providence, RI 02903

Allied Court Reporting
115 Phenix Ave.
Cranston, RI 02910

Thomas J. McAndrew, Esq.
One Turks Head Place, Suite 205
Providence, RI 02903

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 30 Defendants will take the deposition before a notary public, or some other officer authorized by law to take depositions, of Aldo Caputo. The deposition will commence on June 27, 2006 at 10:00 a.m. at the offices of Little Medeiros Kinder Bulman & Whitney, P.C., 72 Pine Street,

5th Floor, Providence, RI 02903, or on a lawfully adjourned date, and shall continue from day to day until concluded. You are invited to attend and take such part as is appropriate under law.

TEAMSTERS LOCAL UNION NO. 430;
TEAMSTERS LOCAL UNION NO. 776;
DANIEL A. VIRTUE, in his Capacity as
President of Teamsters Local Union No. 776;
and JOHN L. FOGLE, in his Capacity as
Secretary of Teamsters Local Union No. 776,

By Their Attorneys,

Scott K. Pomeroy

Christopher H. Little (#1789)
Scott K. Pomeroy (#6044)
LITTLE MEDEIROS KINDER BULMAN &
WHITNEY, P.C.
72 Pine Street
Providence, RI 02903

(401) 272-8080
Fax (401) 521-3555

Dated: 2 June 2006

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of June, 2006, I served the within Second Amended Notice of Deposition by mailing a copy, first-class mail, postage prepaid, to each of the following:

Max Wistow, Esq.
Jeffrey A. Mega, Esq.
Wistow & Barylick, Inc.
61 Weybosset Street
Providence, RI 02903

Thomas J. McAndrew, Esq.
One Turks Head Place, Suite 205
Providence, RI 02903

Wendy R. Novak

scott/A114/1398