UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| NORTH ATLANTIC DISTRIBUTION, INC.; and MICHAEL MIRANDA, | ) | |
| Plaintiffs, | ) | C.A. No. 05-348 L |
| v. | ) | |
| TEAMSTERS LOCAL UNION NO. 430; TEAMSTERS LOCAL UNION NO. 776; DANIEL A. VIRTUE, in his Capacity as President of Teamsters Local Union No. 776; and JOHN L. FOGLE, in his Capacity as Secretary of Teamsters Local Union No. 776, | ) | |
| Defendants. | ) | |

**SECOND AMENDED NOTICE OF RULE 30(b)(6) DEPOSITION**

TO: Max Wistow, Esq.
Jeffrey A. Mega, Esq.
Wistow & Barylick, Inc.
61 Weybosset Street
Providence, RI 02903

Allied Court Reporting
115 Phenix Ave.
Cranston, RI 02910

Thomas J. McAndrew, Esq.
One Turks Head Place, Suite 205
Providence, RI 02903

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 30(b)(6) Defendants will take the deposition before a notary public, or some other officer authorized by law to take depositions, of Plaintiff North Atlantic Distribution, Inc. ("NORAD"), a party in this case. NORAD is required to designate one or more officers, directors, agents, or other persons with the most knowledge to testify on its behalf regarding the issues and topics set forth in the attached Schedule A. The deposition or depositions will commence on June 13, 2006 at 10:00

a.m. at the offices of Little Medeiros Kinder Bulman & Whitney, P.C., 72 Pine Street, 5th Floor, Providence, RI 02903, or on a lawfully adjourned date, and shall continue from day to day until concluded. You are invited to attend and take such part as is appropriate under law.

TEAMSTERS LOCAL UNION NO. 430;
TEAMSTERS LOCAL UNION NO. 776;
DANIEL A. VIRTUE, in his Capacity as
President of Teamsters Local Union No. 776;
and JOHN L. FOGLE, in his Capacity as
Secretary of Teamsters Local Union No. 776,

By Their Attorneys,

Scott K. Pomeroy

Christopher H. Little (#1789)
Scott K. Pomeroy (#6044)
LITTLE MEDEIROS KINDER BULMAN &
WHITNEY, P.C.
72 Pine Street
Providence, RI 02903

(401) 272-8080
Fax (401) 521-3555

Dated: 2 June 2006

**CERTIFICATE OF SERVICE**

I hereby certify that on this 2nd day of June 2006, I served the within Amended Notice of Rule 30(b)(6) Deposition by mailing a copy, first-class mail, postage prepaid, to each of the following:

Max Wistow, Esq.
Jeffrey A. Mega, Esq.
Wistow & Barylick, Inc.
61 Weybosset Street
Providence, RI 02903

Thomas J. McAndrew, Esq.
One Turks Head Place, Suite 205
Providence, RI 02903

Wendy R. Mack

scott/A114/1397

**Schedule A**
**Subjects For Examination**

For the period January 1, 1999, to the present:

1. Details of the layout and day-to-day use of NORAD's computer system(s), including but not limited to the number and types of computers, configuration and set-up of any computer network(s), the number and type of network component(s), the type(s) of operating system(s), application packages used for email, accounting, financial and banking transactions, data storage and retrieval, inventory, contract management, calendars and scheduling, and for any other aspect of NORAD's business.

2. The identities of the all current or former personnel who have had access to or used NORAD's computer systems(s) and their respective passwords, privileges, and user permissions on the computer system(s).

3. The day-to-day use, operation, and habits of NORAD's employees and other personnel concerning the creation, management, modification, storage, retention, deletion, back-up, and use of electronic information.

4. The creation, storage, retention, and deletion of any electronic information on NORAD's computer system(s) or computer network(s) including but not limited to emails, word processing and spreadsheet files, files or data pertaining to billing, accounting, financing, scheduling, personnel, payroll, labor relations, assets, equipment, marketing, and any and all other aspects of NORAD's business.

5. NORAD's policies and procedures with respect to computer security, including but not limited to policies regarding privileges and user permissions on NORAD's computer system(s) and who has administrator rights.

6. NORAD's policies and procedures for labeling, storing, and archiving electronic information within NORAD's computer system(s), including but not limited to file naming conventions, file structures and hierarchy, locations where files are stored on the computer system(s), and the use, location, and contents of any and all portable storage media.

7. NORAD's policies and procedures for managing, retaining, destroying, or disposing of electronic information within NORAD's computer system(s).

8. NORAD's policies, procedures, and operation of any and all computer back-up systems or back-up storage for electronic information, including but not limited to backup schedules and procedures necessary to recover electronic information from the back-up system(s).

9. Details of the layout and day to day use of NORAD's telephone system(s), including but not limited to the configuration and set-up of any voicemail system(s) and the retrieval of saved, stored, archived, or deleted messages.

10. Details, policies, procedures, and day-to-day operations concerning: (a) whether any part of NORAD's computer system(s), computer network(s), or telephone system(s) are or were shared or interoperable with those of North Atlantic Transport Company of Rhode Island, Inc. ("NATCO") or any other company or individual; and (b) whether any part of any computer system(s), computer network(s), or telephone system(s) of NATCO or any other company or individual were shared or interoperable with those of NORAD.