LITTLE MEDEIROS KINDER
BULMAN & WHITNEY PC

*Attorneys*

Christopher H. Little •
Matthew F. Medeiros •
Daniel K. Kinder •
John E. Bulman •
Christopher C. Whitney
Henry R. Kates •
George H. Rinaldi •
Scott K. Pomeroy •
Andrew S. Ullucci •
Laura J. Bottaro +
Michael D. Williams •

John D. Deacon, Jr. •
*Of Counsel*

William R. Powers III
(1931-1998)

Thomas C. Keeney
(1946-1999)

• Also admitted in Massachusetts

+ Admitted in Colorado only

June 2, 2006

**Via Facsimile and U.S. Mail**

Jeffrey A. Mega, Esq.
Wistow & Barylick, Inc.
61 Weybossett Street
Providence, RI 02903

**RE: North Atlantic Distribution Inc. v. Teamsters Local Union No. 430**
**C.A. No. 05-348L**

Dear Jeff:

We have received your Rule 30(b)(6) notice for a deposition of Teamsters 430. As an initial matter, you have not given us reasonable or adequate time to identify potential designees for the numerous subject areas listed in your notice. Also, Chris Little is currently scheduled to preside over an arbitration in Hartford, Connecticut on June 8th, so in any event the deposition will need to be continued to another date.

More substantively, it appears from the subject areas listed that you are not seeking to elicit facts or opinions known or reasonably available to Teamsters 430, but rather attorney work product and counsel's evaluation of discovery materials that Defendant has so far obtained from Plaintiffs. Thus, the notice clearly exceeds the bounds of proper discovery. As you are aware, Teamsters 430 has already provided lengthy answers to interrogatories dealing with these same issues notwithstanding the objectionable nature of the requests. We will, of course, supplement our responses as and when Plaintiffs provide all of the discovery we have requested of them. Moreover, details regarding, for example, which of Plaintiffs' documents we will use to support Defendant's claims will be timely disclosed in our eventual motion for summary judgment. In light of Plaintiffs' presumed familiarity with their own internal records and the availability of Rule 56(f), Plaintiffs have no compelling need for Defendants to disclose such work product any sooner.

72 Pine Street Providence, RI 02903 (401) 272-8080 fax (401) 521-3555
43 Thorndike Street Cambridge, MA 02141 (617) 494-8070

www.lmkbw.com

For reasons that are obvious, Teamsters 430 does not have employees who are intimately familiar with the internal financial and operations details of Plaintiffs' business.

Accordingly, we request that you agree to withdraw your deposition notice. Otherwise, we will seek the assistance of the Court early next week to resolve this matter.

Sincerely,

Scott K. Pomeroy

cc: Christopher H. Little

scott/A114/1395