UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| NORTH ATLANTIC DISTRIBUTION, INC. AND MICHAEL MIRANDA, Plaintiffs, | : | |
| V. | : | C.A. NO: 05-348L |
| TEAMSTERS LOCAL UNION NO. 430, TEAMSTERS LOCAL UNION NO. 776, DANIEL A. VIRTUE *in his capacity as President of Teamsters Local Union No. 776* AND JOHN L. FOGLE *in his capacity as Secretary of Teamsters Local Union No. 776,* Defendants. | : | |

**PLAINTIFFS' PRELIMINARY RESPONSE TO DEFENDANTS' MOTION FOR A PROTECTIVE ORDER**

On May 26, 2006, Plaintiffs filed a Notice of Deposition of Defendant Teamsters Local Union No. 430 pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure which scheduled the deposition on June 8, 2006. Defendants filed a Motion for Protective Order this afternoon seeking emergency/expedited relief. Defendants also sent correspondence to Plaintiffs suggesting that the deposition be postponed pending a decision by the Court thereby making an expedited hearing unnecessary. See attached "Exhibit A." In response, Plaintiffs have rescheduled the 30(b)(6) deposition of Teamsters Local Union No. 430 to Monday, June 26, 2006, which is two days prior to the closure of discovery, thereby eliminating the necessity of an imminent hearing upon Defendants' Motion. See attached "Exhibit B." Plaintiffs will promptly

file Plaintiffs' Objection to Defendants' Motion for a Protective Order as well as a Memorandum of Law in Support thereof.

Plaintiffs,

North Atlantic Distribution, Inc. and
Michael Miranda
By their Attorneys

Max Wistow (#0330)

Jeffrey A. Mega (#6441)
Wistow & Barylick Incorporated
61 Weybosset St.
Providence, RI 02903
(401) 831-2700 (Telephone)
(401) 272-9752 (Facsimile)

**CERTIFICATION**

I hereby certify that I hand-delivered a true copy of the within, postage-prepaid, on the 6th day of June, 2006, to the following:

Christopher H. Little, Esq.
Scott K. Pomeroy, Esq.
Little Medeiros Kinder Bulman & Whitney, PC
72 Pine Street
Providence, RI 02903

Thomas J. McAndrew, Esq.
One Turks Head Place, Suite 205
Providence, RI 02903