LITTLE MEDEIROS KINDER
BULMAN & WHITNEY PC

*Attorneys*

Christopher H. Little *
Matthew F. Medeiros *
Daniel K. Kinder *
John E. Bulman *
Christopher C. Whitney *
Henry R. Kates *
George H. Rinaldi *
Scott K. Pomeroy *
Andrew S. Ullucci *
Laura J. Bottaro +

John D. Deacon, Jr. *
*Of Counsel*

William R. Powers III
(1931-1998)

Thomas C. Keeney
(1946-1999)

* Also admitted in Massachusetts

+ Admitted in Colorado only

June 6, 2006

**Via Hand Delivery**

Jeffrey A. Mega, Esq.
Wistow & Barylick, Inc.
61 Weybossett Street
Providence, RI 02903

**RE: North Atlantic Distribution Inc. v. Teamsters Local Union No. 430**
**C.A. No. 05-348L**

Dear Jeff:

Enclosed please find copies of Teamsters 430's motion and memorandum for a protective order with respect to Plaintiffs' notice of Rule 30(b)(6) deposition. In light of the noticed deposition date, we requested emergency/expedited relief with respect to the motion.

However, if Plaintiffs will agree to postpone the deposition pending a decision by the Court, we are willing to notify the Court that an expedited hearing is unnecessary and that the motion can be heard and decided in the ordinary course. Please advise us this afternoon whether Plaintiffs agree to stay the deposition pending resolution of the motion so that, if you do, we can advise the Court in a timely manner. We understand that Judge Lagueux is not on the bench today, but will be returning tomorrow.

Sincerely,

Scott K. Pomeroy

cc: Christopher H. Little, Esq.
Thomas J. McAndrew, Esq.

scott/A114/1402