# *Teamsters Local 430 - Bates document summary*

| *Bates series* | *Bates numbers* | | | *Document description* |
|---|---|---|---|---|
| CONFIDENTIAL | 1 | to | 121 | NATCO correspondence, contracts and rates - Isuzu, Subaru |
| CONFIDENTIAL | 122 | to | 395 | NATCO fixed assets, leases, UCC filings |
| CONFIDENTIAL | 396 | to | 1768 | R.I. EDC lease, including 4 companies' incorporation docs and by-laws, Citizens and SBA loans, |
| CONFIDENTIAL | 1769 | to | 2722 | NATCO A/R from VSG - G/L detail and backup |
| CONFIDENTIAL | 2723 | to | 2812 | NATCO A/R from Norad - G/L detail and backup |
| CONFIDENTIAL | 2813 | to | 3387 | NATCO A/R from MAP - G/L detail and backup |
| CONFIDENTIAL | 3388 | to | 3410 | NATCO detail G/L for entertainment expense w/receipts, '99-'04 |
| CONFIDENTIAL | 3411 | to | 3607 | NATCO general journal '99-'04 |
| CONFIDENTIAL (hand stamped) | 1 | to | 35 | Excerpts from Miranda's 1040's 1999-2004 |
| MAJ | 3074 | to | 3113 | NATCO detail general ledger 2003 |
| MAJ | 3114 | to | 3138 | NATCO financial statements 1999 - 2003 |
| MAJ | 3139 | to | 3172 | NATCO tax return 1999 |
| MAJ | 3173 | to | 3214 | NATCO tax return 2000 |
| MAJ | 3215 | to | 3257 | NATCO tax returns 2001 |
| MAJ | 3258 | to | 3273 | NATCO tax return 2002 (no K-1) |
| MAJ | 3274 | to | 3287 | NATCO tax return 2003 |
| MAJ | 3288 | to | 3508 | NATCO "Payment Applications Detail", '00, '01, '02, '03 |
| MAJ | 3509 | to | 3557 | Nat'l Master Auto Transporters Agreement |
| MAJ | 3558 | to | 3583 | Teamsters pension and health rates and corresp |
| MAJ | 3584 | to | 3629 | NATCO accts. pybl. at 12/31/03, corresp. and civil suits |
| MAJ | 3630 | to | 3633 | Pension fund settlement - NATCO and VSG |
| MAJ | 3634 | to | 3665 | NATCO trial balance '99, '00, '01, '02, '03 |
| MAJ | 3665 | to | 3686 | NATCO AJE's allocating Norad expenses (2000) |
| T | 1 | to | 18 | NATCO internal financial statements '99 - '02 |
| T | 19 | to | 30 | NATCO tax - Form 1120S, 2003 and pg. 1 of RI 1120 |
| T | 31 | to | 46 | NATCO tax - Form 1120S, 2002 |
| T | 47 | to | 68 | NATCO tax - Form 1120S, 2001 |
| T | 69 | to | 76 | NATCO tax attachments - 1120S, 2002 |

| *Bates series* | *Bates numbers* | | | *Document description* |
|---|---|---|---|---|
| T | **77** | *to* | **95** | NATCO tax - Form 1120S, 2000 |
| T | **96** | *to* | **125** | NATCO state tax returns - NY, PA, RI, 2000 |
| T | **126** | *to* | **144** | NATCO tax - Form 1120S, 1999 |
| T | **145** | *to* | **179** | NATCO state tax returns - NY,PA,RI, 1999 |
| T | **180** | *to* | **181** | Norad tax - Form 1120S, 2003 - pg 1 only of RI and fed |
| T | **182** | *to* | **202** | NATCO Citizens bank stmts., June-Dec. 1999 |
| T | **203** | *to* | **238** | NATCO Citizens bank stmts., 2000 |
| T | **239** | *to* | **272** | NATCO Citizens bank stmts., 2001 |
| T | **273** | *to* | **290** | NATCO Citizens bank stmts., 2002 |
| T | **291** | *to* | **317** | NATCO MM stmts 1999 - missing all even-nbrd pages |
| T | **318** | *to* | **363** | NATCO MM stmts 2000 - missing May pgs 2 & 4 |
| T | **364** | *to* | **412** | NATCO MM stmts 2001 (thru date closed) |
| T | **413** | *to* | **806** | NATCO detail general ledger June-Dec 1999 |
| T | **807** | *to* | **1513** | NATCO detail general ledger 2000 (unreadable p. 543) |
| T | **1514** | *to* | **1973** | NATCO detail general ledger 2001 |
| T | **1974** | *to* | **2092** | NATCO detail general ledger 2002 |
| T | **2093** | *to* | **2501** | Norad detail general ledger June-Dec 1999 |
| T | **2502** | *to* | **3124** | Norad detail general ledger 2000 |
| T | **3125** | *to* | **3833** | Norad detail general ledger 2001 |
| T | **3834** | *to* | **4440** | Norad detail general ledger 2002 |
| T | **4441** | *to* | **4500** | VSG detail general ledger June-Dec 1999 |
| T | **4501** | *to* | **4585** | VSG detail general ledger 2000 |
| T | **4586** | *to* | **4670** | VSG detail general ledger 2001 |
| T | **4671** | *to* | **4701** | VSG detail general ledger 2002 |
| T | **4702** | *to* | **4812** | MAPI detail general ledger June-Dec 1999 |
| T | **4813** | *to* | **5050** | MAPI detail general ledger 2000 |
| T | **5051** | *to* | **5210** | MAPI detail general ledger 2001 |
| T | **5211** | *to* | **5224** | MAPI detail general ledger 2002 |
| T | **5225** | *to* | **9090** | Various interco billings and documentation received from opposing attorneys in large boxes (only selected info was bates'd) |
| T | **9091** | *to* | **9091** | NATCO detail general ledger 2000 - p.543 |

| *Bates series* | *Bates numbers* | | | *Document description* |
|---|---|---|---|---|
| T | **9092** | *to* | **9723** | Bates numbers not used |
| T | **9724** | *to* | **15038** | PCF&W workpapers (.pdf format) produced on CD |
| T | **15039** | *to* | **15298** | NATCO Payroll records '99-'02 |
| T | **15299** | *to* | **15324** | Even-nbr'd MM stmts previously not produced |
| T | **15325** | *to* | **16019** | IRS and perm file from D.Ryan |
| T | **16020** | *to* | **16508** | PCF&W workpapers (Excel and Word files) produced on CD |
| T | **16509** | *to* | **18623** | Workpapers from D.Ryan |