WISTOW & BARYLICK
INCORPORATED
ATTORNEYS AT LAW
61 WEYBOSSET STREET
PROVIDENCE, RHODE ISLAND 02903

MAX WISTOW
JOHN P. BARYLICK
STEPHEN P. SHEEHAN
A. PETER LOVELEY
JEFFREY A. MEGA
MICHAEL J. STEVENSON

TELEPHONE
AREA CODE 401
831-2700

FAX
272-9752

E-MAIL
mail@wistbar.com

June 5, 2006

VIA FACSIMILE
521-3555

Scott K. Pomeroy, Esq.
Little, Medeiros, Kinder, Bulman & Whitney, PC
72 Pine Street
Providence, RI 02903

Re: North Atlantic Distribution, Inc. and Michael Miranda v.
Teamsters Local Union No. 430, et al.
C.A. NO: 05-348L

Dear Mr. Pomeroy:

I am in receipt of your correspondence dated June 2, 2006. I would be happy to postpone the recent Rule 30(b)(6) Notice of Deposition of Teamsters Local Union No. 430 to accommodate Mr. Little's schedule if your client agrees to appear and testify on a subsequent date. However, your correspondence seems to indicate that even if the deposition is postponed, you and/or your client do not intend to appear, but instead, intend to seek the assistance of the Court.

Therefore, we see no need to postpone the deposition and instead, request that you file the appropriate motion. If such a motion is not filed and Local 430 does not appear on Thursday, June 8, 2006 at 10:00 a.m., I intend to file a motion to default your client. Feel free to contact me if you have any questions.

Very truly yours,

Jeffrey A. Mega

JAM/dls
cc via facsimile: Christopher Little, Esq.
Thomas McAndrew, Esq.