
Open
Look in:
Defs Response to Production
Tools
History
My Documents
Desktop
Favorites
My Network Places
Conf 1-395.pdf
Conf 396-820.pdf
Conf 821-1209.pdf
Conf 1210-1589.pdf
Conf 1590-1988.pdf
Conf 1989-2465.pdf
Conf 2466-2805.pdf
Conf 2806-3185.pdf
Conf 3186-3607.pdf
Conf (hand-stamped) 1-35.pdf
MAJ 3074-3287.pdf
MAJ 3288-3686.pdf
T 1-290.pdf
T 291-806.pdf
T 807-1513.pdf
T 1514-1973.pdf
T 1974-2501.pdf
T 2502-3124.pdf
T 3125-3833.pdf
T 3834-4440.pdf
T 4441-4701.pdf
T 4702-5050.pdf
T 5051-5400.pdf
T 5401-5823.pdf
T 5824-6250.pdf
T 6251-6671.pdf
T 6672-7234.pdf
T 7235-7706.pdf
T 7707-8135.pdf
T 8136-8755.pdf
T 8756-9091.pdf
T 9724-10069.pdf
T 10070-10323.pdf
T 10324-10364.pdf
T 10365-10755.pdf
T 10756-11099.pdf
T 11100-11582.pdf
T 11583-11949.pdf
T 11950-12348.pdf
T 12349-12623.pdf
T 12624-12790.pdf
T 12791-13142.pdf
T 13143-13458.pdf
T 13459-13871.pdf
T 13872-14167.pdf
T 14168-14395.pdf
T 14396-14776.pdf
T 14777-15038.pdf
T 15039-15324.pdf
T 15325-15622.pdf
T 15623-16019.pdf
T 16020-16301.pdf
T 16302-16508.pdf
T 16509-17032.pdf
T 17033-17425.pdf
T 17426-17833.pdf
T 17834-18248.pdf
T 18249-18623.pdf
Type: Adobe Acrobat Document
Size: 72.7 MB
File name:
Files of type:
All Files (*.*)
Open
Cancel