UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| NORTH ATLANTIC DISTRIBUTION, INC.; and MICHAEL MIRANDA,<br><br>Plaintiffs,<br><br>v.<br><br>TEAMSTERS LOCAL UNION NO. 430; TEAMSTERS LOCAL UNION NO. 776; DANIEL A. VIRTUE, in his Capacity as President of Teamsters Local Union No. 776; and JOHN L. FOGLE, in his Capacity as Secretary of Teamsters Local Union No. 776,<br><br>Defendants. | C.A. No. 05-348 L |

**DEFENDANTS' MOTION TO EXTEND PRETRIAL ORDER DEADLINES**

Defendants Teamsters Local Union No. 430, Teamsters Local Union No. 776, Daniel A. Virtue, and John L. Fogle ("Defendants") hereby move to enlarge the time for pretrial discovery in this matter, alternatively, for either thirty days or until the last date ordered for any party's compliance should one or more of the currently pending discovery motions be granted. Defendants also move to extend the other deadlines set in this Court's pretrial order in accordance with this requested extension of the discovery cut-off.

Discovery is currently scheduled to close on June 27, 2006. However, at this point, there are currently four discovery-related motions pending before the Court. Two of those motions, filed by Defendants, seek to compel the production of responsive documents from Plaintiffs and to quash a deposition noticed under Rule 30(b)(6). The other two motions, filed by Plaintiffs,

seek to compel more responsive answers to Plaintiffs' interrogatories and more responsive responses to Plaintiffs' request for documents.

United States Magistrate Judge David L. Martin held a hearing on the four discovery motions on June 14, 2006. Following the hearing, Magistrate Judge Martin took the matter under advisement and stated that he will act expeditiously in deciding the motions given the scheduled discovery closure. Nevertheless, absent an order of the Court with respect to the pending discovery motions, discovery is reasonably unlikely to be completed by the current closure date. The enlargement of time requested in this motion will allow the parties to complete their remaining discovery efforts and/or comply with any forthcoming discovery orders in an efficient manner.

For the foregoing reasons, there is good cause for the Court to enlarge the time for pretrial discovery in this case by either: (a) extending the closure of discovery by 30 days (until July 27, 2006); or (b) alternatively, extending the closure until the last date set for any party's

compliance with any order by this Court pertaining to the currently pending discovery motions. Accordingly, Defendants also move that the all other deadlines in the pretrial order also be enlarged to take account of the new discovery closure date.

Christopher H. Little (#1789)
Scott K. Pomeroy (#6044)
Little Medeiros Kinder Bulman & Whitney, P.C.
72 Pine Street
Providence, RI 02903
Tel: (401) 272-8080
Fax: (401) 521-3555

**Counsel for Defendants Teamsters Local Union No. 430; Teamsters Local Union No. 776; Daniel A. Virtue, in his capacity as President of Teamsters Local Union No. 776; and John L. Fogle, in his capacity as Secretary of Teamsters Local Union No. 776.**

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of June, 2006, I caused to be served by hand delivery a copy of the within Motion to Extend Pretrial Order Deadlines to each of the following:

Max Wistow, Esq.
Jeffrey A. Mega, Esq.
Wistow & Barylick, Inc.
61 Weybosset Street
Providence, RI 02903

Thomas J. McAndrew, Esq.
One Turks Head Place, Suite 205
Providence, RI 02903

scott/A114/1410