**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| NORTH ATLANTIC DISTRIBUTION, INC.; and MICHAEL MIRANDA,<br><br>Plaintiffs,<br><br>v.<br><br>TEAMSTERS LOCAL UNION NO. 430; TEAMSTERS LOCAL UNION NO. 776; DANIEL A. VIRTUE, in his Capacity as President of Teamsters Local Union No. 776; and JOHN L. FOGLE, in his Capacity as Secretary of Teamsters Local Union No. 776,<br><br>Defendants. | ) | C.A. No. 05-348 L |

**NOTICE OF RECORD KEEPER DEPOSITION**

TO: Max Wistow, Esq.
Jeffrey A. Mega, Esq.
Wistow & Barylick, Inc.
61 Weybosset Street
Providence, RI 02903

Thomas J. McAndrew, Esq.
One Turks Head Place, Suite 205
Providence, RI 02903

PLEASE TAKE NOTICE that pursuant to Federal Rules of Civil Procedure 30 and 45 Defendants will take the deposition before a notary public, or some other officer authorized by law to take depositions, of the Keeper of Records for Subaru of America, Inc. ("Subaru"), a witness in this case. Subaru's Keeper of Records is required to produce and permit inspection and copying of the documents or objects set forth in the attached Schedule A. The deposition or depositions will commence on June 27, 2006 at 10:00 a.m. at the offices of Markowitz Gravelle LLP, 3131 Princeton Pike, Lawrenceville, NJ 08648, or on a lawfully adjourned date, and shall

continue from day to day until concluded. The testimony shall be recorded by stenographic means. You are invited to attend and take such part as is appropriate under law. A subpoena will be served.

TEAMSTERS LOCAL UNION NO. 430;
TEAMSTERS LOCAL UNION NO. 776;
DANIEL A. VIRTUE, in his Capacity as
President of Teamsters Local Union No. 776;
and JOHN L. FOGLE, in his Capacity as
Secretary of Teamsters Local Union No. 776,

By Their Attorneys,

Christopher H. Little (#1789)
Scott K. Pomeroy (#6044)
LITTLE MEDEIROS KINDER BULMAN &
WHITNEY, P.C.
72 Pine Street
Providence, RI 02903

(401) 272-8080
Fax (401) 521-3555

**CERTIFICATE OF SERVICE**

I hereby certify that on this 15th day of June 2006, I served the within Notice of Record Keeper Deposition by Hand Delivery to each of the following:

Max Wistow, Esq.
Jeffrey A. Mega, Esq.
Wistow & Barylick, Inc.
61 Weybosset Street
Providence, RI 02903

Thomas J. McAndrew, Esq.
One Turks Head Place, Suite 205
Providence, RI 02903

scott/A114/1412

**Schedule A: Requests 1–8**

1. All documents constituting any contract or agreement between Subaru of America, Inc. ("Subaru") and North Atlantic Transport Company of Rhode Island, Inc. ("NATCO") executed or in effect at any time from January 1, 1999 to the present.

2. For the time period January 1, 1999 to the present, any and all correspondence, emails, and other documents of any kind exchanged between Subaru and NATCO concerning the negotiation of the terms or conditions of any and all contracts or agreements between Subaru and NATCO or concerning any modification, change, amendment, extension, or termination of any such contracts or agreements.

3. For the time period January 1, 1999 to the present, any and all correspondence, emails, reports, memoranda, and other documents of any kind that concern or discuss the reasons that any contracts or agreements between Subaru and NATCO were modified, changed, amended, extended, or terminated.

4. All documents constituting any contract or agreement between Subaru and North Atlantic Distribution, Inc. ("NORAD") executed or in effect at any time from January 1, 1999 to the present.

5. For the time period January 1, 1999 to the present, any and all correspondence, emails, and other documents of any kind exchanged between Subaru and NORAD concerning the negotiation of the terms or conditions of any and all contracts or agreements between Subaru and NORAD or concerning any modification, change, amendment, extension, or termination of any such contracts or agreements.

6. For the time period January 1, 1999 to the present, any and all correspondence, emails, reports, memoranda, and other documents of any kind that concern or discuss the reasons that any contracts or agreements between Subaru and NORAD were modified, changed, amended, extended, or terminated.

7. For the time period January 1, 1999 to the present, any and all correspondence, emails, and other documents of any kind that concern or discuss the nature of the relationship or interrelationship between NATCO and NORAD.

8. For the time period January 1, 1999 to the present, any and all correspondence, emails, and other documents of any kind that concern or discuss any coordination or integration of the communications, operations, management, or finances of NATCO and NORAD.