**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| NORTH ATLANTIC DISTRIBUTION, INC.; and MICHAEL MIRANDA,<br><br>Plaintiffs,<br><br>v.<br><br>TEAMSTERS LOCAL UNION NO. 430; TEAMSTERS LOCAL UNION NO. 776; DANIEL A. VIRTUE, in his Capacity as President of Teamsters Local Union No. 776; and JOHN L. FOGLE, in his Capacity as Secretary of Teamsters Local Union No. 776,<br><br>Defendants. | ) | C.A. No. 05-348 L |

**NOTICE OF RECORD KEEPER DEPOSITION**

TO: Keeper of Records
Citizens Bank
1 Citizens Drive
Riverside, RI 02915

Max Wistow, Esq.
Jeffrey A. Mega, Esq.
Wistow & Barylick, Inc.
61 Weybosset Street
Providence, RI 02903

Thomas J. McAndrew, Esq.
One Turks Head Place, Suite 205
Providence, RI 02903

PLEASE TAKE NOTICE that pursuant to Federal Rules of Civil Procedure 30 and 45 Defendants will take the deposition before a notary public, or some other officer authorized by law to take depositions, of the Keeper of Records for Citizens Bank ("Citizens"), a witness in this case. Citizens' Keeper of Records is required to produce and permit inspection and copying of the documents or objects set forth in the attached Schedule A. The deposition or depositions will commence on August 25, 2006 at 2:00 p.m. at the offices of Little, Medeiros, Kinder,

Bulman & Whitney, 72 Pine Street, Providence, RI 02903, or on a lawfully adjourned date, and shall continue from day to day until concluded. The testimony shall be recorded by stenographic means. You are invited to attend and take such part as is appropriate under law. A subpoena will be served.

TEAMSTERS LOCAL UNION NO. 430;
TEAMSTERS LOCAL UNION NO. 776;
DANIEL A. VIRTUE, in his Capacity as
President of Teamsters Local Union No. 776;
and JOHN L. FOGLE, in his Capacity as
Secretary of Teamsters Local Union No. 776,

By Their Attorneys,

/s/ Scott K. Pomeroy
Christopher H. Little (#1789)
Scott K. Pomeroy (#6044)
LITTLE MEDEIROS KINDER BULMAN &
WHITNEY, P.C.
72 Pine Street
Providence, RI 02903

(401) 272-8080
Fax (401) 521-3555
Email: clittle@lmkbw.com,
spomeroy@lmkbw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 10th day of August 2006, I caused a true copy of the within Notice of Record Keeper Deposition to be electronically filed with the Court and served by U.S. Mail to each of the following:

Max Wistow, Esq.
Jeffrey A. Mega, Esq.
Wistow & Barylick, Inc.
61 Weybosset Street
Providence, RI 02903

Thomas J. McAndrew, Esq.
One Turks Head Place, Suite 205
Providence, RI 02903

/s/ Scott K. Pomeroy

scott/A114/1474

**Schedule A: Requests No. 1–6**

1. The loan agreement and the "closing bible" with all related documents for the $250,000 secured line of credit and $1,250,000 guaranteed term loan that Citizens Bank extended to North Atlantic Distribution, Inc., North Atlantic Transport Company of Rhode Island, Inc., Mid-Atlantic Processing, Inc., and Vehicle Services Group of Rhode Island, Inc., on or about December 14, 1999.

2. All letter agreements, amended loan agreements, amended notes, and the "closing bible" with all related documents with respect to all agreements to amend, restate, or release parties from the December 1999 loan transaction described in Request No. 1, above, including specifically all such documents pertaining to the agreement executed on or about January 8, 2004.

3. The loan agreement and the "closing bible" with all related documents for the $2,000,000 term loan and the $1,000,000 revolving line of credit that Citizens Bank extended to North Atlantic Distribution, Inc., North Atlantic Transport Company of Rhode Island, Inc., Mid-Atlantic Processing, Inc., and Vehicle Services Group of Rhode Island, Inc., on or about July 22, 2002.

4. All letter agreements, amended loan agreements, amended notes, and the "closing bible" with all related documents with respect to all agreements to amend, restate, or release parties from the July 2002 loan transaction described in Request No. 3, above, including specifically all such documents pertaining to the agreement executed on or about January 8, 2004.

5. The Loan Modification Agreement and the "closing bible" with all related documents for the agreement between Citizens Bank and North Atlantic Distribution, Inc., North Atlantic Transport Company of Rhode Island, Inc., Mid-Atlantic Processing, Inc., and Vehicle Services Group of Rhode Island, Inc., to increase the credit facility executed in October 2001.

6. The loan agreement and the "closing bible" with all related documents for any other loans that Citizens Bank extended to North Atlantic Distribution, Inc., North Atlantic Transport Company of Rhode Island, Inc., Mid-Atlantic Processing, Inc., or Vehicle Services Group of Rhode Island, Inc., at any time, and all amendments, restatements, or releases for any such loans.