**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| NORTH ATLANTIC DISTRIBUTION, INC.; and MICHAEL MIRANDA,<br><br>Plaintiffs,<br><br>v.<br><br>TEAMSTERS LOCAL UNION NO. 430; TEAMSTERS LOCAL UNION NO. 776; DANIEL A. VIRTUE, in his Capacity as President of Teamsters Local Union No. 776; and JOHN L. FOGLE, in his Capacity as Secretary of Teamsters Local Union No. 776,<br><br>Defendants. | ) | C.A. No. 05-348 L |

**NOTICE OF RECORD KEEPER DEPOSITION**

TO: Keeper of Records
Citizens Leasing Corporation
1 Citizens Drive
Riverside, RI 02915

Max Wistow, Esq.
Jeffrey A. Mega, Esq.
Wistow & Barylick, Inc.
61 Weybosset Street
Providence, RI 02903

Thomas J. McAndrew, Esq.
One Turks Head Place, Suite 205
Providence, RI 02903

PLEASE TAKE NOTICE that pursuant to Federal Rules of Civil Procedure 30 and 45 Defendants will take the deposition before a notary public, or some other officer authorized by law to take depositions, of the Keeper of Records for Citizens Leasing Corporation ("Citizens Leasing"), a witness in this case. Citizens Leasing's Keeper of Records is required to produce and permit inspection and copying of the documents or objects set forth in the attached Schedule A. The deposition or depositions will commence on August 25, 2006 at 2:00 p.m. at the offices

of Little, Medeiros, Kinder, Bulman & Whitney, 72 Pine Street, Providence, RI 02903, or on a lawfully adjourned date, and shall continue from day to day until concluded. The testimony shall be recorded by stenographic means. You are invited to attend and take such part as is appropriate under law. A subpoena will be served.

TEAMSTERS LOCAL UNION NO. 430;
TEAMSTERS LOCAL UNION NO. 776;
DANIEL A. VIRTUE, in his Capacity as
President of Teamsters Local Union No. 776;
and JOHN L. FOGLE, in his Capacity as
Secretary of Teamsters Local Union No. 776,

By Their Attorneys,

/s/ Scott K. Pomeroy
Christopher H. Little (#1789)
Scott K. Pomeroy (#6044)
LITTLE MEDEIROS KINDER BULMAN &
WHITNEY, P.C.
72 Pine Street
Providence, RI 02903

(401) 272-8080
Fax (401) 521-3555
Email: clittle@lmkbw.com,
spomeroy@lmkbw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 10th day of August 2006, I caused a true copy of the within Notice of Record Keeper Deposition to be electronically filed with the Court and served by U.S. Mail to each of the following:

Max Wistow, Esq.
Jeffrey A. Mega, Esq.
Wistow & Barylick, Inc.
61 Weybosset Street
Providence, RI 02903

Thomas J. McAndrew, Esq.
One Turks Head Place, Suite 205
Providence, RI 02903

/s/ Scott K. Pomeroy

scott/A114/1476

**Schedule A: Requests No. 1–3**

1. From January 1, 1995 until the present, all Master Equipment Lease agreements that Citizens Leasing Corporation entered with any of the following: North Atlantic Distribution, Inc.; North Atlantic Transport Company of Rhode Island, Inc.; Mid-Atlantic Processing, Inc.; Vehicle Services Group of Rhode Island, Inc.; or Michael Miranda.

2. All lease schedules, security agreements, acceptance certificates, riders, guarantees, affirmations or reaffirmations of guarantees, UCC filings, stipulated loss value tables, certificates, addenda, amendments, modifications, releases, or other documents related to any of the Master Equipment Lease agreements specified in Request No. 1, above.

3. All bills of sale with respect to any equipment leased under any of the Master Equipment Lease agreements specified in Request No. 1, above.