UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| NORTH ATLANTIC DISTRIBUTION, INC. AND MICHAEL MIRANDA, Plaintiffs, | : | |
| V. | : | C.A. NO: 05-348L |
| TEAMSTERS LOCAL UNION NO. 430, TEAMSTERS LOCAL UNION NO. 776, DANIEL A. VIRTUE *in his capacity as President of Teamsters Local Union No. 776* AND JOHN L. FOGLE *in his capacity as Secretary of Teamsters Local Union No. 776*, Defendants. | : | |

**NOTICE TO TAKE DEPOSITION**

Deponent: Lorraine A. Horton

Date: Friday, August 25, 2006

Time: 1:00 p.m.

**DEPONENT IS TO BRING WITH HER TO THE DEPOSITION A COPY OF HER CURRICULUM VITAE, ALL LITERATURE REVIEWED IN CONNECTION WITH HER WORK IN THIS CASE, ALONG WITH ALL MATERIALS REVIEWED OR RELIED UPON IN RENDERING HER OPINION AND ALL NOTES, MEMORANDA OR MATERIALS PREPARED BY THE DEPONENT INCLUDING BUT NOT LIMITED TO HER EXPERT REPORT AS REQUIRED BY RULE 26 (a)(2)(B) WHETHER OR NOT PREVIOUSLY PRODUCED**

**PLEASE TAKE NOTICE** that pursuant to Rule 30 of the Federal Court Rules of Civil Procedure, the attorneys for plaintiffs in the above-captioned matter will take the deposition of the above-named organization which examination will continue from day to day until completed, the same to commence on the date and time above stated at the offices of **Wistow &**

**Barylick Incorporated**, 61 Weybosset Street, Providence, Rhode Island, before a Notary Public duly commissioned in the State of Rhode Island.

Deponent is to bring with her to the deposition a copy of her curriculum vitae, all literature reviewed in connection with her work in this case, along with all materials reviewed or relied upon in rendering her opinion and all notes, memoranda or materials prepared by the deponent including but not limited to her expert report as required by Rule 26 (a)(2)(B) whether or not previously produced.

Plaintiffs,
North Atlantic Distribution, Inc. and
Michael Miranda
By their Attorneys

/s/Max Wistow
Max Wistow (#0330)
Wistow & Barylick Incorporated
61 Weybosset St.
Providence, RI 02903
(401) 831-2700 (Telephone)
(401) 272-9752 (Facsimile)
mw@wistbar.com

/s/ Jeffrey A. Mega
Jeffrey A. Mega (#6441)
Wistow & Barylick Incorporated
61 Weybosset St.
Providence, RI 02903
(401) 831-2700 (Telephone)
(401) 272-9752 (Facsimile)
jam@wistbar.com

DATED: August 11, 2006

**CERTIFICATION**

I hereby certify that I caused to be served by electronic means (ECF) a copy of the within on the 11th day of August, 2006, to the following:

Christopher H. Little, Esq.
clittle@lmkbw.com

Thomas J. McAndrew, Esq.
tmcandrew@tjmcandrewlaw.com

I hereby certify that a copy of the within was mailed on the 11th day of August, 2006 to the following:

Irons & Associates
11 South Angell Street
Suite 359
Providence, RI 02903

/s/Max Wistow
Max Wistow (#0330)
Wistow & Barylick Incorporated
61 Weybosset St.
Providence, RI 02903
(401) 831-2700 (Telephone)
(401) 272-9752 (Facsimile)
mw@wistbar.com