UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| NORTH ATLANTIC DISTRIBUTION, INC. AND MICHAEL MIRANDA, Plaintiffs, | : | |
| V. | : | C.A. NO: 05-348L |
| TEAMSTERS LOCAL UNION NO. 430, TEAMSTERS LOCAL UNION NO. 776, DANIEL A. VIRTUE *in his capacity as President of Teamsters Local Union No. 776* AND JOHN L. FOGLE *in his capacity as Secretary of Teamsters Local Union No. 776*, Defendants. | : | |

**PLAINTIFFS' MOTION TO DISMISS DEFENDANTS' COUNTERCLAIMS FOR FAILURE TO COMPLY WITH DISCOVERY ORDER**

Now come plaintiffs North Atlantic Distribution, Inc. and Michael Miranda hereby seeking an order dismissing defendants Teamsters Local Union No. 430, Teamsters Local Union No. 776, Daniel A. Virtue, in his capacity as President of Teamsters Local Union No. 776 and John L. Fogle, in his capacity as Secretary of Teamsters Local Union No. 776's (hereinafter referred to collectively as "Local 430") counterclaims with prejudice for their failure to provide more responsive answers to several of Plaintiffs' Interrogatories in violation of an order entered by The Honorable Judge Martin which granted Plaintiffs' Motion To Compel Defendants to Provide More Responsive Answers to Plaintiffs' First Set of Interrogatories. Plaintiffs submit a memorandum of law in support of their motion contemporaneously herewith.

Plaintiffs,
North Atlantic Distribution, Inc. and
Michael Miranda
By their Attorneys

/s/Max Wistow
Max Wistow (#0330)
Wistow & Barylick Incorporated
61 Weybosset St.
Providence, RI 02903
(401) 831-2700 (Telephone)
(401) 272-9752 (Facsimile)
mw@wistbar.com

/s/ Jeffrey A. Mega
Jeffrey A. Mega (#6441)
Wistow & Barylick Incorporated
61 Weybosset St.
Providence, RI 02903
(401) 831-2700 (Telephone)
(401) 272-9752 (Facsimile)
jam@wistbar.com

/s/ Thomas J. McAndrew
Thomas J. McAndrew, Esq. (#1001)
One Turks Head Place, Ste. 205
Providence, RI 02903
(401) 455-0350 (Telephone)
(401) 455-0882 (Facsimile)

DATED: August 17, 2006

**CERTIFICATION**

I hereby certify that I caused to be served by electronic means (ECF) a copy of the within on the 17th day of August, 2006, to the following:

Christopher H. Little, Esq.
clittle@lmkbw.com

/s/Max Wistow
Max Wistow (#0330)
Wistow & Barylick Incorporated
61 Weybosset St.
Providence, RI 02903
(401) 831-2700 (Telephone)
(401) 272-9752 (Facsimile)
mw@wistbar.com