# EXHIBIT F
# Pgs. 1-12

# North Atlantic Transport Co.
## Detail General Ledger - Standard

Page: 69 of 460
Report: 016200.rpt
Company: NATCO

Ledger ID: ACTUAL

Periods: 01-01 Through 12-01 As of: 4/12/2001

| Jrnl Type | Tran Type | Bat Nbr | Per Ent | Reference Nbr | Tran Date | Tran Description | Beginning Balance | Debit Amount | Credit Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| AP | VO | 001915 | 08-01 | 018875 | 8/14/2001 | MB COLLISION & COMP. 7/29-8/5 | | -234.00 | 0.00 | |
| AP | VO | 001915 | 08-01 | 018876 | 8/14/2001 | PC BOBTAIL INS 7/29-8/5 | | -34.63 | 0.00 | |
| AP | VO | 001915 | 08-01 | 018876 | 8/14/2001 | PC COLLISION & COMP 7/29-8/5 | | -234.00 | 0.00 | |
| | | | | | Period 08-01 | Total | -58,399.11 | 50,264.61 | 0.00 | -8,134.50 |
| AP | VO | 001969 | 09-01 | 019045 | 9/10/2001 | BOBTAIL INS. W.E. 8/26-9/02/01 | | -34.63 | 0.00 | |
| AP | VO | 001969 | 09-01 | 019045 | 9/10/2001 | COLLISION INS. 8/26/01-9/02/01 | | -234.00 | 0.00 | |
| AP | VO | 001969 | 09-01 | 019046 | 9/10/2001 | BOBTAIL INS. 8/26/01-9/02/01 | | -34.63 | 0.00 | |
| AP | VO | 001969 | 09-01 | 019047 | 9/10/2001 | BOBTAIL INS. WE 8/26-9/02/01 | | -34.63 | 0.00 | |
| AP | VO | 001969 | 09-01 | 019047 | 9/10/2001 | BOBTAIL INS. WE 8/26-9/02/01 | | -234.00 | 0.00 | |
| AP | VO | 002001 | 09-01 | 019100 | 9/24/2001 | MBUCKLEY/FED. HIGH.USE TAX | | -275.00 | 0.00 | |
| AP | VO | 002001 | 09-01 | 019101 | 9/24/2001 | BUCKELY/FED. HIGH. USE TAX | | -275.00 | 0.00 | |
| AP | VO | 002001 | 09-01 | 019102 | 9/24/2001 | PCOWMAN/FED. HIGH. USE TAX | | -275.00 | 0.00 | |
| | | | | | Period 09-01 | Total | -8,134.50 | -1,396.89 | 0.00 | -9,531.39 |
| GJ | GL | 001385 | 10-01 | AE28 | 10/31/2001 | CHARGE 1/2 IRP BILLING TO BROK | | 2,156.53 | 0.00 | |
| AP | VO | 002025 | 10-01 | 019182 | 10/9/2001 | M.B. BOBTAIL INS. 9/30/01 | | -34.63 | 0.00 | |
| AP | VO | 002025 | 10-01 | 019182 | 10/9/2001 | M.B. COLLISION INS 9/30/01 | | -234.00 | 0.00 | |
| AP | VO | 002025 | 10-01 | 019183 | 10/9/2001 | T.B. BOBTAIL INS. 9/30/01 | | -34.63 | 0.00 | |
| AP | VO | 002025 | 10-01 | 019184 | 10/9/2001 | P.C. BOBTAIL INS. 9/30/01 | | -34.63 | 0.00 | |
| AP | VO | 002025 | 10-01 | 019184 | 10/9/2001 | P.C. COLLISION INS. 9/30/01 | | -234.00 | 0.00 | |
| | | | | | Period 10-01 | Total | -9,531.39 | 1,584.64 | 0.00 | -7,946.75 |
| AP | VO | 002084 | 11-01 | 019333 | 11/5/2001 | BOBTAIL INS. | | -34.63 | 0.00 | |
| AP | VO | 002084 | 11-01 | 019334 | 11/5/2001 | PCOWMAN/COLLISION & COMP INS | | -234.00 | 0.00 | |
| AP | VO | 002084 | 11-01 | 019334 | 11/5/2001 | BOBTAIL INS | | -34.63 | 0.00 | |
| AP | VO | 002084 | 11-01 | 019335 | 11/5/2001 | MBUCKLEY/COLLISION & COMP INS | | -234.00 | 0.00 | |
| AP | VO | 002084 | 11-01 | 019335 | 11/5/2001 | MBUCKLEY/BOBTAIL INS | | -34.63 | 0.00 | |
| | | | | | Period 11-01 | Total | -7,946.75 | -571.89 | 0.00 | -8,518.64 |
| GJ | GL | 001422 | 12-01 | AE 54 | 12/31/2001 | CHARGE BROKERS FOR INSUR/REGIS | | 7,684.22 | 0.00 | |
| GJ | GL | 001429 | 12-01 | AE 62 | 12/31/2001 | ADJ BROKER INSUR TO ACTUAL | | 834.42 | 0.00 | |
| | | | | | Period 12-01 | Total | -8,518.64 | 8,518.64 | 0.00 | 0.00 |
| | | | | | Sub 000000 | Total | 18,152.26 | 124,881.24 | 143,033.50 | 0.00 |

Acct: 1130 Accounts Receivable-Other Sub: MAP Mid Atlantic Processing

| Jrnl Type | Tran Type | Bat Nbr | Per Ent | Reference Nbr | Tran Date | Tran Description | Beginning Balance | Debit Amount | Credit Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| ^ GJ | GL | 001214 | 12-00 | AE10 | 1/1/2001 | DEC EXP POSTED JAN - YORK, PA | | 0.00 | 60.95 | |
| GJ | GL | 001218 | 01-01 | AE10 | 1/31/2001 | 1/01 EXP POST 2/01 - YK | | 99.81 | 0.00 | |

(T) 01582

# North Atlantic Transport Co.
## Detail General Ledger - Standard

Page: 70 of 460
Report: 016200.rpt
Company: NATCO

Ledger ID: ACTUAL

Periods: 01-01 Through 12-01 As of: 4/12/2001

| Jrnl Type | Tran Type | Bat Nbr | Per Ent | Reference Nbr | Tran Date | Tran Description | Beginning Balance | Debit Amount | Credit Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| AP | VO | 001706 | 01-01 | 017651 | 1/25/2001 | MAP PORTION OF BILL | | 92.54 | 0.00 | |
| AP | VO | 001706 | 01-01 | 017652 | 1/25/2001 | MAP PORTION OF BILL | | 285.63 | 0.00 | |
| AP | VO | 001710 | 01-01 | 017741 | 1/19/2001 | MAP PORTION OF BILL | | 206.70 | 0.00 | |
| AP | VO | 001710 | 01-01 | 017742 | 1/26/2001 | MAP PORTION OF BILL | | 174.90 | 0.00 | |
| AP | VO | 001710 | 01-01 | 017744 | 1/11/2001 | MAP PORTION OF BILL | | 18.37 | 0.00 | |
| AP | VO | 001720 | 01-01 | 017784 | 1/3/2001 | YORK PC 1/3 - MAP FUEL | | 19.00 | 0.00 | |
| AP | VO | 001720 | 01-01 | 017785 | 1/4/2001 | YORK PC 1/4 - LOCKS | | 12.69 | 0.00 | |
| AP | VO | 001720 | 01-01 | 017786 | 1/5/2001 | YORK PC 1/5 - GAS FOR RAMP | | 10.00 | 0.00 | |
| AP | VO | 001720 | 01-01 | 017787 | 1/8/2001 | YORK PC 1/8 - BREAKER BAR | | 7.41 | 0.00 | |
| AP | VO | 001720 | 01-01 | 017789 | 1/11/2001 | YORK PC 1/11 - MAP FUEL | | 20.00 | 0.00 | |
| AP | VO | 001720 | 01-01 | 017791 | 1/15/2001 | YORK PC 1/15 - CLEAN SUBARU | | 37.99 | 0.00 | |
| AP | VO | 001720 | 01-01 | 017793 | 1/17/2001 | YORK PC 1/17 - MAP FUEL | | 13.60 | 0.00 | |
| AP | VO | 001721 | 01-01 | 017796 | 1/22/2001 | YORK PC 1/22 - ADAPTER FOR MAP | | 7.41 | 0.00 | |
| AP | VO | 001721 | 01-01 | 017798 | 1/24/2001 | YORK PC 1/24 - MAP FUEL | | 26.00 | 0.00 | |
| AP | VO | 001721 | 01-01 | 017798 | 1/24/2001 | YORK PC 1/24 - FILM FOR CAMERA | | 27.54 | 0.00 | |
| AP | VO | 001721 | 01-01 | 017801 | 1/29/2001 | YORK PC 1/29 - MAP FUEL | | 10.00 | 0.00 | |
| AP | VO | 001721 | 01-01 | 017801 | 1/29/2001 | YORK PC 1/29 - FILM | | 12.71 | 0.00 | |
| | | | | | Period 01-01 | Total | -49,750.68 | 1,082.30 | 60.95 | -48,729.33 |
| ^ GJ | GL | 001233 | 01-01 | AE10 | 2/1/2001 | 1/01 EXP POST 2/01 - YK | | 0.00 | 99.81 | |
| AP | VO | 001728 | 02-01 | 017854 | 2/25/2001 | MAP PORTION - VERIZON N BILL | | 164.15 | 0.00 | |
| AP | VO | 001728 | 02-01 | 017855 | 2/24/2001 | MAP PORTION - GPU BILL | | 279.10 | 0.00 | |
| AP | VO | 001728 | 02-01 | 017867 | 2/15/2001 | MAP PORTION - JNO Z BARTON | | 334.63 | 0.00 | |
| AP | VO | 001730 | 02-01 | 017919 | 2/2/2001 | 24x8 MOBILE OFFICE - MAP PART | | 60.95 | 0.00 | |
| AP | VO | 001730 | 02-01 | 017920 | 2/19/2001 | 50x12 MOBILE OFFICE - MAP PART | | 206.70 | 0.00 | |
| AP | VO | 001730 | 02-01 | 017922 | 2/14/2001 | 1/10-2/14 BILL - MAP PORTION | | 16.86 | 0.00 | |
| AP | VO | 001732 | 02-01 | 017930 | 2/6/2001 | GAS FOR RAMP - 2/6 YKPC | | 10.00 | 0.00 | |
| AP | VO | 001732 | 02-01 | 017931 | 2/7/2001 | GAS FOR VAN - 2/7 YKPC | | 10.00 | 0.00 | |
| AP | VO | 001732 | 02-01 | 017939 | 2/15/2001 | RAMP GAS - 2/15 YKPC | | 15.00 | 0.00 | |
| AP | VO | 001732 | 02-01 | 017940 | 2/16/2001 | RAMP CABLE - 2/16 YKPC | | 168.75 | 0.00 | |
| AP | VO | 001732 | 02-01 | 017942 | 2/19/2001 | FLAT RPR, RAMP FUEL | | 18.48 | 0.00 | |
| AP | VO | 001732 | 02-01 | 017946 | 2/23/2001 | STARTER FOR RAMP, RAMP GAS | | 90.97 | 0.00 | |
| AP | VO | 001732 | 02-01 | 017947 | 2/27/2001 | GAS - 2/27 YKPC | | 4.00 | 0.00 | |
| AP | VO | 001732 | 02-01 | 017948 | 2/28/2001 | STARTER FOR RAMP - AUTO ZONE | | 87.97 | 0.00 | |
| AP | VO | 001732 | 02-01 | 017949 | 2/28/2001 | GAS - 2/28 YKPC | | 17.00 | 0.00 | |

(T) 01583

# North Atlantic Transport Co.
## Detail General Ledger - Standard

Ledger ID: ACTUAL

Periods: 01-01 Through 12-01 As of: 4/12/2001



| Jrnl Type | Tran Type | Bat Nbr | Per Ent | Reference Nbr | Tran Date | Tran Description | Beginning Balance | Debit Amount | Credit Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Period 02-01 | Total | -48,729.33 | 1,484.56 | 99.81 | -47,344.58 |
| ^ GJ | GL | 001257 | 04-01 | AE 29 | 3/31/2001 | POST MAP REPAIR TO PROP ACT | | 797.71 | 0.00 | |
| AP | VO | 001759 | 03-01 | 018074 | 3/27/2001 | MAP PORTION - GPU 3/27 | | 251.84 | 0.00 | |
| AP | VO | 001762 | 03-01 | 018158 | 3/2/2001 | RENTAL OF 24x8 MOBILE OFFICE | | 60.95 | 0.00 | |
| AP | VO | 001762 | 03-01 | 018159 | 3/14/2001 | RETURNED UNIT: 24x8 OFFICE | | 143.10 | 0.00 | |
| AP | VO | 001762 | 03-01 | 018160 | 3/19/2001 | RENTAL 50x12 MOBILE OFFICE | | 206.70 | 0.00 | |
| AP | VO | 001762 | 03-01 | 018162 | 3/12/2001 | YORK WATER - MARCH - MAP | | 16.10 | 0.00 | |
| AP | VO | 001770 | 03-01 | 018179 | 3/2/2001 | GAS - 3/2 YORK PC | | 5.00 | 0.00 | |
| AP | VO | 001770 | 03-01 | 018180 | 3/6/2001 | GAS - 3/6 YORK PC | | 50.00 | 0.00 | |
| AP | VO | 001770 | 03-01 | 018182 | 3/7/2001 | GAS - 3/7 YORK PC | | 41.35 | 0.00 | |
| AP | VO | 001770 | 03-01 | 018183 | 3/8/2001 | GAS - 3/8 YORK PC | | 13.09 | 0.00 | |
| AP | VO | 001770 | 03-01 | 018185 | 3/9/2001 | GAS - 3/9 YORK PC | | 30.00 | 0.00 | |
| AP | VO | 001770 | 03-01 | 018186 | 3/12/2001 | GAS - 3/12 YORK PC | | 24.00 | 0.00 | |
| AP | VO | 001770 | 03-01 | 018187 | 3/13/2001 | RAMP PARTS - 3/13 YORK PC | | 9.52 | 0.00 | |
| AP | VO | 001770 | 03-01 | 018188 | 3/19/2001 | GAS + 2 WAY RADIO - 3/19 YKPC | | 50.98 | 0.00 | |
| AP | VO | 001770 | 03-01 | 018189 | 3/14/2001 | GAS - 3/14 YORK PC | | 13.75 | 0.00 | |
| AP | VO | 001770 | 03-01 | 018190 | 3/15/2001 | 2 WAY RADIOS - 3/15 YKPC | | 73.95 | 0.00 | |
| AP | VO | 001770 | 03-01 | 018191 | 3/16/2001 | GAS + CLOTHES FOR UNLOADERS | | 56.00 | 0.00 | |
| AP | VO | 001770 | 03-01 | 018192 | 3/20/2001 | FUEL MAP YK PETTY CASH 3/20/01 | | 10.00 | 0.00 | |
| AP | VO | 001771 | 03-01 | 018196 | 3/23/2001 | FUEL MAP YK PCASH 3/23 | | 10.00 | 0.00 | |
| AP | VO | 001771 | 03-01 | 018198 | 3/26/2001 | FUEL MAP YK PCASH 3/26 | | 10.40 | 0.00 | |
| AP | VO | 001771 | 03-01 | 018199 | 3/27/2001 | FUEL MAP YK PCASH 3/27 | | 19.40 | 0.00 | |
| AP | VO | 001771 | 03-01 | 018200 | 3/28/2001 | FUEL MAP YK PCASH 3/28 | | 25.00 | 0.00 | |
| AP | VO | 001771 | 03-01 | 018202 | 3/30/2001 | FUEL MAP YK PCASH 3/30 | | 20.00 | 0.00 | |
| | | | | | Period 03-01 | Total | -47,344.58 | 1,938.84 | 0.00 | -45,405.74 |
| ^ AP | AD | 001898 | 07-01 | 018823 | 4/12/2001 | DOUBLE BOOKING OF 3/12/01 INV | | 0.00 | 16.10 | |
| GJ | GL | 001263 | 04-01 | AE10 | 4/30/2001 | 4/01 EXP PST 5/01--YORK | | 9.76 | 0.00 | |
| GJ | GL | 001262 | 04-01 | AE20 | 4/30/2001 | CORRECT CLASS. OF VERIZON BILL | | 92.21 | 0.00 | |
| ^ GJ | GL | 001314 | 05-01 | AE48 | 4/30/2001 | CORRECT 7169 000000 IN AE9 | | 301.31 | 0.00 | |
| AP | VO | 001775 | 04-01 | 018290 | 4/19/2001 | 5/09-6/08 | | 207.73 | 0.00 | |
| AP | VO | 001775 | 04-01 | 018291 | 4/12/2001 | MONTH OF MARCH | | 33.23 | 0.00 | |
| AP | VO | 001777 | 04-01 | 018306 | 4/19/2001 | PAINTSTICKS | | 34.63 | 0.00 | |
| AP | VO | 001777 | 04-01 | 018307 | 4/25/2001 | APRIL | | 173.15 | 0.00 | |

(T) 01584

# North Atlantic Transport Co.
## Detail General Ledger - Standard



Ledger ID: ACTUAL

Periods: 01-01 Through 12-01 As of: 4/12/2001

| Jrnl Type | Tran Type | Bat Nbr | Per Ent | Reference Nbr | Tran Date | Tran Description | Beginning Balance | Debit Amount | Credit Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| AP | VO | 001810 | 05-01 | 018424 | 5/2/2001 | GREEN WAGON | | 213.88 | 0.00 | |
| AP | VO | 001810 | 05-01 | 018425 | 5/12/2001 | SERIVE CALL, TIRES FOR RAMP | | 540.48 | 0.00 | |
| AP | VO | 001810 | 05-01 | 018426 | 5/11/2001 | REPLACE STARTER FOR RAMP | | 52.47 | 0.00 | |
| AP | VO | 001810 | 05-01 | 018441 | 5/24/2001 | APRIL 26-MAY24 | | 129.05 | 0.00 | |
| AP | VO | 001811 | 05-01 | 018476 | 5/19/2001 | MAY | | 243.24 | 0.00 | |
| AP | VO | 001811 | 05-01 | 018477 | 5/14/2001 | MONTH OF MAY | | 17.35 | 0.00 | |
| AP | VO | 001825 | 05-01 | 018549 | 4/16/2001 | RAMP TRUCK FUEL PUMP/SUPPLIES | | 301.31 | 0.00 | |
| | | | | | Period 05-01 | Total | -43,427.61 | 2,169.71 | 311.07 | -41,568.97 |
| ^ GJ | GL | 001323 | 05-01 | AE10 | 6/1/2001 | 5/01 EXP PST 6/01--YORK | | 0.00 | 42.18 | |
| GJ | GL | 001327 | 06-01 | AE10 | 6/30/2001 | 6/01 EXP PST 7/01--YORK | | 38.26 | 0.00 | |
| ^ AP | VO | 001808 | 05-01 | 018397 | 6/4/2001 | GAS--MAP | | 15.00 | 0.00 | |
| ^ AP | VO | 001808 | 05-01 | 018398 | 6/7/2001 | GAS--MAP | | 10.00 | 0.00 | |
| ^ AP | VO | 001808 | 05-01 | 018399 | 6/11/2001 | GAS--MAP | | 7.00 | 0.00 | |
| ^ AP | VO | 001808 | 05-01 | 018400 | 6/12/2001 | GAS--MAP | | 29.00 | 0.00 | |
| ^ AP | VO | 001808 | 05-01 | 018402 | 6/14/2001 | GAS--MAP | | 41.00 | 0.00 | |
| ^ AP | VO | 001808 | 05-01 | 018403 | 6/1/2001 | GAS--MAP | | 47.50 | 0.00 | |
| ^ AP | VO | 001808 | 05-01 | 018404 | 6/5/2001 | GAS--MAP | | 25.00 | 0.00 | |
| ^ AP | VO | 001808 | 05-01 | 018406 | 6/8/2001 | GAS--MAP | | 63.49 | 0.00 | |
| ^ AP | VO | 001808 | 05-01 | 018407 | 6/15/2001 | GAS--MAP | | 15.00 | 0.00 | |
| ^ AP | VO | 001808 | 05-01 | 018408 | 6/18/2001 | GAS--MAP | | 15.00 | 0.00 | |
| ^ AP | VO | 001808 | 05-01 | 018408 | 6/18/2001 | COD PART RAMP #2 | | 220.93 | 0.00 | |
| ^ AP | VO | 001808 | 05-01 | 018409 | 6/19/2001 | GAS--MAP | | 39.00 | 0.00 | |
| ^ AP | VO | 001808 | 05-01 | 018411 | 6/21/2001 | GAS--MAP | | 40.00 | 0.00 | |
| ^ AP | VO | 001809 | 05-01 | 018412 | 6/22/2001 | GAS--MAP | | 27.25 | 0.00 | |
| ^ AP | VO | 001809 | 05-01 | 018412 | 6/22/2001 | CABLE, RS, CK #2011 | | -220.93 | 0.00 | |
| ^ AP | VO | 001809 | 05-01 | 018414 | 6/26/2001 | GAS--MAP | | 99.26 | 0.00 | |
| ^ AP | VO | 001809 | 05-01 | 018415 | 6/27/2001 | UNLOCK CAR | | 35.00 | 0.00 | |
| ^ AP | VO | 001809 | 05-01 | 018416 | 6/28/2001 | GAS--MAP | | 20.00 | 0.00 | |
| ^ AP | VO | 001809 | 05-01 | 018417 | 6/29/2001 | GAS--MAP | | 65.00 | 0.00 | |
| AP | VO | 001827 | 06-01 | 018568 | 6/20/2001 | FORWARD/REVERSE CABLE | | 220.93 | 0.00 | |
| AP | VO | 001828 | 06-01 | 018602 | 6/25/2001 | JUNE | | 91.39 | 0.00 | |
| AP | VO | 001828 | 06-01 | 018603 | 6/12/2001 | MAY 14 - JUNE 12 | | 15.09 | 0.00 | |
| AP | VO | 001828 | 06-01 | 018604 | 6/19/2001 | JULY | | 170.16 | 0.00 | |
| AP | VO | 001829 | 06-01 | 018614 | 6/27/2001 | JUNE | | 112.26 | 0.00 | |

# North Atlantic Transport Co.

## Detail General Ledger - Standard



Ledger ID: ACTUAL

Periods: 01-01 Through 12-01 As of: 4/12/2001

| Jrnl Type | Tran Type | Bat Nbr | Per Ent | Reference Nbr | Tran Date | Tran Description | Beginning Balance | Debit Amount | Credit Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| AP | VO | 001829 | 06-01 | 018625 | 6/4/2001 | RAMP FUEL NEEDED | | 56.71 | 0.00 | |
| AP | VO | 001829 | 06-01 | 018627 | 6/7/2001 | LEGACY CALIPER SLEEVE/BOLT | | 113.57 | 0.00 | |
| | | | | | **Period** 06-01 | **Total** | **-41,568.97** | **1,411.87** | **42.18** | **-40,199.28** |
| AR | CM | 001189 | 07-01 | 23327C | 7/17/2001 | ADJUST MAP'S AP BALANCE | | 2,300.00 | 0.00 | |
| ^ GJ | GL | 001339 | 06-01 | AE10 | 7/1/2001 | 6/01 EXP PST 7/01--YORK | | 0.00 | 38.26 | |
| GJ | GL | 001343 | 07-01 | AE11 | 7/31/2001 | 7/01 EXP POSTED 8/01-YORK | | 11.35 | 0.00 | |
| GJ | GL | 001342 | 07-01 | AE20 | 7/31/2001 | CHARGED TO VSG SHOULD BE MAP | | 89.18 | 0.00 | |
| AP | VO | 001856 | 07-01 | 018660 | 7/3/2001 | GAS--MAP | | 20.00 | 0.00 | |
| AP | VO | 001856 | 07-01 | 018661 | 7/5/2001 | GAS--MAP | | 38.27 | 0.00 | |
| AP | VO | 001856 | 07-01 | 018662 | 7/6/2001 | GAS--MAP | | 19.60 | 0.00 | |
| AP | VO | 001856 | 07-01 | 018662 | 7/6/2001 | PLUMBING/OFFICE | | 105.00 | 0.00 | |
| AP | VO | 001856 | 07-01 | 018663 | 7/9/2001 | GAS--MAP | | 20.00 | 0.00 | |
| AP | VO | 001856 | 07-01 | 018664 | 7/10/2001 | GAS--MAP | | 30.00 | 0.00 | |
| AP | VO | 001856 | 07-01 | 018665 | 7/12/2001 | GAS--MAP | | 18.00 | 0.00 | |
| AP | VO | 001856 | 07-01 | 018666 | 7/11/2001 | GAS--MAP | | 20.00 | 0.00 | |
| AP | VO | 001856 | 07-01 | 018667 | 7/13/2001 | GAS--MAP | | 40.00 | 0.00 | |
| AP | VO | 001856 | 07-01 | 018668 | 7/16/2001 | GAS--MAP | | 20.00 | 0.00 | |
| AP | VO | 001856 | 07-01 | 018671 | 7/19/2001 | GAS--MAP | | 34.00 | 0.00 | |
| AP | VO | 001869 | 07-01 | 018767 | 7/11/2001 | 6/12/01-7/11/01 WATER BILL | | 20.38 | 0.00 | |
| AP | VO | 001869 | 07-01 | 018771 | 7/19/2001 | RAMP--INSTALL CABLE | | 89.57 | 0.00 | |
| AP | VO | 001870 | 07-01 | 018777 | 7/19/2001 | MONTHLY RENTAL 8/9/01-9/8/01 | | 213.73 | 0.00 | |
| AP | VO | 001870 | 07-01 | 018779 | 7/23/2001 | GAS--MAP | | 41.00 | 0.00 | |
| AP | VO | 001870 | 07-01 | 018780 | 7/24/2001 | GAS--MAP | | 20.00 | 0.00 | |
| AP | VO | 001889 | 07-01 | 018804 | 7/27/2001 | GAS--MAP | | 49.50 | 0.00 | |
| AP | VO | 001889 | 07-01 | 018804 | 7/27/2001 | OIL--MAP | | 2.11 | 0.00 | |
| AP | VO | 001907 | 07-01 | 018839 | 7/25/2001 | VERIZON--YORK--6/24-7/25 | | 96.04 | 0.00 | |
| AP | VO | 001907 | 07-01 | 018841 | 7/27/2001 | GPU--YORK--6/27-7/27 | | 126.42 | 0.00 | |
| AP | VO | 001907 | 07-01 | 018850 | 7/30/2001 | GAS--MAP | | 15.00 | 0.00 | |
| AP | VO | 001907 | 07-01 | 018851 | 7/31/2001 | GAS--MAP--PETTY CASH--YK | | 37.00 | 0.00 | |
| | | | | | **Period** 07-01 | **Total** | **-40,199.28** | **3,476.15** | **38.26** | **-36,761.39** |
| ^ AR | CM | 001229 | 09-01 | 26158I | 8/31/2001 | CORRECT ERROR IN REBILLING MAP | | 9,975.36 | 0.00 | |
| GJ | GL | 001358 | 08-01 | AE11 | 8/1/2001 | 7/01 EXP POSTED 8/01-YORK | | 0.00 | 11.35 | |
| GJ | GL | 001359 | 08-01 | AE16 | 8/31/2001 | BPS INV. BILLED BY NOR SB NATC | | 195.00 | 0.00 | |
| GJ | GL | 001360 | 08-01 | AE17 | 9/21/2001 | ACCRUE INV PST IN 9/01--ALLIED | | 363.00 | 0.00 | |

# North Atlantic Transport Co.
## Detail General Ledger - Standard

Page: 75 of 460
Report: 016200.rpt
Company: NATCO

Ledger ID: ACTUAL

Periods: 01-01 Through 12-01 As of: 4/12/2001

| Jrnl Type | Tran Type | Bat Nbr | Per Ent | Reference Nbr | Tran Date | Tran Description | Beginning Balance | Debit Amount | Credit Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| GJ | GL | 001360 | 08-01 | AE9 | 8/31/2001 | 8/01 EXP PST 9/01-YORK | | 41.81 | 0.00 | |
| AP | VO | 001916 | 08-01 | 018897 | 8/1/2001 | GAS--MAP--YK PETTY CASH | | 20.01 | 0.00 | |
| AP | VO | 001916 | 08-01 | 018897 | 8/1/2001 | OIL--MAP--YK PETTY CASH | | 4.03 | 0.00 | |
| AP | VO | 001916 | 08-01 | 018898 | 8/2/2001 | GAS--MAP--YORK PETTY CASH | | 2.01 | 0.00 | |
| AP | VO | 001916 | 08-01 | 018899 | 8/3/2001 | GAS--MAP--YORK PETTY CASH | | 43.01 | 0.00 | |
| AP | VO | 001916 | 08-01 | 018901 | 8/7/2001 | GAS--MAP--YORK PETTY CASH | | 35.00 | 0.00 | |
| AP | VO | 001916 | 08-01 | 018903 | 8/9/2001 | GAS--MAP | | 30.89 | 0.00 | |
| AP | VO | 001916 | 08-01 | 018904 | 8/10/2001 | GAS--MAP--YORK PETTY CASH | | 25.00 | 0.00 | |
| AP | VO | 001928 | 08-01 | 018916 | 8/8/2001 | RED B PAINTSTICK-PK12--GRAINGR | | 23.09 | 0.00 | |
| AP | VO | 001928 | 08-01 | 018923 | 8/13/2001 | GAS--MAP--YORK PETTY CASH | | 15.00 | 0.00 | |
| AP | VO | 001928 | 08-01 | 018924 | 8/14/2001 | GAS--MAP--YORK PETTY CASH | | 20.00 | 0.00 | |
| AP | VO | 001928 | 08-01 | 018925 | 8/15/2001 | GAS--MAP--YORK PETTY CASH | | 32.00 | 0.00 | |
| AP | VO | 001932 | 08-01 | 018951 | 8/17/2001 | GAS--MAP--YORK PETTY CASH | | 52.75 | 0.00 | |
| AP | VO | 001953 | 08-01 | 018972 | 8/8/2001 | YORK WATER CO. 7/11/01-8/08/01 | | 15.89 | 0.00 | |
| AP | VO | 001953 | 08-01 | 018974 | 8/19/2001 | MONTHLY RENTAL--9/09/01-10/08/ | | 213.73 | 0.00 | |
| AP | VO | 001953 | 08-01 | 018982 | 8/20/2001 | GAS/MAP/YK PETTY CASH | | 20.00 | 0.00 | |
| AP | VO | 001953 | 08-01 | 018984 | 8/22/2001 | GAS/MAP/YK PETTY CASH | | 19.31 | 0.00 | |
| AP | VO | 001960 | 08-01 | 019003 | 8/27/2001 | GPU ENERGY/AUGUST | | 114.05 | 0.00 | |
| AP | VO | 001962 | 08-01 | 019007 | 8/24/2001 | GAS--MAP--YORK PETTY CASH | | 35.00 | 0.00 | |
| AP | VO | 001962 | 08-01 | 019008 | 8/27/2001 | GAS--MAP--YORK PETTY CASH | | 20.00 | 0.00 | |
| AP | VO | 001962 | 08-01 | 019013 | 8/25/2001 | VERIZON--7/26-8/25/01--YORK FX | | 92.49 | 0.00 | |
| AP | VO | 001964 | 08-01 | 019037 | 8/31/2001 | GAS--MAP--YORK PETTY CASH | | 14.00 | 0.00 | |
| AP | VO | 001964 | 08-01 | 019038 | 8/30/2001 | GAS--MAP--YORK PETTY CASH | | 15.00 | 0.00 | |
| AP | VO | 001964 | 08-01 | 019039 | 8/29/2001 | GAS--MAP--YORK PETTY CASH | | 65.00 | 0.00 | |
| | | | | | Period 08-01 | Total | -36,761.39 | 11,502.43 | 11.35 | -25,270.31 |
| ^ GJ | GL | 001367 | 08-01 | AE17 | 9/1/2001 | ACCRUE INV PST IN 9/01--ALLIED | | 0.00 | 363.00 | |
| GJ | GL | 001376 | 09-01 | AE17 | 9/30/2001 | ACCRUE VERIZON & GE INV PST I0 | | 92.89 | 0.00 | |
| ^ GJ | GL | 001367 | 08-01 | AE9 | 9/1/2001 | 8/01 EXP PST 9/01-YORK | | 0.00 | 41.81 | |
| GJ | GL | 001376 | 09-01 | AE9 | 9/30/2001 | 9/01 EXP PST 10/01-YORK | | 116.11 | 0.00 | |
| AP | VO | 001969 | 09-01 | 019049 | 9/5/2001 | GAS--MAP--YORK PETTY CASH | | 20.00 | 0.00 | |
| AP | VO | 001969 | 09-01 | 019050 | 9/4/2001 | GAS--MAP--YORK PETTY CASH | | 35.00 | 0.00 | |
| AP | VO | 001974 | 09-01 | 019053 | 9/6/2001 | GAS--MAP--YORK PETTY CASH | | 31.25 | 0.00 | |
| AP | VO | 001974 | 09-01 | 019056 | 12/19/2000 | ALLIED/ 5 CHRYSLERS TO VA--CHG | | 363.00 | 0.00 | |
| AP | VO | 001986 | 09-01 | 019073 | 9/7/2001 | GAS--MAP--YORK PETTY CASH | | 35.75 | 0.00 | |

(T) 01588

# North Atlantic Transport Co.
## Detail General Ledger - Standard



Ledger ID: ACTUAL

Periods: 01-01 Through 12-01 As of: 4/12/2001

| Jrnl Type | Tran Type | Bat Nbr | Per Ent | Reference Nbr | Tran Date | Tran Description | Beginning Balance | Debit Amount | Credit Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| AP | VO | 001986 | 09-01 | 019074 | 9/10/2001 | GAS--MAP--YORK PETTY CASH | | 20.00 | 0.00 | |
| AP | VO | 001986 | 09-01 | 019077 | 9/12/2001 | GAS/MAP/YORK PETTY CASH | | 40.00 | 0.00 | |
| AP | VO | 001986 | 09-01 | 019079 | 9/4/2001 | GEEDRAILCARUNLOA/7/28-7/30/YNE | | 60.96 | 0.00 | |
| AP | VO | 002002 | 09-01 | 019116 | 9/18/2001 | CASH-YK/MAP/GAS | | 35.00 | 0.00 | |
| AP | VO | 002002 | 09-01 | 019117 | 9/19/2001 | CASH-YK/MAP/GAS | | 20.00 | 0.00 | |
| AP | VO | 002002 | 09-01 | 019118 | 9/17/2001 | CASH-YK/MAP/GAS | | 17.00 | 0.00 | |
| AP | VO | 002002 | 09-01 | 019119 | 9/13/2001 | CASH-YK/MAP/GAS | | 17.00 | 0.00 | |
| AP | VO | 002002 | 09-01 | 019120 | 9/14/2001 | CASH-YK/MAP/GAS | | 14.50 | 0.00 | |
| AP | VO | 002006 | 09-01 | 019127 | 9/21/2001 | CASH-YK/MAP/GAS | | 14.00 | 0.00 | |
| AP | VO | 002006 | 09-01 | 019129 | 9/19/2001 | WILLIAMS/MONTHLY RENTAL CHARGE | | 213.73 | 0.00 | |
| AP | VO | 002006 | 09-01 | 019130 | 9/10/2001 | YWATER/ 8/08/01-9/10/01 | | 15.77 | 0.00 | |
| AP | VO | 002010 | 09-01 | 019132 | 9/26/2001 | GAS/MAP/YORK PETTY CASH | | 17.25 | 0.00 | |
| AP | VO | 002010 | 09-01 | 019142 | 9/24/2001 | GAS/MAP/YORK PETTY CASH | | 50.50 | 0.00 | |
| AP | VO | 002010 | 09-01 | 019143 | 9/25/2001 | TOLLS/YORK PETTY CASH | | 25.00 | 0.00 | |
| AP | VO | 002011 | 09-01 | 019146 | 9/26/2001 | GPU/AUG 28 TO SEPT 26, 2001 | | 83.20 | 0.00 | |
| AP | VO | 002011 | 09-01 | 019157 | 9/10/2001 | GLENN/PICKUP/FLAT TIRE/SVC CAL | | 44.52 | 0.00 | |
| | | | | | Period 09-01 | Total | -25,270.31 | 1,382.43 | 404.81 | -24,292.69 |
| GJ | GL | 001385 | 10-01 | AE16 | 10/31/2001 | BPS BILLED BY NORAD SB NATCO | | 0.00 | 195.00 | |
| ^ GJ | GL | 001380 | 09-01 | AE17 | 10/1/2001 | ACCRUE VERIZON & GE INV PST I0 | | 0.00 | 92.89 | |
| ^ GJ | GL | 001380 | 09-01 | AE9 | 10/1/2001 | 9/01 EXP PST 10/01-YORK | | 0.00 | 116.11 | |
| GJ | GL | 001386 | 10-01 | AE9 | 10/31/2001 | 10/01 EXP PST 11/01--YORK | | 10.00 | 0.00 | |
| AP | VO | 002025 | 10-01 | 019186 | 10/1/2001 | GAS/MAP/YORK PETTY CASH | | 65.12 | 0.00 | |
| AP | VO | 002025 | 10-01 | 019188 | 9/25/2001 | VERIZON/SEPTEMBER | | 92.89 | 0.00 | |
| AP | VO | 002025 | 10-01 | 019190 | 10/5/2001 | GAS/MAP/YORK PETTY CASH | | 30.50 | 0.00 | |
| AP | VO | 002025 | 10-01 | 019192 | 10/3/2001 | GAS/MAP/YORK PETTY CASH | | 15.00 | 0.00 | |
| AP | VO | 002036 | 10-01 | 019214 | 10/8/2001 | GAS/MAP/YORK PETTY CASH | | 39.00 | 0.00 | |
| AP | VO | 002036 | 10-01 | 019216 | 10/1/2001 | FUEL/MAP/YORK PETTY CASH | | 20.00 | 0.00 | |
| AP | VO | 002036 | 10-01 | 019217 | 10/11/2001 | FUEL/MAP/YORK PETTY CASH | | 27.50 | 0.00 | |
| AP | VO | 002044 | 10-01 | 019228 | 10/16/2001 | UNLOCK 2002 SUBARU | | 37.10 | 0.00 | |
| AP | VO | 002045 | 10-01 | 019241 | 10/12/2001 | FUEL/MAP/YORK PETTY CASH | | 11.30 | 0.00 | |
| AP | VO | 002052 | 10-01 | 019269 | 10/19/2001 | GAS/MAP/YORK PETTY CASH | | 30.50 | 0.00 | |
| AP | VO | 002058 | 10-01 | 019292 | 10/9/2001 | WATER--9/10/01 - 10/09/01 | | 14.35 | 0.00 | |
| AP | VO | 002058 | 10-01 | 019295 | 10/22/2001 | FUEL/MAP/YORK PETTY CASH | | 13.50 | 0.00 | |
| AP | VO | 002058 | 10-01 | 019297 | 10/11/2001 | GLENN/YARD TRK/ FLAT TIRE | | 12.72 | 0.00 | |

(T) 01589

# North Atlantic Transport Co.
## Detail General Ledger - Standard

Page: 77 of 460
Report: 016200.rpt
Company: NATCO

Ledger ID: ACTUAL

Periods: 01-01 Through 12-01 As of: 4/12/2001

| Jrnl Type | Tran Type | Bat Nbr | Per Ent | Reference Nbr | Tran Date | Tran Description | Beginning Balance | Debit Amount | Credit Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| AP | VO | 002058 | 10-01 | 019298 | 10/2/2001 | GLENN/MAP/SVC CALL/FLAT/VALVE | | 53.53 | 0.00 | |
| AP | VO | 002063 | 10-01 | 019307 | 10/26/2001 | GPU/ELECTRICITY 9/27/01-10/26/ | | 111.05 | 0.00 | |
| AP | VO | 002077 | 10-01 | 019323 | 10/25/2001 | BELL/FAX LINE/OCTOBER | | 80.06 | 0.00 | |
| | | | | | Period 10-01 | Total | -24,292.69 | 664.12 | 404.00 | -24,032.57 |
| ^ GJ | GL | 001392 | 10-01 | AE9 | 11/1/2001 | 10/01 EXP PST 11/01--YORK | | 0.00 | 10.00 | |
| AP | VO | 002099 | 11-01 | 019373 | 11/12/2001 | RAIL UNLOADER 10/10-10/13/01 | | 46.24 | 0.00 | |
| AP | VO | 002109 | 11-01 | 019384 | 11/20/2001 | williams/knockdown/return frei | | 222.60 | 0.00 | |
| AP | VO | 002112 | 11-01 | 019398 | 11/6/2001 | ywater--10/09/01-11/06/01 | | 16.27 | 0.00 | |
| AP | VO | 002112 | 11-01 | 019398 | 11/6/2001 | ywater/late charge | | 0.21 | 0.00 | |
| AP | VO | 002117 | 11-01 | 019406 | 11/25/2001 | bell/york fax/november | | 70.17 | 0.00 | |
| AP | VO | 002117 | 11-01 | 019407 | 11/28/2001 | gpu/november-less adj. for oct | | 35.96 | 0.00 | |
| | | | | | Period 11-01 | Total | -24,032.57 | 391.45 | 10.00 | -23,651.12 |
| GJ | GL | 001415 | 12-01 | AE 43 | 12/31/2001 | ADJ A/R BALANCE FOR ITEMS DUE | | 23,468.83 | 0.00 | |
| GJ | GL | 001406 | 12-01 | AE22 | 12/31/2001 | CREDIT INCORRECTLY PST | | 0.00 | 192.27 | |
| AP | VO | 002140 | 12-01 | 019472 | 12/10/2001 | YWATER/WATER 11/06/01-12/10/01 | | 15.31 | 0.00 | |
| AP | VO | 002145 | 12-01 | 019486 | 12/31/2001 | BILL/STORAGE/METER/TIME | | 359.25 | 0.00 | |
| | | | | | Period 12-01 | Total | -23,651.12 | 23,843.39 | 192.27 | 0.00 |
| | | | | | Sub MAP | Total | -49,750.68 | 51,341.48 | 1,590.80 | 0.00 |
| Acct: 1130 | | Accounts Receivable-Other | | | Sub: NADS | | North Atlantic Dealer Services | | | |
| GJ | GL | 001385 | 10-01 | AE19 | 10/31/2001 | NEXTEL BILL CARLOS/ALLEN NADS | | 206.15 | 0.00 | |
| AP | VO | 002052 | 10-01 | 019268 | 10/15/2001 | OFFICE/ALAN LYTLE BUS. CARDS | | 18.18 | 0.00 | |
| | | | | | Period 10-01 | Total | 0.00 | 224.33 | 0.00 | 224.33 |
| GJ | GL | 001397 | 11-01 | AE23 | 11/30/2001 | FIX ENTIRE NEXTEL BILL CHARGED | | 219.99 | 0.00 | |
| AP | VO | 002109 | 11-01 | 019386 | 11/15/2001 | office/office supplies | | 686.85 | 0.00 | |
| | | | | | Period 11-01 | Total | 224.33 | 906.84 | 0.00 | 1,131.17 |
| AP | VO | 002140 | 12-01 | 019470 | 12/15/2001 | OFFICE/OFFICE SUPPLIES | | 1,720.94 | 0.00 | |
| | | | | | Period 12-01 | Total | 1,131.17 | 1,720.94 | 0.00 | 2,852.11 |
| | | | | | Sub NADS | Total | 0.00 | 2,852.11 | 0.00 | 2,852.11 |
| Acct: 1130 | | Accounts Receivable-Other | | | Sub: NORAD | | North Atlantic Distrib. | | | |
| ^ AR | CM | 001326 | 02-02 | 26196C | 1/31/2002 | NATCOS INV26196 PAID TO NORAD | | 80.00 | 0.00 | |
| ^ AR | CM | 001326 | 02-02 | 26197C | 1/31/2002 | NATCO INV 26197 PAID TO NORAD | | 80.00 | 0.00 | |
| ^ GJ | GL | 001214 | 12-00 | AE9 | 1/1/2001 | DEC EXP POSTED JAN -DAVISVILLE | | 0.00 | 930.90 | |

(T) 01590

# North Atlantic Transport Co.
## Detail General Ledger - Standard



Ledger ID: ACTUAL

Periods: 01-01 Through 12-01 As of: 4/12/2001

| Jrnl Type | Tran Type | Bat Nbr | Per Ent | Reference Nbr | Tran Date | Tran Description | Beginning Balance | Debit Amount | Credit Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| GJ | GL | 001218 | 01-01 | AE9 | 1/31/2001 | 1/01 EXP POST 2/01 - RI | | 862.13 | 0.00 | |
| AP | VO | 001706 | 01-01 | 017671 | 1/11/2001 | NEXTEL BILL 12/11 - 1/10 | | 805.60 | 0.00 | |
| AP | VO | 001707 | 01-01 | 017674 | 1/15/2001 | OFFICE SUPPLIES - WARWICK, RI | | 385.17 | 0.00 | |
| | | | | | Period 01-01 | Total | 87,796.66 | 2,212.90 | 930.90 | 89,078.66 |
| ^ GJ | GL | 001233 | 01-01 | AE9 | 2/1/2001 | 1/01 EXP POST 2/01 - RI | | 0.00 | 862.13 | |
| AP | VO | 001729 | 02-01 | 017870 | 2/12/2001 | 1/11 - 2/10 NEXTEL BILL | | 783.26 | 0.00 | |
| AP | VO | 001729 | 02-01 | 017871 | 2/15/2001 | NORAD PORTION - OFFICEMAX BILL | | 574.17 | 0.00 | |
| | | | | | Period 02-01 | Total | 89,078.66 | 1,357.43 | 862.13 | 89,573.96 |
| ^ GJ | GL | 001260 | 04-01 | AE 36 | 3/31/2001 | ACCR CANCELL K.SWARTZ HEALTH | | 982.68 | 0.00 | |
| ^ GJ | GL | 001282 | 04-01 | AE39 | 3/31/2001 | ACCRUE INV BILLED ON NORAD INV | | 87,466.50 | 0.00 | |
| ^ GJ | GL | 001294 | 05-01 | AE43 | 3/31/2001 | TO CORRECT DOUBLE POSTING | | 0.00 | 87,466.50 | |
| AP | VO | 001754 | 03-01 | 017990 | 3/26/2001 | PLOWING PAY | | 154.80 | 0.00 | |
| AP | VO | 001754 | 03-01 | 017992 | 3/26/2001 | PLOWING PAY | | 309.60 | 0.00 | |
| AP | VO | 001756 | 03-01 | 018016 | 3/9/2001 | INTUIT SOFTWARE SUPPLY | | 29.95 | 0.00 | |
| AP | VO | 001759 | 03-01 | 018090 | 3/12/2001 | NEXTEL - MARCH 2001 BILL | | 922.73 | 0.00 | |
| AP | VO | 001759 | 03-01 | 018094 | 3/15/2001 | NORAD PORTION - OFFICEMAX BILL | | 71.98 | 0.00 | |
| | | | | | Period 03-01 | Total | 89,573.96 | 89,938.24 | 87,466.50 | 92,045.70 |
| GJ | GL | 001261 | 04-01 | AE 36 | 4/1/2001 | ACCR CANCELLATION K.SWARTZ HEA | | 0.00 | 982.68 | |
| GJ | GL | 001262 | 04-01 | AE19 | 4/30/2001 | PST HEALTH CANCEL FOR K.SWARTZ | | 982.68 | 0.00 | |
| GJ | GL | 001285 | 04-01 | AE31 | 4/30/2001 | ACCRUE INV BILLED ON NORAD INV | | 87,466.50 | 0.00 | |
| ^ GJ | GL | 001297 | 05-01 | AE38 | 4/30/2001 | TO CORRECT DOUBLE POSTING | | 0.00 | 87,466.50 | |
| GJ | GL | 001283 | 04-01 | AE39 | 4/1/2001 | ACCRUE INV BILLED ON NORAD INV | | 0.00 | 87,466.50 | |
| ^ GJ | GL | 001295 | 05-01 | AE43 | 4/1/2001 | TO CORRECT DOUBLE POSTING | | 87,466.50 | 0.00 | |
| GJ | GL | 001263 | 04-01 | AE9 | 4/30/2001 | 4/01 EXP PST 5/01--DAVISVILLE | | 3,395.52 | 0.00 | |
| AP | VO | 001774 | 04-01 | 018248 | 4/11/2001 | 3/11-4/10 BILL | | 855.87 | 0.00 | |
| AP | VO | 001776 | 04-01 | 018304 | 4/15/2001 | OFFICE SUPPLIES WARWICK | | 332.46 | 0.00 | |
| | | | | | Period 04-01 | Total | 92,045.70 | 180,499.53 | 175,915.68 | 96,629.55 |
| AR | CM | 001180 | 05-01 | C10755 | 5/8/2001 | VW INV 10755 PAID TO NORAD | | 79,497.00 | 0.00 | |
| AR | CM | 001180 | 05-01 | C10790 | 5/8/2001 | ADJ FOR INV 10790 PD TO NORAD | | 7,969.50 | 0.00 | |
| ^ GJ | GL | 001292 | 04-01 | AE31 | 5/1/2001 | ACCRUE INV BILLED ON NORAD INV | | 0.00 | 87,466.50 | |
| GJ | GL | 001298 | 05-01 | AE38 | 5/1/2001 | TO CORRECT DOUBLE POSTING | | 87,466.50 | 0.00 | |
| ^ GJ | GL | 001290 | 04-01 | AE9 | 5/1/2001 | 4/01 EXP PST 5/01--DAVISVILLE | | 0.00 | 3,395.52 | |
| GJ | GL | 001308 | 05-01 | AE9 | 5/31/2001 | 5/01 EXP PST 6/01--DAVISVILLE | | 467.47 | 0.00 | |

(T) 01591

# North Atlantic Transport Co.
## Detail General Ledger - Standard



Ledger ID: ACTUAL

Periods: 01-01 Through 12-01 As of: 4/12/2001

| Jrnl Type | Tran Type | Bat Nbr | Per Ent | Reference Nbr | Tran Date | Tran Description | Beginning Balance | Debit Amount | Credit Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| AR | PA | 001178 | 05-01 | 29596 | 5/8/2001 | Volkswagon of America, Inc. | | 40,590.00 | 0.00 | |
| AR | PA | 001173 | 05-01 | 60035 | 5/31/2001 | Volkswagon of America, Inc. | | 50,836.50 | 0.00 | |
| AP | VO | 001806 | 05-01 | 018395 | 5/31/2001 | UPS COD-JEG HIGH PERFORMANCE | | 478.71 | 0.00 | |
| AP | VO | 001810 | 05-01 | 018443 | 5/10/2001 | MONTH OF MAY | | 905.52 | 0.00 | |
| | | | | | **Period** 05-01 | **Total** | **96,629.55** | **268,211.20** | **90,862.02** | **273,978.73** |
| GJ | GL | 001338 | 06-01 | AE38 | 6/30/2001 | CHARGE VERIZON INVOICE TO NORA | | 1,143.98 | 0.00 | |
| ^ GJ | GL | 001323 | 05-01 | AE9 | 6/1/2001 | 5/01 EXP PST 6/01--DAVISVILLE | | 0.00 | 467.47 | |
| GJ | GL | 001327 | 06-01 | AE9 | 6/30/2001 | 6/01 EXP PST 7/01 | | 502.62 | 0.00 | |
| AP | VO | 001828 | 06-01 | 018596 | 5/15/2001 | MAY | | 283.61 | 0.00 | |
| AP | VO | 001828 | 06-01 | 018605 | 6/15/2001 | MAY 21 - JUNE 14 | | 445.82 | 0.00 | |
| AP | VO | 001830 | 06-01 | 018629 | 6/11/2001 | MAY 11 -JUNE 10 | | 701.20 | 0.00 | |
| | | | | | **Period** 06-01 | **Total** | **273,978.73** | **3,077.23** | **467.47** | **276,588.49** |
| GJ | GL | 001343 | 07-01 | AE10 | 7/31/2001 | 7/01 EXP POSTED 8/01-DAV | | 1,033.20 | 0.00 | |
| GJ | GL | 001342 | 07-01 | AE21 | 7/31/2001 | CHARGE VERIZON INVOICE TO NORA | | 435.21 | 0.00 | |
| ^ GJ | GL | 001339 | 06-01 | AE9 | 7/1/2001 | 6/01 EXP PST 7/01 | | 0.00 | 502.62 | |
| AR | PA | 001196 | 07-01 | 100850 | 7/24/2001 | BOSTON PORT SERVICES | | 379.50 | 0.00 | |
| AP | VO | 001867 | 07-01 | 018725 | 7/15/2001 | OFFICE SUPPLIES | | 94.55 | 0.00 | |
| AP | VO | 001869 | 07-01 | 018756 | 7/11/2001 | JUNE 11- JULY 10,2001 | | 753.93 | 0.00 | |
| | | | | | **Period** 07-01 | **Total** | **276,588.49** | **2,696.39** | **502.62** | **278,782.26** |
| GJ | GL | 001358 | 08-01 | AE10 | 8/1/2001 | 7/01 EXP POSTED 8/01-DAV | | 0.00 | 1,033.20 | |
| GJ | GL | 001359 | 08-01 | AE18 | 8/31/2001 | CORRECT MISPST OF 5 HRS.P.COWM | | 0.00 | 99.85 | |
| GJ | GL | 001359 | 08-01 | AE20 | 8/31/2001 | CORRECT AE23 5/01 PST TO WRONG | | 0.00 | 50,836.50 | |
| AP | VO | 001928 | 08-01 | 018928 | 8/15/2001 | OFFICE MAX--JULY 20-AUGUST 15 | | 239.12 | 0.00 | |
| AP | VO | 001932 | 08-01 | 018953 | 8/11/2001 | NEXTEL--7/12-8/11/01 INVOICE | | 794.74 | 0.00 | |
| AP | VO | 001942 | 08-01 | 018959 | 8/27/2001 | 5 HRS EXTRA WORK--PETE COWMAN | | 99.85 | 0.00 | |
| AP | VO | 001942 | 08-01 | 018965 | 8/9/2001 | ALDO/KEITH/LANCE AIRPLANE TICK | | 861.00 | 0.00 | |
| AP | VO | 001962 | 08-01 | 019010 | 8/22/2001 | AUGUST/VERIZON-KEITH/MIKE | | 710.14 | 0.00 | |
| | | | | | **Period** 08-01 | **Total** | **278,782.26** | **2,704.85** | **51,969.55** | **229,517.56** |
| GJ | GL | 001375 | 09-01 | AE20 | 9/30/2001 | DOORLEY CK PAID TO NOR;SB NATC | | 2,806.00 | 0.00 | |
| AP | VO | 002001 | 09-01 | 019098 | 8/29/2001 | NEXTELSER/BATTERY/I1000 VBC | | 140.28 | 0.00 | |
| AP | VO | 002001 | 09-01 | 019114 | 9/11/2001 | NEXTEL/AUG 11- SEPT 10, 2001 | | 954.96 | 0.00 | |
| AP | VO | 002002 | 09-01 | 019121 | 9/15/2001 | OFFICE/SUPPLIES | | 216.70 | 0.00 | |
| AP | VO | 002010 | 09-01 | 019139 | 9/27/2001 | NEXTEL/12 VOLT CHARGER | | 39.27 | 0.00 | |

# North Atlantic Transport Co.
## Detail General Ledger - Standard



Ledger ID: ACTUAL

Periods: 01-01 Through 12-01 As of: 4/12/2001

| Jrnl Type | Tran Type | Bat Nbr | Per Ent | Reference Nbr | Tran Date | Tran Description | Beginning Balance | Debit Amount | Credit Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| AP | VO | 002011 | 09-01 | 019147 | 9/22/2001 | VERIZON/MIKE&KEITH/SEPTEMBER | | 460.45 | 0.00 | |
| | | | | | Period 09-01 | Total | 229,517.56 | 4,617.66 | 0.00 | 234,135.22 |
| AP | AD | 002064 | 10-01 | 019311 | 10/31/2001 | INVOICE BILLED TWICE | | 0.00 | 39.27 | |
| AR | CM | 001241 | 10-01 | 202976 | 10/9/2001 | NOR RECEIVED PMT FOR NAT INV. | | 80,883.00 | 0.00 | |
| GJ | GL | 001385 | 10-01 | AE16 | 10/31/2001 | BPS BILLED BY NORAD SB NATCO | | 195.00 | 0.00 | |
| GJ | GL | 001385 | 10-01 | AE19 | 10/31/2001 | NEXTEL BILL CARLOS/ALLEN NADS | | 0.00 | 206.15 | |
| AP | VO | 002052 | 10-01 | 019268 | 10/15/2001 | OFFICE/OFFICE SUPPLIES | | 153.65 | 0.00 | |
| AP | VO | 002065 | 10-01 | 019312 | 10/10/2001 | NEXTEL--9/11/01-10/10/01 | | 1,312.31 | 0.00 | |
| AP | VO | 002074 | 10-01 | 019320 | 10/22/2001 | VERIZON/MIKE & KEITH CELL PHON | | 795.41 | 0.00 | |
| | | | | | Period 10-01 | Total | 234,135.22 | 83,339.37 | 245.42 | 317,229.17 |
| AP | AD | 002117 | 11-01 | 019403 | 11/22/2001 | verizon/credit for october bil | | 0.00 | 92.40 | |
| AR | CM | 001264 | 11-01 | 239244 | 11/7/2001 | VW INV 26160,26168,26172 PD NO | | 47,916.00 | 0.00 | |
| GJ | GL | 001397 | 11-01 | AE23 | 11/30/2001 | FIX ENTIRE NEXTEL BILL CHARGED | | 0.00 | 219.99 | |
| GJ | GL | 001397 | 11-01 | AE24 | 11/30/2001 | CM INCOR. PST TO 3030 VW | | 37,026.00 | 0.00 | |
| ^ GJ | GL | 001403 | 12-01 | AE29 | 11/30/2001 | CK FROM DOORLEY DUE TO NATCO | | 277.00 | 0.00 | |
| AP | VO | 002105 | 11-01 | 019382 | 11/10/2001 | nextel/october 11-November 10/ | | 880.74 | 0.00 | |
| AP | VO | 002109 | 11-01 | 019386 | 11/15/2001 | office/office supplies | | 451.76 | 0.00 | |
| AP | VO | 002117 | 11-01 | 019404 | 11/22/2001 | verizon/november/keith&mike | | 340.88 | 0.00 | |
| | | | | | Period 11-01 | Total | 317,229.17 | 86,892.38 | 312.39 | 403,809.16 |
| AP | AD | 002125 | 12-01 | 019428 | 12/17/2001 | VERIZON/PD BY ALDO CREDIT CARD | | 0.00 | 795.41 | |
| AP | AD | 002125 | 12-01 | 019429 | 12/17/2001 | VERIZON/PD BY ALDO CREDIT CARD | | 0.00 | 340.88 | |
| AR | CM | 001288 | 12-01 | 26184C | 12/17/2001 | INV 26184 PD TO NORAD OWED TO | | 4,702.50 | 0.00 | |
| AR | CM | 001297 | 12-01 | 295882 | 12/31/2001 | CK#295882 PD TO NORAD OWED NAT | | 11,335.50 | 0.00 | |
| GJ | GL | 001415 | 12-01 | AE 40 | 12/31/2001 | ADJ A/P BALANCE FOR ITEMS DUE | | 0.00 | 436,528.95 | |
| GJ | GL | 001427 | 12-01 | AE 60 | 12/31/2001 | ADJ FOR 2002 CRMEMO PST 2001 | | 0.00 | 160.00 | |
| GJ | GL | 001406 | 12-01 | AE13 | 12/31/2001 | CK FROM D.L. PAID TO NOR SB NA | | 25.10 | 0.00 | |
| GJ | GL | 001406 | 12-01 | AE18 | 12/31/2001 | CM INCORRECTLY PST TO 3030 VW | | 2,277.00 | 0.00 | |
| GJ | GL | 001406 | 12-01 | AE19 | 12/31/2001 | DOORLEY CK CUT TO NORAD SB NAT | | 14,183.00 | 0.00 | |
| GJ | GL | 001402 | 12-01 | AE29 | 11/30/2001 | CK FROM DOORLEY DUE TO NAT | | 277.00 | 0.00 | |
| GJ | GL | 001404 | 12-01 | AE29 | 12/1/2001 | CK FROM DOORLEY DUE TO NATCO | | 0.00 | 277.00 | |
| AP | VO | 002125 | 12-01 | 019444 | 12/9/2001 | JMSPRAY/CARWASH PAINT | | 380.00 | 0.00 | |
| AP | VO | 002140 | 12-01 | 019470 | 12/15/2001 | OFFICE/OFFICE SUPPLIES | | 514.15 | 0.00 | |
| AP | VO | 002143 | 12-01 | 019477 | 12/22/2001 | verizon/keith&mike cell phones | | 598.83 | 0.00 | |