# EXHIBIT F
# Pgs. 13-21

# North Atlantic Transport Co.
## Detail General Ledger - Standard

Ledger ID: ACTUAL

Periods: 01-01 Through 12-01 As of: 4/12/2001



| Jrnl Type | Tran Type | Bat Nbr | Per Ent | Reference Nbr | Tran Date | Tran Description | Beginning Balance | Debit Amount | Credit Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Period 12-01 | Total | 403,809.16 | 34,293.08 | 438,102.24 | 0.00 |
| | | | | | Sub NORAD | Total | 87,796.66 | 759,840.26 | 847,636.92 | 0.00 |
| Acct: 1130 | | Accounts Receivable-Other | | | Sub: VSG | | VEHICLE SERVICES GROUP | | | |
| ^ GJ | GL | 001214 | 12-00 | AE9 | 1/1/2001 | DEC EXP POSTED JAN -DAVISVILLE | | 0.00 | 1,420.89 | |
| GJ | GL | 001218 | 01-01 | AE9 | 1/31/2001 | 1/01 EXP POST 2/01 - RI | | 2,079.93 | 0.00 | |
| AP | VO | 001702 | 01-01 | 017619 | 1/29/2001 | PERFORMANCE RESTORATION | | 618.00 | 0.00 | |
| AP | VO | 001706 | 01-01 | 017647 | 1/1/2001 | VSG PORTION FUELRITE BILL | | 1,313.18 | 0.00 | |
| AP | VO | 001706 | 01-01 | 017648 | 1/15/2001 | VSG PORTION FUELRITE BILL | | 833.10 | 0.00 | |
| AP | VO | 001720 | 01-01 | 017783 | 1/2/2001 | YORK PC 1/2 - VSG TOLLS | | 12.00 | 0.00 | |
| AP | VO | 001720 | 01-01 | 017783 | 1/2/2001 | YORK PC 1/2 - VSG FUEL | | 50.00 | 0.00 | |
| AP | VO | 001720 | 01-01 | 017784 | 1/3/2001 | YORK PC 1/3 - VSG FUEL | | 41.85 | 0.00 | |
| AP | VO | 001720 | 01-01 | 017789 | 1/11/2001 | YORK PC 1/11 - VSG FUEL | | 40.02 | 0.00 | |
| AP | VO | 001720 | 01-01 | 017791 | 1/15/2001 | YORK PC 1/15 - VSG FUEL | | 49.05 | 0.00 | |
| AP | VO | 001720 | 01-01 | 017791 | 1/15/2001 | YORK PC 1/15 - VSG TOLLS | | 10.20 | 0.00 | |
| AP | VO | 001720 | 01-01 | 017792 | 1/16/2001 | YORK PC 1/16 - VSG FUEL | | 89.65 | 0.00 | |
| AP | VO | 001720 | 01-01 | 017792 | 1/16/2001 | YORK PC 1/16 - VSG TOLLS | | 4.00 | 0.00 | |
| AP | VO | 001721 | 01-01 | 017794 | 1/18/2001 | YORK PC 1/18 - VSG FUEL | | 76.26 | 0.00 | |
| AP | VO | 001721 | 01-01 | 017794 | 1/18/2001 | YORK PC 1/18 - VSG TOLLS | | 12.00 | 0.00 | |
| AP | VO | 001721 | 01-01 | 017795 | 1/19/2001 | YORK PC 1/19 - VSG FUEL | | 102.98 | 0.00 | |
| AP | VO | 001721 | 01-01 | 017795 | 1/19/2001 | YORK PC 1/19 - VSG TOLLS | | 7.40 | 0.00 | |
| AP | VO | 001723 | 01-01 | 017806 | 1/29/2001 | VSG - FUELRITE | | 1,392.79 | 0.00 | |
| | | | | | Period 01-01 | Total | 53,980.46 | 6,732.41 | 1,420.89 | 59,291.98 |
| ^ GJ | GL | 001233 | 01-01 | AE9 | 2/1/2001 | 1/01 EXP POST 2/01 - RI | | 0.00 | 2,079.93 | |
| AP | VO | 001726 | 02-01 | 017813 | 2/9/2001 | R&H TRUCK / PERFORMANCE RESTOR | | 1,713.95 | 0.00 | |
| AP | VO | 001726 | 02-01 | 017815 | 2/25/2001 | DRIVERS LOG - AUG (VSG) | | 10.00 | 0.00 | |
| AP | VO | 001727 | 02-01 | 017836 | 2/5/2001 | E. SWARTZ ; DOT-NEW | | 70.00 | 0.00 | |
| AP | VO | 001728 | 02-01 | 017848 | 2/12/2001 | VSG PORTION - FUELRITE BILL | | 1,143.92 | 0.00 | |
| AP | VO | 001728 | 02-01 | 017849 | 2/26/2001 | VSG PORTION - FUELRITE BILL | | 1,558.57 | 0.00 | |
| AP | VO | 001729 | 02-01 | 017889 | 2/21/2001 | CLUTCH NOT WORKING | | 35.00 | 0.00 | |
| AP | VO | 001732 | 02-01 | 017939 | 2/15/2001 | VSG FUEL - 2/15 YKPC | | 62.00 | 0.00 | |
| AP | VO | 001732 | 02-01 | 017939 | 2/15/2001 | VSG TOLLS - 2/15 YKPC | | 13.00 | 0.00 | |
| AP | VO | 001732 | 02-01 | 017941 | 2/16/2001 | VSG FUEL - 2/16 YKPC | | 109.84 | 0.00 | |
| AP | VO | 001732 | 02-01 | 017941 | 2/16/2001 | VSG TOLLS - 2/16 YKPC | | 15.50 | 0.00 | |

(T) 01594

# North Atlantic Transport Co.
## Detail General Ledger - Standard

Page: 82 of 460
Report: 016200.rpt
Company: NATCO

Ledger ID: ACTUAL

Periods: 01-01 Through 12-01 As of: 4/12/2001

| Jrnl Type | Tran Type | Bat Nbr | Per Ent | Reference Nbr | Tran Date | Tran Description | Beginning Balance | Debit Amount | Credit Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| AP | VO | 001732 | 02-01 | 017942 | 2/19/2001 | TOW STRAP, WSHIELD WASH, KEY | | 46.52 | 0.00 | |
| AP | VO | 001732 | 02-01 | 017942 | 2/19/2001 | VSG FUEL - 2/19 YKPC | | 144.45 | 0.00 | |
| AP | VO | 001732 | 02-01 | 017942 | 2/19/2001 | VSG TOLLS - 2/19 YKPC | | 30.60 | 0.00 | |
| AP | VO | 001732 | 02-01 | 017943 | 2/20/2001 | VSG FUEL - 2/20 YKPC | | 42.49 | 0.00 | |
| AP | VO | 001732 | 02-01 | 017943 | 2/20/2001 | VSG TOLLS - 2/20 YKPC | | 10.20 | 0.00 | |
| AP | VO | 001732 | 02-01 | 017945 | 2/22/2001 | VSG FUEL - 2/22 YKPC | | 151.61 | 0.00 | |
| AP | VO | 001732 | 02-01 | 017945 | 2/22/2001 | VSG TOLLS - 2/22 YKPC | | 20.25 | 0.00 | |
| AP | VO | 001732 | 02-01 | 017946 | 2/23/2001 | TOW STRAP, LIGHT FOR VSG TRUCK | | 30.52 | 0.00 | |
| AP | VO | 001732 | 02-01 | 017946 | 2/23/2001 | VSG FUEL - 2/23 YKPC | | 106.01 | 0.00 | |
| AP | VO | 001732 | 02-01 | 017946 | 2/23/2001 | VSG TOLLS - 2/23 YKPC | | 15.55 | 0.00 | |
| AP | VO | 001732 | 02-01 | 017947 | 2/27/2001 | VSG FUEL - 2/27 YKPC | | 90.95 | 0.00 | |
| AP | VO | 001732 | 02-01 | 017947 | 2/27/2001 | VSG TOLLS - 2/27 YKPC | | 39.80 | 0.00 | |
| AP | VO | 001732 | 02-01 | 017949 | 2/28/2001 | VSG FUEL - 2/28 YKPC | | 175.09 | 0.00 | |
| AP | VO | 001732 | 02-01 | 017949 | 2/28/2001 | VSG TOLLS - 2/28 YKPC | | 9.55 | 0.00 | |
| | | | | | Period 02-01 | Total | 59,291.98 | 5,645.37 | 2,079.93 | 62,857.42 |
| AP | VO | 001756 | 03-01 | 018018 | 3/25/2001 | DRIVER LOGS - NOV (SCUNGIO) | | 10.00 | 0.00 | |
| AP | VO | 001759 | 03-01 | 018069 | 3/12/2001 | VSG PORTION - FUELRITE 3/12 | | 719.98 | 0.00 | |
| AP | VO | 001759 | 03-01 | 018070 | 3/26/2001 | VSG PORTION - FUELRITE 3/26 | | 1,340.76 | 0.00 | |
| AP | VO | 001762 | 03-01 | 018142 | 3/12/2001 | CHECKED FOR NO TAIL LIGHTS, | | 2,141.02 | 0.00 | |
| AP | VO | 001770 | 03-01 | 018179 | 3/2/2001 | VSG FUEL - 3/2 YORK PC | | 147.81 | 0.00 | |
| AP | VO | 001770 | 03-01 | 018179 | 3/2/2001 | VSG TOLLS - 3/2 YORK PC | | 45.71 | 0.00 | |
| AP | VO | 001770 | 03-01 | 018180 | 3/6/2001 | VSG FUEL - 3/6 YORK PC | | 40.00 | 0.00 | |
| AP | VO | 001770 | 03-01 | 018182 | 3/7/2001 | VSG FUEL - 3/7 YORK PC | | 58.56 | 0.00 | |
| AP | VO | 001770 | 03-01 | 018182 | 3/7/2001 | VSG TOLLS - 3/7 YORK PC | | 14.55 | 0.00 | |
| AP | VO | 001770 | 03-01 | 018183 | 3/8/2001 | VSG FUEL - 3/8 YORK PC | | 139.75 | 0.00 | |
| AP | VO | 001770 | 03-01 | 018183 | 3/8/2001 | VSG TOLLS - 3/8 YORK PC | | 33.50 | 0.00 | |
| AP | VO | 001770 | 03-01 | 018185 | 3/9/2001 | VSG FUEL - 3/9 YORK PC | | 42.74 | 0.00 | |
| AP | VO | 001770 | 03-01 | 018185 | 3/9/2001 | VSG TOLLS - 3/9 YORK PC | | 11.85 | 0.00 | |
| AP | VO | 001770 | 03-01 | 018186 | 3/12/2001 | VSG FUEL - 3/12 YORK PC | | 51.10 | 0.00 | |
| AP | VO | 001770 | 03-01 | 018186 | 3/12/2001 | VSG TOLLS - 3/12 YORK PC | | 8.00 | 0.00 | |
| AP | VO | 001770 | 03-01 | 018187 | 3/13/2001 | VSG FUEL - 3/13 YORK PC | | 36.15 | 0.00 | |
| AP | VO | 001770 | 03-01 | 018187 | 3/13/2001 | FASTENERS FROM ACE - 3/13 YKPC | | 1.04 | 0.00 | |
| AP | VO | 001770 | 03-01 | 018189 | 3/14/2001 | VSG FUEL - 3/14 YORK PC | | 46.37 | 0.00 | |
| AP | VO | 001770 | 03-01 | 018189 | 3/14/2001 | VSG TOLLS - 3/14 YORK PC | | 26.15 | 0.00 | |

(T) 01595

# North Atlantic Transport Co.
## Detail General Ledger - Standard

Ledger ID: ACTUAL

Periods: 01-01 Through 12-01 As of: 4/12/2001

Page: 83 of 460
Report: 016200.rpt
Company: NATCO

| Jrnl Type | Tran Type | Bat Nbr | Per Ent | Reference Nbr | Tran Date | Tran Description | Beginning Balance | Debit Amount | Credit Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| AP | VO | 001770 | 03-01 | 018190 | 3/15/2001 | VSG FUEL - 3/15 YORK PC | | 50.00 | 0.00 | |
| AP | VO | 001770 | 03-01 | 018190 | 3/15/2001 | VSG TOLLS - 3/15 YORK PC | | 10.20 | 0.00 | |
| AP | VO | 001770 | 03-01 | 018191 | 3/16/2001 | VSG FUEL - 3/16 YORK PC | | 42.80 | 0.00 | |
| AP | VO | 001770 | 03-01 | 018191 | 3/16/2001 | VSG TOLLS - 3/16 YORK PC | | 9.25 | 0.00 | |
| AP | VO | 001771 | 03-01 | 018193 | 3/21/2001 | FUEL VSG YK PETTY CASH 3/21 | | 48.83 | 0.00 | |
| AP | VO | 001771 | 03-01 | 018193 | 3/21/2001 | WIRES/CONNECTERS YK PC 3/21 | | 14.30 | 0.00 | |
| AP | VO | 001771 | 03-01 | 018195 | 3/22/2001 | FUEL VSG YK PCASH 3/22/01 | | 82.39 | 0.00 | |
| AP | VO | 001771 | 03-01 | 018197 | 3/23/2001 | FUEL MAP YK PCASH 3/23 | | 44.96 | 0.00 | |
| AP | VO | 001771 | 03-01 | 018197 | 3/23/2001 | FUEL MAP YK PCASH 3/23 | | 22.50 | 0.00 | |
| AP | VO | 001771 | 03-01 | 018198 | 3/26/2001 | FUEL VSG YKPCASH 3/26 | | 48.00 | 0.00 | |
| AP | VO | 001771 | 03-01 | 018199 | 3/27/2001 | FUEL VSG YK PCASH 3/27 | | 81.25 | 0.00 | |
| AP | VO | 001771 | 03-01 | 018199 | 3/27/2001 | TOLLS VSG YK PCASH 3/27 | | 1.00 | 0.00 | |
| AP | VO | 001771 | 03-01 | 018200 | 3/28/2001 | FUEL VSG YK PCASH 3/28 | | 91.25 | 0.00 | |
| AP | VO | 001771 | 03-01 | 018200 | 3/28/2001 | TOLL VSG YK PCASH 3/28 | | 7.95 | 0.00 | |
| AP | VO | 001771 | 03-01 | 018201 | 3/29/2001 | FUEL VSG YK PCASH 3/29 | | 42.70 | 0.00 | |
| AP | VO | 001771 | 03-01 | 018201 | 3/29/2001 | TOLL VSG YK PCASH 3/29 | | 10.00 | 0.00 | |
| | | | | | Period 03-01 | Total | 62,857.42 | 5,522.42 | 0.00 | 68,379.84 |
| GJ | GL | 001263 | 04-01 | AE10 | 4/30/2001 | 4/01 EXP PST 5/01--YORK | | 12.30 | 0.00 | |
| GJ | GL | 001262 | 04-01 | AE20 | 7/24/2001 | CORRECT CLASS. OF VERIZON BILL | | 0.00 | 92.21 | |
| GJ | GL | 001263 | 04-01 | AE9 | 4/30/2001 | 4/01 EXP PST 5/01--DAVISVILLE | | 113.61 | 0.00 | |
| AP | VO | 001773 | 04-01 | 018231 | 4/30/2001 | FUEL FOR RAMP & #17083, 17118 | | 1,331.69 | 0.00 | |
| AP | VO | 001776 | 04-01 | 018305 | 4/25/2001 | MONTH OF APRIL | | 94.21 | 0.00 | |
| AP | VO | 001777 | 04-01 | 018308 | 4/12/2001 | 3/21-4/11 | | 1,953.79 | 0.00 | |
| AP | VO | 001777 | 04-01 | 018317 | 4/3/2001 | #19 RRO/LT235 85R 16 GEN | | 140.00 | 0.00 | |
| AP | VO | 001782 | 04-01 | 018341 | 4/2/2001 | GAS VSG | | 40.00 | 0.00 | |
| AP | VO | 001782 | 04-01 | 018341 | 4/2/2001 | TAIL LIGHT, WD40 VSG | | 9.31 | 0.00 | |
| AP | VO | 001782 | 04-01 | 018343 | 4/3/2001 | GAS VSG | | 40.00 | 0.00 | |
| AP | VO | 001782 | 04-01 | 018344 | 4/4/2001 | GAS VSG | | 44.54 | 0.00 | |
| AP | VO | 001782 | 04-01 | 018345 | 4/5/2001 | GAS--VSG | | 45.00 | 0.00 | |
| AP | VO | 001782 | 04-01 | 018346 | 4/6/2001 | GAS--VSG | | 51.05 | 0.00 | |
| AP | VO | 001782 | 04-01 | 018346 | 4/6/2001 | TOLLS--VSG | | 14.40 | 0.00 | |
| AP | VO | 001782 | 04-01 | 018347 | 4/10/2001 | GAS VSG | | 119.65 | 0.00 | |
| AP | VO | 001782 | 04-01 | 018347 | 4/10/2001 | TOLLS VSG | | 6.35 | 0.00 | |
| AP | VO | 001782 | 04-01 | 018349 | 4/11/2001 | GAS--VSG | | 45.35 | 0.00 | |

(T) 01596

# North Atlantic Transport Co.
## Detail General Ledger - Standard

Ledger ID: ACTUAL

Periods: 01-01 Through 12-01 As of: 4/12/2001

Page: 84 of 460
Report: 016200.rpt
Company: NATCO

| | Jrnl Type | Tran Type | Bat Nbr | Per Ent | Reference Nbr | Tran Date | Tran Description | Beginning Balance | Debit Amount | Credit Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | AP | VO | 001782 | 04-01 | 018349 | 4/11/2001 | TOLLS--VSG | | 23.15 | 0.00 | |
| | AP | VO | 001782 | 04-01 | 018350 | 4/17/2001 | GAS--VSG | | 33.35 | 0.00 | |
| | AP | VO | 001782 | 04-01 | 018350 | 4/17/2001 | TOLLS--VSG | | 11.10 | 0.00 | |
| | AP | VO | 001782 | 04-01 | 018351 | 4/16/2001 | GAS--VSG | | 49.00 | 0.00 | |
| | AP | VO | 001782 | 04-01 | 018351 | 4/16/2001 | TOLLS--VSG | | 14.55 | 0.00 | |
| | AP | VO | 001782 | 04-01 | 018353 | 4/24/2001 | GAS--VSG | | 92.00 | 0.00 | |
| | AP | VO | 001782 | 04-01 | 018353 | 4/24/2001 | TOLLS--VSG | | 20.40 | 0.00 | |
| | AP | VO | 001783 | 04-01 | 018354 | 4/26/2001 | GAS--VSG | | 98.95 | 0.00 | |
| | AP | VO | 001783 | 04-01 | 018354 | 4/26/2001 | TOLLS--VSG | | 12.00 | 0.00 | |
| | AP | VO | 001783 | 04-01 | 018355 | 4/30/2001 | GAS--VSG | | 55.50 | 0.00 | |
| | AP | VO | 001783 | 04-01 | 018355 | 4/30/2001 | TOLLS--VSG | | 11.10 | 0.00 | |
| | AP | VO | 001783 | 04-01 | 018356 | 4/18/2001 | GAS--VSG | | 46.25 | 0.00 | |
| | AP | VO | 001783 | 04-01 | 018357 | 4/23/2001 | TOW STRAP FOR E. SWARTZ | | 36.44 | 0.00 | |
| | AP | VO | 001783 | 04-01 | 018357 | 4/23/2001 | GAS--VSG | | 123.76 | 0.00 | |
| | AP | VO | 001783 | 04-01 | 018357 | 4/23/2001 | TOLLS-VSG | | 21.55 | 0.00 | |
| | AP | VO | 001784 | 04-01 | 018358 | 4/19/2001 | TOLLS--VSG | | 11.95 | 0.00 | |
| | AP | VO | 001784 | 04-01 | 018358 | 4/19/2001 | GAS--VSG | | 94.00 | 0.00 | |
| | AP | VO | 001784 | 04-01 | 018359 | 4/27/2001 | GAS--VSG | | 50.01 | 0.00 | |
| | AP | VO | 001784 | 04-01 | 018360 | 4/25/2001 | GAS--VSG | | 38.25 | 0.00 | |
| | AP | VO | 001784 | 04-01 | 018361 | 4/12/2001 | GAS--VSG | | 87.90 | 0.00 | |
| | AP | VO | 001784 | 04-01 | 018361 | 4/12/2001 | TOLLS--VSG | | 17.40 | 0.00 | |
| | | | | | | Period 04-01 | Total | 68,379.84 | 5,009.86 | 92.21 | 73,297.49 |
| ^ | GJ | GL | 001290 | 04-01 | AE10 | 5/1/2001 | 4/01 EXP PST 5/01--YORK | | 0.00 | 12.30 | |
| | GJ | GL | 001308 | 05-01 | AE10 | 5/31/2001 | 5/01 EXP PST 6/01--YORK | | 137.95 | 0.00 | |
| ^ | GJ | GL | 001290 | 04-01 | AE9 | 5/1/2001 | 4/01 EXP PST 5/01--DAVISVILLE | | 0.00 | 113.61 | |
| | AP | VO | 001801 | 05-01 | 018370 | 5/1/2001 | GAS--VSG | | 44.75 | 0.00 | |
| | AP | VO | 001801 | 05-01 | 018371 | 5/2/2001 | GAS--VSG | | 47.25 | 0.00 | |
| | AP | VO | 001801 | 05-01 | 018371 | 5/2/2001 | TOLLS--VSG | | 14.55 | 0.00 | |
| | AP | VO | 001801 | 05-01 | 018372 | 5/3/2001 | GAS--RAMP TRUCK | | 6.00 | 0.00 | |
| | AP | VO | 001801 | 05-01 | 018372 | 5/3/2001 | GAS--VSG | | 83.90 | 0.00 | |
| | AP | VO | 001801 | 05-01 | 018372 | 5/3/2001 | TOLLS--VSG | | 16.10 | 0.00 | |
| | AP | VO | 001801 | 05-01 | 018373 | 5/4/2001 | GAS--VSG | | 36.61 | 0.00 | |
| | AP | VO | 001801 | 05-01 | 018373 | 5/4/2001 | TOLLS--VSG | | 10.00 | 0.00 | |
| | AP | VO | 001801 | 05-01 | 018374 | 5/7/2001 | GAS--VSG | | 78.45 | 0.00 | |

(T) 01597

# North Atlantic Transport Co.
## Detail General Ledger - Standard

Ledger ID: ACTUAL

Periods: 01-01 Through 12-01 As of: 4/12/2001



| Jrnl Type | Tran Type | Bat Nbr | Per Ent | Reference Nbr | Tran Date | Tran Description | Beginning Balance | Debit Amount | Credit Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| AP | VO | 001801 | 05-01 | 018374 | 5/7/2001 | TOLLS--VSG | | 7.15 | 0.00 | |
| AP | VO | 001801 | 05-01 | 018375 | 5/8/2001 | GAS--VSG | | 280.90 | 0.00 | |
| AP | VO | 001801 | 05-01 | 018376 | 5/9/2001 | GAS--VSG | | 126.45 | 0.00 | |
| AP | VO | 001801 | 05-01 | 018376 | 5/9/2001 | TOLLS--VSG | | 6.75 | 0.00 | |
| AP | VO | 001801 | 05-01 | 018377 | 5/10/2001 | GAS--VSG | | 92.45 | 0.00 | |
| AP | VO | 001801 | 05-01 | 018379 | 5/14/2001 | GAS--VSG | | 63.05 | 0.00 | |
| AP | VO | 001801 | 05-01 | 018379 | 5/14/2001 | TOLLS--VSG | | 5.50 | 0.00 | |
| AP | VO | 001801 | 05-01 | 018380 | 5/15/2001 | GAS--VSG | | 113.82 | 0.00 | |
| AP | VO | 001801 | 05-01 | 018380 | 5/15/2001 | TOLLS--VSG | | 13.85 | 0.00 | |
| AP | VO | 001801 | 05-01 | 018382 | 5/18/2001 | GAS--VSG | | 148.83 | 0.00 | |
| AP | VO | 001801 | 05-01 | 018382 | 5/18/2001 | TOLLS--VSG | | 8.55 | 0.00 | |
| AP | VO | 001801 | 05-01 | 018383 | 5/18/2001 | GAS--VSG | | 50.50 | 0.00 | |
| AP | VO | 001801 | 05-01 | 018383 | 5/18/2001 | TOLLS--VSG | | 6.55 | 0.00 | |
| AP | VO | 001801 | 05-01 | 018387 | 5/24/2001 | GAS--VSG | | 50.25 | 0.00 | |
| AP | VO | 001801 | 05-01 | 018387 | 5/24/2001 | TOLLS--VSG | | 5.50 | 0.00 | |
| AP | VO | 001801 | 05-01 | 018388 | 5/25/2001 | GAS--VSG | | 47.00 | 0.00 | |
| AP | VO | 001801 | 05-01 | 018388 | 5/25/2001 | TOLLS--VSG | | 5.50 | 0.00 | |
| AP | VO | 001801 | 05-01 | 018390 | 5/30/2001 | GAS--VSG | | 130.00 | 0.00 | |
| AP | VO | 001801 | 05-01 | 018390 | 5/30/2001 | TOLLS--VSG | | 10.20 | 0.00 | |
| AP | VO | 001810 | 05-01 | 018438 | 5/14/2001 | GAS--MAY | | 1,417.72 | 0.00 | |
| AP | VO | 001811 | 05-01 | 018473 | 5/25/2001 | MAY BILL | | 89.18 | 0.00 | |
| AP | VO | 001812 | 05-01 | 018488 | 5/29/2001 | GAS--MAY | | 1,302.44 | 0.00 | |
| | | | | | Period 05-01 | Total | 73,297.49 | 4,457.70 | 125.91 | 77,629.28 |
| ^ GJ | GL | 001323 | 05-01 | AE10 | 6/1/2001 | 5/01 EXP PST 6/01--YORK | | 0.00 | 137.95 | |
| GJ | GL | 001327 | 06-01 | AE10 | 6/30/2001 | 6/01 EXP PST 7/01--YORK | | 78.36 | 0.00 | |
| GJ | GL | 001327 | 06-01 | AE9 | 6/30/2001 | 6/01 EXP PST 7/01 | | 724.04 | 0.00 | |
| ^ AP | VO | 001808 | 05-01 | 018397 | 6/4/2001 | GAS--VSG | | 80.32 | 0.00 | |
| ^ AP | VO | 001808 | 05-01 | 018397 | 6/4/2001 | TOLLS--VSG | | 7.15 | 0.00 | |
| ^ AP | VO | 001808 | 05-01 | 018398 | 6/7/2001 | GAS--VSG | | 43.30 | 0.00 | |
| ^ AP | VO | 001808 | 05-01 | 018398 | 6/7/2001 | TOLLS--VSG | | 10.00 | 0.00 | |
| ^ AP | VO | 001808 | 05-01 | 018399 | 6/11/2001 | GAS--VSG | | 69.28 | 0.00 | |
| ^ AP | VO | 001808 | 05-01 | 018399 | 6/11/2001 | TOLLS--VSG | | 12.80 | 0.00 | |
| ^ AP | VO | 001808 | 05-01 | 018400 | 6/12/2001 | GAS--VSG | | 49.50 | 0.00 | |
| ^ AP | VO | 001808 | 05-01 | 018400 | 6/12/2001 | TOLLS--VSG | | 5.50 | 0.00 | |

# North Atlantic Transport Co.

## Detail General Ledger - Standard



Ledger ID: ACTUAL

Periods: 01-01 Through 12-01 As of: 4/12/2001

| Jrnl Type | Tran Type | Bat Nbr | Per Ent | Reference Nbr | Tran Date | Tran Description | Beginning Balance | Debit Amount | Credit Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| ^ AP | VO | 001808 | 05-01 | 018401 | 6/13/2001 | GAS--VSG | | 40.00 | 0.00 | |
| ^ AP | VO | 001808 | 05-01 | 018402 | 6/14/2001 | GAS--MAP | | 50.00 | 0.00 | |
| ^ AP | VO | 001808 | 05-01 | 018403 | 6/1/2001 | GAS--VSG | | 128.75 | 0.00 | |
| ^ AP | VO | 001808 | 05-01 | 018403 | 6/1/2001 | TOLLS--VSG | | 9.20 | 0.00 | |
| ^ AP | VO | 001808 | 05-01 | 018404 | 6/5/2001 | GAS--VSG | | 39.00 | 0.00 | |
| ^ AP | VO | 001808 | 05-01 | 018405 | 6/6/2001 | GAS--VSG | | 68.00 | 0.00 | |
| ^ AP | VO | 001808 | 05-01 | 018405 | 6/6/2001 | GAS--TOLLS | | 6.05 | 0.00 | |
| ^ AP | VO | 001808 | 05-01 | 018406 | 6/8/2001 | GAS--VSG | | 46.46 | 0.00 | |
| ^ AP | VO | 001808 | 05-01 | 018407 | 6/15/2001 | GAS--VSG | | 55.00 | 0.00 | |
| ^ AP | VO | 001808 | 05-01 | 018408 | 6/18/2001 | GAS--VSG | | 171.04 | 0.00 | |
| ^ AP | VO | 001808 | 05-01 | 018408 | 6/18/2001 | TAIL LIGHT--VSG | | 5.29 | 0.00 | |
| ^ AP | VO | 001808 | 05-01 | 018409 | 6/19/2001 | GAS--VSG | | 29.17 | 0.00 | |
| ^ AP | VO | 001808 | 05-01 | 018409 | 6/19/2001 | TOLLS--VSG | | 11.10 | 0.00 | |
| ^ AP | VO | 001808 | 05-01 | 018410 | 6/20/2001 | GAS--VSG | | 85.15 | 0.00 | |
| ^ AP | VO | 001808 | 05-01 | 018410 | 6/20/2001 | TOLLS--VSG | | 10.20 | 0.00 | |
| ^ AP | VO | 001808 | 05-01 | 018411 | 6/21/2001 | GAS--MAP | | 50.00 | 0.00 | |
| ^ AP | VO | 001809 | 05-01 | 018412 | 6/22/2001 | GAS--VSG | | 34.45 | 0.00 | |
| ^ AP | VO | 001809 | 05-01 | 018412 | 6/22/2001 | TOLLS--VSG | | 5.50 | 0.00 | |
| ^ AP | VO | 001809 | 05-01 | 018413 | 6/25/2001 | GAS--VSG | | 75.83 | 0.00 | |
| ^ AP | VO | 001809 | 05-01 | 018413 | 6/25/2001 | TOLLS--VSG | | 10.95 | 0.00 | |
| ^ AP | VO | 001809 | 05-01 | 018414 | 6/26/2001 | GAS--VSG | | 46.00 | 0.00 | |
| ^ AP | VO | 001809 | 05-01 | 018414 | 6/26/2001 | TOLLS--VSG | | 10.00 | 0.00 | |
| ^ AP | VO | 001809 | 05-01 | 018415 | 6/27/2001 | GAS--VSG | | 49.00 | 0.00 | |
| ^ AP | VO | 001809 | 05-01 | 018415 | 6/27/2001 | TOLLS--VSG | | 6.35 | 0.00 | |
| ^ AP | VO | 001809 | 05-01 | 018416 | 6/28/2001 | GAS--VSG | | 47.00 | 0.00 | |
| ^ AP | VO | 001809 | 05-01 | 018416 | 6/28/2001 | TOLLS--VSG | | 10.00 | 0.00 | |
| AP | VO | 001827 | 06-01 | 018559 | 6/1/2001 | E.SWARTZ--FINE | | 119.00 | 0.00 | |
| AP | VO | 001828 | 06-01 | 018585 | 6/11/2001 | 5/29-6/08 | | 1,408.11 | 0.00 | |
| AP | VO | 001829 | 06-01 | 018620 | 6/25/2001 | 6/11-6/25 | | 1,697.25 | 0.00 | |
| AP | VO | 001848 | 06-01 | 018653 | 6/4/2001 | FLAT WINDSHIELD VIN#6630 | | 140.00 | 0.00 | |
| | | | | | Period 06-01 | Total | 77,629.28 | 5,544.10 | 137.95 | 83,035.43 |
| ^ GJ | GL | 001339 | 06-01 | AE10 | 7/1/2001 | 6/01 EXP PST 7/01--YORK | | 0.00 | 78.36 | |
| GJ | GL | 001343 | 07-01 | AE11 | 7/31/2001 | 7/01 EXP POSTED 8/01-YORK | | 443.50 | 0.00 | |
| GJ | GL | 001342 | 07-01 | AE20 | 7/31/2001 | CHARGED TO VSG SHOULD BE MAP | | 0.00 | 89.18 | |

(T) 01599

# North Atlantic Transport Co.
## Detail General Ledger - Standard

Page: 87 of 460
Report: 016200.rpt
Company: NATCO

Ledger ID: ACTUAL

Periods: 01-01 Through 12-01 As of: 4/12/2001

| Jrnl Type | Tran Type | Bat Nbr | Per Ent | Reference Nbr | Tran Date | Tran Description | Beginning Balance | Debit Amount | Credit Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| ^ GJ | GL | 001339 | 06-01 | AE9 | 7/1/2001 | 6/01 EXP PST 7/01 | | 0.00 | 724.04 | |
| AP | VO | 001856 | 07-01 | 018659 | 7/2/2001 | GAS--VSG | | 111.00 | 0.00 | |
| AP | VO | 001856 | 07-01 | 018659 | 7/2/2001 | TOLLS--VSG | | 11.35 | 0.00 | |
| AP | VO | 001856 | 07-01 | 018660 | 7/3/2001 | GAS--VSG | | 48.00 | 0.00 | |
| AP | VO | 001856 | 07-01 | 018660 | 7/3/2001 | TOLLS--VSG | | 9.90 | 0.00 | |
| AP | VO | 001856 | 07-01 | 018661 | 7/5/2001 | GAS--VSG | | 55.25 | 0.00 | |
| AP | VO | 001856 | 07-01 | 018661 | 7/5/2001 | TOLLS--VSG | | 5.50 | 0.00 | |
| AP | VO | 001856 | 07-01 | 018662 | 7/6/2001 | GAS--VSG | | 50.35 | 0.00 | |
| AP | VO | 001856 | 07-01 | 018662 | 7/6/2001 | TOLLS--VSG | | 14.10 | 0.00 | |
| AP | VO | 001856 | 07-01 | 018663 | 7/9/2001 | TOLLS--VSG | | 10.00 | 0.00 | |
| AP | VO | 001856 | 07-01 | 018663 | 7/9/2001 | GAS--VSG | | 48.00 | 0.00 | |
| AP | VO | 001856 | 07-01 | 018664 | 7/10/2001 | GAS--VSG | | 43.00 | 0.00 | |
| AP | VO | 001856 | 07-01 | 018664 | 7/10/2001 | TOLLS--VSG | | 7.50 | 0.00 | |
| AP | VO | 001856 | 07-01 | 018665 | 7/12/2001 | GAS--VSG | | 66.50 | 0.00 | |
| AP | VO | 001856 | 07-01 | 018665 | 7/12/2001 | TOLLS--VSG | | 11.85 | 0.00 | |
| AP | VO | 001856 | 07-01 | 018666 | 7/11/2001 | GAS--VSG | | 46.80 | 0.00 | |
| AP | VO | 001856 | 07-01 | 018666 | 7/11/2001 | TOLLS--VSG | | 5.50 | 0.00 | |
| AP | VO | 001856 | 07-01 | 018671 | 7/19/2001 | GAS--VSG | | 106.00 | 0.00 | |
| AP | VO | 001856 | 07-01 | 018671 | 7/19/2001 | TOLLS--VSG | | 6.35 | 0.00 | |
| AP | VO | 001856 | 07-01 | 018672 | 7/20/2001 | GAS--VSG | | 74.97 | 0.00 | |
| AP | VO | 001868 | 07-01 | 018728 | 7/13/2001 | FUELRITE | | 2,127.00 | 0.00 | |
| AP | VO | 001869 | 07-01 | 018772 | 7/18/2001 | #4HX66 TURN SIGNAL SWITCH/LABR | | 1,228.39 | 0.00 | |
| AP | VO | 001870 | 07-01 | 018779 | 7/23/2001 | GAS--VSG | | 28.00 | 0.00 | |
| AP | VO | 001870 | 07-01 | 018779 | 7/23/2001 | TOLLS--VSG | | 5.15 | 0.00 | |
| AP | VO | 001870 | 07-01 | 018780 | 7/24/2001 | GAS--VSG | | 42.00 | 0.00 | |
| AP | VO | 001870 | 07-01 | 018780 | 7/24/2001 | TOLLS--VSG | | 15.31 | 0.00 | |
| AP | VO | 001870 | 07-01 | 018781 | 7/25/2001 | GAS--VSG | | 60.00 | 0.00 | |
| AP | VO | 001870 | 07-01 | 018781 | 7/25/2001 | TOLLS--VSG | | 21.35 | 0.00 | |
| AP | VO | 001889 | 07-01 | 018803 | 7/26/2001 | GAS--VSG | | 70.00 | 0.00 | |
| AP | VO | 001889 | 07-01 | 018804 | 7/27/2001 | GAS--VSG | | 42.00 | 0.00 | |
| AP | VO | 001889 | 07-01 | 018804 | 7/27/2001 | TOLLS--VSG | | 5.50 | 0.00 | |
| AP | VO | 001901 | 07-01 | 018826 | 7/30/2001 | FUELRITE 7/13-7/27 | | 1,430.21 | 0.00 | |
| AP | VO | 001901 | 07-01 | 018828 | 7/10/2001 | JANUARY DRIVERS LOGS--T.MURRAY | | 12.50 | 0.00 | |
| AP | VO | 001907 | 07-01 | 018851 | 7/31/2001 | GAS--VSG--PETTY CASH--YK | | 94.00 | 0.00 | |

(T) 01600

# North Atlantic Transport Co.
## Detail General Ledger - Standard

Ledger ID: ACTUAL

Periods: 01-01 Through 12-01 As of: 4/12/2001



| | Jrnl Type | Tran Type | Bat Nbr | Per Ent | Reference Nbr | Tran Date | Tran Description | Beginning Balance | Debit Amount | Credit Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | AP | VO | 001907 | 07-01 | 018851 | 7/31/2001 | TOLLS--VSG--PETTY CASH--YK | | 7.00 | 0.00 | |
| | | | | | | Period 07-01 | Total | 83,035.43 | 6,363.83 | 891.58 | 88,507.68 |
| | GJ | GL | 001358 | 08-01 | AE11 | 8/1/2001 | 7/01 EXP POSTED 8/01-YORK | | 0.00 | 443.50 | |
| | GJ | GL | 001360 | 08-01 | AE8 | 8/31/2001 | 8/01 EXP PST 9/01-DAVISVILLE | | 840.40 | 0.00 | |
| | AP | VO | 001915 | 08-01 | 018872 | 8/10/2001 | FUELRITE 7/30/01-8/10/01 | | 1,225.02 | 0.00 | |
| | AP | VO | 001915 | 08-01 | 018883 | 8/1/2001 | J.SCUNCIO BLOWN REAR CALIPER | | 443.50 | 0.00 | |
| | AP | VO | 001916 | 08-01 | 018897 | 8/1/2001 | GAS--VSG--YK PETTY CASH | | 65.50 | 0.00 | |
| | AP | VO | 001916 | 08-01 | 018899 | 8/3/2001 | GAS--VSG--YORK PETTY CASH | | 98.01 | 0.00 | |
| | AP | VO | 001916 | 08-01 | 018899 | 8/3/2001 | TOLLS--VSG--YORK PETTY CASH | | 9.15 | 0.00 | |
| | AP | VO | 001960 | 08-01 | 018998 | 8/27/2001 | FUELRITE 8/14/01 - 8/27/01 | | 1,134.07 | 0.00 | |
| | | | | | | Period 08-01 | Total | 88,507.68 | 3,815.65 | 443.50 | 91,879.83 |
| | GJ | GL | 001375 | 09-01 | AE19 | 9/30/2001 | TO ADJ FOR ADVANCE DED. FROM K | | 250.00 | 0.00 | |
| ^ | GJ | GL | 001367 | 08-01 | AE8 | 9/1/2001 | 8/01 EXP PST 9/01-DAVISVILLE | | 0.00 | 840.40 | |
| | GJ | GL | 001376 | 09-01 | AE8 | 9/30/2001 | 9/01 EXP PST 10/01-DAVISVILLE | | 727.07 | 0.00 | |
| | AP | VO | 001987 | 09-01 | 019080 | 9/14/2001 | FUELRITE/8/28-9/13/01 | | 1,551.40 | 0.00 | |
| | AP | VO | 001988 | 09-01 | 019085 | 7/29/2001 | TRAILER/2 TIRES/JUNK TIRES/LAB | | 387.31 | 0.00 | |
| | AP | VO | 002002 | 09-01 | 019123 | 9/24/2001 | FUELRITE/ 9/14/01 - 9/21/01 | | 1,017.88 | 0.00 | |
| | | | | | | Period 09-01 | Total | 91,879.83 | 3,933.66 | 840.40 | 94,973.09 |
| | GJ | GL | 001386 | 10-01 | AE21 | 10/31/2001 | ACCRUE 8/01 EXP PST 11/01 | | 12.50 | 0.00 | |
| ^ | GJ | GL | 001380 | 09-01 | AE8 | 10/1/2001 | 9/01 EXP PST 10/01-DAVISVILLE | | 0.00 | 727.07 | |
| | AP | VO | 002036 | 10-01 | 019213 | 10/12/2001 | FUELRITE/FUEL--9/24-10/11/01 | | 1,708.21 | 0.00 | |
| | AP | VO | 002058 | 10-01 | 019289 | 10/29/2001 | FUELRITE 10/12 - 10/29/01 | | 1,477.43 | 0.00 | |
| | | | | | | Period 10-01 | Total | 94,973.09 | 3,198.14 | 727.07 | 97,444.16 |
| ^ | GJ | GL | 001392 | 10-01 | AE21 | 11/1/2001 | ACCRUE 8/01 EXP PST 11/01 | | 0.00 | 12.50 | |
| | GJ | GL | 001398 | 11-01 | AE7 | 11/30/2001 | 11/01 EXP PST 12/01 | | 2.32 | 0.00 | |
| | AP | VO | 002084 | 11-01 | 019332 | 11/4/2001 | ASSO/J.SCUNGIO DAILY LOGS/AUGU | | 12.50 | 0.00 | |
| | AP | VO | 002090 | 11-01 | 019358 | 11/12/2001 | FUELRITE--10/29/01-11/09/01 | | 1,533.71 | 0.00 | |
| | AP | VO | 002109 | 11-01 | 019383 | 11/26/2001 | fuelrite/11/12-11/26/01 | | 972.67 | 0.00 | |
| | AP | VO | 002109 | 11-01 | 019387 | 11/25/2001 | powerwash/2 tractors/1 towtruk | | 90.00 | 0.00 | |
| | | | | | | Period 11-01 | Total | 97,444.16 | 2,611.20 | 12.50 | 100,042.86 |
| | AP | AD | 002147 | 12-01 | 019492 | 12/31/2001 | ADJ A/P BALANCE FOR ITEMS DUE | | 0.00 | 76,396.27 | |
| | GJ | GL | 001415 | 12-01 | AE 46 | 12/31/2001 | ADJ PAYABLE BALANCE FOR AMT DU | | 0.00 | 676.00 | |
| | GJ | GL | 001415 | 12-01 | AE 47 | 12/31/2001 | ADJ INT PAYABLE FOR AMT DUE FR | | 0.00 | 411.96 | |

(T) 01601

# North Atlantic Transport Co.
## Detail General Ledger - Standard

Ledger ID: ACTUAL

Periods: 01-01 Through 12-01 As of: 4/12/2001

Page: 89 of 460
Report: 016200.rpt
Company: NATCO

| Jrnl Type | Tran Type | Bat Nbr | Per Ent | Reference Nbr | Tran Date | Tran Description | Beginning Balance | Debit Amount | Credit Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| GJ | GL | 001416 | 12-01 | AE 48 | 12/31/2001 | ACCR CREDIT MEMOS POSTED 1/02 | | 13,503.80 | 0.00 | |
| ^ GJ | GL | 001401 | 11-01 | AE7 | 12/1/2001 | 11/01 EXP PST 12/01 | | 0.00 | 2.32 | |
| AP | VO | 002125 | 12-01 | 019432 | 12/12/2001 | FUELRITE--11/26/01-12/12/01 | | 1,874.23 | 0.00 | |
| AP | VO | 002143 | 12-01 | 019476 | 12/31/2001 | fuelrite/ 12/12/01-12/28/01 | | 1,277.10 | 0.00 | |
| | | | | | **Period** 12-01 | **Total** | **100,042.86** | **16,655.13** | **77,486.55** | **39,211.44** |
| | | | | | **Sub** VSG | **Total** | **53,980.46** | **69,489.47** | **84,258.49** | **39,211.44** |
| | | | | | **Acct** 1130 | **Total** | **110,178.70** | **1,008,404.56** | **1,076,519.71** | **42,063.55** |

**Acct:** 1141 Advances **Sub:** 000000 Administrative

| Jrnl Type | Tran Type | Bat Nbr | Per Ent | Reference Nbr | Tran Date | Tran Description | Beginning Balance | Debit Amount | Credit Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | **Period** 01-01 | **Total** | **1,200.00** | **0.00** | **0.00** | **1,200.00** |
| AP | VO | 001731 | 02-01 | 017924 | 2/2/2001 | BROMLEY ADVANCE PAYBACK | | 100.00 | 0.00 | |
| AP | VO | 001731 | 02-01 | 017925 | 2/9/2001 | BROMLEY PAYBACK ERROR | | -100.00 | 0.00 | |
| | | | | | **Period** 02-01 | **Total** | **1,200.00** | **0.00** | **0.00** | **1,200.00** |
| AP | VO | 001754 | 03-01 | 017995 | 3/22/2001 | ADVANCE TO A. CAPUTO | | 200.00 | 0.00 | |
| | | | | | **Period** 03-01 | **Total** | **1,200.00** | **200.00** | **0.00** | **1,400.00** |
| AP | VO | 001782 | 04-01 | 018340 | 4/10/2001 | PETTY CASH | | -200.00 | 0.00 | |
| | | | | | **Period** 04-01 | **Total** | **1,400.00** | **-200.00** | **0.00** | **1,200.00** |
| | | | | | **Period** 05-01 | **Total** | **1,200.00** | **0.00** | **0.00** | **1,200.00** |
| | | | | | **Period** 06-01 | **Total** | **1,200.00** | **0.00** | **0.00** | **1,200.00** |
| AP | VO | 001870 | 07-01 | 018776 | 7/24/2001 | ADVANC TO MIKE 7/24/01 | | 750.00 | 0.00 | |
| | | | | | **Period** 07-01 | **Total** | **1,200.00** | **750.00** | **0.00** | **1,950.00** |
| AP | VO | 001919 | 08-01 | 018905 | 8/9/2001 | RETURN OF ADVANCE--MIKE'S TRIP | | -750.00 | 0.00 | |
| | | | | | **Period** 08-01 | **Total** | **1,950.00** | **-750.00** | **0.00** | **1,200.00** |
| AP | VO | 002001 | 09-01 | 019115 | 9/21/2001 | CASH/ALDO'S TRIP TO HOUSTON | | 200.00 | 0.00 | |
| | | | | | **Period** 09-01 | **Total** | **1,200.00** | **200.00** | **0.00** | **1,400.00** |
| AP | VO | 002060 | 10-01 | 019303 | 10/24/2001 | RETURN ON ALDO ADVANCE | | -25.53 | 0.00 | |
| | | | | | **Period** 10-01 | **Total** | **1,400.00** | **-25.53** | **0.00** | **1,374.47** |
| AP | VO | 002099 | 11-01 | 019375 | 11/19/2001 | ALDO ADVANCE RETURN/RI PC | | -187.49 | 0.00 | |
| | | | | | **Period** 11-01 | **Total** | **1,374.47** | **-187.49** | **0.00** | **1,186.98** |
| | | | | | **Period** 12-01 | **Total** | **1,186.98** | **0.00** | **0.00** | **1,186.98** |
| | | | | | **Sub** 000000 | **Total** | **1,200.00** | **-13.02** | **0.00** | **1,186.98** |

**Acct:** 1141 Advances **Sub:** YORK York, Pennsylvania

(T) 01602