During the relevant period, Caputo used a single email address, norad21@aol.com, to communicate with third-parties regarding the business of all of the Miranda Entities.

The accounting records reveal a number of instances where customers would send a check to one of the Miranda Entities for a payment that was owed (or included in amounts owed) to one of the other Miranda-owned corporations.

NATCO sometimes used a NORAD invoice letterhead to send invoices to outside customers (T 05226)

NATCO used a VSG inspection report as its own form (T 0529 and others). Such inspection reports were sent to outside customers.

## Conclusion

From an accounting perspective, the Miranda Entities—NORAD, NATCO, MAP, and VSG—were all operated as divisions of a single integrated business which Miranda used for his own personal benefit.

Louann O. Horton

---

# *L. Horton & Associates*

*99 Stonehenge Road, Kingston, RI 02881*
*Telephone 401-782-2078*
*www.LHorton.com*

## Lorraine A. Horton, CPA, CFE

### Background

Lorraine A. Horton is a Certified Public Accountant and Certified Fraud Examiner with 25 years of professional experience including public accounting, fraud investigations, and teaching.

For the past fifteen years her firm, L. Horton & Associates, has performed accounting investigations and provided litigation support for public and private clients. Her training and experience in accounting and fraud issues have contributed to her success in a wide range of cases including embezzlement, money laundering, insurance fraud, and due diligence audits.

### Professional

- Certified Public Accountant (licensed in R.I.)
- Certified Fraud Examiner
- Certified Computer Forensic Technician
- Member, R.I. Society of Certified Public Accountants
- Member, American Institute of Certified Public Accountants
- Member, Association of Certified Fraud Examiners
- Member, High Technology Crime Investigation Association

### Education

A.A.S. (Office Systems Administration), University of Delaware, 1974
B.S. (Business Administration), University of Rhode Island, 1981
M.B.A., University of Rhode Island, 1994

### Work History

L. Horton & Associates, (accounting and fraud investigations), 1992 – present
Johnson and Wales University, (adjunct professor), 2005
University of Rhode Island, (accounting instructor), 1985 and 1995 - 2001
Gaines, Vollucci & Co., (public accounting), 1985 – 1994
Bryant College, (accounting instructor), 1985
Marathon Development Corporation, (chief financial officer), 1983 - 1984
Arthur Young & Co., (public accounting), 1981 – 1983