**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

NORTH ATLANTIC DISTRIBUTION, INC.; and MICHAEL MIRANDA,

Plaintiffs,

v.

TEAMSTERS LOCAL UNION NO. 430; TEAMSTERS LOCAL UNION NO. 776; DANIEL A. VIRTUE, in his Capacity as President of Teamsters Local Union No. 776; and JOHN L. FOGLE, in his Capacity as Secretary of Teamsters Local Union No. 776,

Defendants.

C.A. No. 05-348 L

**DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Defendants respectfully move that this Court, pursuant to Rule 56 of the Federal Rules of Civil Procedure, grant summary judgment in their favor on all of Plaintiffs' claims and all of Defendants' counterclaims. Defendants are filing herewith their supporting memorandum of law and statement of undisputed facts together with supporting exhibits.

TEAMSTERS LOCAL UNION NO. 430; TEAMSTERS LOCAL UNION NO. 776; DANIEL A. VIRTUE, in his Capacity as President of Teamsters Local Union No. 776; and JOHN L. FOGLE, in his Capacity as Secretary of Teamsters Local Union No. 776,

By Their Attorneys,

Christopher H. Little (#1789)
Scott K. Pomeroy (#6044)
LITTLE MEDEIROS KINDER BULMAN & WHITNEY, P.C.
72 Pine Street
Providence, RI 02903
(401) 272-8080 Fax (401) 521-3555
Email: clittle@lmkbw.com, spomeroy@lmkbw.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of September 2006, I caused a true copy of the within Motion for Summary Judgment to be delivered by hand to each of the following:

Max Wistow, Esq.
Jeffrey A. Mega, Esq.
Wistow & Barylick, Inc.
61 Weybosset Street
Providence, RI 02903

Thomas J. McAndrew, Esq.
One Turks Head Place, Suite 205
Providence, RI 02903

Mary E. DeFanti

F:\Scott\Teamsters 430 - Miranda (A114)\motion for summary judgment 090706.doc