**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| NORTH ATLANTIC DISTRIBUTION, INC.; and MICHAEL MIRANDA,<br><br>Plaintiffs,<br><br>v.<br><br>TEAMSTERS LOCAL UNION NO. 430; TEAMSTERS LOCAL UNION NO. 776; DANIEL A. VIRTUE, in his Capacity as President of Teamsters Local Union No. 776; and JOHN L. FOGLE, in his Capacity as Secretary of Teamsters Local Union No. 776,<br><br>Defendants. | ) | C.A. No. 05-348 L |

**STIPULATION**

The parties, through counsel, hereby stipulate and agree as follows:

1) Defendants shall have up to and including September 21, 2006, to supplement their papers in support of summary judgment with additional record cites that may have been inadvertently omitted, to ensure that copies of all cited exhibits and transcript pages have been included, and to correct any typographical errors but

Defendants will not make any substantive changes or add additional arguments to the motion papers originally filed on September 7, 2006;

2) Plaintiffs shall have up to and including October 23, 2006, to file and serve their papers in opposition to Defendants' motion for summary judgment.

**Counsel for Plaintiffs,**

Max Wistow (#0330)
Jeffery A. Mega (#6441)
Wistow & Barylick, Inc.
61 Weybosset Street
Providence, RI 02903
Tel: (401) 831-2700
Fax: (401) 272-9752
Email: mw@wistbar.com, jam@wistbar.com

Thomas J. McAndrew (#1001)
One Turks Head Place, Suite 205
Providence, RI 02903
Tel: (401) 455-0350
Fax: (401) 455-0882

Date: 9/11/06

**Counsel for Defendants,**

Christopher H. Little (#1789)
Scott K. Pomeroy (#6044)
Little Medeiros Kinder Bulman & Whitney, P.C.
72 Pine Street
Providence, RI 02903
Tel: (401) 272-8080
Fax: (401) 521-3555
Email: clittle@lmkbw.com, spomeroy@lmkbw.com

Date: 11 Sept 2006

**ENTER:**

______________________________

**BY ORDER:**

______________________________

scott/A114/1494