UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| NORTH ATLANTIC DISTRIBUTION, INC. AND MICHAEL MIRANDA, Plaintiffs, | : | |
| vs. | : | C.A. NO: 05-348L |
| TEAMSTERS LOCAL UNION NO. 430, TEAMSTERS LOCAL UNION NO. 776, DANIEL A. VIRTUE *in his capacity as President of Teamsters Local Union No. 776* AND JOHN L. FOGLE *in his capacity as Secretary of Teamsters Local Union No. 776*, Defendants. | : | |

**JOINT MOTION TO EXTEND DEADLINE**
**FOR FILING PRE-TRIAL MEMORANDA**

Plaintiffs and Defendants jointly request an Order from this Honorable Court extending the date for the filing of pre-trial memoranda from September 28, 2006 (pursuant to the June 16, 2006 Order of The Honorable David L. Martin) to thirty days subsequent to this Court's decisions upon Plaintiffs' Motion for Summary Judgment (which was argued on April 11, 2006) and Defendants' Motion for Summary Judgment which was filed on September 7, 2006 and has not yet been scheduled for hearing.[1] As reason therefore, Plaintiffs and Defendants assert that Plaintiffs' and/or Defendants' Motion for Summary Judgment may resolve all issues in this case, obviating the necessity of a trial.

[1] Plaintiffs' Objection to Defendants' Motion for Summary Judgment is due on or before October 23, 2006, pursuant to this Court's September 12, 2006 Order.

Plaintiffs,
North Atlantic Distribution, Inc. and
Michael Miranda
By their Attorneys

/s/Max Wistow
Max Wistow (#0330)
Wistow & Barylick Incorporated
61 Weybosset St.
Providence, RI 02903
(401) 831-2700 (Telephone)
(401) 272-9752 (Facsimile)
mw@wistbar.com

/s/ Jeffrey A.Mega
Jeffrey A. Mega (#6441)
Wistow & Barylick Incorporated
61 Weybosset St.
Providence, RI 02903
(401) 831-2700 (Telephone)
(401) 272-9752 (Facsimile)
jam@wistbar.com

/s/ Thomas J. McAndrew
Thomas J. McAndrew (#1001)
One Turks Head Place, Suite 205
Providence, RI 02903
(401) 455-0330 (Telephone)
(401) 455-0882 (Facsimile)
tmcandrew@tjmcandrewlaw.com

Defendants,
Teamsters Local Union No. 430,
Teamsters Local Union No. 776,
Daniel A. Virtue, and
John L. Fogle
By their Attorneys,

/s/ Christopher H. Little________
Christopher H. Little (#1789)
Scott K. Pomeroy (#6044)
Little Medeiros Kinder Bulman &
Whitney, P.C.
72 Pine Street
Providence, RI 02903
(401) 272-8080 (Telephone)
(401) 521-3555 (Facsimile)
clittle@lmkbw.com
spomeroy@lmkbw.com

DATED:

**CERTIFICATION**

I hereby certify that I caused to be served by electronic means (ECF) a copy of the within on the ____ day of September, 2006, to the following:

Christopher H. Little, Esq.
clittle@lmkbw.com

/s/Max Wistow____________________

Max Wistow (#0330)
Wistow & Barylick Incorporated
61 Weybosset St.
Providence, RI 02903
(401) 831-2700 (Telephone)
(401) 272-9752 (Facsimile)
mw@wistbar.com

F:\Miranda, Mike (NORAD) #6523\PLEADINGS\US DISTRICT CT\Joint Motion to Extend Deadline for Filing Pre-Trial Memoranda.doc