UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF RHODE ISLAND

NORTH ATLANTIC DISTRIBUTION, INC. AND MICHAEL MIRANDA,
Plaintiffs,

vs. C.A. NO: 05-348L

TEAMSTERS LOCAL UNION NO. 430, TEAMSTERS LOCAL UNION NO. 776, DANIEL A. VIRTUE *in his capacity as President of Teamsters Local Union No. 776* AND JOHN L. FOGLE *in his capacity as Secretary of Teamsters Local Union No. 776,*
Defendants.

**JOINT MOTION TO EXTEND DEADLINE FOR FILING PRE-TRIAL MEMORANDA**

Plaintiffs and Defendants jointly request an Order from this Honorable Court extending the date for the filing of pre-trial memoranda from September 28, 2006 (pursuant to the June 16, 2006 Order of The Honorable David L. Martin) to thirty days subsequent to this Court's decisions upon Plaintiffs' Motion for Summary Judgment (which was argued on April 11, 2006) and Defendants' Motion for Summary Judgment which was filed on September 7, 2006 and has not yet been scheduled for hearing.[1] As reason therefore, Plaintiffs and Defendants assert that Plaintiffs' and/or Defendants' Motion for Summary Judgment may resolve all issues in this case, obviating the necessity of a trial.

[1] Plaintiffs' Objection to Defendants' Motion for Summary Judgment is due on or before October 23, 2006, pursuant to this Court's September 12, 2006 Order.

Granted: Ronald R. Lagueux
Sr. USDJ 9/19/06