**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| NORTH ATLANTIC DISTRIBUTION, INC.; and MICHAEL MIRANDA,<br><br>Plaintiffs,<br><br>v.<br><br>TEAMSTERS LOCAL UNION NO. 430; TEAMSTERS LOCAL UNION NO. 776; DANIEL A. VIRTUE, in his Capacity as President of Teamsters Local Union No. 776; and JOHN L. FOGLE, in his Capacity as Secretary of Teamsters Local Union No. 776,<br><br>Defendants. | ) | C.A. No. 05-348 L |

**STIPULATION**

In accordance with the parties' stipulation dated September 11, 2006, Defendants filed and served on September 21, 2006, a revised memorandum, a revised statement of undisputed facts, and additional exhibits in support of their motion for summary judgment. Upon review of the revised summary judgment papers and additional exhibits, Plaintiffs have requested, and Defendants have agreed to allow, additional time beyond that specified in the parties' stipulation of September 11, 2006, for Plaintiffs to file and serve their papers in opposition to summary judgment. Therefore, the parties hereby stipulate and agree that Plaintiffs shall have up to and

including November 10, 2006, to file their objection to Local 430's Motion for Summary Judgment as well as a Memorandum of Law in support thereof.

**Counsel for Plaintiffs,**

/s/ Jeffery A. Mega

Max Wistow (#0330)
Jeffery A. Mega (#6441)
Wistow & Barylick, Inc.
61 Weybosset Street
Providence, RI 02903
Tel: (401) 831-2700
Fax: (401) 272-9752
Email: mw@wistbar.com, jam@wistbar.com

/s/ Thomas J. McAndrew

Thomas J. McAndrew (#1001)
One Turks Head Place, Suite 205
Providence, RI 02903
Tel: (401) 455-0350
Fax: (401) 455-0882

Date: October 3, 2006

**Counsel for Defendants,**

/s/ Scott K. Pomeroy

Christopher H. Little (#1789)
Scott K. Pomeroy (#6044)
Little Medeiros Kinder Bulman & Whitney, P.C.
72 Pine Street
Providence, RI 02903
Tel: (401) 272-8080
Fax: (401) 521-3555
Email: clittle@lmkbw.com, spomeroy@lmkbw.com

Date: October 3, 2006

**ENTER:**

____________________________

**BY ORDER:**

____________________________

scott/A114/1512