UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| NORTH ATLANTIC DISTRIBUTION, INC.; and MICHAEL MIRANDA,<br><br>Plaintiffs,<br><br>v.<br><br>TEAMSTERS LOCAL UNION NO. 430; *et al.*,<br><br>Defendants. | C.A. No. 05-348 L |

**MOTION FOR LEAVE TO FILE**
**MOTION REGARDING EXPERT DISCOVERY**

Pursuant to this Court's pretrial order, Defendants Teamsters Local Union No. 430, Teamsters Local Union No. 776, Daniel A. Virtue, and John L. Fogle (collectively "Local 430") hereby move for leave to file a motion to exclude the report and testimony of Plaintiffs' expert, Catherine Parente, or in the alternative, to require Plaintiffs to produce all of the documents and other materials that she considered or relied upon and to make Ms. Parente available for a deposition, if necessary, after this Court's disposition of the now pending motions for summary judgment. A copy of Local 430's proposed motion is attached hereto as Exhibit A, and a copy of Local 430's proposed memorandum in support (without exhibits) is attached hereto as Exhibit B.

Briefly, the grounds for Local 430's proposed motion are that Plaintiffs did not provide a copy of Ms. Parente's mandatory Rule 26(a)(2) report until four weeks after the court-ordered close of discovery. Even if Ms. Parente's opinions and testimony are not excluded, Local 430 should nevertheless have the opportunity, through document discovery and a deposition, to understand and challenge the basis for Ms. Parente's opinions. These grounds are explained in

more detail in Local 430's proposed memorandum of law. *See* Exhibit B. As also explained in the proposed memorandum of law, the discovery and deposition that Local 430 seeks will not interfere with the current timetable for pretrial memoranda or the Court's trial schedule.

For the foregoing reasons, Local 430 requests that the Court grant it leave to file the motion and supporting memorandum attached hereto as Exhibits A and B.

Respectfully submitted,

TEAMSTERS LOCAL UNION NO. 430;
TEAMSTERS LOCAL UNION NO. 776;
DANIEL A. VIRTUE, in his Capacity as
President of Teamsters Local Union No. 776;
and JOHN L. FOGLE, in his Capacity as
Secretary of Teamsters Local Union No. 776,

By Their Attorneys,

/s/ Scott K. Pomeroy
Christopher H. Little (#1789)
Scott K. Pomeroy (#6044)
LITTLE MEDEIROS KINDER BULMAN &
WHITNEY, P.C.
72 Pine Street
Providence, RI 02903
(401) 272-8080
Fax (401) 521-3555
Email: clittle@lmkbw.com,
spomeroy@lmkbw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 17th day of October 2006, I caused a true copy of the within Motion for Leave to File Motion Regarding Expert Discovery to be filed electronically with the Court's CM/ECF system and thereby served upon each of the following via email:

Max Wistow, Esq. (mw@wistbar.com)
Jeffrey A. Mega, Esq. (jam@wistbar.com)
Wistow & Barylick, Inc.
61 Weybosset Street
Providence, RI 02903

Thomas J. McAndrew, Esq.
(tmcandrew@tjmcandrewlaw.com)
One Turks Head Place, Suite 205
Providence, RI 02903

/s/ Scott K. Pomeroy

scott/A114/1514