# EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| NORTH ATLANTIC DISTRIBUTION, INC.; and MICHAEL MIRANDA,<br><br>Plaintiffs,<br><br>v.<br><br>TEAMSTERS LOCAL UNION NO. 430; TEAMSTERS LOCAL UNION NO. 776; DANIEL A. VIRTUE, in his Capacity as President of Teamsters Local Union No. 776; and JOHN L. FOGLE, in his Capacity as Secretary of Teamsters Local Union No. 776,<br><br>Defendants. | ) | C.A. No. 05-348 L |

**MOTION TO EXCLUDE THE REPORT AND TESTIMONY OF PLAINTIFFS' EXPERT CATHERINE PARENTE, OR IN THE ALTERNATIVE, TO ALLOW DOCUMENT AND DEPOSITION DISCOVERY OF PLAINTIFFS' EXPERT CATHERINE PARENTE**

Defendants Teamsters Local Union No. 430, Teamsters Local Union No. 776, Daniel A. Virtue, and John L. Fogle (collectively "Local 430") hereby move for an order precluding Plaintiffs North Atlantic Distribution, Inc. and Michael Miranda (collectively "Plaintiffs") from presenting at trial the report or other testimony of Catherine Parente, their expert witness, or in the alternative, an order requiring that:

(1) Plaintiffs shall produce by November 30, 2006, copies of all of the documents and other materials that Ms. Parente considered or relied upon in forming the opinions contained her report; and

(2) Plaintiffs shall make Ms. Parente available for a deposition, if Local 430 so chooses, to be noticed and conducted after this Court's disposition of the pending motions for summary judgment and completed not later than seven days prior to the due date for pretrial memoranda should the Court determine that this case needs to go to trial.

In support of this motion, Local 430 relies on the memorandum of law filed herewith.

Respectfully submitted,

TEAMSTERS LOCAL UNION NO. 430;
TEAMSTERS LOCAL UNION NO. 776;
DANIEL A. VIRTUE, in his Capacity as
President of Teamsters Local Union No. 776;
and JOHN L. FOGLE, in his Capacity as
Secretary of Teamsters Local Union No. 776,

By Their Attorneys,

______________________________

Christopher H. Little (#1789)
Scott K. Pomeroy (#6044)
LITTLE MEDEIROS KINDER BULMAN &
WHITNEY, P.C.
72 Pine Street
Providence, RI 02903
(401) 272-8080
Fax (401) 521-3555
Email: clittle@lmkbw.com,
spomeroy@lmkbw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this ____ day of October 2006, I caused a true copy of the within Motion to Exclude the Report and Testimony of Plaintiffs' Expert Catherine Parente, or in the Alternative, to Allow Document and Deposition Discovery of Plaintiffs' Expert Catherine Parente to be filed electronically with the Court's CM/ECF system and thereby served upon each of the following via email:

Max Wistow, Esq. (mw@wistbar.com)
Jeffrey A. Mega, Esq. (jam@wistbar.com)
Wistow & Barylick, Inc.
61 Weybosset Street
Providence, RI 02903

Thomas J. McAndrew, Esq.
(tmcandrew@tjmcandrewlaw.com)
One Turks Head Place, Suite 205
Providence, RI 02903

______________________________

scott/A114/1515