# EXHIBIT B

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

NORTH ATLANTIC DISTRIBUTION, INC.; and MICHAEL MIRANDA,

Plaintiffs,

v.

TEAMSTERS LOCAL UNION NO. 430; TEAMSTERS LOCAL UNION NO. 776; DANIEL A. VIRTUE, in his Capacity as President of Teamsters Local Union No. 776; and JOHN L. FOGLE, in his Capacity as Secretary of Teamsters Local Union No. 776,

Defendants.

C.A. No. 05-348 L

**CONSENTED TO MOTION TO EXTEND PRETRIAL ORDER DEADLINES BY 60 DAYS**

Defendants Teamsters Local Union No. 430, Teamsters Local Union No. 776, Daniel A. Virtue, and John L. Fogle ("Defendants") hereby move to enlarge the time for discovery set forth in this Court's October 27, 2005 Pretrial Order by 60 days, allowing all parties until June 27, 2006, to complete pretrial discovery and until July 25, 2006, to file pretrial memoranda.

This is Defendants' first request for an enlargement of time for discovery, and Defendants believe that there is good cause for this enlargement of time because there has been a change in the co-counsel representing Defendants and Defendants were required to spend time responding to Plaintiffs' pending motion for summary judgment. Defendants anticipate that the discovery remaining to be completed consists of some additional written discovery and a few depositions of key witnesses. The requested enlargement of time will allow the parties to

complete their respective discovery efforts in an efficient and organized manner. In addition, Defendants believe that this enlargement of time will not prejudice any party or inconvenience the Court.

Through counsel, Defendants have conferred with Plaintiffs regarding this motion, and Plaintiffs have indicated that they do not object to the requested 60 day enlargement of time.

For the foregoing reasons, Defendants request that the Court enlarge the time periods set in its Pretrial Order by 60 days and thereby allow all parties until June 27, 2006, to complete pretrial discovery and until July 25, 2006, to file pretrial memoranda.

Christopher H. Little (#1789)
Scott K. Pomeroy (#6044)
Little Medeiros Kinder Bulman & Whitney, P.C.
72 Pine Street
Providence, RI 02903
Tel: (401) 272-8080
Fax: (401) 521-3555

**Counsel for Defendants Teamsters Local Union No. 430; Teamsters Local Union No. 776; Daniel A. Virtue, in his capacity as President of Teamsters Local Union No. 776; and John L. Fogle, in his capacity as Secretary of Teamsters Local Union No. 776.**

**CERTIFICATE OF SERVICE**

I hereby certify that on this 4th day of April, 2006, I caused to be served by first class mail, postage prepaid a copy of the within Consented to Motion to Extend Pretrial Order Deadlines by 60 Days to each of the following:

Max Wistow, Esq.
Jeffrey A. Mega, Esq.
Wistow & Barylick, Inc.
61 Weybosset Street
Providence, RI 02903

Thomas J. McAndrew, Esq.
One Turks Head Place, Suite 205
Providence, RI 02903

Mary L. DeForta

scott/A114/1331