# EXHIBIT C

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

NORTH ATLANTIC DISTRIBUTION, INC., and MICHAEL MIRANDA,
Plaintiffs,

v. CA 05-348 L

TEAMSTERS LOCAL UNION NO. 430, TEAMSTERS LOCAL UNION NO. 776, DANIEL A. VIRTUE in his capacity as President of Teamsters Local Union No. 776, and JOHN L. FOGLE in his capacity as Secretary of Teamsters Local Union No. 776,
Defendants.

**ORDER**
**FURTHER EXTENDING**
**PRETRIAL ORDER DEADLINES**

The date for completion of pretrial discovery in the above matter, which had previously been extended to June 27, 2006, see Order granting extension of time (Document ("Doc.") #22), is hereby further extended to **August 28, 2006.** The time for filing of pretrial memoranda is also extended from July 25, 2006, to **September 28, 2006.**

So ordered.

ENTER:

DAVID L. MARTIN
United States Magistrate Judge
June 16, 2006

BY ORDER:

Deputy Clerk