# EXHIBIT D

WISTOW & BARYLICK
INCORPORATED
ATTORNEYS AT LAW
61 WEYBOSSET STREET
PROVIDENCE, RHODE ISLAND 02903

MAX WISTOW
JOHN P. BARYLICK
STEPHEN P. SHEEHAN
A. PETER LOVELEY
JEFFREY A. MEGA
MICHAEL J. STEVENSON
MICHAEL R. BOTTARO

TELEPHONE
AREA CODE 401
831-2700

FAX
272-9752

E-MAIL
mail@wistbar.com

August 10, 2006

VIA FACSIMILE - 521-3555
AND REGULAR MAIL

Christopher H. Little, Esq.
Scott K. Pomeroy, Esq.
Little, Medeiros, Kinder,
Bulman & Whitney, PC
72 Pine Street
Providence, RI 02903

Re: North Atlantic Distribution, Inc. v. Teamsters Local Union 430, et al.
C.A. No. 05-348L

Dear Mr. Little and Mr. Pomeroy:

I am writing as a follow-up to my telephone conversation with Mr. Little this morning. As I indicated, Plaintiffs will not be moving forward with the 30(b)(6) deposition of Local 430 (as I understand Local 430's designee for all issues will be Ms. Horton) tomorrow morning for two reasons. First, I have had an opportunity to review Defendants' Supplemental Responses to Interrogatories which were supplied to me on this past Monday afternoon. I believe that Local 430's Answers to Interrogatory Nos. 5, 15, 16 and 17 are incomplete and/or unresponsive and as such, do not comply with Judge Martin's June 16, 2006 Order. With regard to Interrogatory Nos. 5 and 15, Local 430 has not responded to the subparts. With regard to Interrogatory No. 16, Local 430 has not given a description and date of each written report prepared by Ms. Horton. I cannot imagine that she has not issued any written report regarding this case. With regard to Interrogatory No. 17, Local 430 has not provided a responsive answer. Please let me know (no later than tomorrow afternoon) if you intend to further supplement these four answers thereby alleviating the necessity of a motion.

Christopher H. Little, Esq.
Scott K. Pomeroy, Esq.
August 10, 2006

In addition, in the interests of efficiency, we intend to re-notice Local 430's 30(b)(6) deposition on a subsequent date so that we can also notice the deposition of Local 430's expert on that same date. As I understand, Ms. Horton will be the deponent in both cases. It is possible that we will be able to take both depositions on one date. With that in mind, I intend to serve two notices of deposition tomorrow (a second amended notice of 30(b)(6) deposition of Local 430 and a notice to depose Ms. Horton as Local 430's expert witness) scheduling both depositions for Monday, August 21, 2006 at 10:00 a.m. If you and/or Ms. Horton are unavailable on that date, we are happy to accommodate your schedules and can conduct the depositions on any date beginning Tuesday, August 22, 2006 through Saturday, August 26, 2006. Please let me know as soon as possible if you have a conflict on August 21, 2006 and provide me with a date which you and Ms. Horton will be available.

Finally, I believe that Rule 26(a)(2)(B) requires that your expert prepare and execute a written report which contains a complete statement of all opinions to be expressed and the basis and reasons therefore, etc. I am requesting that this report be provided to us as soon as possible but not later than three (3) days prior to Ms. Horton's deposition as Local 430's expert.

Very truly yours,

Jeffrey A. Mega

JAM/ni

cc: Thomas McAndrew, Esq. (via facsimile)