# EXHIBIT F

WISTOW & BARYLICK
INCORPORATED
ATTORNEYS AT LAW
61 WEYBOSSET STREET
PROVIDENCE, RHODE ISLAND 02903

MAX WISTOW
JOHN P. BARYLICK
STEPHEN P. SHEEHAN
A. PETER LOVELEY
JEFFREY A. MEGA
MICHAEL J. STEVENSON
MICHAEL R. BOTTARO

TELEPHONE
AREA CODE 401
831-2700

FAX
272-9752

E-MAIL
mail@wistbar.com

August 11, 2006

*VIA FACSIMILE*

Christopher H. Little, Esq.
Little, Medeiros, Kinder,
Bulman & Whitney, PC
72 Pine Street
Providence, RI 02903

Re: North Atlantic Distribution, Inc. v. Teamsters Local Union 430, et al.
C.A. No. 05-348L

Dear Mr. Little:

Enclosed please find notices of deposition which schedule Ms. Horton's depositions for Friday, August 25, 2006 at 9:00 a.m. and 1:00 p.m. per the dates suggested by you. I disagree with your assertion that the reasons for this delay are unsupported by the record as the Plaintiffs in this matter have been attempting to obtain responsive answers to interrogatories for many months.

With regard to Ms. Horton's expert report, I agree that it is now due and it is actually possibly overdue if she is to testify as an expert in this matter. We intend to fully comply with Rule 26 as it relates to testifying experts. Feel free to contact me if you should have any questions.

Very truly yours,

Jeffrey A. Mega

JAM/ni

Enclosures