# EXHIBIT G

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| NORTH ATLANTIC DISTRIBUTION, INC. AND MICHAEL MIRANDA, Plaintiffs, | : | |
| V. | : | C.A. NO: 05-348L |
| TEAMSTERS LOCAL UNION NO. 430, TEAMSTERS LOCAL UNION NO. 776, DANIEL A. VIRTUE *in his capacity as President of Teamsters Local Union No. 776* AND JOHN L. FOGLE *in his capacity as Secretary of Teamsters Local Union No. 776,* Defendants. | : | |

**CONSENT ORDER**

Plaintiffs' Motion to Dismiss Defendants' Counterclaims for Failure to Comply with Discovery Order having come to be heard by the Honorable Justice Martin on September 25, 2006, Plaintiffs and Defendants stipulate and agree that it is ordered as follows:

1. Defendants shall provide more responsive answers to Interrogatory Nos. 5(a) and (b) and 15(b) in the form of a written narrative which responds to the interrogatories and those subparts contained therein on or before October 18, 2006; and

2. Discovery shall be opened solely for the purpose of reconvening the deposition of Local 430's expert and 30(b)(6) designee, Ms. Horton, if Plaintiffs so choose, but such deposition shall be limited only to information revealed in Local 430's Second Supplemental Response to Interrogatory Nos. 5(a) and (b) and 15(b)

and such further inquiry as is reasonably related to the information, but not such subject areas upon which Ms. Horton has already been deposed.

***Per Order:***

***Enter:***

David L. Martin
USMJ 9-25-06

Dated: September 25, 2006

Plaintiffs,
By their Attorneys,

/s/Max Wistow
Max Wistow, Esq. (#0330)
Wistow and Barylick Incorporated
61 Weybosset Street
Providence, RI 02903
401/831-2700 (Telephone)
401/272-9752 (Facsimile)

/s/Jeffrey Mega
Jeffrey A. Mega, Esq. (#6441)
Wistow and Barylick Incorporated
61 Weybosset Street
Providence, RI 02903
401/831-2700 (Telephone)
401/272-9752 (Facsimile)

/s/Thomas McAndrew
Thomas J. McAndrew, Esq. (#1001)
One Turks Head Place, Suite 205
Providence, RI 02903
401/455-0350 (Telephone)
401/455-0882 (Facsimile)

Defendants,
By their Attorneys,

/s/Christopher Little
Christopher H. Little, Esq. (#1789)
Little, Medeiros, Kinder, Bulman, Whitney
72 Pine Street
Providence, RI 02903
401/272-8080 (Telephone)
401/521-3555 (Facsimile)

/s/Scott K. Pomeroy
Scott K. Pomeroy, Esq. (#6044)
Little, Medeiros, Kinder, Bulman & Whitney
72 Pine Street
Providence, RI 02903
401/272-8080 (Telephone)
401/521-3555 (Facsimile)