# EXHIBIT H

## Table of Contents


I. Purpose and Summary .... 3
II. Qualifications .... 3
III. Background .... 3
North Atlantic Distribution, Inc. (NORAD) .... 3
Mid Atlantic Processing Inc. (MAP) .... 4
North Atlantic Transport Company of Rhode Island (NATCO) .... 4
Vehicle Services Group of RI, Inc. (VSG) .... 5
Company Ownership .... 5
IV. Work Performed .... 5
V. Summary of Opinions .... 6
VI. Basis for My Opinions .... 6
Integration of Miranda Entities – Common Elements .... 6
Indirect Payment of Officer's Employment Earnings .... 7
NATCO employees paid salaries and benefits by NORAD .... 8
Informal sharing of employees .... 9
General ledger accounts to track inter-company transactions .... 9
Loan to Miranda .... 9
Joint loans .... 10
Joint leases of car-hauling trucks and other equipment .... 10
NORAD guarantee and payment of NATCO, VSG and MAP lease obligations .... 10
NORAD "bad debt" deductions and continued payment of other companies' obligations .... 11
Shared Insurance Policies .... 12
NORAD's detailed general ledger of its accounts receivable from NATCO .... 12
Other Shared Expenses .... 13
Shared telephone and other utility bills .... 13
Shared Office expense .... 14
Shared Petty Cash Funds .... 14
NATCO billed MAP for expenses such as gasoline, etc. .... 14
Trucking Supplies .... 14
Truck and trailer upkeep .... 14
Diesel Fuel .... 14
Employee benefits (including dental, health, life, personal and disability insurance) .... 15
Shop supplies .... 15
Legal fees .... 15
Consulting and professional services .... 15
Telephone .... 15
Freight .... 15
Outside services .... 16
Interest .... 16
Other Shared Expenses - Summary .... 16
Inter-company sales and interdependence on common customers .... 16
Management fees .... 17
Miranda's personal use and benefit of corporate assets .... 19

**Discretionary Nature of income and expense allocations .... 20**
**Redemption of Friedman shares, undercapitalization, and allocation of consulting expense .... 20**
**Continuity and inter-company transactions after cessation of NATCO, MAP and VSG operations .... 21**
**Miranda's personal payment of corporate obligations .... 21**
**NATCO's Income in 2001 .... 21**
**Communications with others as a single integrated business .... 21**
**Supplemental Affidavits .... 21**
**Life Insurance .... 22**
**Questionable Expenses .... 22**
**Classified Ads .... 22**
**Transportation Claims .... 22**
**Trucking Supplies .... 22**
**VII. Conclusions .... 23**
**VIII. Right to Update Report .... 23**
**CURRICULUM VITAE - CATHERINE M. PARENTE, CPA, CVA, CFE .... 24**