UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF RHODE ISLAND

NORTH ATLANTIC DISTRIBUTION, INC. AND MICHAEL MIRANDA,
Plaintiffs,

vs. C.A. NO: 05-348L

TEAMSTERS LOCAL UNION NO. 430, TEAMSTERS LOCAL UNION NO. 776, DANIEL A. VIRTUE *in his capacity as President of Teamsters Local Union No. 776* AND JOHN L. FOGLE *in his capacity as Secretary of Teamsters Local Union No. 776*,
Defendants.

**PLAINTIFFS' OBJECTION TO**
**DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Plaintiffs North Atlantic Distribution, Inc. and Michael Miranda hereby object to Defendants' (collectively the "Teamsters") Motion for Summary Judgment. Plaintiffs contemporaneously submit their Memorandum of Law in Support of Plaintiffs' Objection to Defendants' Motion for Summary Judgment and their Statement of Disputed Facts.

Plaintiffs,
By their Attorneys,

/s/Max Wistow
Max Wistow (#0330)
Wistow & Barylick Incorporated
61 Weybosset St.
Providence, RI 02903
(401) 831-2700 (Telephone)
(401) 272-9752 (Facsimile)
mw@wistbar.com

/s/Jeffrey A.Mega________________
Jeffrey A. Mega (#6441)
Wistow & Barylick Incorporated
61 Weybosset St.
Providence, RI 02903
(401) 831-2700 (Telephone)
(401) 272-9752 (Facsimile)
jam@wistbar.com

/s/ Thomas J. McAndrew_________
Thomas J. McAndrew (#1001)
One Turks Head Place, Suite 205
Providence, RI 02903
(401) 455-0330 (Telephone)
(401) 455-0882 (Facsimile)
tmcandrew@tjmcandrewlaw.com

DATED: November 10, 2006

**CERTIFICATION**

I hereby certify that I caused to be served by electronic means (ECF) a copy of the within on the 10th day of November, 2006, to the following:

Christopher H. Little, Esq.
clittle@lmkbw.com

/s/Max Wistow____________________
Max Wistow (#0330)
Wistow & Barylick Incorporated
61 Weybosset St.
Providence, RI 02903
(401) 831-2700 (Telephone)
(401) 272-9752 (Facsimile)
mw@wistbar.com