UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF RHODE ISLAND

NORTH ATLANTIC DISTRIBUTION, INC. AND MICHAEL MIRANDA,
Plaintiffs,

vs. C.A. NO: 05-348L

TEAMSTERS LOCAL UNION NO. 430, TEAMSTERS LOCAL UNION NO. 776, DANIEL A. VIRTUE *in his capacity as President of Teamsters Local Union No. 776* AND JOHN L. FOGLE *in his capacity as Secretary of Teamsters Local Union No. 776,*
Defendants.

**SUPPLEMENTAL AFFIDAVIT OF ALDO CAPUTO**

I, Aldo Caputo, hereby depose and state under oath as follows:

1. I submit this Affidavit to supplement my Affidavit of November 9, 2006 in the event that clarification is necessary.

2. I am Vice-President of Finance and Administration (Chief Financial Officer) and Corporate Secretary of North Atlantic Distribution, Inc. ("NORAD"), North Atlantic Transport Company of Rhode Island ("NATCO"), Mid-Atlantic Processing, Inc. ("MAP") and Vehicle Services Group of RI, Inc. ("VSG") and as such have personal knowledge of all of the facts alleged in my Affidavit of November 9, 2006.

Aldo Caputo

STATE OF RHODE ISLAND
COUNTY OF PROVIDENCE

Subscribed and sworn to before me on this 10th day of November, 2006.

Notary Public
My Commission Expires: 6/11/09

## CERTIFICATION

I hereby certify that I caused to be served by electronic means (ECF) a copy of the within on the 10th day of November, 2006, to the following:

Christopher H. Little, Esq.
clittle@lmkbw.com

/s/Max Wistow
Max Wistow (#0330)
Wistow & Barylick Incorporated
61 Weybosset St.
Providence, RI 02903
(401) 831-2700 (Telephone)
(401) 272-9752 (Facsimile)
mw@wistbar.com