**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

NORTH ATLANTIC DISTRIBUTION, INC.; and MICHAEL MIRANDA,

Plaintiffs,

v.

TEAMSTERS LOCAL UNION NO. 430; TEAMSTERS LOCAL UNION NO. 776; DANIEL A. VIRTUE, in his Capacity as President of Teamsters Local Union No. 776; and JOHN L. FOGLE, in his Capacity as Secretary of Teamsters Local Union No. 776,

Defendants.

C.A. No. 05-348 L

**STIPULATION**

In accordance with the parties' earlier stipulations, Plaintiffs served their papers in opposition to Defendants' motion for summary judgment on November 9, 2006. Upon review of the opposition papers, which include a 63-page memorandum of law, Defendants have requested, and Plaintiffs have agreed to allow, additional time beyond that provided in the local rules to file and serve a reply. Therefore, the parties hereby stipulate and agree that Defendants shall

have up to and including December 4, 2006, to file and serve their reply memorandum in support of their motion for summary judgment.

**Counsel for Plaintiffs,**

/s/ Jeffery A. Mega
Max Wistow (#0330)
Jeffery A. Mega (#6441)
Wistow & Barylick, Inc.
61 Weybosset Street
Providence, RI 02903
Tel: (401) 831-2700
Fax: (401) 272-9752
Email: mw@wistbar.com, jam@wistbar.com

/s/ Thomas J. McAndrew
Thomas J. McAndrew (#1001)
One Turks Head Place, Suite 205
Providence, RI 02903
Tel: (401) 455-0350
Fax: (401) 455-0882

Date: November 15, 2006

**Counsel for Defendants,**

/s/ Scott K. Pomeroy
Christopher H. Little (#1789)
Scott K. Pomeroy (#6044)
Little Medeiros Kinder Bulman & Whitney, P.C.
72 Pine Street
Providence, RI 02903
Tel: (401) 272-8080
Fax: (401) 521-3555
Email: clittle@lmkbw.com, spomeroy@lmkbw.com

Date: November 15, 2006

**ENTER:**

______________________________

**BY ORDER:**

______________________________

scott/A114/1538