UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

NORTH ATLANTIC DISTRIBUTION, INC.
and MICHAEL MIRANDA,
Plaintiffs

v. C.A. No. **05-348L**

TEAMSTERS LOCAL UNION NO. 430,
TEAMSTERS LOCAL UNION NO. 776,
DANIEL A. VIRTUE, in his capacity as
President of Teamsters Local Union No. 776,
and JOHN L. FOGLE, in his capacity as
Secretary of Teamsters Local Union No. 776

Defendants

JUDGMENT

**[ ] Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.**

**[ x ] Decision by the Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.**

IT IS ORDERED AND ADJUDGED:

**DECLARATORY JUDGMENT** is granted for the Plaintiffs, NORTH ATLANTIC DISTRIBUTION, INC. and MICHAEL MIRANDA against the defendants, TEAMSTERS LOCAL UNION NO. 430, TEAMSTERS LOCAL UNION NO. 776, DANIEL A. VIRTUE, in his capacity as President of Teamsters Local Union No. 776, and JOHN L. FOGLE, in his capacity as Secretary of Teamsters Local Union No. 776 in accordance with a decision and order dated 7/24/07 granting plaintiff’s motion for summary judgment.

**JUDGMENT** is granted for the Plaintiffs, NORTH ATLANTIC DISTRIBUTION, INC. and MICHAEL MIRANDA on the complaint to the effect that the Court declares the judgment in the Pennsylvania action to be unenforceable against NORAD and Miranda,

and the counterclaims of the defendants, TEAMSTERS LOCAL UNION NO. 430, TEAMSTERS LOCAL UNION NO. 776, DANIEL A. VIRTUE, in his capacity as President of Teamsters Local Union No. 776, and JOHN L. FOGLE, in his capacity as Secretary of Teamsters Local Union No. 776 in accordance with the Decision and Order entered 7/24/07 denying defendants' motion for summary judgment on the counterclaims.

Deputy Clerk
July 25, 2007