**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| NORTH ATLANTIC DISTRIBUTION, INC.; and MICHAEL MIRANDA, Plaintiffs, | ) | |
| v. | ) | C.A. No. 05-348 L |
| TEAMSTERS LOCAL UNION NO. 430; TEAMSTERS LOCAL UNION NO. 776; DANIEL A. VIRTUE, in his Capacity as President of Teamsters Local Union No. 776; and JOHN L. FOGLE, in his Capacity as Secretary of Teamsters Local Union No. 776, Defendants. | ) | |

**NOTICE OF APPEAL**

Notice is hereby given that all Defendants in the above captioned case hereby appeal to the United States Court of Appeals for the First Circuit from the July 25, 2007 final judgment in this action, which was entered in furtherance of the July 24, 2007 decision and order granting Plaintiffs' motion for summary judgment and denying Defendants' motion for summary judgment.

TEAMSTERS LOCAL UNION NO. 430; *et al.*
By Their Attorneys,

/s/ Christopher H. Little
Christopher H. Little (#1789)

/s/ Scott K. Pomeroy
Scott K. Pomeroy (#6044)
Little Medeiros Kinder Bulman & Whitney, P.C.
72 Pine Street
Providence, RI 02903
(401) 272-8080 Fax (401) 521-3555
Email: clittle@lmkbw.com, spomeroy@lmkbw.com

Dated: August 14, 2007

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of August 2007, I caused a true copy of the within Notice of Appeal to be filed electronically with the Court's CM/ECF system and thereby served upon each of the following via email:

Max Wistow, Esq. (mwistow@wistbar.com)
Jeffrey A. Mega, Esq. (jmega@wistbar.com)
Wistow & Barylick, Inc.
61 Weybosset Street
Providence, RI 02903

Thomas J. McAndrew, Esq.
(tmcandrew@tjmcandrewlaw.com)
One Turks Head Place, Suite 205
Providence, RI 02903

/s/ Christopher H. Little

F:\Scott\Teamsters 430 - Miranda (A114)\1665 Notice of Appeal (draft).doc