RECEIVED
AUG 22 2007
Property of U.S. District Court
District of Rhode Island

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

DAVID A. DIMARZIO
CLERK OF COURT

August 16, 2007

COA # 07-2279

Richard Donovan
Clerk of Court
United States Court of Appeals
1 Courthouse Way
Suite 2500
Boston, MA 02210

RE: ***CA 05-348L***

Dear Mr. Donovan:

Enclosed herewith you will find the notice of appeal and a certified copy of the docket entries in the above entitled case.

Please acknowledge receipt of this appeal by signing and returning a copy of this letter.

Sincerely yours,

David A. DiMarzio
Clerk of Court

BY:
*Barbara J. Gilfillan*
DEPUTY CLERK

RECEIVED
AUG 20 2007
BY: U.S. Court of Appeals

ENC: Certified Docket; 4 files; 3 sealed documents (#77, #88,#93)