MANDATE

05-00348
USDC/RI
Lagueux, J

# United States Court of Appeals
## For the First Circuit

No. 07-2279

NORTH ATLANTIC DISTRIBUTION, INC.;
MICHAEL MIRANDA
Plaintiffs - Appellees

v.

TEAMSTERS LOCAL UNION NO. 430; TEAMSTERS LOCAL UNION NO. 776;
DANIEL A. VIRTUE, in his capacity as President of Teamsters Local Union No. 776;
JOHN L. FOGLE, in his capacity as Secretary of Teamsters Local Union No. 776
Defendants - Appellants

**JUDGMENT**

Entered: December 6, 2007
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of the parties' stipulation, it is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b).

Mandate to issue forthwith.

By the Court:
Richard Cushing Donovan, Clerk

RIC H. DEININGER

By: ______________________
Appeals Attorney

**Certified and Issued as Mandate under Fed. R. App. P. 41.**

**Richard Cushing Donovan, Clerk**

______________________
**Deputy Clerk**

**Date:** 12/10/07

[cc: Christopher H. Little, Esq., Max Wistow, Esq., Thomas J. McAndrew, Esq.]